# MOST WATCHED NEWS VIDEOS

**42**
shares

Embed this

Football icon David
Beckham attends

Cat-ch me if you can!
Fat cat jogs on

Emotional moment
family and friends pay

Football legend David
Beckham attends

Got old 1p coin! Coin
collector reveals

Ed Wavey! Lib Dem
leader arrives in style to

Nancy Dell'Olio wipes
off tear as she greets

David Lammy
complains of no



## Comments 77
Share what you think

| Newest | Oldest | Best rated | Worst rated |

View all

The comments below have not been moderated.

Show more

---

Trump "safe," suspect detained
after gunshots in his vicinity in...
CBS New          See more versions

Donald Trump Doubles Down On
'Hate' For Taylor Swift
The Blast          See more versions

JD Vance appears to admit tale
about Haitian immigrants eating...
The Indep          See more versions

Taylor Swift Arrives in a Chiefs
Shirt Dress and Thigh-High Boot...
Yahoo - 1t          See more versions

Oregon DMV admits to wrong
registering hundreds of non-
Fox News          See more vers

'That was bonkers': Dem Sha
pounces on 'pathetic' J.D. Va
Raw Stop          See more vers



Trump Vs. Harris 2024 Polls:
Harris Up 6 Points In Latest Like...
Forbes · 7          See more versions



Baseless rumors about Haitian
immigrants threaten to unravel...
NBC New          See more versions

2 Die in Ukraine After Moscow and
Kyiv Exchange Attacks
AOL · 4hn          See more versions



Two men shot, one fatally, on
Bronx streetcorner
New York          See more versions

PAYWALL



**Thunderchicken, BackhomeNortheastLouisiana, United States, 1 year ago**

Time to take back your city, enough of these liberal bullies

Click to rate    2    2

**Follow**
Daily Mail

**Follow**
@DailyMail

**Follow**
@dailymailuk

**Bigtex6970, DallasTx, United States, 1 year ago**

**Karen!**

Click to rate    3    1

**Mjg, NEW MILLS, United Kingdom, 1 year ago**

She's got a point, the food sellers could be selling unsafe out of date food, using unclean cooking equipment, any number of things....

Click to rate    11    5

**GrannyVeganista, Venice, United States, 1 year ago**

## DON'T MISS

▶ Replace ALL of your vitamins with these vegan gummies loaded with fruits, veggies, minerals, adaptogens, prebiotics, and more - for 40% off! SHOPPING



▶ Victoria Beckham unveils her new 'mind-blowing' beauty product as she gives fans a tutorial on how to achieve perfect skin



**EXCLUSIVE** The REAL reason Ryan Seacrest failed to mention Pat Sajak by name as he made his Wheel of Fortune debut Viewers were furious



▶ Cardi B shares update on how she is doing after welcoming third child with Offset amid their ongoing divorce



▶ Matt LeBlanc goes car shopping with

**Subscribe**
Daily Mail

**Follow**
Daily Mail

**Follow**
Daily Mail

## EXHIBIT 2: PLAINTIFF SONYA SHAYKHOUN, ESQ.'S TWEET



**EXHIBIT 3: DEFENDANT AJ MCDOUGALL'S EMAIL**

have a different opinion than we have? How is this "land of the free, home of the brave"? So someone who is doing something she is not supposed to be doing in the Park is martyred while I am an accomplished lawyer who asks a reasonable question and I get demonized? What is wrong with that picture?

If you want to talk about it, call me – but text or email me beforehand so I know it's not spam.

Many thanks,
Sonya

Tel: +1-929-408-4531

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, May 18th, 2023 at 4:45 PM, Amanda McDougall <Amanda.McDougall@thedailybeast.com> wrote:

> Hi Sonya,
>
> I hope this email finds you well. My name is Amanda, and I'm a reporter with The Daily Beast. I saw your tweet from yesterday regarding the ad hoc food seller in Riverside Park, and I'm very interested in learning more about what happened and how you feel about the reaction the post has spurred.
>
> If you're interested and available, I'd love to chat as soon as possible. I'm also happy to answer any questions or concerns you might have. My number is 775-430-6200; please give me a call anytime.
>
> Thanks for your time, and hope to hear from you soon!
>
> Cheers,
>
> **AJ McDougall**
> **Breaking News Reporter**
> THE DAILY BEAST
> cell.    +1 775 430 6200
> twitter. @oldmcdougall
> amanda.mcdougall@thedailybeast.com

**EXHIBIT 4: PLAINTIFF SONYA SHAYKHOUN, ESQ.'S RESPONSE TO DEFENDANT AJ MCDOUGALL**

 **Outlook**

---

**Re: Media Query: Unlicensed Vendor in Riverside Park**

**From** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Date** Thu 5/18/2023 10:50 PM
**To** Amanda.McDougall@thedailybeast.com <Amanda.McDougall@thedailybeast.com>
**Cc** Sonya Shaykhoun <sonya@shaykhounlaw.com>

---

📎 9 attachments (19 MB)
64F92F49-2F55-471E-848B-807D54C03B20.jpg; 9D52368B-29A7-4792-AF3D-55FAA7D16C75.jpg;
C486938A-44D5-49E1-B4CA-45277CEBDE0E.jpg; 5B9DBDEE-EE1E-4A9B-8295-E37A38E1A7D3.jpg; F969BA4B-
C588-4777-AD3E-99A087471564.jpg; 9DFFE652-9722-40C3-BA54-E3DF743ADE4A.jpg; 3EC22AF9-
F7C7-480E-9405-A88A2717AA91.jpg; C7DC42F5-3628-4537-87A8-30475AC23615.jpg; 72F5AACD-B2D3-4F12-
B087-21EAB88D6122.jpg;


Hi Amanda,

Sorry for not getting back to you until now. I was on a call and then I had dinner. It is very nice to meet you and I want to thank you for being so polite.

I'm reposting your questions here so I can stay on target in my answer. You wrote:

"*I hope this email finds you well. My name is Amanda, and I'm a reporter with The Daily Beast. I saw your tweet from yesterday regarding the ad hoc food seller in Riverside Park, and I'm very interested in learning more about what happened and how you feel about the reaction the post has spurred.*

*If you're interested and available, I'd love to chat as soon as possible. I'm also happy to answer any questions or concerns you might have. My number is 775-430-6200; please give me a call anytime.*"

First of all, let me just say, I am flummoxed by the viral nature of the tweet. Last I checked, it got 5.2 million views. All because I described a brief exchange in Riverside Park with a girl (part of a duo) selling food and drinks in the Park. I live just up the street and I had never seen them - or any other such food vendors in Riverside Park ever. There is a food truck, further up on 101st St  but they get driven into the park as it's a proper enclosed wagon. One of the girls was very push and walked toward me to try to get me interested in her wares. I asked her very neutrally and politely if she had a food permit. I was not aggressive. I was not rude. And for the record, she sounded like she was from NYC, too. She pretended to go to her purse for her food permit and then she started to ask me why I needed to see it. And I told her it was because she has to have a permit to sell food as it's the law. And if she wanted me to buy from her, I needed to see the permit. Then I walked away and I turned back to take a picture to load to 311. That is when things got icky. She came running after me with her phone and started videoing me, demanding to know why I needed to see her permit. I said because it's against the law. And how do I know she's not preparing the food on a counter that her cat has walked all over and potentially pooped on. When she got aggressive, that is when I decided to call the police. The police called me as they were about to attend the matter and they did not admonish me for calling them for this matter. I explained that she was harassing me and her behavior was getting aggressive, filming me and not leaving me alone for asking a simple question. I grew up

in this neighborhood and I feel particularly attached to the park. It breaks my heart to see so much abuse of the parks, the laws are destroyed by dogs off the leash defecating all over the place, and the total lack of respect for the space and for others. And perhaps that is why I

As to your question as to how I feel about the reaction the post has spurred, I feel a mix of emotions. In one way, I am not surprised because Twitter can still be a hotbed of extreme right radicalism and that manifests in a kind of Maoist hunting you down and trying to destroy you for "wrong think", or in this instance, "wrong Tweet." Many of the response from other Twitter users were just vitriolic and not commensurate with what I had said. There was a lot of name-calling (especially the "C U Next Tuesday" word) and a lot of "fuck you's"). There was quite a lot of shaming me as a Karen, which I am sure you read. And then a lot of the screen sharing of my various social media - from my website, Instagram, and other places. Talk about bringing the wrong weapons to a battle. I brought a pea shooter, they brought nuclear missiles. And I noted a lot of the people abusing me - including the actor who played Charlotte's husband in Sex and the City - the bald one who was her divorce lawyer - retweeted me and called my attitude archaic and steeped in the 1950s. See, although I was born and raised in NYC on the Upper West Side - although I went to Dalton and finally went to St. Andrews after high school - my adventures found in Bahrain and Qatar for 15 years from 2004 to 2019. During the 8 years I spent in Qatar, I got used to high levels of cleanliness and orderliness - when they built Doha, they fashioned it after Switzerland and one gets used to that kind of mechanical functionality. It's a real luxury to live in a place where the rule of law is observed so fastidiously in the day-to-day things. Of course, Qatar has its issues, but don't we also have our issues here in America and NYC? I also have three Master degrees, the last one of which is an LL.M. in Corruption, Law and Governance and I spent a few years working in compliance. As a lawyer, you get used to wanting to make things right and legal. That is how my brain operates after all of these years. I guess you would say I am very "correct."

So let me just bullet point my reactions:

- I found the raging backlash to be hugely hypocritical. I got calls and tweets all day long from all over the country. I didn't pick any of the calls up. Many of the abusive tweets came from out of state and out of the City. They followed a template of either screaming "Karen" or accusing me of being a racist (I'm not) or being "a bitch" or a classist, etc. I reported an incident because it annoyed and aggrieved me to see the park being abused like this. I found this hypocritical - so it is OK for people to abuse me for my tweet, but not okay for me to describe an actual improper and prohibited activity happening in my local park.
- On a macro level, I think this signals the end of society frankly. When we can no longer discuss our different viewpoints without trying to destroy each other, we have gone past a point of received civility and gone toward that kind of social violence we read about happening during the Cultural Revolution. How can a society grow if we cannot discuss issues rationally. Yes, get heated, but call me a cunt? Really?
- On a micro level, it is surprising and very angry that people have targeted my law license. While doing the same thing they were accusing me of doing. But at a very extreme ratio. You don't like my tweet? Okay, tell me. But try to get me disbarred? Really? This is where we are now? We have to destroy each other for having a divergent opinion from others? When I was at Dalton from 86-90, I had many a heated debate about the contentious issues with people and still be cordial after the fact.
- It is also very disappointing. I have gotten a lot of shitty phone calls and threatening texts (I'll send them to you). It hardly seems commensurate with the tweet. And it has me wondering, what has happened in America that we are now so hateful, call each other names so easily, assume racism so readily, and try to destroy other people who happen to

have a different opinion than we have? How is this "land of the free, home of the brave"?
So someone who is doing something she is not supposed to be doing in the Park is
martyred while I am an accomplished lawyer who asks a reasonable question and I get
demonized? What is wrong with that picture?

If you want to talk about it, call me - but text or email me beforehand so I know it's not spam.

Many thanks,
Sonya

Tel: +1-929-408-4531

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, May 18th, 2023 at 4:45 PM, Amanda McDougall
<Amanda.McDougall@thedailybeast.com> wrote:

> Hi Sonya,
>
> I hope this email finds you well. My name is Amanda, and I'm a reporter with The Daily
> Beast. I saw your tweet from yesterday regarding the ad hoc food seller in Riverside
> Park, and I'm very interested in learning more about what happened and how you feel
> about the reaction the post has spurred.
>
> If you're interested and available, I'd love to chat as soon as possible. I'm also happy to
> answer any questions or concerns you might have. My number is 775-430-6200; please
> give me a call anytime.
>
> Thanks for your time, and hope to hear from you soon!
>
> Cheers,
>
> **AJ McDougall**
> **Breaking News Reporter**
> THE DAILY BEAST
> cell.    +1 775 430 6200
> twitter.  @oldmcdougall
> amanda.mcdougall@thedailybeast.com



**10:45**





+1 (801) 909-5151

You know this could have all been avoided if you had just treated people with kindness. Be respectful and a decent person. But you aren't. You're a vile bitch, with no real future, a failing law practice, and really no way to make this any better.

You really dug yourself in a hole. Now I'm going to create such an annoyance to you, you'll be pulling your hair out begging me to stop the digital assault.

But I can't. Once I start, there's no turning back.

# This was your choice.

Today 10:30 PM

## And it's just starting...

The sender is not in your contact list.

**Report Junk**









**Sonyaaaaaaa**

**Where are youuuuuu**

I miss youuuuu

Oh, you're a bitch









p4032661234@gmail.com

Text Message
Today 10:44 PM

/ / / You are a burden to yourself and those around you, with no way out

/ / / You are a burden to yourself and those around you, with no way out

The sender is not in your contact list.

Report Junk





10:45

865

p4034286400@gmail.com

Text Message
Today 10:42 PM

/ / / Your soul is forever lost, with no hope of finding its way back to the light

/ / / Your soul is forever lost, with no hope of finding its way back to the light

The sender is not in your contact list.

Report Junk





**Proton Mail**
Notification

now

797

+1 (269) 442-1324

Text Message
Today 4:06 PM

Dumbest bitch on the planet. Honestly. You are such a goddamn cunt. Mind your own fucking business you fucking scab.

The sender is not in your contact list.

Report Junk

   









Report Junk



Firefox

https://outlook.office.com/mail/id/AAMkAGU4NDBkN2E2LTI4Nz...



10:46

862

+1 (603) 479-0543 ›

iMessage
Today 5:24 PM

Hey Sonya, it's Deez. Give me a call back when you can





12/27/24, 11:48 AM



Firefox

https://outlook.office.com/mail/id/AAMkAGU4NDBkN2E2LTI4Nz...





Firefox

https://outlook.office.com/mail/A07AAMkAGU4NDBkN2E2LTI4Nz...

10:46

‹ 862          +1 (603) 479-0543



Sonyaaaaaaa

Where are youuuuuu

I miss youuuuu

Oh, you're a bitch





GIF Keyboard via #images

The sender is not in your contact list.

Report Junk



# EXHIBIT 5: HATE MAIL

X

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
Grok
✴️ Premium
☰ Lists
🔖 Bookmarks
👥 Communities
👤 Profile
⊙ More

Post

The Commercially ✅
@SonyaShaykhoun

## Notifications

All    Verified    Mentions

Arrakk @arrakk · 11s
Replying to @SonyaShaykhoun and @djalladada
dailymail.co.uk/news/article-... This is you? You stick your abnormally wide nose in everything!

dailymail.co.uk
NYC lawyer roasted for targeting vendors selling food
A New York City lawyer is facing relentless backlash this week after she took to Twitter to unleash her ...

Jacob Nunez and 69 others liked your reply
She looks completely crazed

US Goy 😎 and Amber Haddad liked your reply
And yet you don't seem to understand that your role as a politician is to DEFEND AMERICA, not defend and represent ISRAEL.

You are wrong on every level and your wrongness cancels out your heroism.

You are a deeply flawed tragic figure.

Arrakk @arrakk · 2m
Replying to @SonyaShaykhoun and @djalladada
Nah, she has common sense and is able to critically analyze issues, and you call yourself a lawyer? Dont let emotions get in the way of facts and the truth. What kinda lawyer are you? 😂

## Live on X

● Alex Jones 🟡 is hosting
Trump Arrest Watch:
Campaign Preps for Trump's
Imprisonment for Exercising
First Amendment — Tune In
LIVE
+37.8K

● Mario Nawfal 🟡 🅇 is hosting
🔴 REPLAY: ISRAEL OFFICIAL
DAILY BRIEFING
+35K

● Michael A. Gayed, CFA 🟡 🅇 is hosting
Glenn Okun: Beware The
Impending Debt Maturity Wall
+2.8K

🔍 Nutrition Detective 🔍 – Dr. Garret 🟡 is hosting
Love Your Liver Livestream
#145: Live Chat Subscriber
Q&A! #vitaminAtoxicity
#coppertoxicity #toxicb
+111

● Mario Nawfal 🟡 🅇 is hosting
AI to Upgrade Gaming to
a New Level? w/
@mypethooligan#Crypt
oDaily
+2.8K

## Explore
Beta

Anti-Zionist Jew's Flag Stolen by Zionist
Woman
7 hours ago · Poli
NYCGodmother
@NycGodmother

🔍 Search



Notifications

Julie Unruly @idgejulieunruly · 1m
moreover, the NY Bar does not like radical christian terrorists harassing
street vendors. your actions reflect poorly on your standing as a member
of the profession. if they can disbar rudy giukiani, who was the mayor and
the US Atty for SDNY, they can disbar you. watch it.

Replying to @idgejulieunruly

Wow, you're threatening me, huh? And my license.
Interesting.

Drafts

Reply

Julie Unruly @idgejulieunruly · 1m
Replying to @idgejulieunruly and @SonyaShaykhoun
moreover, the NY Bar does not like radical christian terrorists harassing
street vendors. your actions reflect poorly on your standing as a member
of the profession. if they can disbar rudy giukiani, who was the mayor and
the US Atty for SDNY, they can disbar you. watch it.

NYC Citizen liked your Tweet

They love to hate me...I'm actively ignoring these people and they're
obsessed with me.

Insisting on their treacherous Communism, they only have hate in their
hearts

But they love me in a weird obsessive kind of way

Do I need an injunction?

Sonya Shaykhoun
@SonyaShaykhoun

Home

Explore

Notifications

Messages

Lists

Bookmarks

Twitter Blue

Profile

More

Tweet

Search Twitter

sten live in Spaces

Ran Neuner @ is listening
il vs Foss LIVE DEBATE
itcoin

+2.7K

Dr. Brian P. Simon @ is listening
DBLIN TOWN ALPHA
NNOUNCEMENT

+539

Steve Kirsch @ is hosting
t you name an
vaccinated Amish
rson who died in US
m COVID?

+514

low more

What's happening

La Liga · Starts at 4:00 PM
Real Valladolid vs FC Barcelona

Sports · Trending
#MSDbon£ॐ
Trending with #CSfvsGT

Trending
Beatrice
12.9K Tweets

Trending
Princess Anne

Trending
#HarryAndMeg

{EMMY L E I G H ◇}☂
@embarrassed4u

# Notifications

| All | Verified | Mentions |
|-----|----------|----------|

**PeterPaulMary and 3 others liked your Tweet**

This genius thinks that asking a vendor trying to sell you some food is against free speech.

No wonder we have problems in NYC.

It's full of dummies.

**Julie Unruly** @dgejulieunruly · 31s
Replying to @SonyaShaykhoun
DO IT!

**Julie Unruly** @dgejulieunruly · 1m
Replying to @dgejulieunruly and @SonyaShaykhoun
moreover, the NY Bar does not like radical christian terrorists harassing street vendors on your standing as a member of the profession. if they can disbar rudy giuliani, who was the mayor and the US Atty for SDNY, they can disbar you. watch it.

**NYC Citizen liked your Tweet**

They love to hate me...I'm actively ignoring these people and they're obsessed with me.

Insisting on their treacherous Communism, they only have hate in their hearts

But they love me in a weird obsessive kind of way

Do I need an injunction?

---

## Listen live in Spaces

🔵 **Ran Neuner** 🎙 is listening
Udi vs Foss LIVE DEBATE
#Bitcoin    ●2.7K

🔵 **Dr. Brian P. Simon** 🎙 is listening
GOBLIN TOWN ALPHA
ANNOUNCEMENT    ●544

🔵 **Steve Kirsch** 🎙 is hosting
Can you name an
unvaccinated Amish
person who died in US
from COVID?    ●510

Show more

## What's happening

Sports · Trending
**#MSDhoni**🐐
Trending with #CSKvsGT

Trending
**Beatrice**
12.9K Tweets

Trending
**Princess Anne**

Trending
**#HarryAndMe**

**(EMMY) L E I G H** ◇ 🌀 ꒰
@embarrassed_4u

---

## Home
## Explore
## Notifications
## Messages
## Lists
## Bookmarks
## Twitter Blue
## Profile
## More

**Tweet**

**Sonya Shaykhoun**
@SonyaShaykhoun

🔍 Search Twitter

← **Tweet**

**Julie Unruly**
@dgejulieunruly

no one is obsessed. we are collecting evidence to grieve you to the bar sonya.

2:59 PM · May 23, 2023 · 4 Views

Tweet your reply!

**Sonya Shaykhoun** @SonyaShaykhoun · 53s
And who is this "We"? You know, I can write to Twitter and ask them to tell me who you are so I can report you to the Bar for threatening my license without a basis. In fact, I think I will do that this afternoon. You can't threaten my license because you don't like me.

♡ 1     ⟳     ♡     ᴵᴵᴵ

**Sonya Shaykhoun** @SonyaShaykhoun · 2m
On what basis? Because I hurt your feelings? Last time I checked, the Bar does not protect radical progressives' feelings. Grow up.

♡ 1     ⟳ 3     ♡     ᴵᴵᴵ

---

🏠 Home
# Explore
🔔 Notifications
✉ Messages
☰ Lists
🔖 Bookmarks
✔ Twitter Blue
👤 Profile
⋯ More

**Tweet**

**Sonya Shaykhoun**
@SonyaShaykhoun

---

🔍 Search Twitter

**Relevant people**

**Julie Unruly**     **Follow**
@dgejulieu... Follows you
commie mommy dont hate on me

**Sonya Shaykhoun**
@SonyaShaykhoun
I have opinions.

**Listen live in Spaces**

🎙 **Dan Held** 🎙 is speaking    +2.7K
**Udi vs Foss LIVE DEBATE**
**#Bitcoin**

🎙 **Dr. Brian P. Simon** 🎙 is listening    +543

🎙 **GOBLIN TOWN ALPHA**
**ANNOUNCEMENT**

🎙 **Steve Kirsch** 🎙 is hosting    +497
**Can you name an**
**unvaccinated Amish**
**person who died in US**
**from COVID?**

Show more

**What's happening**

La Liga · Starts at 3:00 PM
**Real Valladolid vs FC Barcelona**

**(EMMY)LEIGH🔮🧿**
@embarrassed_4u

Trending
**Beatrice**



linkedin.com/mynetwork/

Search

Manage my network

Connections          12,226

Contacts             6,739

Following & followers

Groups               100

Events               99

Pages                1,701

Newsletters          314

Hashtags             95

Show less ∨

Ad ···

Get the latest jobs and industry news

Sonya, explore relevant opportunities
with McDermott Will & Emery

Follow

Add personal contacts

We'll periodically import and store your contacts
to help you and others connect. You choose who
to connect to and who to invite. Learn more

Your email address

Continue

Invitations                                                              See all 72

Louis Shocket, CPA follows you and is inviting you to connect
Audit Staff at McCall Gibson Svedlund Barfoot PLLC

                                                    Ignore          Accept

Hey, I heard you're a massive POS, so you must be a good lawyer. Do you take out of state
customers? See less                                                         ···
Reply to Louis

Ariel Serber invited you to attend Know Yourself Financially with Maria
Sofer
Event · May 23, 12:30 PM                              Ignore          Accept

Norman Lowe invited you to attend UK Real Estate Market Update
Event · May 25, 11:30 AM                              Ignore          Accept

Celebrations                                                             See all
Job changes, Birthdays, Work anniversaries

People who follow Ravi Aswani also follow                                See all

AVIMUKTA                    ✕

Sanjivani Jadhav
Senior Consultant at AVIMUKTA |
Legal Recruitment Consultancy
Talks about #inhousalawyer,
#legalindustry, #lawfirmhirings, and...
    Followed by Ravi Aswani and 2
    others you know

Mathias Audit               ✕
Law Professor at Sorbonne Law
School – Partner at Audit Duprey...
    Followed by Ravi Aswani and 4
    others you know

Stavros Brekoulakis         ✕
Professor in International
Arbitration at Queen Mary...
    Followed by Hesham ElRafei,
    FCIArb and 4 others you kno

Messaging



← Tweet

**Sonya Shaykhoun, Esq.** @SonyaShaykhoun · 13m
I stand by my story and my opinions. I am not a coward or a hypocrite. So thanks for the advice, but as a lawyer, you should have seen what was wrong with that scenario.

The rules set us free.

♡ 7    ⟲ 1    ♡    📊 254    ⤴

**Andrew Fleischman** @ASFleischman · 8m
Ok. And maybe you're totally right and she had to have a permit and had to show you the permit. But I don't know what name you called her. And I don't know how you approached her. And I can't be 100% sure that you were following the law when you did.

♡ 1    ⟲    ♡    📊    ⤴

*Amy Cooper Faces Charges After Calling Police on Black Bird-Watcher*

Ms. Cooper was captured on video calling the police after Christian Cooper asked her to keep her dog on a leash in Central Park.

♡ 1    ⟲    ♡ 9    📊 49    ⤴

**Andrew Fleischman** @ASFleischman · 3m
Sometimes, people who are very successful and who have been treated with a lot of grace find that grace withdrawn. And suddenly, people start enforcing rules you didn't even know you were breaking.

♡ 1    ⟲    ♡ 2    📊 12    ⤴

**Sonya Shaykhoun, Esq.** @SonyaShaykhoun
How do you know about my life story and how much grace I have experienced? Are you threatening me, Andrew? Because if you are, we can take it up with the Bar.

---

## Navigation (sidebar)

⌂ Home
# Explore
🔔 Notifications
✉ Messages
☰ Lists
🔖 Bookmarks
◈ Top Articles
◈ Verified Orgs
👤 Profile
⊙ More

[ Tweet ]

Sonya Shaykho...
@SonyaShaykhoun

---

## Right sidebar

🔍 Search Twitter

### Relevant people

**Sonya Shaykhoun, Esq.** @SonyaShaykhoun
Transactional/TMT/satellite NY lawyer w/ 19 years' int'l exp. Born & raised @NYC, educated @Britain, worked @Bahrain @Qatar, @Aityen instructor. NO DATING DMs.

**Andrew Fleischman** @ASFleischman    [Follow]
I work on behalf of the wrongfully or unfairly convicted. I also try cases. Partner at Sessions & Fleischman.
SFjustice.com
post.news/asfleischman

### Listen live in Spaces

🎧 OG Horse Kissed 🐴 ⚽ ⚽ 🎵 is listening
NCI OTTAWA ONT ⬛ DAY 2    -36
#NCI
#nationalcitizensinquiry

🎧 Bykit 🟦 is hosting
TURBOS Finance    -17

🎧 👤 Haitham the third ⬛⬛⬛⬛⬛ is speaking
تطبيق لعبة    -8

### What's happening

NBA · Last night
Heat at Celtic

Messages

 **Outlook**

## Sonya

**From** Helena Sloane <hellsloane89@yahoo.com>
**Date** Tue 5/23/2023 4:21 PM
**To**    Sonya Shaykhoun <sonya@shaykhounlaw.com>

Fuck off and die, you evil cunt



But now you got it, as fuck everyone else, right?

...get dir-barrell and are forced to

Sonya Shayhoun, ESQ
825 WEST End Ave.
New York, NY 10025

1141 S. 44th St
N.Y., N.Y., 18016

12 JUN 202

SEATTL

5/19/23

Sonya,

You really are a cunt. You got yours, I'm sooo sure you ~~so~~ earned it all. Did it all by your-~~self~~ self. Ya, right.

But now you got it, so fuck everyone else, right? I ~~hope~~ hope you get dis-barred and are forced to make hard ~~as~~ choices about how you have to make ends meet.

You suck, fuck off

YT

People who ~~sword~~ work for a living

**EXHIBIT 6: DEFENDANT THE DAILY BEAST'S CODE OF ETHICS AND STANDARDS**





SUBSCRIBE

# Code of Ethics and Standards

The Daily Beast is dedicated to independent journalism, pursued without fear or favor.

We value an inclusive culture, committed to the public good. A core part of our mission is to confront bullies, bigots and hypocrites. We believe that skepticism is a virtue and cynicism is a vice. Above all, our goal is to tell the truth.

To that end, journalists must strive to hold themselves to high ethical standards: aiming for honesty, fairness and accuracy while avoiding conflicts of interest.

That's why The Daily Beast is publishing its Code of Ethics and Standards, so our readers can know where we stand. This is a living document, and will be updated as our mission requires.

**Anonymous Sources:** Quoting anonymous sources is advisable only when there is legitimate fear of personal or professional reprisal on stories pertaining to the public good. Sole anonymous sources without additional documentation will rarely, if ever, be the basis for stories published in The Daily Beast.

**Attribution:** Citations and quotations should be attributed, with exceptions only in extraordinary circumstances, with a hyper-link to the original sources when available and appropriate.

**Conflicts of Interest and Disclosure:** Conflicts of interest of reporters or editors must be disclosed to The Daily Beast's editorial management and

legal counsel. Under no circumstances will sources be financially compensated for their stories. Reporters will not be permitted to accept free trips or significant gifts from story subjects. Reporting trips organized by third parties are allowed with advance permission, without expectation of coverage, and disclosure if any stories are subsequently written. No reporters will be required to participate in branded or native advertising.

**Corrections and Updates:** Factual errors require correction and acknowledgement by an editor at the end of the story. Updating text for clarity, style or spelling does not require acknowledgement. When a story has advanced significantly within a week of publication, an update may be added.

**Deletion:** Stories will not be deleted by any single employee or without express permission from The Daily Beast leadership. Deletion will occur only in very rare circumstances having to do with a serious and fundamental factual error, significant violation of our values or concern about compromising personal safety.

**Identification while Reporting Online:** The rules for identifying as a reporter in online platforms will extend from the principles of reporting at a protest rally: reporters may observe actions and record statements, without identifying themselves. But if they ask—or are asked—a direct question, they will identify themselves as a reporter for The Daily Beast before responding. The only exceptions to this rule will be undercover investigative reporting, with permission granted beforehand by the senior editorial team.

**Opinion:** The Daily Beast features sharp opinion as well as original reporting. Our columnists run the gamut between liberal and libertarian. We value ideological diversity and substantive debate. Opinion pieces do not necessarily represent the editorial perspective of The Daily Beast. Our readers are reminded that there is no right not to be offended.

**Plagiarism:** Plagiarism — lifting someone else's words and passing them off as your own — and factual fabrication are never permitted.

**Political Affiliation and Donations:** The Daily Beast is non-partisan but not neutral. We do not defend any particular political party or ideology. We insist on a fact-based debate and will not pretend that both sides of every political debate are always equal. Nonetheless, reporters and editors should be aware when personal opinion crosses the line into political activism and undercuts our aim to be fair. To that end, financial donations to political candidates or political parties are not permitted. This rule does not extend to charitable organizations.

**Quotations:** Interview subjects will be assumed to be on the record, unless they specifically request, and we agree, that they will be "on background" – meaning their words and broad affiliation can be used, but not their name—or "off the record," meaning their words cannot be quoted but the information can be used as a basis for further reporting.

**Requests for Comment:** Individuals and organizations that are the primary subjects of original reporting should be customarily contacted with requests for comment before publication and given a reasonable time to respond.

**Social Media:** Newsroom employees' social media accounts express personal opinions and do not reflect the official position of The Daily Beast. Nonetheless, journalists should be advised that anything posted to a social media account can be used against them, their colleagues, or the company in the court of public opinion. Journalists are free to politely disagree with one another, but Daily Beast employees should never use their social accounts to attack their colleagues or undermine the credibility of the organization. Employees are also prohibited from posting sponsored content on their social accounts. In short, think before you tweet. We expect reporters and editors to exercise good judgment—no matter what the medium.

**Violence:** Violence is, unfortunately, part of life and ignoring it does not serve the public good. We have an obligation to confront evil, even if it sometimes makes us uncomfortable. Except in unusual circumstances, efforts will be made to obscure victims' identities in graphic photos and video. The Daily Beast will not engage in the pornography of violence by showing the moment of death unless it serves the public good.

BACK TO TOP ↑

## DAILY BEAST

| CHEAT SHEET | CULTURE | SUBSCRIPTION | GET THE APP |
| --- | --- | --- | --- |
| POLITICS | U.S. NEWS | ⊞ CROSSWORD | |
| OBSESSED | INNOVATION | ✈ NEWSLETTERS | FOLLOW US |
| MEDIA | SCOUTED | 🎧 PODCASTS | |
| WORLD | TRAVEL | | |

Download on the App Store    GET IT ON Google Play

FOLLOW US: f · X · ⊡ · ⧉ · ▣

ABOUT  CONTACT  TIPS  JOBS  ADVERTISE  HELP  PRIVACY  CODE OF ETHICS & STANDARDS  DIVERSITY  TERMS & CONDITIONS  COPYRIGHT & TRADEMARK

© 2024 The Daily Beast Company LLC

12/27/24, 11:52 AM

**EXHIBIT 7: KICKED OUT OF CIVIC GROUP EMAIL**

**Re: Federal lawsuit**

Maxine DeSeta <maxinelois.deseta@gmail.com>
Thu 10/19/2023 8:59 AM
To:Sonya Shaykhoun <sonya@shaykhounlaw.com>
Cc:Herb Alter <herbalter.consultant@gmail.com>

Dear Sonya,

This is not about the Israel/Gaza conflict. I noticed that a lawyer with your minus the k called the police on some unlicensed, obviously immigrant women. We do not support this kind of action. Pardon me, if this was a different person.

Thank you again for you concern.

Take care,
Maxine

> On Oct 17, 2023, at 2:59 PM, Sonya Shaykhoun <sonya@shaykhounlaw.com> wrote:
>
> Hi Maxine,
>
> I hope you are OK after yesterday's fiasco. I was deeply upset about what happened to you and how the DOT and Open Plans are just steamrolling you.
>
> Let me know if there is anything I can do to support you. Even if we are not aligned about Gaza/Israel, we are very much aligned on NYC matters.
>
> Best,
> Sonya
>
> <Outlook-horizontal.png>
>
> **Sonya Shaykhoun**
> Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney
> <Outlook-Law Office.png>
> +1-929-408-4531
> 825 West End Ave
> New York, NY 10025-5349
> https://shaykhounlaw.com

> **From:** Maxine DeSeta <maxinelois.deseta@gmail.com>
> **Sent:** Sunday, October 15, 2023 12:39 PM
> **To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
> **Cc:** Herb Alter <herbalter.consultant@gmail.com>
> **Subject:** Re: Federal lawsuit
>
> Sonja,
>
> Sorry I did not get back to you. Exhaustion caught up with me. Unfortunately we are not aligned with some of your actions and can not at this time given our fragile situation become involved with more controversy.
> Thank you for extending your help to us.
>
> Be Well,
> Maxine

>> On Oct 15, 2023, at 12:34 PM, Sonya Shaykhoun <sonya@shaykhounlaw.com> wrote:
>>
>> Hi Maxine,
>>
>> I hope you are well. I am a bit confused about something. Last night, I noticed you removed me from the WhatsApp group and didn't respond to my question privately about it. I can only assume that you do not align with my politics as per Twitter and will not take my offer of help.
>>
>> If this is a mistake, I stand corrected. Should you need my assistance in this regard, I am happy to help. But for now, given you ejected me from the WhatsApp group, I am assuming you do not need my help.
>>
>> Many thanks,
>> Sonya
>>
>> <Outlook-horizontal.png>
>>
>> **Sonya Shaykhoun**
>> Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney
>> <Outlook-Law Office.png>
>> +1-929-408-4531
>> 825 West End Ave
>> New York, NY 10025-5349
>> https://shaykhounlaw.com

>> **From:** Maxine DeSeta <maxinelois.deseta@gmail.com>
>> **Sent:** Saturday, October 14, 2023 4:50 PM
>> **To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
>> **Subject:** Federal lawsuit
>>
>> Dear Sonya,
>>
>> We are also plaintiffs in a federal lawsuit against open streets under the American for Disabilities Act. nycaccessforall.org
>>
>> Thank you, again, for your time.

Maxine DeSela

**EXHIBIT 8: TAKE DOWN NOTICE – TRACY CONNOR, EDITOR-IN-CHIEF,
THE DAILY BEAST**

 **Outlook**

---

**Take Down Request/Notice**

---

**From** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Date** Tue 2/20/2024 8:00 AM
**To** Tracy.Connor@thedailybeast.com <Tracy.Connor@thedailybeast.com>

📎 4 attachments (4 MB)
Take_Down_Notice_2-20-24_The_Daily_Beast.docx.pdf; Maxine De Seta Email.pdf; Shaykhoun Law Pitch Deck 2024.pdf; SONYA_SHAYKHOUN_Resume.pdf;

**PRIVATE AND CONFIDENTIAL**
**WITHOUT PREJUDICE**
**VIA EMAIL**

Dear Tracy Connor:

Please see the attached Take Down Notice and attachments. To resolve this amicably, I have not put a deadline as to when I would expect **The Daily Beast** to take down the article referenced in the attached letter. That said, if we cannot resolve this by the end of March 2024, I will take any legal action I deem appropriate.

Many thanks,
Sonya Shaykhoun, Esq.

---

## Sonya Shaykhoun

Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com



**SHAYKHOUN LAW**
NEW YORK PRACTICE

825 West End Avenue,
New York, NY 10025
Email: sonya@shaykhounlaw.com
Tel: +1-929-408-4531

February 20th, 2024

**PRIVATE AND CONFIDENTIAL**
**WITHOUT PREJUDICE**
**VIA EMAIL**

Tracy Connor
Editor-In-Chief
The Daily Beast
555 W 18th Street
NY, NY 10011

Dear Tracy Connor:

**Re: Take Down Request**

*Introduction*

We have not been formally introduced yet; my name is Sonya Shaykhoun, Esq., I am
a NY-attorney who was born and raised in NYC and had the opportunity to live and
work in many European and Middle Eastern countries before returning to NYC in
March 2019. Unfortunately, I am also the subject of an article that your publication
published on May 18th, 2023, entitled *"Lawyer Roasted for Calling 911 on 'Unlicensed'*

*Food Vendor in NYC Park*"[1] (the "**Article**") as a result of a tweet I posted on May 17th, 2023, that became viral.

## Objective of this letter ("Letter")

The purpose of this Letter is to request that **The Daily Beast** take down the Article with immediate effect. The Article has damaged me, my name, and my professional prospects indelibly, as I explain herein.

## Background and Credentials

I wanted to take a moment to tell you a bit more about myself. I was born in Manhattan to an Irish mother and an Egyptian father who met in NYC (of course!) We lived in Brooklyn for the first five years of my life before my mother got sick of the 1.5-hour long commute to and from Manhattan and we moved to Manhattan on Christmas Eve, 1977. I went to the local public school (PS 75 on 96th Street and West End Avenue) and, after my 4-year-old sister came home and called my brother an "*asshole*" and threw a pen at him, nearly blinding him, to St. Hilda's & St. Hugh's with the nuns. After a brief stint in Southampton, I had the privilege of attending Dalton. Diversity has been a common thread throughout my education in NYC. My friends and classmates came from all over the world, whether from South America or South Africa. As children, my friends and I were curious about one another, but we never judged one another or castigated each other for being different.

After Dalton, I attended the University of St. Andrews in Scotland. It was a tough time in my family. My father had made a risky bet in his venture capital fund and lost US$120,000,000. We went from riches to rags overnight. It was traumatic. To make matters worse, my younger sister Laura was date-raped and suffered a psychotic break that ultimately took her life in 2008 (she jumped from the bathroom window of our 11th floor apartment while my mother and brother were in the house, and I was in my office in Bahrain and on the phone with my mother to hear my mother's blood-curdling scream as she realized what had happened before the phone went dead). As much as the bankruptcy and collateral damage were devastating, it was also character-building. I am no stranger to hard work or doing menial jobs. I have also faced my share of racial discrimination so I would never do that to someone else. One particularly painful example is where my high school college counsellor refused to send my papers to any colleges, including Harvard, because my father was Egyptian and she was a radical Zionist she was racist against my Egyptian Muslim father and me, his daughter.

---

[1] https://www.thedailybeast.com/nyc-lawyer-sonya-shaykhoun-roasted-for-calling-911-on-a-food-vendor

There was no money for me to go to university, much less law school, but I went, worked all the way through, and made it through somehow. I went to law school in London at a college that is literally called the "School of Oriental and African Studies (SOAS)" where my classmates were from all over the world. In 2004, I got an opportunity to work in Bahrain as a Senior Legal Counsel at Orbit, a pan Arab pay satellite TV company where I was a technology lawyer. Orbit was innovative and we worked on satellite projects more innovative than Elon Musk's current projects but on a regional, not a global, scale. Eventually, I moved into private practice in Bahrain and after a few years, I got a job at Al Jazeera Media Network in Doha (during the Arab Spring) where I realized I had a nose for corruption. I got fired because the licensed lawyer in me needed compliance with the laws and I uncovered a global conspiracy within Al Jazeera and the gang leader was my boss! Following my retaliatory termination from Al Jazeera and I got a job with a start-up. Sadly (and this was a critical part of my getting my "Ph.D. in Street Smarts" that I always say I got in the Arabian Gulf), the start-up turned out to be a front from a criminal gang who decided not to honor my employment contract and terminated me because I refused to accept half of the salary that they owed me under the contract. In mid-2015, I had to start a litigation against the gang in the Qatari Civil Courts for unpaid salary and during which time, I could not leave Qatar because of the sponsorship rules that governed who could come and go. I won my case and, in early 2017, I went to work in the Contracts Department at Qatar Airways in Doha with employees from the four corners of the world. It was not always easy to live and work in the Arabian Gulf (although I loved a lot of it). I developed grit, a tough skin, and, despite what the many trolls on Twitter/X would say, commercial savvy.

In every role I have had, I distinguished myself as a nimble problem-solver, a workhorse, and as someone who gets things done. Consequently, I was entrusted with many groundbreaking multi-million and multi-billion-dollar contracts for projects all over the world. I had hoped and still hope to leverage the unique and valuable life and professional experience I got in Europe and the Middle East. Indeed, I am proud of not only my accomplishments and my legal skills, but astonished that I didn't crumble under the weight of the tough tests that life in the Arab Gulf gave me.

In 2016, I got the opportunity to do a second LL.M. in Corruption, Law and Governance at the satellite campus of the University of Sussex and the Rule of Law and Anti-Corruption Center in Doha. Although I was still in the throes of fighting my legal case against the money launderers who scammed me into taking a job with them and for which they never intended paying me, some friends helped me to pay the tuition fees. During this time, many older, male professional friends commented on how brave I was to be able to handle and face all the issues I had faced in Qatar. In recent years, men in similar situations took their lives rather than face up to getting unstuck in Qatar. By this point, it should be clear that I, Sonya Shaykhoun, the lawyer and human being, put a heavy emphasis on compliance and the rule of law and that, given my training and my experiences in the Arabian Gulf, and that I carry

this with me in every aspect of my life. It should also be clear that my insisting on compliance with the law got me in trouble with those less respectful of the rule of law (does that sound familiar?)

In March 2019, I left Doha for good. I was working on massive contracts and supporting the contracts and the compliance departments at Qatar Airways respectively. My uncanny ability to sniff out corruption and shenanigans meant I alarmed the corrupt and shenanigous in the airline. I became a target again and my new boss started harassing me and threatening to investigate me for nothing. Qatar spit me out eventually and I was happy to be back home, safe from people who wanted to hurt and smear me because of my incorruptibility. I took a wealth of life lessons with me.

Despite appearances, my prestigious education and work experience, I am a humble and fair person. The trauma I experienced after my sister Laura's suicide taught me compassion. Like I said, the Arabian Gulf was the university from which I earned my "*Ph.D. in Street Smarts*".

Against all the odds, I have managed to have a phenomenal career and work in amazing companies advising on fascinating projects on a global scale. I attach my resume and pitch deck, so you see the justification for my assertion regarding my professionalism and professional credentials.

### *Justifications for unpublishing the Article*

The Article has both put my physical safety and my reputation and career at risk. For **The Daily Beast**, the Article is a "*flash in the pan*" for clicks, a response to an admittedly phenomenally controversial tweet that garnered almost seven million views and extreme reactions from one end of the political spectrum to another. I can understand the appeal of picking up the so-called "*news*". That said, the Article has damaged me on several fronts:

1. **Ugly threats.** Please see the attached letter which is emblematic of the kind of abuse I received after **The Daily Beast** published the Article.

2. **Perpetual weaponization.** I am a technology, media and telecommunications lawyer who spent 15 years in Bahrain and Qatar where I deliberately did not use Twitter/X when it arrived on the scene and actively self-censored myself for my own protection in the more conservative Gulf States. When I arrived back in America in March 2019 after many years abroad, I had no concept of the extent to which social media has become weaponized in American society. Now, for example, whenever I disagree with anyone on social media, invariable a troll will throw the Article in my face as

a weapon. It is humiliating, embarrassing, extremely distressing and damaging on several fronts. It makes me feel hopeless about my future in NYC and my legal career.

3. **Excluded and besmirched.** Last Fall, I met a woman in my neighborhood who is an activist against Open Plans, which has taken over West 103rd Street despite objections from the local community. When she found out I am a lawyer, she eagerly welcomed me to her WhatsApp group of civic activists. Within a few hours, she kicked me out. I wrote to her to ask what had happened and she said that she understood I was anti-immigrant, and she did not want to work with me! I attach that email exchange. That is a direct result of the Article painting me as a racist. I explained to her that the girls in the park were Americans and were not immigrants, but she wouldn't listen, the damage was done. The Article painted me unfairly as a racist and a pariah in my admittedly leftist Upper West Side neighborhood. As I am sure you are aware now, many New Yorkers from the Mayor to the Everyman has expressed dismay at the situation with the migrants. Why should I be the whipping boy (or girl as the case may be)? NYC is a City of a diversity of views and politics. Why would you use my tweetstorm as an opportunity to eviscerate me?

4. **Contradicts The Daily Beast's Core Values.** The tweet I wrote was about a chronic problem in NYC, unlicensed vendors. After the storm that erupted around my tweet, Councilman Robert Holden took up the issue of unlicensed vendors as has Mayor Adams (most recently evicting the illegal vendors on the Brooklyn Bridge), which I felt vindicated my questions of the vendors. I did not do anything wrong. Because one of the two girls in Riverside Park started chasing after me when she saw me taking a picture and got in my face, I called the police when she refused to leave me alone. I felt physically aggressed and calling 911 was the only option I saw at that moment to prevent something bad from happening. Did I make the wrong choice? That was the best I could do in the moment.

The Article casts me as a villain, which is inaccurate. The interaction, which lasted not more than five minutes in real life, is emblematic of one of the many issues plaguing NYC – the lawlessness and the disrespect for the Law.

The Article implies that I lied about calling the police. This is inaccurate. The cops might be understaffed or did not bother to record the complaint but make the complaint I did. The police did call me on the phone to get my side of the story and they must have spoken to the girls because they disappeared and never appeared again.

Without saying it explicitly, the Article also paints me as a racist and a bigot, which is rich, given that I am half Irish and half Egyptian and have lived in

several countries around the world and worked and been friends with people from many walks of life.

Rather than being a racist or bigot, I am a lawyer – that means that I see the world through the lens of "*compliance with the law*". So, when I walk around NYC and see laws being broken and how it impacts the City negatively, I always see things through the lens of corruption and rule of law – not racism and xenophobia, as the Article suggests in error.

The Article wrongly casts me as a bully, bigot and hypocrite. I am none of those things. In this regard, I feel the Article fails to meet the following **The Daily Beast** values:

"*We value an inclusive culture, committed to the public good. A core part of our mission is to confront bullies, bigots and hypocrites. We believe that skepticism is a virtue and cynicism is a vice. Above all, our goal is to tell the truth.*

*To that end, journalists must strive to hold themselves to high ethical standards: aiming for honesty, fairness and accuracy while avoiding conflicts of interest.*"

If I break that down, surely my views and experiences should be considered with "*skepticism*", "*honesty*", "*fairness*" and "*accuracy*". I would also add that the Article conflicts with my right to privacy and to be safe in NYC since, as I said, the Article precipitated scary threats and has regularly been weaponized against me on Twitter.

### *Legal Issues and Journalistic Ethics*

**The Daily Beast** published the Article was published on May 23rd, 2023. statute of limitations on defamation is one year from the initial publication. We are still within the statute of limitations.

The Article portrays me as racist bigot without including a larger context. Indeed, the impact on my reputation, life and career has been severe and noticeable even now after nearly nine months of publication. Additionally, there are several assertions and/or damaging insinuations that are incorrect. Specifically, the Article asserts that the NYPD did not call me back after I called 911 after the unlicensed vendor came running at me and getting aggressive. The police did indeed speak with me, and I am sure with a bit of elbow grease, I could provide confirmation of that. Secondly, the insinuation that I am an anti-immigrant bigot is completely wrong because, as stated, the unlicensed vendors in the park are Americans and AJ McDougall referenced another tweet that upset people about a dead-drunk immigrant on my doorstep

DocuSign Envelope ID: 0E0272F3-0868-4322-9BAB-6F4FCA9A4902

(something I had never seen in front of my West End Avenue doorman building even in the worst days of NYC when I was a kid in the late 1970s and early 1980s).

Further, the Article breaches my privacy (when I choose to protect my tweets, which is the case right now – I gave up Twitter/X for Lent) and seeks to make a laughingstock out of me because of the false perception that I am an elitist bigot. While I have been extremely privileged, I am not an elitist and, as a child of immigrants who has lived and worked all over the world, I am not a bigot.

AJ McDougall wrote the Article clinically but without reference to the greater context. That context is the recent surge in illegal immigration to the sanctuary city that is NYC and the related and consequent social, civic, political and legal issues. It follows that the rare sighting of  unlicensed vendors in Riverside Park and the exchange between one of the vendors and me that would later that day become a viral tweet are emblematic of the dichotomy of the "breakdown in the rule of law"/"rule of law" that characterizes the schism in NYC and NYS politics currently.

Although AJ McDougall wrote to me for comment, she did not give me a chance to comment, and then pressed *"publish"* anyway. Having worked in media internationally, I understand the inability to wait. But I do wish that **The Daily Beast** had given me an opportunity to comment as it would have given me an opportunity to mitigate against the damage or even to take appropriate legal steps to stop publication of this very disparaging and damaging Article.

Surely, calling a seasoned international lawyer with my educational and professional credentials a *"Karen"* is well below the standard of journalistic ethics? I am not a public person and so why take me down like this? It is not just well below the standard of journalistic ethics; it is just nasty.

### *Personal Appeal*

The personas we present to the world on social media are often narrow and subject to misinterpretation. They get twisted and reframed according to the individual reader's personal bias.

In summation, behind @SonyaShaykhoun on Twitter/X is a lawyer who has had to fight tooth and nail for everything she got, from the age of 18 when my now deceased father's business missteps ended in bankruptcy and ensuing familial chaos that had long-lasting effects. It went from bad to worse when my younger sister Laura was date raped and had a nervous breakdown, ending her dreams of having a normal life, a life which ultimately ended in her suicide in 2008. I faced and overcame the incredible challenges as an American woman in the Middle East, where I often say I got my *"Ph.D. in Street Smarts"*.

DocuSign Envelope ID: 0E0272F5-0868-4322-9BAB-8F4FCA9A4902

I am the first person to admit that my Twitter/X takes make people angry. I have an uncanny ability of pissing people off. But should I be subjected to ugly and potentially dangerous threats, defamation, weaponization, and threats of excommunication and disbarment? You and your writers, even the trolls on X, might not agree with my takes. But does that mean you have to ruin my life? Isn't this unethical and abuse of power? Does that mean that your journalists get to drag my name – my family name – through the mud? That perhaps is the most heartbreaking – to make me, Sonya Shaykhoun, the child of immigrants, synonymous with a *"bigoted Karen"*. You might as well have just killed me.

Thanks to the Article, my herculean efforts to build my own law practice in NYC are under serious threat and stunted. Anyone who Googles me will see the Article and think that I am a racist Karen, despite the support I have gotten from other New Yorkers and Americans who reached out to support me after you published the devastating Article.

The impact of the Article and the Karen moniker has been to reduce me to a meme and to cancel out all those years of study, blood, sweat and tears – both to get my education against all odds and to survive the vicissitudes of life as a female lawyer in Bahrain and Qatar and now New York City. I never once dreamed that America, my home, would be so hostile to me. Perhaps my extended time in those conservative Gulf States, where compliance with the rule of law in day-to-day life is a given, shaped my views and my expectations, but I am passionate about NYC and passionate about the rule of law – how are those crimes punishable by the destruction of my safety, name, and professional prospects by your publication?

Importantly, I have the authority to protect my tweets on my Twitter/X account and determine who gets to read my thoughts, but I do not have the ability to delete this damaging Article without taking legal action. You can, however, delete the Article and save me a lot of pain and suffering. Again, I am not a public figure.

**The Daily Beast** espouses the following policy:

**"*Deletion:* Stories will not be deleted by any single employee or without express** permission from The Daily Beast leadership. Deletion will occur only in very rare circumstances having to do with a serious and fundamental factual error, ***significant violation of our values or concern about compromising personal safety*.**"

I am not perfect, but I am certainly not the racist bigot portrayed by the Article. The Article describes five minutes in my life last summer and I am still paying for the resulting misfired tweet that upset so many people, rightly or wrongly.

*Resolution*

Please delete the Article and take this thorn out of my side.

My tweet and the Article are old news. Since May 2023, the social perception and understanding of the problem that unlicensed vendors pose has been championed by our politicians, including Mayor Adams. While the tweet and Article are old news, the impact is not. When I am public on Twitter/X, someone regularly throws the Article in my face to discredit me.

I recently watched a short on YouTube by @SimonSquibb. Simon interviewed a New Yorker (it looks like it's in the Oculus) about his "dream". The man said, he's just trying to put his life back together after the devastation that occurred during the Covid Pandemic.[2] I really resonated with this clip as I am sure many of us do – not only am I trying to build a life in NYC after long stints in the Middle East and Europe, but we are all trying to recover in the post-Pandemic era. Please have some compassion and decency; delete the Article.

I will also be writing to the other publications, including the UK newspapers, that picked up this story to ask them to do the same.

If you wish to discuss this on the phone or in person, I am happy to do so. I need **The Daily Beast** to unpublish the Article so I can put this fiasco behind me.

As a lawyer, I would remiss if I did not include that all rights are reserved. I would much prefer to resolve this issue amicably than to go to court and draw more attention to myself.

Many thanks,

*Sonya Shaykhoun*
1DC0F583E8FC442...

Sonya Shaykhoun, Esq.

Attachments: 5

---

[2] See: https://youtube.com/shorts/wtCdpWpWdcQ?si=lNa2bVB2GUGRSxFD

But now you got it, so fuck everyone else, right?

you get dis-barred and are forced to

12 JUN 2023

SEATTLE

D. Beos
1141 S. 4th St
NY, NY, 10016



Sonya Shayhoun, ESQ
825 WEST End Ave.
New York, NY 10025

5/19/23

Sonya,

You really are a cunt. You got yours, I'm sooo sure you earned it all. Did it all by yourself. Ya, right.

But now you got it, so fuck everyone else, right? I hope you get dis-barred and are forced to make hard choices about how you have to make ends meet.

You suck, fuck off

JT

People who work for a living

**Re: Federal lawsuit**

Maxine DeSeta <maxinelois.deseta@gmail.com>
Thu 10/19/2023 8:59 AM
To:Sonya Shaykhoun <sonya@shaykhounlaw.com>
Cc:Herb Alter <herbalter.consultant@gmail.com>

Dear Sonya,

This is not about the Israel/Gaza conflict.  I noticed that a lawyer with your minus the k called the police on some unlicensed, obviously immigrant women. We do not support this kind of action.  Pardon me, if this was a different person.

Thank you again for you concern.

Take care,
Maxine

> On Oct 17, 2023, at 2:59 PM, Sonya Shaykhoun <sonya@shaykhounlaw.com> wrote:
>
> Hi Maxine,
>
> I hope you are OK after yesterday's fiasco. I was deeply upset about what happened to you and how the DOT and Open Plans are just steamrolling you.
>
> Let me know if there is anything I can do to support you. Even if we are not aligned about Gaza/Israel, we are very much aligned on NYC matters.
>
> Best,
> Sonya
>
> <Outlook-horizontal.png>
>
> **Sonya Shaykhoun**
> Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney
> <Outlook-Law Office.png>
> +1-929-408-4531
> 825 West End Ave
> New York, NY 10025-5349
> https://shaykhounlaw.com
>
> ----------
> **From:** Maxine DeSeta <maxinelois.deseta@gmail.com>
> **Sent:** Sunday, October 15, 2023 12:39 PM
> **To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
> **Cc:** Herb Alter <herbalter.consultant@gmail.com>
> **Subject:** Re: Federal lawsuit
>
> Sonja,
>
> Sorry I did not get back to you. Exhaustion caught up with me. Unfortunately we are not aligned with some of your actions and can not at this time given our fragile situation become involved with more controversy.
> Thank you for extending your help to us.
>
> Be Well,
> Maxine
>
>> On Oct 15, 2023, at 12:34 PM, Sonya Shaykhoun <sonya@shaykhounlaw.com> wrote:
>>
>> Hi Maxine,
>>
>> I hope you are well. I am a bit confused about something. Last night, I noticed you removed me from the WhatsApp group and didn't respond to my question privately about it. I can only assume that you do not align with my politics as per Twitter and will not take my offer of help.
>>
>> If this is a mistake, I stand corrected. Should you need my assistance in this regard, I am happy to help. But for now, given you ejected me from the WhatsApp group, I am assuming you do not need my help.
>>
>> Many thanks,
>> Sonya
>>
>> <Outlook-horizontal.png>
>>
>> **Sonya Shaykhoun**
>> Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney
>> <Outlook-Law Office.png>
>> +1-929-408-4531
>> 825 West End Ave
>> New York, NY 10025-5349
>> https://shaykhounlaw.com
>>
>> ----------
>> **From:** Maxine DeSeta <maxinelois.deseta@gmail.com>
>> **Sent:** Saturday, October 14, 2023 4:50 PM
>> **To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
>> **Subject:** Federal lawsuit
>>
>> Dear Sonya,
>>
>> We are also plaintiffs in a federal lawsuit against open streets under the American for Disabilities Act. nycaccessforall.org
>>
>> Thank you, again, for your time.

Maxine DeSeta



# SONYA SHAYKHOUN

sonya@shaykhounlaw.com   |   +1-929-408-4531   |   NY, NY 10025

## Summary

Dedicated and skilled Attorney specializing in complex and high-value cross-border transactions with twenty years' experience in legal counseling, contract negotiation, drafting, and management. Committed to pursuing the best outcomes for clients and legal firms alike. New York Attorney in good standing.

## Skills

- Global employment law experience
- Legal Writing
- Intellectual Property Law Expertise
- Legal Research
- Corporate Law
- Document Preparation
- Evaluating Documents
- Contract Negotiation

- Strategy Development
- Intellectual Property Law
- Negotiation
- Legal Compliance
- Settlement Negotiation
- Conflict Resolution
- Complex project management
- Time management

## Experience

**Lawclerk | Remote**
**Freelance Attorney**
*07/2022 - Current*

- Successfully completed several freelance projects, including: writing a blog post on due diligence best practices; writing an ebook on the uses of "Recitals" in contracts; Drafting a partnership agreement; reviewing a brand license agreement for a Cannabis company in NY; and, a six (6)-month maternity cover for a GDPR-compliance data privacy project.

**Epiq | New York City, NY**
**Contract Attorney**
*07/2019 - Current*

- Supported several document review projects (first level review and privilege review) in relation to a variety of matters, including litigation, arbitration, in-house investigations, labor disputes, FTC investigations, and regulatory reviews.

**Law Offices of Sonya Shaykhoun, Esq. | New York City, NY**
**Founder/Attorney**
*05/2019 - Current*

- Advise on a wide variety of domestic, international, and complex cross-border legal matters and transactions, including TMT matters (including satellites), IT Outsourcing, cross-border litigation and dispute resolution, Middle East matters, and data privacy matters including data privacy agreements.
- Teach the "Commercially Savvy Lawyer Contract Negotiation and Drafting Boot Camp on the Maven educational platform (NYS CLE pending.)

**Qatar Airways | Doha, Qatar**
**Senior Legal Specialist**
*01/2017 - 04/2019*

- Drafted, reviewed and negotiated contracts including service agreements, software licenses, confidentiality agreements and other related documents related to the running of a multi-faceted 5-star global airline.
- Highlights include negotiating and drafting: (i) the cutting-edge inflight connectivity agreement between Qatar Airways and Inmarsat worth more than one billion Qatari Riyals (i.e., about US$750 million); (ii) the multi-million-dollar sponsorship agreement between Qatar Airways, Jet Blue and the Barclays Center in Brooklyn, NY; (iii) the 1.3 billion Qatari Riyals (i.e.,

US$800 million) facility management contract with FMM (a Spanish facility management company); and, (iv) an inflight entertainment upgrade agreement worth US$165 million with Thales; and, (v) supported the Chief Legal and Compliance Officer in developing Qatar Airways' award-winning Corporate Compliance Program.
- Provided legal advice and guidance to corporate clients on a variety of global corporate, commercial, employment and regulatory matters.

**My-HD Media | Dubai, UAE**
**Independent Legal Consultant**
*09/2015 - 06/2016*

- Drafted and/or negotiated rights and distribution contracts, termination letters, and, non-disclosure agreements as part of a contract renegotiation exercise between My-HD and their vendors.

**Syscontech Limited W.L.L. | Doha, Qatar**
**General Counsel**
*02/2015 - 07/2015*

- Advised a technology start-up on complex agreements, documentation for tender submissions, litigation strategy, Qatari law matters with the assistance of local counsel, IT Outsourcing agreements, and IP matters.

**Al Jazeera Media Network (AJMN) | Doha, Qatar**
**Senior Legal Counsel**
*02/2011 - 12/2014*

- Provided legal and operational support across the AJMN group in Qatar and on a global basis.
- Reviewed, drafted and negotiated a wide range of commercial contracts, including license agreements, services agreements, joint venture agreements and purchase and supply agreements.
- Managed AJMN's global corporate, commercial contract and compliance matters either alone or with outside counsel and/or consultants.
- Managed a global portfolio of and subsequent restructuring of more than 120 Al Jazeera bureaus (i.e., new companies and branches) and related regulatory, legal and tax compliance, governance, and employment law matters (including streamlining the global employment contract template).
- Reviewed articles, scripts, and films for compliance with OfCom (Al Jazeera English's regulator) prior to publication/broadcast.
- Negotiated non-contentious dispute resolution matters.
- Led internal investigations with HR and other AJMN executives.
- Advised on a wide range of global IP issues.

**Charles Russell Speechlys LLP | Manama, Bahrain**
**Attorney**
*04/2008 - 08/2010*

- Advised on a range of contract reviews for various media, IT Outsourcing (vendor and client side), technology, insurance, and facility management companies in Bahrain and other Arabian Gulf countries.
- Developed client relationships for Charles Russell's Bahrain office,
- Seconded to the Telecommunications Regulatory Authority (TRA) and Gulf Air in Bahrain respectively for six (6)-month engagements.
- Managed complex due diligence projects via digital war rooms.
- Managed the "Know Your Client" protocols for new clients.

**Orbit Communications Company WLL | Manama, Bahrain**
**Senior Legal Counsel**
*05/2004 - 02/2008*

- Managed a broad range of Orbit's corporate, commercial, and regulatory matters.
- Active member of Orbit's Anti-Piracy team combatting TV piracy globally.
- Managed the extensive global trademark portfolio with third party trademark agents.
- Provided Noorsat (Orbit's sister company) with support on legal, corporate, and regulatory matters.

## Education and Training

University of Sussex And The Rule of Law And Anti-Corruption Center | Doha, Qatar
**Master of Laws (LL.M.) in Corruption, Law and Governance**
*10/2018*

School of Oriental and African Studies (SOAS), University of London | London, England
**Master of Laws (LL.M.), Corporate and Commercial Law**
*10/2003*

BPP Law School | London, England
**Legal Practice Course**
*06/2002*

School of Oriental and African Studies (SOAS), University of London | London, England
**BA in Arabic and Law (equivalent to a Juris Doctor)**
*06/2000*

University of St. Andrews | St. Andrews, Scotland
**MA Honors in English Language and Literature**
*06/1995*

London Institute of Space Policy and Law | London, England
**Space Law Certificate Course**

## Websites, Portfolios, Profiles

- https://www.linkedin.com/in/sonya-shaykhoun-esq-ll-m-2468002/
- https://shaykhounlaw.com

## Committees

- March 2021 - June 2023 Member of the NYC Bar Association Committee on NYC Affairs
- March 2022 - present, Member of the NYC Bar Association Committee on Aeronautic Affairs

## Publications

Confidentiality agreements in the Middle East, Business in the Gulf (BIG), published November 2009; Presented a paper at "Satellite Law Workshop" at Capital Club, Dubai sponsored by Charles Russell, 2010; and Contributed extensively to specialist satellite industry magazines.

## Activities and Honors

- Avid tennis player in NYC public courts
- Accomplished equestrienne
- Enthusiastic pianist
- Filmmaking, screenplay writing, and Off-Off-Broadway playwright
- Writing and blogging

## Languages

**Arabic:**
Professional

**French:**
Professional

## Accomplishments

- Member of GC Powerlist's Middle East Teams 2018 - Transport and Infrastructure

## References

References available upon request.

# LAW OFFICES OF SONYA SHAYKHOUN, ESQ.

CONFIDENTIAL LEGAL

ATTORNEY ADVERTISING

©2013-2024 SONYA SHAYKHOUN, ESQ.

SHAYKHOUN LAW

## Mission Statement

We offer seamless legal services that inspire and communicate the essence of our clients.

SHAYKHOUN LAW



# SONYA SHAYKHOUN, ESQ.

## 19 YEARS OF INTERNATIONAL EXPERIENCE

The Law Offices of Sonya Shaykhoun, Esq. is the boutique law firm of Sonya Shaykhoun, Esq. is a British-educated, native New Yorker & NY-qualified attorney with 18 years of international experience working for iconic companies in Europe & the Arabian Gulf (Bahrain and Qatar.)

## NOTABLE ACHIEVEMENTS

Sonya Shaykhoun, Esq. has worked on a wide range of multi-million and multi-billion dollar agreements, including some cutting-edge technology agreements, facilities management agreements, and a wide range of global corporate and commercial matters.

03

# WORK EXPERIENCE

**2004 – 2008**
Senior Legal Counsel for a pan-Arab pay satellite TV company. Handled technology, media, telecommunications (including satellites), corporate and commercial matters.

**2008 – 2010**
Attorney, handled telecommunications, aviation, and corporate & commercial work.

**2011 – 2014**
Senior Legal Counsel
Handled corporate and commercial work on a global basis.

04

WORK EXPERIENCE

**2015-2016**
Represented individual
and corporate clients
in corporate, advisory,
and dispute resolution
matters in Dubai,
UAE, and Doha, Qatar.

**2017-2019**
Senior Legal Specialist.
Managed high value
contracts and
compliance matters.

**2019-present**
Handle a variety
of high-value
cross-border and
local contracts
and disputes.

05

06

# SERVICES & SKILLS

TMT (including satellites) projects

Contract negotiation & drafting

IATA contracts (aviation)

Contract drafting workshops language for in-house teams

Compliance projects

Doing business in the Middle East - strategic advice

Doing Business in New York - strategic advice

Corporate & Commercial matters

15 years MENA & global experience

Cultural sensitivity

Commercial savvy, professionalism & integrity

Relentless work ethic



NOTABLE
PROJECTS

2004 – 2024



# PROJECTS - I

SHAYKHOUN LAW

08

Satellite Projects

- Project-managed multi-million dollar semi-digital broadcast system in Bahrain between Orbit & SONY Middle East
- Drafted multi-million dollar space capacity deal between Noorsat & NileSat
- Managed the billion-dollar WiFi satellite connectivity contract for A350s and B777s between Qatar Airways & Inmarsat
- Drafted Noorsat's satellite space capacity templates
- Handled Orbit's 2-way SatNet contract

Secondments

- Seconded to & participated in the Telecommunications Regulatory Authority of Bahrain during the Third Mobile License auction
- Seconded to Gulf Air, Bahrain's national carrier's contracts department

Complex Facilities Agreements

- Managed the billion-dollar facilities management contract between Hamad International Airport and Ferrovial Airports

Aviation & Travel and Tourism

- Managed significant IATA contracts for Qatar Airways Cargo & Qatar Airways
- Handled a wide range of global travel and tourism-related contracts



EMPIRE STATE BUILDING, NYC
(C) SONYA SHAYKHOUN, ESQ 2022

PRIOR RESULTS DO NOT GUARANTEE A SIMILAR RESULT

# PROJECTS - II

Global Corporate & Commercial

- Managed Al Jazeera Media Network's global network of foreign bureaus and new channels, including local contracts (leases, fit-outs, and licenses)
- Oversaw internal HR and financial investigations at Al Jazeera Media Network
- Managed various corporate and commercial matters (including sponsorship agreements and JVs), and non-contentious disputes for Al Riyadiah (now BeIN Sports)
- Managed litigation and dispute resolution on a consultancy basis in Qatar for individual clients
- Managed contracts audit and contracts negotiation and drafting project for My.HD, a Dubai-based pay-satellite TV company
- Assisted an American company with its acquisition of a Bahraini tech company

Technology, Film & Media Licensing

- Drafted (often from scratch) a wide range of cross-border media and technology licensing agreements (including barter agreements, assignments, channel pass-thrus, content licenses and sub-licenses, film development agreements, film option agreements, technology escrow agreements, SaaS agreements)



DOHA SKYLINE, QATAR (C) SONYA SHAYKHOUN, ESQ. 2022

SHAYKHOUN LAW

PRIOR RESULTS DO NOT GUARANTEE A SIMILAR RESULT

SHAYKHOUN LAW

10

# PROJECTS - III



EAST RIVER OVERLOOKING THE BROOKLYN BRIDGE, NYC
(C) SONYA SHAYKHOUN, ESQ. 2022

PRIOR RESULTS DO NOT GUARANTEE A SIMILAR RESULT

Compliance & Data Privacy
- Founding member of Qatar Airways' first Compliance Department
- Drafted compliance policies (i.e. anti-bribery and corruption)
- Supported the roll-out of the GDPR and data privacy policies for Qatar Airways
- Supported AMD's data privacy compliance project 2022-2023

Sponsorship Agreements
- Managed the multi-million dollar Barclay Center sponsorship deal between Qatar Airways, Jet Air, and Barclay Center
- Handled sponsorship agreements around the world for Orbit, Al Jazeera Media Network (including BeIN Sports), and Qatar Airways

Trademark registrations and IP Disputes
- Oversaw Orbit's extensive trademark portfolio with outside counsel
- Managed IP disputes on Al Jazeera's behalf
- Conducted individual Trademark registrations for individual clients

Fashion Law
- Handle a series of contentious & non-contentious disputes between Immortal Model Management and models/modeling agencies in NYC globally
- Redrafted Immortal Model Management's contracts

# EDUCATION

- MA Honours Degree in English Language & Literature, University of St. Andrews, Scotland (1990–1995)

- BA in Arabic and Law, School of Oriental and African Studies (SOAS), University of London (1996–2000)

- Legal Practice Course (LPC), BPP Law School, London (2000–2001)

- LL.M. Corporate and Commercial Law, SOAS, University of London (2002–2003)

- Certificate in Space Law and Policy, London Institute of Space Law & Policy, University of London (2014)

- LL.M. in Corruption, Law, and Governance, University of Sussex and Rule of Law and Anti-Corruption Center (ROLACC), Doha, Qatar (2016–2018)

CHAMBERS LAW

# LET'S WORK TOGETHER

**EMAIL**
sonya@shaykhounlaw.com

**WEBSITE**
https://shaykhounlaw.com

**MOBILE**
+1-929-408-4531

**MAILING ADDRESS**
825 West End Avenue, NY, NY, 10025, USA

SHAYKHOUN LAW

**EXHIBIT 9: PLAINTIFF SONYA SHAYKHOUN, ESQ.'S FOLLOW-UP
EMAIL TO TRACY CONNOR, EDITOR-IN-CHIEF, THE DAILY BEAST**

 **Outlook**

## Re: Take Down Request/Notice

**From** Sonya Shaykhoun <sonya@shaykhounlaw.com>

**Date** Mon 2/26/2024 2:13 PM

**To** Tracy.Connor@thedailybeast.com <Tracy.Connor@thedailybeast.com>

Dear Tracy:

I am writing to follow up on the below and find out if you have any thoughts on my request. I prefer not to go to court and go through the entire painful process of starting a lawsuit, but it will have to be done to clear my name and stop the weaponization of that article against me to date once and for all if you do not take the article down by March 31st, 2024, a generous enough timeframe to decide if it's really worth going to court over.

Many thanks,
Sonya

---

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

---

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Monday, February 19, 2024 8:50 PM
**To:** Tracy.Connor@thedailybeast.com <Tracy.Connor@thedailybeast.com>
**Subject:** Take Down Request/Notice

### PRIVATE AND CONFIDENTIAL
### WITHOUT PREJUDICE
### VIA EMAIL

Dear Tracy Connor:

Please see the attached Take Down Notice and attachments. To resolve this amicably, I have not put a deadline as to when I would expect **The Daily Beast** to take down the article referenced in the attached letter. That said, if we cannot resolve this by the end of March 2024, I will take any

legal action I deem appropriate.

Many thanks,
Sonya Shaykhoun, Esq.

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

**EXHIBIT 10: EMAIL FROM THE DAILY MAIL**

 **Outlook**

---

## Re: [CONTACT] Formal Complaint

---

**From** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Date** Tue 2/27/2024 8:50 AM
**To** Editorial Dailymailonline <editorial@mailonline.co.uk>

Dear Ms. Bell,

Thank you for getting back to me. I will respond in due course. This email is to confirm receipt of your email.

Many thanks,
Sonya

---

## Sonya Shaykhoun
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

---

**From:** Editorial Dailymailonline <editorial@mailonline.co.uk>
**Sent:** Tuesday, February 27, 2024 7:36 AM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Editorial Dailymailonline <editorial@mailonline.co.uk>
**Subject:** RE: [CONTACT] Formal Complaint

Dear Ms Shaykhoun,

Thank you for your email.

Please set out what specific points in the article you think are inaccurate, along with what you believe is the corresponding correct position.

Kind regards,

Katrina

**Katrina Bell**
**Deputy Head of Compliance**

**From:** MailOnline <no-reply@mailonline.com>

**Sent:** Monday, February 26, 2024 9:51 PM
**To:** Corrections MOL <corrections@mailonline.co.uk>
**Subject:** [CONTACT] Formal Complaint

**External Sender~~**

Formal Complaint

User query:

**Your name:** Sonya Shaykhoun

**Your email:** sonya@shaykhounlaw.com

**Link to article:** https://www.dailymail.co.uk/news/article-12103463/Outrage-erupts-NYC-lawyer-unleashes-fury-vendors-selling-food-without-permit-local-park.html

**Details:** This article includes a lot of false information and is defamatory. I will sue Daily Mail via its NY office if you do not take it down immediately.

**Disclaimer**
This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

## EXHIBIT 11: THE DAILY MAIL TAKE-DOWN NOTICE

*TO AVOID DUPLICATION THIS EXHIBIT ONLY INCLUDES THE LETTER AND NOT THE ATTACHMENTS WHICH ARE EXACTLY THE SAME AS THE ATTACHMENTS IN THE TAKE DOWN NOTICE TO THE DAILY BEAST (EXHIBIT 10)*

Firefox

 **Outlook**

## Re: [CONTACT] Formal Complaint

**From** Sonya Shaykhoun <sonya@shaykhounlaw.com>

**Date** Wed 2/28/2024 1:00 AM

**To**     Editorial Dailymailonline <editorial@mailonline.co.uk>

📎 6 attachments (7 MB)
Daily_Mail_UK_Take_Down_Notice_Feb_28_Shaykhoun.docx.pdf; Maxine De Seta Email.pdf; Shaykhoun Law Pitch
Deck 2024.pdf; SONYA_SHAYKHOUN_Resume.docx; Hate Mail after The Daily Beast Article.jpeg; Hate Mail 2.jpeg;

Dear Ms. Bell:

As promised, please find my take-down notice and attachments.

Many thanks,
Sonya Shaykhoun, Esq.

---

## Sonya Shaykhoun
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

**From:** Editorial Dailymailonline <editorial@mailonline.co.uk>
**Sent:** Tuesday, February 27, 2024 7:36 AM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Editorial Dailymailonline <editorial@mailonline.co.uk>
**Subject:** RE: [CONTACT] Formal Complaint

Dear Ms Shaykhoun,

Thank you for your email.

Please set out what specific points in the article you think are inaccurate, along with what you believe
is the corresponding correct position.

Kind regards,

Katrina

**Katrina Bell**
**Deputy Head of Compliance**

**From:** MailOnline <no-reply@mailonline.com>
**Sent:** Monday, February 26, 2024 9:51 PM
**To:** Corrections MOL <corrections@mailonline.co.uk>
**Subject:** [CONTACT] Formal Complaint

**External Sender~~**

Formal Complaint

User query:

**Your name:** Sonya Shaykhoun

**Your email:** sonya@shaykhounlaw.com

**Link to article:** https://www.dailymail.co.uk/news/article-12103463/Outrage-erupts-NYC-lawyer-unleashes-fury-vendors-selling-food-without-permit-local-park.html

**Details:** This article includes a lot of false information and is defamatory. I will sue Daily Mail via its NY office if you do not take it down immediately.

**Disclaimer**
This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

DocuSign Envelope ID: A055868E-652C-4862-B8BE-B94E9A7E883E



**SHAYKHOUN LAW**
NEW YORK PRACTICE

825 West End Avenue,
New York, NY 10025
Email: sonya@shaykhounlaw.com
Tel: +1-929-408-4531

February 28th, 2024

**PRIVATE AND CONFIDENTIAL**
**WITHOUT PREJUDICE**
**VIA EMAIL AND MAIL**

Ms. Katrina Bell,
Deputy Head of Compliance,
The MailOnline
dmg media
Northcliffe House
2 Derry Street
London
W8 5TT
England

Dear Ms. Bell:

**Re: Take Down Notice**

*Introduction*

I write further to our brief email exchange on February 27th, 2024 pursuant to my online complaint and take down request. My name is Sonya Shaykhoun, Esq., I am a NY-attorney who was born and raised in NYC and had the opportunity to live and work in many European and Middle Eastern countries since graduating high school

DocuSign Envelope ID: A055868E-652C-4862-B8BE-B94E9A7E883E

in 1990 before returning to NYC in March 2019. Unfortunately, I am also the subject of an extremely damaging article that your publication published on May 19th, 2023, entitled "*New York City lawyer is roasted for calling 911 on two female vendors selling food in Upper West Side park without a permit: 'Get a life, Karen'*"[1] (the **Article**) as a result of a tweet I posted on May 17th, 2023, that became viral.

## Objective of this letter ("Letter")

The purpose of this Letter is to request that **The Daily Mail** take down the Article with immediate effect. The Article includes several incorrect statements and is unfair and unbalanced. The Article has damaged me, my name, my professional prospects everywhere indelibly, and potentially put me in physical harm's way. The Article has reduced me to a laughingstock and a meme and cast me as a bigot and a racist while smearing me with the inherently damaging moniker, "*Karen*".

## Background and Credentials

Perhaps if I share about my background, you might see me as a human being and not as an example to be made of in the proverbial global town square. I am a human being and a consummate professional who cares a lot about the rule of law and NYC. I was born in Manhattan to an Irish mother and an Egyptian father who met in NYC (of course!) We lived in Brooklyn for the first five years of my life before my mother got sick of the 1.5-hour long commute to and from Manhattan and we moved to Manhattan on Christmas Eve, 1977. I went to the very diverse local public school and, after my 4-year-old sister came home and called my brother an "*asshole*" and threw a pen at him, nearly blinding him, I later moved to St. Hilda's & St. Hugh's, an Episcopalian school near Columbia University. After a brief stint in Southampton, Long Island, I had the privilege of attending Dalton (a very fancy private high school in Manhattan). Diversity has been a common thread throughout my education in NYC. My friends and classmates came from all over the world, e.g., Korea, China, South America, Europe, and South Africa. As children, my friends and I were curious about one another, but we learned to never judged one another or castigate each other for being different.

After Dalton, I attended the University of St. Andrews in Scotland. It was a tough time in my family. My father had made a risky bet in his venture capital fund and lost US$120,000,000. We went from riches to rags overnight. It was traumatic. To make matters worse, my younger sister Laura was date-raped and suffered a psychotic break that ultimately took her life in 2008 (she jumped from the bathroom window of our 11th floor Manhattan apartment while my mother and brother were in

---

[1] https://www.dailymail.co.uk/news/article-12103463/Outrage-erupts-NYC-lawyer-unleashes-fury-vendors-selling-food-without-permit-local-park.html

DocuSign Envelope ID: A055868E-652C-4862-B8BE-B94E9A7E883E

the house, and I was in my office in Bahrain and on the phone with my mother to bear witness to my mother's blood-curdling scream as she realized from the resounding thud in the interior courtyard of our building what had happened before the phone went dead). As much as the bankruptcy and collateral damage were devastating, it was also character-building. I am no stranger to hard work or doing menial jobs. I have also faced my share of racial discrimination so I would never do that to someone else. One particularly painful example is where my high school college counsellor refused to send my papers to any colleges, including Harvard, because my father was Egyptian and she was a radical Zionist she was racist against my Egyptian Muslim father and me, his daughter.

There was no money for me to go to university, much less law school, but I went, worked all the way through, and made it through somehow. I went to law school in London at a college that is literally called the "School of Oriental and African Studies (SOAS)" where my classmates were, again, from all over the world. In 2004, I got an opportunity to work in Bahrain as a Senior Legal Counsel at Orbit, a pan Arab pay satellite TV company where I began my legal career as a technology lawyer. Orbit was innovative and we worked on satellite projects more innovative than Elon Musk's current projects but on a regional, not a global, scale. Eventually, I moved into private practice in Bahrain (Charles Russell LLP as it was known then). After a few years, I got a job at Al Jazeera Media Network in Doha (I started as the Arab Spring was kicking off) where I realized I had a keen nose for corruption.

Shockingly, I got fired from Al Jazeera because the licensed "rule of law" lawyer in me required compliance with the global laws with which we were working, and I uncovered a global conspiracy within Al Jazeera and the gang leader was my boss. Following the retaliatory termination from Al Jazeera and I got a job with a start-up that turned out to be a critical part of my getting my *"Ph.D. in Street Smarts"* in the Arabian Gulf. The start-up turned out to be a front from a criminal gang who decided not to honor the salary written in my employment contract and terminated me because I refused to accept half of the salary that they owed me under the contract. In mid-2015, I had to start a litigation in which I represented myself against the shady start-up in the Qatari Civil Courts for unpaid salary and during which time, I could not leave Qatar because of the sponsorship rules that governed who could come and go. I won my case and, in early 2017, I went to work in the Contracts Department at Qatar Airways in Doha with colleagues who would become friends from the four corners of the world. It was not always easy to live and work in the Arabian Gulf (although I loved a lot of it). I developed grit, a tough skin, adaptability, and, despite what the many trolls on Twitter/X would say, commercial savvy.

In every role I have had, I distinguished myself as a nimble problem-solver, a workhorse, and as someone who gets things done. Consequently, I was entrusted with many groundbreaking multi-million and multi-billion-dollar contracts for projects all over the world. At Qatar Airways, I worked in both the Contracts Department and

DocuSign Envelope ID: A055868E-652C-4862-B8BE-B94E9A7E883E

the Compliance Department, which I helped to set up. I had hoped and still hope to leverage the unique and valuable life and professional experience I got in Europe and the Middle East. I am proud of both my accomplishments, experience and skillset, and I marvel that I did not crumble under the weight of the tough tests that life in the Arab Gulf gave me.

In 2016, I got the opportunity to do a second LL.M. in Corruption, Law and Governance at the satellite campus of the University of Sussex and the Rule of Law and Anti-Corruption Center in Doha. I was still in the throes of fighting my legal case against the money launderers who scammed me into taking a job with them and for which they never intended paying me, some friends helped me to pay the tuition fees since, because of the arcane sponsorship rules in Qatar, I was precluded from getting another job for the two years that this palaver was going on. I was completely alone. Several older, male professional friends commented on how brave I was to be able to handle and face all the issues I had faced in Qatar. In recent years, men in similar situations took their lives rather than face up to getting unstuck in Qatar. It should be clear that I, Sonya Shaykhoun, the lawyer and human being, put a heavy emphasis on compliance and the rule of law and that, given my training and my experiences in the Arabian Gulf, and that I carry this with me in every aspect of my life. The Code of Professional Conduct that governs NYS lawyers demands we comport ourselves correctly in all areas of our lives. It should also be clear that my insisting on compliance with the law got me in trouble with those less respectful of the rule of law (does that sound familiar?)

In March 2019, I left Doha for good. I was working on massive contracts and supporting the contracts and the compliance departments at Qatar Airways respectively. My uncanny ability to sniff out corruption and shenanigans meant I alarmed the corrupt and shenanigous in the airline. I became a target again and my new boss started harassing me and threatening to investigate me for nothing. Qatar spit me out eventually and I was happy to be back home, safe from people who wanted to hurt and smear me because of my incorruptibility. I took a wealth of life lessons with me.

Despite appearances, my prestigious education and work experience, I am a humble and fair person. The trauma I experienced after my father lost the money and after my sister Laura's suicide taught me compassion. The Arabian Gulf was the university from which I earned my *"Ph.D. in Street Smarts"*.

Against all the odds, I have managed to have a phenomenal career and work in amazing companies advising on fascinating projects on a global scale. I attach my resume and pitch deck, so you see the justification for my assertion regarding my professionalism and professional credentials.

DocuSign Envelope ID: A055868E-652C-4862-B8BE-B94E9A7E883E

Did I go too far with the Tweet and bickering with everyone? Probably. Should I have turned the comments off? Possibly. But you must understand that at this point, I was chairing citizen meetings for a civic group called *"Save NYC Working Group"* that I set up with like-minded citizens to figure out how we could improve NYC.

## *Justifications for unpublishing the Article*

The Article has both put my physical safety and my reputation and career at risk. For **The Daily Mail**, the Article is a *"flash in the pan"* for clicks, a response to an admittedly phenomenally controversial tweet that garnered almost seven million views and extreme reactions from one end of the political spectrum to another. I can understand the appeal of picking up the so-called *"news"*. That said, the Article has damaged me on several fronts:

1. **The rule of law is at risk in NYC.** Since Mayor DeBlasio, NYC has fallen into a state of lawlessness and criminality. This is exacerbated by the onslaught of illegals who have decided to make NYC, a so-called *"Sanctuary City"*, their home. The current Manhattan District Attorney Bragg has outraged and endangered citizens by not prosecuting violent criminals. The Article fails to address the larger context, e.g., the lawlessness, in which this event I tweeted about occurred. The Article was extremely imbalanced and did not include the tweets that were for the rule of law but solely focused on the vitriolic comments. Suddenly, calling for the laws to be followed is a crime punishable by doxing and public shaming in an international platform like **The Daily Mail**.

2. **False reporting and defamation.** There are many false assertions in the Article and the tone of the Article is mocking and nasty, ironically reporting that my tweet triggered *"accusations of pettiness and entitlement among New York"* while the Article is an exercise in pettiness and the entitlement to destroy a person's good name and life with impunity. Specifically:

   a. **There was no "wrath".** I did not *"unleash [my] wrath"* on anyone. I was walking along the path when one of the girls bounded toward me and demanded I buy something from her. The lawyer in me asked her if she had a permit to sell food in the park. I just blurted it out. The set-up was a mess and so I was not about to buy from her and her friend. We had a very temperate exchange and she accused me of calling her an ugly name, but I do not recall doing that. When I walked away, I was about 50 feet away from her and I took a picture to report it to the community hotline (311), one of the girls came chasing after me and stuck her phone in my face. She refused to go away. I kept my calm, and she was getting increasingly aggressive. I told her, *"How do I know you*

DocuSign Envelope ID: A055868E-652C-4862-B8BE-B94E9A7E883E

*didn't prepare that food with your cats pooping all over the counter?"* to which she retorted, *"I don't have cats"*, completely missing the point. I believe that these girls professed to be socialists (the party in NYC that is responsible for undoing the rule of law) and I hazard to guess that the bulk of my trolls that day were of a similar political ilk. The wrath came from the trolls, not from me.;

b. **"Esq".** I label myself as an *"Esq."* because that is what I am -- I am a lawyer and as such, am entitled to use Esquire. Noa Halff wrote sardonically that as though I had committed a cardinal sin when that is in fact my professional title that I earned and am entitled to use;

c. **Lies.** The Article asserts that I called the police because I was *"petty and vindictive"* when the tweet that I wrote and which **The Daily Mail** reposted clearly stipulates that the girl was *"getting increasingly aggressive"*. I called the police to protect myself. Any normal person would respond that way rather than get into a physical altercation, which is where I feared that interaction was headed;

d. **Another lie.** The Article implies that I lied about calling the police when it states that, *"a spokesperson for the police department said there was no record of such complaint"*. If I had to go to court to prove this, I could find the proof of that call. Why would I lie about calling the police and the police calling me back?;

e. **Reproduction of my pictures without my permission.** While the pictures of me that **The Daily Mail** plastered all over the Article were very nice, even X/Twitter allows users to complain when their pictures are reproduced on the platform without their permission;

f. **My home address.** I had to register my law firm to my home address after the Covid Mandates were enforced and I preferred not to get vaccinated and was forced to quit my workspace. While my address is located on my website and the courts website, I prefer not to have my home address, work number and email published in an article whose whole purpose is to crucify me for wanting the rule of law to prevail in NYC and its parks. I have received hate mail and nasty calls and texts after the publication of the Article. What if I had been murdered or physically assaulted by some unhinged lunatic who was triggered by the unbalanced assertions in the Article? **This is also a clear breach of the GDPR and data privacy laws;**

g. **Another lie.** No one from **The Daily Mail** reached out to me for comment. If I had heard from this journalist, I would have taken the

DocuSign Envelope ID: A055868E-652C-4862-B8BE-B94E9A7E883E

necessary action to stop the publication of this defamatory and devastating Article at the time.

**h. Defamation.** I assume you are a lawyer but in case you are not, the definition of defamation is a statement/s that injures a third party's reputation; it is a tort that includes libel (written statements) and slander (spoken statements). The elements of defamation are: "1) a false statement purporting to be fact; 2) publication or communication of that statement to a third party; 3) fault amounting to at least negligence; and 4) damages, or some harm caused to the reputation of the person or entity who is the subject of the statement".[2] Although this is the American definition, the English definition of the same is not too different. It would not be difficult to persuade a judge that all four elements had been met by the publication of this nasty take-down Article and to seek damages accordingly.

3. **Ugly threats and perpetual weaponization.** I am a technology, media and telecommunications lawyer who spent 15 years in Bahrain and Qatar where I deliberately did not use Twitter/X when it arrived on the scene and actively self-censored myself for my own protection in the more conservative Gulf States. When I returned to America in March 2019 after years abroad, I had no concept of the extent to which social media has become weaponized in American society. At the start of the BLM riots, I commented on the fact that we were undergoing our own Cultural Revolution, and that idea has become mainstream. Today, for example, whenever I disagree with anyone on social media (whether it be X/Twitter when I am active on it or LinkedIn), invariable a troll will throw the Article in my face as a weapon. It is humiliating, embarrassing, extremely distressing and damaging on several fronts. It makes me feel hopeless about my future in NYC and my legal career. I worry about my personal safety in NYC. After **The Daily Beast's** article about the same (which I suspect Noa Halff plagiarized given the many similarities), I received very ugly hate mail (see attached).

4. **Excluded and besmirched.** Last Fall, I met a woman in my neighborhood who is an activist against Open Plans (an anti-car charity), which has taken over West 103rd Street in my neighborhood despite objections from the local community. When she found out I am a lawyer, she eagerly welcomed me to her WhatsApp group of civic activists. Within a few hours, she kicked me out of the WhatsApp group. I wrote to her to ask what had happened and she said that she understood I was anti-immigrant, and she did not want to work with me! I attach that email exchange. That is a direct result of the Article painting me as a racist. I explained to her that the girls in the park were Americans and were not immigrants, but she wouldn't listen, the damage was done. The

---

[2] https://www.law.cornell.edu/wex/defamation

DocuSign Envelope ID: A055868E-652C-4862-B8BE-B94E9A7E883E

Article painted me unfairly as a racist and a pariah in my admittedly leftist Upper West Side neighborhood. As I am sure you are aware now, many New Yorkers from the Mayor to the Everyman has expressed dismay at the situation with the migrants. The Mayor and several Council people have taken up the issue of illegal food vendors, so my tweet was not anomalistic but rather captured the exasperation of many New Yorkers who remember how civilized NYC was just a decade ago under Mayor Bloomberg and before him, Mayor Giuliani. Why should I suffer being the whipping boy (or girl as the case may be)? NYC is a diverse city of filled with people with a wide range of views and politics.  diversity of views and politics. Why would **The Daily Mail** use my tweetstorm as an opportunity to eviscerate me? This was not journalism, rather it was an exercise in international bullying.

5. **Breach of data privacy and privacy.** The Daily Mail breached the GDPR by publishing my private law firm data (which also is my home address) on its website but also used my photos without my permission. These two acts are injurious breaches of privacy.

6. **Journalistic ethics.** The tweet I wrote was an accurate depiction of a chronic problem in NYC, unlicensed vendors. The trolls and **The Daily Mail** blew the exchange, which lasted all of five minutes, way out of proportion. **The Daily Mail** did so at my huge expense. After the storm that erupted around my tweet, NYC Councilman Robert Holden took up the issue of unlicensed vendors as has Mayor Adams (most recently evicting the illegal vendors on the Brooklyn Bridge), which vindicated me. I did not do anything wrong. Again, because one of the two girls in Riverside Park started chasing after me when she saw me taking a picture and got in my face, I called the police when she refused to leave me alone. I felt physically aggressed and calling 911 was the only option I saw at that moment to prevent something bad from happening. Did I make the wrong choice? That was the best I could do in the moment.

**The Society of Professional Journalists** offers code of ethics which **The Daily Mail** has breached by publishing the Article.[3] Specifically, the code of ethics states, among other things:

*The duty of the journalist is to further those ends by seeking truth and providing a fair and comprehensive account of events and issues. Conscientious journalists from all media and specialties strive to serve the public with thoroughness and honesty. Professional integrity is the cornerstone of a journalist's credibility.*

Importantly, the code of ethics demands that journalists should, "***minimize harm***". This needs no further explanation, and it is a fact that the Article was

---

[3] https://journalistsresource.org/home/code-of-ethics/

DocuSign Envelope ID: A055868E-652C-4862-B8BE-B94E9A7E883E

crafted to **maximize harm** as the lack of balance and fairness demonstrates. It was a professional hit.

The Article casts me as a villain, which is inaccurate. The interaction, which lasted not more than five minutes in real life, is emblematic of one of the many issues plaguing NYC – the lawlessness and the disrespect for "the Law".

The Article implies that I lied about calling the police. This is inaccurate. The cops might be understaffed or did not bother to record the complaint but make the complaint I did. The police did call me on the phone to get my side of the story and they must have spoken to the girls because they disappeared and never appeared again.

Without saying it explicitly, the Article also paints me as a racist and a bigot, which is rich, given that I am half Irish and half Egyptian and have lived in several countries around the world and worked and been friends with people from many walks of life. I couldn't do that if I were really a "*Karen*" as the Article asserts.

Rather than being a racist or bigot, I am a lawyer – that means that I see the world through the lens of "*compliance with the law*". So, when I walk around NYC and see laws being broken and how it impacts the City negatively, I always see things through the lens of corruption and rule of law – not racism and xenophobia, as the Article suggests in error.

The Article wrongly casts me as a bully, bigot and hypocrite. I am none of those things. Surely, calling a seasoned international lawyer with my educational and professional credentials a "*Karen*" is well below the standard of journalistic ethics? I am not a public person and so why take me down like this? It is not just well below the standard of journalistic ethics; it is just nasty.

### *Personal Appeal*

The personas we present to the world on social media are often narrow and subject to misinterpretation. They get twisted and reframed according to the individual reader's personal bias. But it is a misconception that the Internet is forever.

In summation, behind @SonyaShaykhoun on Twitter/X is a lawyer who has had to fight tooth and nail for everything she got, from the age of 18 when my now deceased father's business missteps ended in bankruptcy and ensuing familial chaos that had long-lasting effects. It went from bad to worse when my younger sister Laura was date raped and had a nervous breakdown, ending her dreams of having a normal life, a life which ultimately ended in her suicide in 2008. I faced and overcame the

DocuSign Envelope ID: A055868E-652C-4862-B8BE-B94E9A7E883E

incredible challenges as an American woman in the Middle East, where I often say I got my *"Ph.D. in Street Smarts"*.

I am the first person to admit that my Twitter/X takes make people angry. I have an uncanny ability to piss people off. But should I be subjected to ugly and potentially dangerous threats, defamation, constant attacks and online bullying by weaponizing the Article, and threats of excommunication from society and disbarment? You and your writers, even the trolls on X, might not agree with my takes. But does that mean you have to ruin my life for clicks??? Isn't this unethical and abuse of power? Does that mean that your journalists get to drag my name – my family name – through the mud? That perhaps is the most heartbreaking – to make me, Sonya Shaykhoun, the child of immigrants, synonymous with a *"bigoted Karen"*. You might as well have just killed me.

Thanks to the Article, my herculean efforts to build my own law practice in NYC are under serious threat and stunted. Anyone who Googles me will see the Article and think that I am a racist Karen, despite the support I have gotten from other New Yorkers, lawyers, and Americans who reached out to support me after **The Daily Mail** published the devastating Article.

The impact of the Article and the Karen moniker has been to reduce me to a meme and to cancel out all those years of study, blood, sweat and tears – both to get my education against all odds and to survive the vicissitudes of life as a female lawyer in Bahrain and Qatar and now New York City. I never once dreamed that America, my home, would be so hostile to me. Perhaps my extended time in those conservative Gulf States, where compliance with the rule of law in day-to-day life is a given, shaped my views and my expectations, but I am passionate about NYC and passionate about the rule of law – how are those crimes punishable by the destruction of my reputation, safety, name, and professional prospects by your publication?

Importantly, I have the authority to protect my tweets on my Twitter/X account and determine who gets to read my thoughts, but I do not have the ability to delete this damaging Article without taking legal action. **The Daily Mail** can, however, delete the Article and save me a lot of pain and suffering. Again, I am not a public figure.

I am not perfect, but I am certainly not the *"Karen"* portrayed by the Article. The Article describes five minutes in my life last summer and I am still paying for the resulting misfired tweet that upset so many people, rightly or wrongly, who continue to retaliate against me to shut me up. I don't have to read about living in the Cultural Revolution of Maoist China, I'm living it. And the Article is one of the weapons.

DocuSign Envelope ID: A055868E-652C-4862-B8BE-B94E9A7E883E

### *Resolution*

Please delete the Article **immediately** and take this thorn out of my side.

My tweet and the Article are old news. Since May 2023, the social perception and understanding of the problem that unlicensed vendors pose has been championed by our politicians, including Mayor Adams. While the tweet and Article are old news, the impact is not. When I am public on Twitter/X, someone regularly throws the Article in my face to discredit and taunt me.

I recently watched a short on YouTube by @SimonSquibb. Simon interviewed a New Yorker (it looks like it's in the Oculus) about his *"dream"*. The man said, he's just trying to put his life back together after the devastation that occurred during the Covid Pandemic.[4] I really resonated with this clip as I am sure many of us do – not only am I trying to build a life in NYC after long stints in the Middle East and Europe, but we are all trying to recover in the post-Pandemic era. Please have some compassion and decency; delete the Article.

I am writing to the other major publications who picked up the "story", to ask them to do the same. Obviously, if I am forced to litigate, I will join all parties in one law suit.

If you wish to discuss this on the phone or in person, I am happy to do so. **The Daily Mail** must unpublish the Article so I can put this fiasco behind me.

As a lawyer, I would remiss if I did not include that all rights are reserved. I would much prefer to resolve this issue amicably than to go to court and draw more attention to myself. If the Article is still online by COB March 31st, 2024, I will take legal action and sue for the maximum damages, a retraction and an apology.

Many thanks,

DocuSigned by:

*Sonya Shaykhoun*

1DC0F583E8FC442...

Sonya Shaykhoun, Esq.

Attachments: 5

---

[4] See: https://youtube.com/shorts/wtCdpWpWdcQ?si=INa2bVB2GUGRSxFD

**EXHIBIT 12: PLAINTIFF SONYA SHAYKHOUN, ESQ.'S FOLLOW-UP EMAIL TO DEFENDANT THE DAILY MAIL**

 **Outlook**

---

**Re: [CONTACT] Formal Complaint**

---

**From** Sonya Shaykhoun <sonya@shaykhounlaw.com>

**Date** Tue 4/30/2024 3:30 PM

**To**   Editorial Dailymailonline <editorial@mailonline.co.uk>; katrina.bell@dailymail.co.uk
     <katrina.bell@dailymail.co.uk>

Dear Ms. Bell,

I trust you are well.

It has been over two months since I sent you my response fleshing out my complaint and
justification for the takedown notice - I imagine you are busy. That said, my complaint is serious
and merits attention, especially since the article your publication published about me eviscerated
my character and published my likeness and home address.

Please advise soonest as to what next steps you will take to accommodate my request to take down
the hit piece the Daily Mail published about me which has subsequently damaged my reputation.

Thank you.

Regards,
Sonya Shaykhoun, Esq.

---

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Tuesday, February 27, 2024 10:52 PM
**To:** Editorial Dailymailonline <editorial@mailonline.co.uk>
**Subject:** Re: [CONTACT] Formal Complaint

Dear Ms. Bell:

As promised, please find my take-down notice and attachments.

Many thanks,

Sonya Shaykhoun, Esq.

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

**From:** Editorial Dailymailonline <editorial@mailonline.co.uk>
**Sent:** Tuesday, February 27, 2024 7:36 AM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Editorial Dailymailonline <editorial@mailonline.co.uk>
**Subject:** RE: [CONTACT] Formal Complaint

Dear Ms Shaykhoun,

Thank you for your email.

Please set out what specific points in the article you think are inaccurate, along with what you believe
is the corresponding correct position.

Kind regards,

Katrina

**Katrina Bell**
**Deputy Head of Compliance**

**From:** MailOnline <no-reply@mailonline.com>
**Sent:** Monday, February 26, 2024 9:51 PM
**To:** Corrections MOL <corrections@mailonline.co.uk>
**Subject:** [CONTACT] Formal Complaint

**External Sender~~**

Formal Complaint

User query:

**Your name:** Sonya Shaykhoun

**Your email:** sonya@shaykhounlaw.com

**Link to article:** https://www.dailymail.co.uk/news/article-12103463/Outrage-erupts-NYC-lawyer-
unleashes-fury-vendors-selling-food-without-permit-local-park.html

**Details:** This article includes a lot of false information and is defamatory. I will sue Daily Mail via its
NY office if you do not take it down immediately.

**Disclaimer**

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

**EXHIBIT 13: PLAINTIFF'S COMPLAINT TO INDEPENDENT AND EXCHANGE WITH RICHARD BEST**

Firefox    https://outlook.office.com/mail/id/AAMkAGU4NDBkN2E2LTI4Nz...

 **Outlook**

## Request 202660: How would you rate the support you received?

**From** The Independent Customer Services <customerservices@independent.co.uk>
**Date** Fri 11/1/2024 1:02 PM
**To** Sonya Shaykhoun <sonya@shaykhounlaw.com>

## Please type your reply above this line ##

The Independent

Dear Sonya,

We would love to hear what you think of our customer service. Please take a moment to answer one simple question by clicking either link below:

### How would you rate the support you received?

Good, I'm satisfied

Bad, I'm unsatisfied

Here is a reminder of what your ticket was about:

### Richard Best (The Independent)
Oct 31, 2024, 16:29 GMT

Dear Sonya

Thank you for you further message.

Having considered your complaint, I disagree that the article has damaged your good name and your ability to build a business. The article refers to events that took place in the public domain, both in Riverside Park and on social media. The article also contains commentary from you provided to us for this purpose. You willingly co-operated with us in the preparation of this article, and the article contains a fair and accurate report of events and your responses to them.

As far as the GDPR is concerned, this would be a matter for the ICO and not for the NY Supreme Court. However, we do not normally amend or remove historic articles, as we believe it is in the public interest to maintain the integrity of our archive.

Firefox                                                    https://outlook.office.com/mail/id/AAMkAGU4NDBkN2E2LTI4Nz...

As I said, the article in question is an accurate report of events in which you were involved, and you voluntarily and deliberately contributed to the article by correspondence with the author for the explicit purpose of preparing an article for publication. The article also contains comments you (and others) made on social media. I do not believe you can have a reasonable expectation of privacy in relation to any of this material, and we consider this article to form a part of the public record.

In this case, we benefit from an exemption under the so-called 'right to be forgotten' and we are therefore not obliged to take down the article or amend it. For reference, the exemption is set out in Schedule 2 Part 5 of the Data Protection Act 2018.

I cannot, therefore, see any basis for removing the article from publication, and nor can I see any basis for litigation or a complaint to the Information Commissioner's Office.

I am sorry this will not be the response you were hoping for

Yours sincerely,

Richard

---

**Sonya**
Oct 30, 2024, 23:29 GMT

Dear Richard,

Thank you for getting back to me. I hope you agree to take down this article – it has had quite a negative impact on me, my life and my ability to make a life in NYC and build my business. I cannot imagine that the viral roasting of a lawyer in Manhattan has that much interest to readers in the UK.

Please note that I already have a lawsuit in progress against The Daily Beast and The Daily Mail. The lawsuit is not frivolous and there is more than one cause of action than mere defamation and defamation per se.

As a lawyer who spent four years advising Al Jazeera Media Network in Doha, Qatar, I can tell you that my arguments for taking this down are pretty robust. I do not usually lose my cases, by the way, including one law suit I fought in Doha against a corrupt employer. If this were me advising Al Jazeera, I would say, it is far cheaper to take it down than to hire lawyers in NYC to fight this case. Not to mention that I am going to file a complaint against the Independent for UK GDPR breaches (using all of my pictures without my consent).

In terms of timeline, my next visit to the Court is on Monday, November 4th. If I do not hear from you by then, I will assume you are happy to

litigate and face the ICO.

Many thanks,
Sonya


horizontal bar

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney
Law Offices of Sonya Shaykhoun, Esq.
+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

---

**Richard Best** (The Independent)
Oct 29, 2024, 11:00 GMT

Dear Sonya

Thank you for contacting us in relation to this article, and apologies for a slight delay in getting back to you.

We will consider your request and respond substantively once we have done so.

Yours sincerely,
Richard Best

---

**Sonya**
Oct 19, 2024, 00:22 GMT+1

My name is Sonya Shaykhoun and I am the subject of an article that the Independent UK wrote about an incident that occurred to me in NYC on May 17, 2023. I "tweeted" about it and the story went viral. The Independent article is one of three articles which have damaged my good name and my ability to build my business. The article has been weaponized against me since it was published, both on LinkedIn and on Twitter. I need this article to come down ASAP. If you do not take it down, I will file a motion to add you to my lawsuit in the NY Supreme Court against The Daily Beast and The Daily Mail.

Thank you.

Kind regards,
Sonya Shaykhoun, Esq.


Many thanks for your feedback.


[K2Z1GW–LZDWM]

**EXHIBIT 14: X TOS & PRIVACY POLICY**



# X Terms of Service

## Summary of our Terms

These Terms of Service ("Terms") are part of the User Agreement– a legally binding contract governing your use of X. **You should read these Terms of Service ("Terms") in full, but here are a few key things you should take away:**

- **You will see advertising on the platform:** In exchange for accessing the Services, X and our third-party providers and partners may display advertising to you.

- **When posting Content and otherwise using the Services, you must comply with this User Agreement and Applicable Law:** You are responsible for your use of the Services and your Content. You must comply with this User Agreement, its incorporated policies, and all applicable laws.

- **You must abide by the Services' acceptable use terms:** You may not access the Services in any way other than through the currently available, published interfaces that we provide. For example, this means that you cannot scrape the Services, try to work around any technical limitations we impose, or otherwise attempt to disrupt the operation of the Services.

- **We have broad enforcement rights:** X reserves the right to take enforcement actions against you if you do violate these terms, such as, for example, removing your Content, limiting visibility, discontinuing your access to X, or taking legal action. We may also suspend or terminate your account for other reasons, such as prolonged inactivity, risk of legal exposure, or commercial inviability.

- **There are Intellectual Property Licenses in these Terms:** You retain ownership and rights to any of your Content you post or share, and you provide us with a broad, royalty-free license to make your Content available to the rest of the world and to let others do the same. Conversely, we provide you a license to use the software we provide as part of the Services, such as the X mobile application, solely for the purpose of enabling you to use and enjoy the benefit of the Services.

- **Your use of the Services is at your own risk:** We provide the Services on an "AS IS" and "AS AVAILABLE" basis, and we disclaim all warranties, responsibility, and



liability to you or others to the extent permitted by law. You may be exposed to offensive or harmful content posted by other users. The Services may change from time to time, and we may limit or terminate availability of the Services or particular features to you or other users at any time.

- **You have remedies and redress mechanisms, but our liability is limited:** You have a right to terminate this agreement at any time by deactivating your account and discontinuing use of the Services. Note that we will not be liable for certain types of damages as described in the agreement, and in any event, our aggregate liability shall not exceed the greater of $100 USD or the amount you paid us, if any, in the past six months for the Services giving rise to the claim. Further, if you believe that your Content has been copied in a way that constitutes copyright infringement, the reporting process is detailed in these Terms.

Please also note that these Terms incorporate our Privacy Policy (https://x.com/privacy) as well as other terms applicable to your use of the Services and your Content. Finally, these terms may vary depending on where you live, but in any case, you must be at least 13 years old to use X.

---

**If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States,** the X User Agreement comprises these Terms of Service, our Privacy Policy, our Rules and Policies, and all incorporated policies.

**If you live in the European Union, EFTA States, or the United Kingdom,** the X User Agreement comprises these Terms of Service, our Privacy Policy, our Rules and Policies, and all incorporated policies.

---

# X Terms of Service

## If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States

These Terms of Service ("Terms") govern your access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads,



commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

These Terms are an agreement between you and X Corp., which provides X and the Services, 1355 Market Street, Suite 900, San Francisco, CA 94103 U.S.A. The words "we," "us," and "our" mean X Corp.

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are accepting these Terms and using the Services on behalf of a company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so and have the authority to bind such entity to these Terms, in which case the words "you" and "your" as used in these Terms shall refer to such entity.

# 2. Privacy

Our Privacy Policy (https://www.x.com/privacy) describes how we handle the information you provide to us when you use the Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that

X

you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies/x-report-violation#specific-violations and https://help.x.com/managing-your-account/suspended-x-accounts).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/dmca) or contacting our designated copyright agent at:

X Corp.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.x.com/forms/dmca
Email: copyright@x.com

# Your Rights and Grant of Rights in the Content

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in

X

any and all media or distribution methods now known or later developed (for clarity, these rights include, for example, curating, transforming, and translating). This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for us to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies, which are part of the User Agreement and outline conduct that is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies or in relation to sensitive media. You can review X's enforcement options and how you can appeal our enforcement decision here.

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use

X

and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. By using or paying for any of these additional services, you agree to any additional terms applicable to those services, and those additional terms become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms.html).

If you use developer features of the Services, including but not limited to X for Websites (https://developer.x.com/docs/twitter-for-websites), X Cards (https://developer.x.com/docs/twitter-for-websites/cards/overview/abouts-cards), Public API (https://developer.x.com/docs), or Sign in with X (https://developer.x.com/docs/authentication/guides/log-in-with-twitter), you agree to our Developer Agreement (https://developer.x.com/developer-terms/agreement) and Developer Policy (https://developer.x.com/developer-terms/policy). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on https://developer.x.com/developer-terms. Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.



If you use advertising features of the Services, you agree to our Master Services Agreement (https://ads.x.com/terms).

## Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

## Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or any of the X trademarks, logos, domain names, other distinctive brand features, and other proprietary rights. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.



# Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; (v) engage in any conduct that violates our Platform Manipulation and Spam Policy or any other Rules and Policies; or (vi) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

# Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.x.com/managing-your-account/how-to-deactivate-x-account for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or our Rules and Policies, (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will



make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. To the extent permitted by law, we may also terminate your account or cease providing you with all or part of the Services for any other reason or no reason at our convenience. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 ("Misuse of the Services"). If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.x.com/forms/account-access/appeals). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Disclaimers and Limitations of Liability

## The Services are Available "AS-IS"

Your access to and use of the Services or any Content are at your own risk. You understand and agree that the Services are provided to you on an "AS IS" and "AS AVAILABLE" basis. The "X Entities" refers to X Corp., its parents, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors. Without limiting the foregoing, to the maximum extent permitted under applicable law, THE X ENTITIES DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. The X Entities make no warranty or representation and disclaim all responsibility and liability for: (i) the completeness, accuracy, availability, timeliness, security or reliability of the Services or any Content; (ii) any harm to your computer system, loss of data, or other harm that results from your access to or use of the Services or any Content; (iii) the deletion of, or the failure to store or to transmit, any Content and other communications maintained by the Services; and (iv) whether the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. No advice or information, whether oral or written, obtained from the X Entities or through the Services, will create any warranty or representation not expressly made herein.

## Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE X ENTITIES SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE

X

DAMAGES, OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM (i) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES; (ii) ANY CONDUCT OR CONTENT OF ANY THIRD PARTY ON THE SERVICES, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; (iii) ANY CONTENT OBTAINED FROM THE SERVICES; OR (iv) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF THE X ENTITIES EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS (U.S. $100.00) OR THE AMOUNT YOU PAID US, IF ANY, IN THE PAST SIX MONTHS FOR THE SERVICES GIVING RISE TO THE CLAIM. THE LIMITATIONS OF THIS SUBSECTION SHALL APPLY TO ANY THEORY OF LIABILITY, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, AND WHETHER OR NOT THE X ENTITIES HAVE BEEN INFORMED OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF A REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at x.com/tos, will govern our relationship with you. We will try to notify you of material revisions, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms. To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding.

The laws of the State of California, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and us. All disputes related to these Terms or the Services will be brought solely in the federal or state courts located in San Francisco County, California, United States, and you consent to personal jurisdiction and waive any objection as to inconvenient forum. To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding.

If you are a federal, state, or local government entity in the United States using the Services in your official capacity and legally unable to accept the controlling law, jurisdiction or venue



clauses above, then those clauses do not apply to you. For such U.S. federal government entities, these Terms and any action related thereto will be governed by the laws of the United States of America (without reference to conflict of laws) and, in the absence of federal law and to the extent permitted under federal law, the laws of the State of California (excluding choice of law).

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

If you have any questions about these Terms, please contact us.

**Effective:** September 29, 2023

Archive of Previous Terms

---

# X Terms of Service

## If you live in the European Union, EFTA States, or the United Kingdom

These Terms of Service ("Terms") govern your access to and use of the services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these



Terms.

These Terms are an agreement between you and Twitter International Unlimited Company (Co. number 503351, VAT number IE9803175Q), an Irish company, which provides X and the Services, with its registered office at One Cumberland Place, Fenian Street Dublin 2, D02 AX07 Ireland. The words "we," "us," and "our," mean Twitter International Unlimited Company.

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are accepting these Terms and using the Services on behalf of a company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so and have the authority to bind such entity to these Terms, in which case the words "you" and "your" as used in these Terms shall refer to such entity.

# 2. Privacy

Our Privacy Policy (https://www.x.com/privacy) describes how we handle the information you provide to us when you use the Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the

X

completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies/x-report-violation and https://help.x.com/managing-your-account/suspended-x-accounts).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/dmca) or contacting our designated copyright agent at:

X Corp.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Reports: https://help.x.com/forms/dmca
Email: copyright@x.com

## Your Rights and Grant of Rights in the Content

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos and videos are considered part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods now known or later developed (for clarity, these rights include, for example, curating, transforming, and translating). This license authorizes us to make your Content available to the rest of the world and to let others do the same. However, if you have chosen via our features to limit the distribution of your Content to a restricted community, we will

X

respect that choice. You also agree that this license includes the right to analyze text and other information you provide with the view to improve the Services. You agree that this license includes the right for us to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you submit, post or display on or through the Services. You agree that such Content will not contain material subject to copyright or other proprietary rights, unless you have necessary permission or are otherwise legally entitled to post the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies, which are part of the User Agreement and outline conduct that is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies or in relation to sensitive media. You can review X's enforcement options and how you can appeal our enforcement decision here.

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames if it is appropriate, including for the following reasons: (i) protecting the Services or our users; (ii) compliance with applicable laws or orders from competent authorities; (iii) breach of these Terms or our Rules and Policies or third parties' intellectual



property or other rights; (iv) if you or your Content exposes us, other users or any third party to legal or regulatory risk; and/or (v) your prolonged inactivity.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. These additional terms are accessible from our sites and applications dedicated to these services or features. By using or paying for any of these additional services, you will have to agree to any additional terms applicable to those services, and those additional terms will then also become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms.html).

If you use developer features of the Services, including but not limited to X for Websites (https://developer.x.com/docs/twitter-for-websites), X Cards (https://developer.x.com/docs/twitter-for-websites/cards/overview/abouts-cards), Public API (https://developer.x.com/docs), or Sign in with X (https://developer.x.com/docs/authentication/guides/log-in-with-twitter), you agree to our Developer Agreement (https://developer.x.com/developer-terms/agreement) and Developer Policy (https://developer.x.com/developer-terms/policy). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on https://developer.x.com/developer-terms. Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.



If you use advertising features of the Services, you agree to our Master Services Agreement (https://ads.x.com/terms).


## Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.


## Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or any of the X trademarks, logos, domain names, other distinctive brand features, and other proprietary rights. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.


## Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the

X

Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; (v) engage in any conduct that violates our Platform Manipulation and Spam Policy or any other Rules and Policies; or (vi) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

## Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.x.com/managing-your-account/how-to-deactivate-x-account for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or our Rules and Policies; (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 ("Misuse of the Services"). If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.x.com/forms/account-access/appeals). For the

X

avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Limitations of Liability

By using the Services you agree that X Corp., its parents, affiliates, related companies, officers, directors, employees, agents representatives, partners and licensors, liability is limited to the maximum extent permissible in your country of residence.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at x.com/tos, will govern our relationship with you. Other than for changes addressing new functions or made for legal reasons, we will notify you 30 days in advance of making effective changes to these Terms that impact the rights or obligations of any party to these Terms, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

To the extent permitted by law, you waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding.

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

If you have any questions about these Terms, please contact us.

**Effective:** September 29, 2023

Archive of Previous Terms



# X Privacy Policy

## Before you scroll, read this

It's really hard to make everyone happy with a Privacy Policy. Most people who use X want something short and easy to understand. While we wish we could fit everything you need to know into a post, our regulators ask us to meet our legal obligations by describing them all in a lot of detail.

With that in mind, we've written our Privacy Policy as simply as possible to empower you to make informed decisions when you use X by making sure you understand and have control over the information we collect, how it's used, and when it's shared.

So if you skip reading every word of the Privacy Policy, at least know this:

**X is a public platform**

Learn what's viewable & searchable

**We collect some data about you**

Learn what we collect & how

**Affiliate services may have their own policies**

Learn about affiliates

**We use your data to make X better**

Learn how we make your info work

**You can control your experience**

Learn how to update your settings

**If you have questions about how we use data, just ask**

Learn how to contact us

X

# 1. Information We Collect

**The information we collect when you use X falls into three categories.**

## 1.1 Information you provide us.

To use some of our products and services you need to have an account, and to create an account, you need to provide us certain information. Likewise, if you use our paid products and services, we cannot provide them to you without getting payment information. Basically, certain information is necessary if you want to use many of our products and services.

- **Personal Accounts.** If you create an account, you must provide us with some information so that we can provide our services to you. This includes a display name (for example, "Creators"); a username (for example, @XCreators); a password; an email address or phone number; a date of birth; your display language; and third-party single sign-in information (if you choose this sign-in method). You can also choose to share your location in your profile and posts, and to upload your address book to X to help find people you may know. Your profile information, which includes your display name and username, is always public, but you can use either your real name or a pseudonym. And remember, you can create multiple X accounts, for example, to express different parts of your identity, professional or otherwise.

- **Professional Accounts.** If you create a professional account, you also need to provide us with a professional category, and may provide us with other information, including street address, contact email address, and contact phone number, all of which will always be public.

- **Payment Information.** In order to purchase ads or other offerings provided as part of our paid products and services you will need to provide us payment information, including your credit or debit card number, card expiration date, CVV code, and billing address.

- **Preferences.** When you set your preferences using your settings, we collect that information so that we can respect your preferences.

- **Biometric Information.** Based on your consent, we may collect and use your biometric information for safety, security, and identification purposes.

- **Job Applications / Recommendations.** We may collect and use your personal information (such as your biographical information, employment history, educational history, employment preferences, skills and abilities, and job search activity and engagement, in addition to the information we already collect as disclosed in the "Information we collect when you use X" section of our Privacy Policy below) to recommend potential jobs to you, to share with potential employers when you apply for a job, to enable connections for professional opportunities, and to show you more relevant advertising.

X

# 1.2 Information we collect when you use X.

When you use our services, we collect information about how you use our products and services. We use that information to provide you with products and services, to help keep X more secure and respectful for everyone, and more relevant to you.

**Usage Information.** We collect information about your activity on X, including:

- Posts and other content you post (including the date, application, and version of X) and information about your broadcast activity (e.g., Spaces), including broadcasts you've created and when you created them, your lists, bookmarks, and Communities you are a part of.

- Your interactions with other users' content, such as reposts, likes, bookmarks, shares, downloads, replies, if other users mention or tag you in content or if you mention or tag them, and broadcasts you've participated in (including your viewing history, listening, commenting, speaking, and reacting).

- How you interact with others on the platform, such as people you follow and people who follow you, metadata related to Encrypted Messages, and when you use Direct Messages, including the contents of the messages, the recipients, and date and time of messages.

- If you communicate with us, such as through email, we will collect information about the communication and its content.

- We collect information on links you interact with across our services (including in our emails sent to you).

**Purchase and payments.** To allow you to make a payment or send money using X features or services, including through an intermediary, we may receive information about your transaction such as when it was made, when a subscription is set to expire or auto-renew, and amounts paid or received.

**Device Information.** We collect information from and about the devices you use to access X, including:

- Information about your connection, such as your IP address, browser type, and related information.

- Information about your device and its settings, such as device and advertising ID, operating system, carrier, language, memory, apps installed, and battery level.

- Your device address book, if you've chosen to share it with us.

**Location Information.** When you use X, we collect some information about your approximate location to provide the service you expect, including showing you relevant ads. You can also

X

choose to share your current precise location or places where you've previously used X by enabling these settings in your account.

**Inferred Identity.** We may collect or receive information that we use to infer your identity as detailed below:

- When you sign into X on a browser or device, we will associate that browser or device with your account. Subject to your settings, we may also associate your account with browsers or devices other than those you use to sign into X (or associate your signed-out device or browser with other browsers or devices or X-generated identifiers).

- When you provide other information to X, including an email address or phone number, we associate that information with your X account. Subject to your settings, we may also use this information in order to infer other information about your identity, for example by associating your account with hashes of email addresses that share common components with the email address you have provided to X.

- When you access X and are not signed in, we may infer your identity based on the information we collect.

**Log Information.** We may receive information when you view content on or otherwise interact with our products and services, even if you have not created an account or are signed out, such as:

- IP address and related information; browser type and language; operating system; the referring webpage; access times; pages visited; location; your mobile carrier; device information (including device and application IDs); search terms and IDs (including those not submitted as queries); ads shown to you on X; X-generated identifiers; and identifiers associated with cookies. We also receive log information when you click on, view, or interact with links on our services, including when you install another application through X.

**Advertisements.** When you view or interact with ads we serve on or off X, we may collect information about those views or interactions (e.g., watching a video ad or preroll, clicking on an ad, interacting with reposts of or replies to an ad).

**Cookies and similar technologies.** Like many websites, we use cookies and similar technologies to collect additional website usage data and to operate our services. Cookies are not required for many parts of our products and services such as searching and looking at public profiles. You can learn more about how we use cookies and similar technologies here.

**Interactions with our content on third-party sites.** When you view our content on third-party websites that integrate X content, such as embedded timelines or post buttons, we may receive log information that includes the web page you visited.



## 1.3 Information we receive from third parties.

When you use other online products and services, they may share information about that usage with us.

**Ad Partners, Developers, Publishers.** Our ad and business partners share information with us such as browser cookie IDs, X-generated identifiers, mobile device IDs, hashed user information like email addresses, demographic or interest data, and content viewed or actions taken on a website or app. Some of our ad partners, particularly our advertisers, also enable us to collect similar information directly from their website or app by integrating our advertising technology. Information shared by ad partners and affiliates or collected by X from the websites and apps of ad partners and affiliates may be combined with the other information you share with X and that X receives, generates, or infers about you described elsewhere in this Privacy Policy.

**Other Third Parties, Account Connections, and Integrations.** We may receive information about you from third parties who are not our ad partners, such as other X users, developers, and partners who help us evaluate the safety and quality of content on our platform, our corporate affiliates, and other services you link to your X account. You may choose to connect your X account to your account on another service, and that other service may send us information about your account on that service.

# 2. How We Use Information

Breaking down how we use the information we collect is not simple because of the way the systems that bring our services to you work. For example, the same piece of information may be used differently for different purposes to ultimately deliver a single service. We think it's most useful to describe the five main ways we use information and if you have questions that are not answered, you can always contact us. Here we go:

## 2.1 Operate, improve, and personalize our services.

We use the information we collect to provide and operate X products and services. We also use the information we collect to improve and personalize our products and services so that you have a better experience on X, including by showing you more relevant content and ads, suggesting people and topics to follow, enabling and helping you discover affiliates, third-party apps, and services. We may use the information we collect and publicly available information to help train our machine learning or artificial intelligence models for the purposes outlined in this policy.

We may use the information we collect from accounts of other services that you choose to connect to your X account to provide you features like cross-posting or cross-service authentication, and to operate our services.

We use your contact information to help others find your account if your settings permit, including through third-party services and client applications.

X

We use your information to provide our advertising and sponsored content services subject to your settings, which helps make ads on X more relevant to you. We also use this information to measure the effectiveness of ads and to help recognize your devices to serve you ads on and off of X. Some of our ad partners also enable us to collect similar information directly from their website or app by integrating our advertising technology. Information shared by ad partners and affiliates or collected by X from the websites and apps of ad partners and affiliates may be combined with the other information you share with X and that X receives, generates, or infers about you, as described elsewhere in our Privacy Policy.

## 2.2  Foster safety and security.

We use information we collect to provide for the safety and security of our users, our products, services, and your account. This includes verifying your identity, authenticating your account, and defending against fraud, unauthorized use, and illegal activity. We also use the information to evaluate and affect the safety and quality of content on X - this includes investigating and enforcing our policies and and terms, as well as applicable law.

## 2.3 Measure, analyze and make our services better.

We use the information we collect to measure and analyze the effectiveness of our products and services and to better understand how you use them in order to make them better.

## 2.4 Communicate with you about our services.

We use the information we collect to communicate with you about our products and services, including about product updates and changes to our policies and terms. If you're open to hearing from us, we may also send you marketing messages from time to time.

## 2.5 Research.

We use information you share with us, or that we collect to conduct research, surveys, product testing, and troubleshooting to help us operate and improve our products and services.

# 3. Sharing Information

You should know the ways we share your information, why we share it, and how you can control it. There are five general ways we share your information.

## 3.1 When you post and share.

**With the general public.** You are directing us to disclose that information as broadly as possible. X content, including your profile information (e.g., name/pseudonym, username, profile pictures), is available for viewing by the general public. The public does not need to be signed in to view some content on X. They may also find X content off of X: for example, from search query results on

X

Internet search engines or videos downloaded and reshared elsewhere (depending on your settings).

**With other X users.** Depending on your settings, and based on the X products and services you use, we share:

- Your interactions with X content of other users, such as replies, and people you follow.

- Content you send to a specific X user, such as through Direct Messages. Please keep in mind that if you've shared information like Direct Messages or protected posts with someone else who accesses X through a third-party service, the information may be shared with the third-party service.

**With partners.** Depending on your settings, we also provide certain third parties with information to help us offer or operate our products and services. You can learn more about these partnerships in our Help Center. You can control whether X shares your personal information with these partners by using the "Data sharing with business partners" option in your Privacy & Safety settings. (This setting does not control sharing described elsewhere in this Privacy Policy, such as when we share information with our service providers, or through partnerships other than as described in this Help Center article.)

## 3.2 With third parties & third-party integrations.

**With service providers.** We may share your information with our service providers that perform functions and provide services on our behalf, including payment services providers who facilitate payments; service providers that host our various blogs and wikis; service providers that help us understand the use of our services; applicant tracking system providers to send and receive applicant and job data to potential employers; and those that provide fraud detection services.

**With advertisers.** Advertising revenue enables us to provide our products and services. Advertisers may learn information from your engagement with their ads on or off X. For example, if you click on an external link or ad on our services, that advertiser or website operator might figure out that you came from X, along with other information associated with the ad you clicked, such as characteristics of the audience it was intended to reach and other X-generated identifiers for that ad. They may also collect other personal information from you, such as cookie identifiers, or your IP address.

**Third-party content & integrations.** We share or disclose your information with your consent or at your direction, such as when you authorize a third-party web client or application to access your account or when you direct us to share your feedback with a business. Similarly, to improve your experience, we work with third-party partners to display their video content on X or to allow cross-platform sharing. When you watch or otherwise interact with content from our video or cross-platform sharing partners, they may receive and process your personal information as described in their privacy policies. For video content, you can adjust your autoplay settings if you prefer that content not to play automatically.



**Third-party collaborators.** Depending on your settings, or if you decide to share your data, we may share or disclose your information with third parties. If you do not opt out, in some instances the recipients of the information may use it for their own independent purposes in addition to those stated in X's Privacy Policy, including, for example, to train their artificial intelligence models, whether generative or otherwise.

**Through our APIs.** We use technology like APIs and embeds to make public X information available to websites, apps, and others for their use, for example, displaying posts on a news website or analyzing what people say on X. We generally make this content available in limited quantities for free and charge licensing fees for large-scale access. We have standard terms that govern how this information can be used, and a compliance program to enforce these terms. But these individuals and companies are not affiliated with X, and their offerings may not reflect updates you make on X. For more information about how we make public data on X available to the world, visit https://developer.x.com.

## 3.3 When required by law, to prevent harm, or in the public interest.

We may preserve, use, share, or disclose your information if we believe that it is reasonably necessary to:

- comply with a law, regulation, legal process, or governmental request;

- protect the safety of any person, protect the safety or integrity of our platform, including to help prevent spam, abuse, or malicious actors on our services;

- explain why we have removed content or accounts from our services (e.g., for a violation of our Rules);

- address fraud, security, or technical issues; or

- protect our rights or property, or the rights or property of those who use our services.

We may also use different signals and your data to infer, preserve, use, share, or disclose your age and identity information in order to comply with regulatory requirements as well as for safety, security, fraud, know-your-customer, know-your-business, and identity verification, as the case may be. We may also share or disclose your age and identity information with our partners, service providers, and others for these purposes.

## 3.4 With our Affiliates.

We may share information amongst our affiliates to provide our products and services.

X

## 3.5 As a result of a change in ownership.

We may share, sell, or transfer information about you in connection with a merger, acquisition, reorganization, sale of assets, or bankruptcy. This Privacy Policy will apply to your personal information that is shared with (before and after the close of any transaction) or transferred to the new entity.

# 4. How Long We Keep Information

We keep different types of information for different periods of time, depending on how long we need to retain it in order to provide you with our products and services, to comply with our legal requirements and for safety and security reasons. For example:

- We keep your profile information, such as your display name, user name, password and email address for the duration of your account. We cannot provide you with our products and services without retaining this information.

- We keep your usage information, such as the content you post, your interactions with other users' content and how you interact with others on the platform for the duration of your account or until such content is removed.

- We keep your payment information, including your credit or debit card number and billing address for the duration you use our paid products and services. Records of transactions will be kept for longer, in accordance with applicable law.

- If you communicate with us, such as through email, we will keep information about the communication and its content for up to 18 months, unless it is necessary for us to retain it for a longer period to comply with our legal obligations or to exercise or defend our legal rights.

- We generally collect device information, location information, inferred identity information and log information using cookies. We keep cookies and information collected using cookies for up to 13 months. You can learn more about how we use cookies and similar technologies here.

- We keep information about your views or interactions with ads on or off X, as well as how you interact with our content on third-party sites for up to 90 days.

- We keep information shared by ad and business partners for up to 90 days.

- Where you violate our Rules and your account is suspended, we may keep the identifiers you used to create the account (such as your email address or phone number) indefinitely to prevent repeat policy offenders from creating new accounts.

We may need to keep certain information longer than our policies specify in order to comply with legal requirements and for safety and security reasons. For example:

X

- **To comply with a law, regulation, legal process or governmental request.** Including in order to adhere to a legally appropriate preservation request made by law enforcement. You can read more about law enforcement access here.

- **In connection with legal claims, litigation and regulatory matters.** Including where it is reasonably necessary to retain information relating to your account in order to defend X against legal claims.

- **To maintain the safety and security of our products and services.** Including where it is necessary to store your information longer in order to investigate and fight abuse on our products and services.

Remember public content can exist elsewhere even after it is removed from X. For example, search engines and other third parties may retain copies of your posts longer, based upon their own privacy policies, even after they are deleted or expire on X. You can read more about search visibility here.

# 5. Take Control

## 5.1 Access, Correction, Portability.

You can access, correct, or modify the information you provided to us by editing your profile and adjusting your account settings.

- You can learn more about the information we have collected or inferred about you in Your X Data and request access to additional information here.

- You can download a copy of your information, such as your posts, by following the instructions here.

To protect your privacy and maintain security, we take steps to verify your identity before granting you access to your personal information or complying with a deletion, portability, or other related request. We may, in certain situations, reject your request for access, correction, or portability, for example, we may reject access where you are unable to verify your identity.

## 5.2 Deleting your Information.

If you follow the instructions here, your account will be deactivated and your data will be queued for deletion. When deactivated, your X account, including your display name, username, and public profile, will no longer be viewable on X.com, X for iOS, and X for Android. For up to 30 days after deactivation it is still possible to restore your X account if it was accidentally or wrongfully deactivated.



## 5.3 Objecting to, Restricting, or Withdrawing your Consent.

You can manage your privacy settings and other account features here. If you change your settings it may take some time for your choices to be fully reflected throughout our systems. You may also notice changes in your X experience or limitations in your ability to access certain features depending on the settings you've adjusted. You may also manage additional settings when interacting with certain content and features on different parts of the platform, such as whether a Space is recorded, or whether videos you upload are downloadable by others.

## 5.4 Authorized Agent Requests.

To submit a request related to access, modification, or deletion of your information, or someone else's information if you are their authorized agent, you may also contact us as specified in the How To Contact X section of our Privacy Policy below. We may require you to provide additional information for verification.

# 6. Your Rights and Ours

We provide X to people all over the world and provide many of the same privacy tools and controls to all of our users regardless of where they live. However, your experience may be slightly different than users in other countries to ensure X respects local requirements.

## 6.1 We have specific legal bases to use your information.

X has carefully considered the legal reasons it is permitted to collect, use, share and otherwise process your information. If you want to dig in to learn more and better understand the nuances, we'd encourage you to check out this additional information about data processing. And no, we don't sell your personal information.

## 6.2 We move your data to make X work for you.

Just as you use X to seamlessly participate in global conversations with people in countries all over the world, X must move information across borders and to different countries around the world to support the safe and reliable service you depend on. For example, if you live in Europe and are having a conversation with someone in the United States, information has to move between those countries to provide that experience – it's what you expect from us.

We also use data centers and cloud providers, and engage our affiliates and third-party partners and service providers located in many parts of the world to help us provide our services. Before we move data between countries we look at the risks that may be presented to the data and rely on standard contractual clauses (SCCs), where applicable, to ensure your data rights are protected. To request a copy of the SCCs, please contact us here. If data will be shared with a third party, we require them to maintain the same protections over your data that we provide directly.



X is a participant in the EU-US Data Privacy Framework (DPF), the Swiss-US DPF and the UK Extension to the EU-US DPF. X complies with the DPF Principles for all its processing of personal data received from the European Union, Switzerland and the UK, in reliance on the EU-US DPF, Swiss-US DPF and UK Extension to the EU-US DPF, respectively. If you have an inquiry or complaint related to our participation in the DPF, please contact us here. As part of our participation in the DPF, if you have a dispute with us about our adherence to the DPF Principles, we will seek to resolve it through our internal complaint resolution process, alternatively through the US-based independent dispute resolution body JAMS, and under certain conditions, through the DPF Arbitration Process following the procedures and subject to the conditions described in Annex 1 to the DPF Principles. DPF participants are subject to the investigatory and enforcement powers of the US Federal Trade Commission and other authorized statutory bodies. Under certain circumstances, participants may be liable for the transfer of personal data from the EU, Switzerland and the UK to third parties outside the EU, Switzerland and the UK. Learn more about the EU-US DPF, the Swiss-US DPF and the UK Extension to the EU-US DPF here.

# 7. X's Audience

Our services are not directed to children, and you may not use our services if you are under the age of 13. You must also be old enough to consent to the processing of your personal data in your country (in some countries we may allow your parent or guardian to do so on your behalf). We do not knowingly collect personal information from children under 13. If you become aware that your child has provided us with personal information without your consent, please contact us here. If we become aware that a child under 13 has provided us with personal information, we take steps to remove such information and terminate the child's account. You can find additional resources for parents and teens here.

# 8. Changes To This Privacy Policy

The most current version of this Privacy Policy governs our processing of your personal data and we may revise this Privacy Policy from time to time as needed.

If we do revise this Privacy Policy and make changes that are determined by us to be material, we will provide you notice and an opportunity to review the revised Privacy Policy before you continue to use X.

# 9. General

The X Privacy Policy is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X Privacy Policy shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X Privacy Policy.



# 10. How To Contact X

We want to hear from you if you have thoughts or questions about this Privacy Policy. You can contact us via our Privacy Policy Inquiries page or by writing to us at the appropriate address below. Information about our handling of California Consumer Privacy Act (CCPA) requests is available here. Information about our handling of "Consumer Health Data" and associated requests as defined under Washington State's My Health My Data Act and other similar state laws is available here.

If you live in the United States or any other country outside of the European Union, EFTA States, or the United Kingdom, the data controller responsible for your personal data is X Corp., with an address of:

**X Corp.**
**Attn: Privacy Policy Inquiry**
**865 FM 1209, Building 2**
**Bastrop, TX 78602**

If you live in the European Union, EFTA States, or the United Kingdom, the data controller responsible for your personal data is Twitter International Unlimited Company, with an address of:

**Twitter International Unlimited Company**
**Attn: Data Protection Officer**
**One Cumberland Place, Fenian Street**
**Dublin 2, D02 AX07 IRELAND**

If you live in Switzerland, you can also contact our appointed representative at the following address:

**Twitter Switzerland GmbH**
**Attn: Data Protection Officer**
**c/o Wasag Treuhand AG**
**Bolligenstrasse 18**
**Bern, 3006, SWITZERLAND**

If you wish to raise a concern about our data processing practices, you have the right to do so with your local supervisory authority or Twitter International Unlimited Company's lead supervisory authority, the Irish Data Protection Commission, using the contact details listed on their website.

**Effective: November 15, 2024**

**EXHIBIT 15: SUBSTACK ARTICLE BY PLAINTIFF SONYA SHAYKHOUN, ESQ. "ACCIDENTALLY VIRAL" (NOW UNPUBSLISHED)**



# Accidentally viral

Shedding some light on my various viral newspaper

Commercially Savvy Lawyer ✕  +

The first time I went viral in the American press was in August 2019. I had just returned to NYC, where I was born and raised, from the Arabian Gulf where I had spent 15 years living and working in Bahrain and Qatar. I had not lived in NYC full-time since early 2004 and, although I had come home many times, it was a big adjustment to move to the Western World after many years abroad.



I would be lying if I didn't say that I did not emerge from my time in Qatar feeling somewhat bruised. In hindsight, I see that my 15 years in the GCC (a/k/a/ the Gulf Cooperation Countries comprised of Bahrain, Kuwait, Oman, Qatar, Saudi Arabia, and the United Arab Emirates) were the proverbial University of Life from which I obtained a Ph.D. in Street Smarts. Still, there were lessons to be learned, especially about dealing with the press and social media.

I cannot remember exactly when or how I met the man (who will remain nameless to protect his privacy) who introduced me to *The Daily Caller*, but I do recall he came up from Washington, D.C. to NYC to meet me. We ate lunch at Serafina's and he was keen to hear about my eight years in Qatar and its many challenges. Looking back, I realize that I was catfished in a very sophisticated manner. The man from D.C. must have been tasked by an organization or individual to find dirt on the State of Qatar. Still smarting from my final months in Doha, I let my guard down and overshared about some of my tougher experiences. My main objective was to take down the fake and corrupt Jordanian lawyer who had deliberately delayed and sabotaged my onboarding to Al Jazeera from Bahrain, where I had already been working for 7 years. The delay caused considerable financial damage for which I was never compensated. It was an extremely destabilizing experience.

*The Daily Caller* team working on the article assured me they had found proof of the corruption. When the article was finally published, there was no mention of the corruption I had described or the expose of the fake lawyer. It cast me as a victim and a troublemaker. Logic combined with my experience with deeply corrupt people thus far led me to the conclusion that shenanigans had taken place.

At first, I resigned myself to the article being published forever. However, a warrior spirit moved me and I realized I had been had. I wrote to the editor and demanded he take it down. He complied and the whole frustrating and disappointing experience became a closed chapter in my history.

Fast forward to May 2023, a random tweet I made about an exchange with an unlicensed vendor in Riverside Park in NYC landed me in social media hot water. I was cast as a "*Karen*" and brutally abused on Twitter and via email and real hate mail. It was shocking to see my tweet reach nearly 7 million views and for the story to be picked up by *The Daily Beast* in NYC and *The Independent* and *The Daily Telegraph* in the UK. The immediate aftermath was agonizing and embarrassing. But then, surprisingly, I received a lot of support and reassurance that I had done nothing wrong and I quickly recovered my confidence and moved on. Ironically, the fact that my one tweet had gone "*viral*" meant that I could now monetize my tweets (or are they "X's" now?)

That said, one never wants to go viral or be labeled a "*Karen*." It is embarrassing and unfortunate. But such are some of the vicissitudes of being human and interacting with other people in a big city like NYC.

The America I came home to in March 2019 is not the same America I left when I started my international career in October 1990 to go to the University of St. Andrews in Scotland. When I left NYC, it was still the iconic bustling metropolis of the movies, it was thriving, diverse, and politically conservative. George Bush, Sr. was the President of America and the first Gulf War was in progress. I never heard the word "*woke*" and there were two genders. I think I saw one transvestite in my entire lifetime, in the parking lot of Agawam Park in Southampton when I was a kid. America was still normal. Political correctness was only just burgeoning and as yet a rare occurrence. Being "*canceled*" was unheard of. Like my peers, I was concerned about getting into college, whether I had the right jeans, boys, and my popularity. Karen was a girl's name.

It may seem silly that despite being an experienced lawyer who has worked at one pan-Arab pay satellite TV network in Bahrain, at Al Jazeera Media Network in Qatar, and in very conservative and tightly controlled countries that are Bahrain and Qatar, I would not have more social media savvy. NYC was still "*normal*" when I left it in April 2004 to go to Bahrain for the first time. But in the last 19 years, NYC and America at large have morphed into a completely different and unpredictable animal. Coupled with my having been conditioned by the social conservativism of Bahrain and Qatar not to mention the controls on social media and repercussions for people who breach those controls, landing in America in March 2019 was like landing on another planet with all new social rules and beings.

During my time in the Gulf States, I got used to the strict social controls that prevented the kind of behavior we see in America now - the cancellation of others, the smearing, the rabid attacks that will stop at nothing until the target's life is destroyed and the name tarnished. Social media and the press are strictly controlled in the Middle East. People don't lose their jobs, friends, or get "*cancelled*" in the Middle East by their friends for "*wrong think.*" And people would never stoop to the level of calling up employers to get people fired or write them up in newspaper articles for perceived misbehavior. This is in part because the Middle Eastern society is a lot more polite than it is in the West. But in large part, this is because society is run with so much discipline that misbehavior is not tolerated. Things like unlicensed food vendors or dogs off a leash pooping and peeing everywhere - this does not fly in the Middle East. You wouldn't even try it. And if you do misbehave, you will face the government not the other citizens. Political activism does not exist in the way we know it in the West. We saw the consequences of that in the Arab Spring when dissenters were incarcerated and silenced.

So when I decided to engage with social media in America, I had no idea what a hot potato I was dealing with. I had left an America that did not even have social media in 1990. I had left an America that hated Communism. I had left an America that was civilized and polite. And returned to an America where a misstep on X could spell the end of your life as you know it. Where Americans address each other as "*Comrade*" and embrace Socialism and Communism, previously anathema.

The experience of going "*viral*" and being named and shamed not just in NYC but internationally was eye-opening. First, it underlined the extent to which America has become Maoist in the way I had learned at the Dalton School in the late 80s when I took Chinese History in 11th grade where we learned about how Chinese citizens under Mao bullied each other to conform with the new rules. Secondly, it sheds light on how divided we are that we so easily "*other*" each other, even when the "*Karen*" (i.e., me) happens to be right about the subject of the kerfuffle (i.e., unlicensed food vendors.) Thirdly, it highlights the extent to which we have lost any sense of law and order and common morals and values. Finally, I learned that, although I am still learning about the dangers in the minefield that is the public forum, and that with freedom and free speech, come great responsibility, courage, and the strength of character to defend one's position publicly even when it gets very hot in the proverbial kitchen.

**EXHIBIT 16: THE DAILY BEAST ATTORNEYS (LINDSEY CHERNER)
EMAILS**

 Outlook

**Sonya Shaykhoun, Esq. v. The Daily Mail, et al., Index No. 100558/2024**

**From** Cherner, Lindsey <LindseyCherner@dwt.com>
**Date** Tue 10/1/2024 10:52 AM
**To**   Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc**   Bolger, Kate <KateBolger@dwt.com>

📎 1 attachments (191 KB)
Sonya Shaykhoun v. The Daily Mail et al - Letter re Untimely Notice and Summons.pdf;

Dear Ms. Shaykhoun:

Attached please find correspondence on behalf of the Daily Beast defendants in the above-referenced matter.

Respectfully,
Lindsey

 **Lindsey Cherner**
Associate | Davis Wright Tremaine LLP
P 212.402.4093  E lindseycherner@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

DWT.COM    in X



21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Kate Bolger**
(212) 402-4068 tel
(212) 379-5244 fax

KateBolger@dwt.com

October 1, 2024

**VIA EMAIL**

Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue
New York, NY 10025
929-408-4531
sonya@shaykhounlaw.com

Re:     *Sonya Shaykhoun, Esq. v. The Daily Mail, et al.*, **Index No. 100558/2024 – Untimely Notice and Summons**

Dear Ms. Shaykhoun,

     We represent defendants The Daily Beast Company LLC ("The Daily Beast"), AJ McDougall, Ben Sherwood, Joanna Coles, IAC Inc. (sued incorrectly herein as InterActiveCorp), and Barry Diller (collectively, the "Daily Beast Defendants") in this matter.  On May 13, 2023, The Daily Beast published one of the articles at issue, entitled *"Lawyer Roasted for Calling 911 on 'Unlicensed' Food Vendor in NYC Park"* (the "Article").

     We write to inform you that service of the Summons with Notice in this action was untimely.  Your Summons with Notice was filed on May 16, 2024.  Under CPLR 306-b, service of the Summons and Notice was required to be effected within 120 days of that date, *i.e.*, on or before September 13, 2024.  Service was not made on any of the Daily Beast Defendants until September 25, 2024.  Therefore, service was clearly untimely as to the Daily Beast Defendants.

     Accordingly, as to the Daily Beast Defendants, this matter is concluded, and the Daily Beast Defendants have no need to demand a complaint.

     In any event, should you belatedly obtain an extension of time to effect service, your lawsuit would be governed by New York's recently expanded anti-SLAPP statute, which provides for the speedy dismissal of lawsuits, such as this one, aiming to chill free speech about matters of public interest and *requires* that attorneys' fees and costs be recovered against the plaintiff by a prevailing defendant. *See* N.Y. Civ. Rights Law §§ 70-a, 76-a. Under the anti-SLAPP law, which plainly applies because the Article reports on a matter of public interest, you would need to demonstrate a substantial basis for each and every element of your defamation claim.  CPLR

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

October 1, 2024

3211(g); *Sackler v. Am. Broad. Cos.*, 71 Misc. 3d 529, 699–700 (Sup. Ct. N.Y. Cnty. 2021) (holding that "the burden is upon the plaintiff to establish that its claim has the requisite substantial basis") (citation omitted). You could not satisfy this requirement because, among other things, you could not establish by clear and convincing evidence that the Daily Beast Defendants acted with actual malice in publishing the Article. *See* N.Y. Civ. Rights Law § 76-a(2). Actual malice requires a "decidedly high standard of culpability," defined as "knowledge that [the allegedly defamatory statement] was false or with . . . reckless disregard of whether it was false or not." *Kipper v. NYP Holdings Co.*, 12 N.Y.3d 348, 353 (2009) (quoting *N.Y. Times Co. v. Sullivan*, 376 U.S. 254, 279–80 (1964)). To establish "reckless disregard," you must prove that the Daily Beast Defendants "in fact entertained serious doubts as to the truth of [their] publication or acted with a high degree of awareness of . . . probable falsity." *Id.* (citation omitted). This is a subjective test, focusing on the state of mind of the publisher. *Id.*

You would not be able to satisfy this standard as a matter of law. At the time of the Article's publication, the Daily Beast Defendants relied on several publicly available sources for their reporting, including, *inter alia*, the New York Police Department and your personal statements from your Twitter account. *See e.g.*, *Trails West, Inc. v. Wolff*, 32 N.Y.2d 207, 219 (1973) ("reliance upon reputable sources of information, whether official or simply a reliable newspaper, if unrefuted, is sufficient to disprove a claim of recklessness," where published statements were based on information from government officials). In short, the Daily Beast Defendants had no reason to doubt their reporting at any time. The Daily Beast also sought comment from you directly, and those efforts were disclosed in the Article. *See Biro v. Condé Nast*, 963 F. Supp. 2d 255, 287 (S.D.N.Y. 2013) (finding actual malice implausible where article itself sought comment from plaintiff and portrayed his views), *aff'd*, 807 F.3d 541 (2d Cir. 2015). Moreover, mere allegations that The Daily Beast failed to investigate during the course of its reporting would be insufficient to establish actual malice. *See, e.g.*, *Sackler*, 71 Misc. 3d at 700 (quoting *Harte-Hanks Commc'ns, Inc. v. Connaughton*, 491 U.S. 657, 692 (1989)) ("[I]t is well settled that a 'failure to investigate will not alone support a finding of actual malice.'"); *see also St. Amant v. Thompson*, 390 U.S. 727, 731 (1968); *Kipper*, 12 N.Y.3d at 355 (defendant's "failure to employ fact-checkers, to attempt to verify the status of [plaintiff's] license prior to publication, or to identify those individuals responsible for the false headline and statement" held insufficient to establish actual malice by clear and convincing evidence).

In sum, there is nothing actionable here, and the Daily Beast Defendants will be entitled under the anti-SLAPP law to all attorneys' fees and costs they incur in defending against what will surely be deemed a frivolous claim. *See* N.Y. Civ. Rights Law § 70-a(1)(a) ("[C]osts and attorney's fees *shall be* recovered upon a demonstration . . . that the action . . . was commenced or continued without a substantial basis in fact and law.") (emphasis added).

The Daily Beast stands behind its reporting and considers this action concluded. This letter is without waiver of any of the Daily Beast Defendants' legal defenses, claims, rights, privileges, remedies, or responses, all of which are expressly reserved.

October 1, 2024

Sincerely,

Katherine M. Bolger
Lindsey B. Cherner
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1106
Tel: (212) 489-8230
Fax: (212) 489-8340
katebolger@dwt.com
lindseycherner@dwt.com

*Attorneys for the Daily Beast Defendants*

 Outlook

---

**RE: Sonya Shaykhoun, Esq. v. The Daily Mail, et al., Index No. 100558/2024**

---

**From** Cherner, Lindsey <LindseyCherner@dwt.com>
**Date** Thu 10/3/2024 2:51 PM
**To** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc** Bolger, Kate <KateBolger@dwt.com>

Dear Ms. Shaykhoun:

Your correspondence contains two significant errors.

First, you are incorrect in claiming that your time to serve the Summons with Notice commenced upon payment for an index number. On the contrary, the CPLR is clear that commencement of an action begins with filing the Summons with Notice. The time to effect service is not extended pending an application for poor person status. For reference:

"While the application for poor person status is pending, service of process may be made because an index number will already have been assigned. *See* CPLR 305(a) (summons must bear assigned index number). Plaintiff, therefore, can be expected to comply with the time limits for serving process imposed by CPLR 306-b regardless of the outcome of the application for poor person status." N.Y.C.P.L.R. § 1101 (McKinney).

You filed the Summons with Notice on May 16, 2024. You did not effect service on any of the Daily Beast defendants until September 25, 2024, which is beyond the 120-day statutory limit. CPLR 306-b. Service on The Daily Beast Company LLC and (to the extent it was even attempted) on the other Daily Beast defendants was, therefore, untimely. Accordingly, you have no basis on which to "assume" that service has been effected on any of the Daily Beast defendants, and nothing in our correspondence can serve as "proof of service." For the avoidance of doubt, our position is clear: service on The Daily Beast Company LLC was untimely and was not effected as to any of the other Daily Beast defendants either.

Second, you are incorrect in asserting that because you allegedly are not a public figure, you need not prove actual malice in order to prevail on a defamation claim. As we pointed out in our earlier correspondence, where a publication relates to a matter of public interest, "New York Civil Rights Law § 70-a, § 76-a, now require a plaintiff, ***whether a public or private figure***, to prove actual malice on the part of the defendant in the communication that gave rise to the action." *Sackler v. Am. Broad. Cos.*, 2024 N.Y. Misc. LEXIS 5935, at *2 (Sup. Ct. N.Y. Cnty. Sept. 4, 2024) (emphasis added).

There is no question that the Article relates to a matter of public interest. The anti-SLAPP law broadly applies to actions arising from "any communication in a place open to the public or a public forum in connection with an issue of public interest; or any other lawful conduct in furtherance of the exercise of the constitutional right of free speech in connection with an issue of public interest. . . ." N.Y. Civ. Rights Law § 76-a. Under the anti-SLAPP law, a "matter[] of 'public interest'" is "broadly construed" to be "anything other than a 'purely private matter.'" *Sackler v. Am. Broad. Cos.*, 71 Misc. 3d 693, 697 (Sup. Ct. N.Y. Cnty. 2021) (quoting *Palin v. N.Y. Times Co.*, 510 F. Supp. 3d 21, 25 (S.D.N.Y. 2020)). Here, the Article was published by the Daily Beast, a news media website which is a quintessential public forum. *See Balliet v. Kottamasu*, 76 Misc. 3d 906, 922 (Sup. Ct. Kings Cnty. 2022) (news media website is "undoubtedly a public forum" under New York's anti-SLAPP law), *aff'd*, 81 Misc. 3d 132(A) (2d Dep't 2023). In addition, the Article clearly implicates a matter of public interest given that it reports on your complaint about an unlicensed food stand in Riverside Park, a

complaint you also claim to have made to the New York Police Department. *See Reeves v. Associated Newspapers*, 228 A.D.3d 75, 84 (1st Dep't 2024) (holding that "allegations of criminal conduct" are matters of "public interest" under the anti-SLAPP law and citing *Hayt v. Newsday, LLC*, 176 A.D.3d 787, 787 (2d Dep't 2019)); *Abitbol v. Rice*, 2024 N.Y. Misc. LEXIS 4886, at *4 (Sup. Ct. N.Y. Cnty. July 8, 2024) ("Allegations of criminal conduct . . . constitute an issue of public interest pursuant to the anti-SLAPP law."). Regardless of whether you are a public figure, you will need to satisfy the actual malice standard. We are confident you will not be able to do so, and therefore your action will not survive a motion to dismiss.

Finally, a reminder that under the anti-SLAPP law, the Daily Beast defendants are entitled to a "mandatory" award of attorneys' fees and costs upon the dismissal of the case. *See Golan v. Daily News, L.P.*, 77 Misc. 3d 258, 272–73 (Sup. Ct. N.Y. Cnty. 2022), *aff'd*, 214 A.D.3d 558 (1st Dep't 2023), *pet. for cert. docketed*, No. 23-1328 (U.S. June 20, 2024). The statute provides that "costs and attorney's fees shall be recovered upon a demonstration . . . that the action . . . was commenced or continued without a substantial basis in fact and law and could not be supported by a substantial argument for the extension, modification or reversal of existing law." N.Y. Civ. Rights Law § 70-a(1) (a).

In the event you choose and are able to proceed with your untimely claim, the Daily Beast defendants will move to dismiss it and will seek, and recover, all of their attorneys' fees and costs incurred in doing so. Inasmuch as you are an attorney with purported familiarity with the law of defamation in the state of New York, you are amply warned.

Respectfully,
Lindsey

Lindsey Cherner

Associate, Davis Wright Tremaine LLP

P 212.402.4093 E lindseycherner@dwt.com

A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

DWT.COM

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Tuesday, October 1, 2024 11:22 AM
**To:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Cc:** Bolger, Kate <KateBolger@dwt.com>
**Subject:** Re: Sonya Shaykhoun, Esq. v. The Daily Mail, et al., Index No. 100558/2024

**[EXTERNAL]**

Dear Lindsey ,

Thank you for your email and correspondence. As it happens, I purchased the Index number in late August 2024 and I have the receipt. The clerk at the court erroneously stamped a duplication with the May date. So I'm still within my timeframe to serve. I am preparing the affidavits of service and will submit the to the court shortly and I will copy you her as a courtesy.

I will assume that since you write on behalf of Ben Sherwood, Joanna Coles, Barry Diller and IAC that service can be deemed complete. I note your letter is "without prejudice" so I will be submitting it to the court as proof of service.

A quick scan of your letter tells me that you don't understand defamation. I am not a public figure and so the "actual malice" standard does not apply. Did they not teach that at your law school? As it happens, The Daily Beast article has done irreparable harm to me and my previously good name just "for clicks". It won't and can't stand. But we will get to that.

In any event, thank you for highlighting your misunderstandings of the matter. I will submit clarifying documents in due course and address the legal points in my brief and legal memorandum.

Stand by.

Kind regards,
Sonya


Get Outlook for iOS

**From:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Sent:** Tuesday, October 1, 2024 10:52:37 AM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Bolger, Kate <KateBolger@dwt.com>
**Subject:** Sonya Shaykhoun, Esq. v. The Daily Mail, et al., Index No. 100558/2024

Dear Ms. Shaykhoun:

Attached please find correspondence on behalf of the Daily Beast defendants in the above-referenced matter.

Respectfully,
Lindsey



**Lindsey Cherner**
Associate | Davis Wright Tremaine LLP

P 212.402.4093  E lindseycherner@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

DWT.COM    in  X

**EXHIBIT 17 WATERMELON VENDOR TEXT MESSAGES**









## EXHIBIT 18: PERPLEXITY.AI'S ANSWER TO THE QUESTION, "IS THE DAILY BEAST A SERIOUS NEWSPAPER?"

The Daily Beast is generally regarded as a serious news outlet, though it has specific characteristics that influence its perception:

1. **Focus and Content**: The Daily Beast covers politics, media, and pop culture, often blending news with opinion pieces. It aims to provide scoops and commentary, which can lead to a more sensationalized style of reporting.

2. **Bias Ratings**:
   - **Ad Fontes Media** rates The Daily Beast as having a left-leaning bias and mixed reliability. It acknowledges that while the site publishes credible sources, it has also produced misleading reports and failed fact checks [1][2].
   - **Media Bias/Fact Check** similarly categorizes it as left-biased with mixed factual reporting due to instances of inaccurate information [2].
   - **AllSides** confirms a left bias based on editorial reviews and community feedback, noting that the outlet's journalism has become increasingly partisan over time [3].

3. **Ethical Standards**: The Daily Beast has a published Code of Ethics emphasizing honesty, fairness, and accuracy. It aims to confront societal issues while maintaining a commitment to independent journalism [5].

4. **Awards and Recognition**: Despite its biases, The Daily Beast has won numerous awards for its journalism, indicating recognition within the industry for quality reporting.

5. **Public Perception**: While some view The Daily Beast as a serious outlet due to its investigative work and coverage of significant issues, others criticize it for sensationalism and perceived bias. This duality affects its reputation among different audiences.

In summary, The Daily Beast is considered a serious news source by many but is also recognized for its left-leaning bias and occasional sensationalism in reporting. Its commitment to ethical standards and journalistic integrity contributes to its credibility, even as it navigates the challenges of being perceived as partisan.

Citations:
[1] https://adfontesmedia.com/daily-beast-bias-reliability/
[2] https://mediabiasfactcheck.com/daily-beast/
[3] https://www.allsides.com/news-source/daily-beast-media-bias
[4] https://en.wikipedia.org/wiki/The_Daily_Beast
[5] https://www.thedailybeast.com/company/code-of-ethics/

[6] https://today.yougov.com/politics/articles/49552-trust-in-media-2024-which-news-outlets-americans-trust
[7] https://www.quillmag.com/2024/04/04/lets-do-better-2023s-egregious-breaches-in-journalism-ethics/
[8] https://www.nytimes.com/editorial-standards/ethical-journalism.html

## EXHIBIT 19: PERPLEXITY.AI'S RESPONSE TO THE QUESTION OF WHETHER DAILYMAIL.COM IS A SERIOUS NEWSPAPER

The Daily Mail is often viewed with skepticism regarding its credibility and seriousness as a news source. Here are some key points to consider:

1. **Bias and Reliability**: The Daily Mail has been rated as having a right-leaning bias and is considered to have "mixed reliability." It has faced numerous criticisms for sensationalism, poor fact-checking, and publishing misleading information [1][3].

2. **Criticism of Misinformation**: The publication has been criticized for promoting misinformation, particularly on topics like climate change. Reports indicate that it exploits regulatory weaknesses to mislead readers [2].

3. **Public Trust**: Surveys indicate that trust in the Daily Mail's accuracy is relatively low; only about 63% of its readers believe it is accurate, which is significantly lower than many other newspapers [2].

4. **Wikipedia's Ban**: Wikipedia has banned the Daily Mail as a reliable source due to its reputation for sensationalism and unreliability, stating that it often publishes stories that are misleading or fabricated [4].

5. **Awards vs. Criticism**: While the Daily Mail has won awards, including "National Newspaper of the Year," these accolades are often juxtaposed with serious critiques of its journalistic standards [4][5].

6. **Content Style**: The Daily Mail is known for sensational headlines and emotionally charged language, which can detract from its perceived seriousness as a news outlet [3][5].

In summary, while the Daily Mail is a widely read publication and has received some accolades, its reputation for sensationalism and questionable reliability raises concerns about its seriousness as a news source. Readers are often advised to approach its content critically and verify information through more reliable sources.

Citations:
[1] https://adfontesmedia.com/daily-mail-bias-and-reliability/
[2] https://www.lse.ac.uk/granthaminstitute/news/daily-mail-exploits-failing-regulatory-system-to-mislead-its-readers/
[3] https://mediabiasfactcheck.com/daily-mail/
[4] https://en.wikipedia.org/wiki/Daily_Mail_(UK)
[5] https://www.reddit.com/r/AskUK/comments/u6zyud/how_accurate_is_the_daily_mail_really/

**EXHIBIT 19: HATE MAIL USING THE INDEPENDENT**

linkedin.com/in/david-kalinski-530143?/recent-activity/comments/

**David Kalinski**
Retail Consultant · Kitchen / Home. Creator · Chef Di Cucina /La Gourmet & Origin X Coffee

Followers  1,269

Message

See who's hiring on LinkedIn.

Try Premium for $0

Most relevant ▾

**David Kalinski** · 3rd+
Retail Consultant · Kitchen / Home. Creator · Chef Di Cucina ...
1w ···

Does Sonya teach how to also call 911 on food vendors?

https://www.independent.co.uk/news/world/ame ...see more

NYC lawyer roasted on Twitter for reporting illegal food stand rails a...
independent.co.uk

Like · 🌐 1 · Reply · 2 Replies

Like · Comment · Repost · Send

Add a comment...

**David Kalinski** · 3rd+
Retail Consultant · Kitchen / Home. Creator · Chef Di...
6d ···

Mac McMeans You might want to read up on what was involved before you post unnecessary tripe.

Like · Reply

**David Kalinski** replied to **Joanie Tanous**' comment on this

**UNRWA**
291,405 followers
1w · 🌐

🎗 Education is yet another right the children of Gaza have been deprived of.

+ Follow

Messaging





Sonya Shaykhoun, Esq., LL.M.

Email: sonya@shaykhounlaw.com

loop_back: I have already downloaded a copy of my LinkedIn account data using the link above

Type of personal data you are requesting:- I need copies of all exchanges between me and another LinkedIn user named David Kalinski. These exchanges happened on discussions around Israel. David Kalinski (whom I blocked and who has since blocked me) called me "sharmuta" (it means "Bitch" in Arabic) and then he started hurling links at me from articles in The Independent UK and The Daily Beast and Daily Mail UK - I intend to sue these publications and to show the damage of the articles I need copies of the exchanges between David Kalinski and me.

He said stuff like, "You are universally disliked" and mocked me. He repeatedly tried to use this article to make me look bad.

As you know, there is no defamation case without proof of damage and I need the exchanges (which I reported immediately because he upset me before I realized how important they would be to my lawsuit).

Location of personal data you are requesting:- All messages directed at or about me by David Kalinski in the last 60 days.

He is "David Kalinski" and resides in Brooklyn.

This is what I could find on Google about his LI profile (as I said, I am blocked): "Creator – Chef Di Cucina /La Gourmet & Origin X Coffee. Brooklyn, New York, United States. 1K followers 500+ connections. Join now. Join to view profile. About. i have over 20 years of experience..."

**EXHIBIT 21: OTHER SUPPORTIVE X USER'S TWEETS**

## Post your reply

[image icon] [GIF icon] [emoji icon] [location icon] **B** *I*                    **Reply**

---

**LT** @LT44536706 · May 17, 2023

If other street vendors who are licensed and operating legitimately see

← **Post**     people like this and call it in there might be more traction    **Reply** ⇶

---

**The Commercially Savvy Lawy** ✓ 🔒 @SonyaShaykhou · May 17, 2023  ···

Or you see the illicit vendor business spring up so the parks are now filled with unlicensed food and drinks vendors and you can't use the park anymore. It's already overridden with dogs off the leash.

💬 7            🔁 3            ♡ 5            ᴧ 13K            🔖  ⬆

---

**Wild Irish Rose (It's worse than we ever in** @Kathy060< · May 20, 2023  ···

Oh no! Not dogs in a park! What's next? 🤣🤣🤣

💬            🔁            ♡ 2            ᴧ 139            🔖  ⬆

---

**MAGAHAcrat (jevven on TRUTHsocial)** @jevvens · May 17, 2023        ···

> **MAGAHAcrat (jevven on TRUTHsocial)** @jevvens · Feb 16, 2023
>
> Replying to @alfreedom_dev @FSchnerbert and @ClownWorld_
>
> I once missed a bus b/c at 10pm a woman set up a korean bbq at the bus stop and the driver couldn't see me b/c of all the smoke.

💬 39            🔁 1            ♡ 16            ᴧ 196K            🔖  ⬆

---

**The Commercially Savvy Lawy** ✓ 🔒 @SonyaShaykhou · May 17, 2023  ···

OMG that's nuts - not to mention the stink - when I lived in London, there was an illegal street vendor who had a stand right in front of my building and you couldn't open the windows because the stench of his gross food would get in...not a vegan, I love meat, but this was

Show more