# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
## TX 9-492-120
**Effective Date of Registration:**
March 31, 2025
**Registration Decision Date:**
April 21, 2025

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
        **Title of Work:** Sonya Shaykhoun's Viral Tweet May 17, 2023

## Completion/Publication
        **Year of Completion:** 2023
        **Date of 1st Publication:** May 17, 2023
        **Nation of 1st Publication:** United States

## Author

-         **Author:** Sonya Shaykhoun
        **Author Created:** Nonfiction Work
        **Citizen of:** United States

## Copyright Claimant
        **Copyright Claimant:** Sonya Shaykhoun
        825 West End Avenue, New York, NY 10025

## Rights and Permissions
        **Name:** Sonya Shaykhoun
        **Email:** sonya@shaykhounlaw.com

## Certification
        **Name:** Sonya Shaykhoun
        **Date:** March 31, 2025