



**SHAYKHOUN LAW**
NEW YORK PRACTICE



Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue,
New York, NY 10025
Email: sonya@shaykhounlaw.com
Tel: 929-408-4531 | 929-996-5662

April 10, 2026

Attn: Coretto
SDNY Intake Unit
500 Pearl Street,
Room 205
New York, NY 10007

Dear Coretto:

**Re: 1:2024cv09978-ALC – Third Amended Complaint – Paper Re-Submission Originally Submitted April 8, 2026**

Further to our several discussions yesterday, I am submitting my Third Amended Complaint as a paper submission in person. Per the attached, I have already submitted this by the April 8, 2026, deadline set by Judge Carter, but I was unaware that the SDNY Pro Se office does not accept Outlook links, which is how I submitted. My Macbook make uploading to ECF difficult.

As you suggested, I am also submitting the Updated Summons Form with the new Defendants. I have also included the first few pages of the Third Amended Complaint and the Rider with the names and addresses of the new Defendants.

I am submitting this letter in lieu of an envelope to stamp because the Third Amended Complaint is quite large and will not fit into an envelope. Therefore, I will ask the officer to time stamp this letter in duplicate as proof of delivery.

I also attaching a copy of the April 8, 2026, email submission.

Many thanks,

/s/ Sonya Shaykhoun, Esq.

Sonya Shaykhoun, Esq.

Enc. April 8, 2026, Email from Sonya Shaykhoun,
To Pro Se Unit with Third Amended Complaint and
Exhibits

 Outlook

---

**1:2024cv09978 Third Amended Complaint Pro Se Submission**

---

**From** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Date** Wed 4/8/2026 9:08 PM
**To** prose@nysd.uscourts.gov <prose@nysd.uscourts.gov>

Dear SDNY Pro Se Division:

I would be grateful if you could process this submission, which is due today, April 8, 2026.

THIRD AMENDED COMPLAINT 1 2024 cv 09978 Complaint and Exhibits FILING COPY 04082026

Many thanks,
Sonya Shaykhoun, Esq.
Attorney Pro Se

---

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-996-5662/+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com