*Judiciary Law § 487*

71. Bolger's intentional misrepresentations, including the June 5, 2025, Letter, demonstrate scienter, warranting sanctions (*Citibank*).

**Sanctions Are Warranted**

72. The Fee Motion wastes judicial resources, relitigating a settled issue (*Boye v Rubin & Bailin, LLP*, 152 AD3d 1, 11 [1st Dept 2017]).

73. The Plaintiff's Pro Se Status and Financial constraints, exacerbated by the Article's impact, amplify the Fee Motion's harassing effect, supporting sanctions (*Owens*).

74. Bolger erroneously references and emphasizes the October 22, 2024, Decision and Order on Motion ("October Order") as having any bearing on the Signed Order. The November Conference agreement replaced the October Order.

**Katherine M. Bolger, Esq. did not attend the November Conference**

75. Bolger was absent from the November Conference and sent Rachel F. Strom, Esq. in her stead.

**"Without Prejudice and Without Liability"**

76. The Signed Order is "**without prejudice and without liability**", per the November Conference agreement.

77. The Signed Order is binding, and the Fee Motion is frivolous and sanctionable for ignoring this (¶24, ¶38).

78. The Signed Order is definitive and binding on all parties concerned, including the Plaintiff who now seeks to enforce it.

79. It is ironic, hypocritical, and sanctionable for Bolger to complain about the Plaintiff's disobedience when the Bolger Motion directly disobeys the binding Signed Order. What part of "without prejudice and without liability" is unclear to Bolger?

**D.    THE S.D.N.Y. ACTION: DB ATTORNEYS' DESPERATE GAMBIT TO COMPEL THE PLAINTIFF TO WITHDRAW HER CASE**

80. The Plaintiff filed a federal case in the S.D.N.Y. against, *inter alia*, the Defendants on December 27, 2024, on different causes of action, the primary cause of action being for copyright infringement of the now-Copyrighted Tweet.

81. Between March 3 and March 10, 2025, Bolger and the Plaintiff exchanged emails in which Bolger **demanded** that the Plaintiff withdraw the SNDY Action , and threatened the Plaintiff, without justifying the threats on a legal basis, with fee motions to bully her into withdrawing her case, "**If you do not withdraw the SDNY Complaint, we will file our attorneys' fees and costs applications for both the Supreme Court action and the SDNY action in due course**" (Exhibit 6). See the original email here:

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Wednesday, March 5, 2025 11:59 AM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** RE: Shaykhoun v. Daily Beast

Dear Ms. Shaykhoun:

If you do not withdraw the SDNY Complaint, we will file our attorneys' fees and costs applications for both the Supreme Court action and the SDNY action in due course.

For the avoidance of doubt, the Daily Beast Defendants will not be taking down the Article and reject the below offer.

Thanks,
Kate Bolger

**Kate Bolger**
Partner, Davis Wright Tremaine LLP

P 212.402.4068  E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
DWT.COM

82. The Plaintiff refused to comply with Bolger's brash orders and patent threats. The last time the Plaintiff checked - Bolger is not a judge, but a lawyer whose aggressive litigation tactics go beyond the pale of prescribed civility and legality. The Fee Motion is a desperate attempt to reframe the SC Lawsuit as Bolger's victory so that she can build a misguided and false narrative in the SDNY Action that the Plaintiff's claims are without merit, even though the presiding judge in the SDNY Action granted an order that upsets Bolger's legal strategy in the SDNY Action. The Plaintiff respectfully requests the Court to sanction the DB Attorneys accordingly.

83 Bolger's coercion, unsupported by law, warrants sanctions to deter such misconduct.

84    In response to the Bolger Motion assertion at Section II (¶¶24-26) that "The DB Defendants' Requested Attorneys' Fees are Reasonable", the question of whether their rates are reasonable or not is moot since the Signed Order bars Plaintiff's liability for attorney's fees based on the November Conference agreement.

85.    In response to the Bolger Motion assertion at Section II, A ("DWT's Attorneys Were Highly Skilled and Charged Reasonable Billing Rates") (¶¶27-32), the DB Attorneys' inclusion of their credentials is irrelevant and a grasping attempt to justify an otherwise baseless motion. Boosting their skills and billing rates is a distraction, as the Signed Order bars fee liability, rendering their qualifications moot. This self-aggrandizing tactic, irrelevant to the merits, underscores the frivolity of the Fee Motion and harassing intent, wasting judicial resources (22 NYCRR 130-1.1(c)(2).

86.    Whether the DB Attorneys are highly skilled or not – or whether their rates are reasonable or not – is moot because of the binding and enforceable Signed Order. On balance, the Plaintiff has equal if not better credentials than Bolger, given that the Plaintiff has three Master's degrees, including two LL.M.s, from top British universities, has also been at the helm of legal departments in prestigious global companies and have accolades and published articles about my areas of expertise (technology, media, telecommunications including satellites, intellectual property, aviation, compliance, data privacy, and general corporate and commercial law). It is the Plaintiff's experience that

accolades like inclusion in "Best Lawyers" are made possible by the attorney paying a fee, often in the thousands of dollars., or strategic and nepotistic nomination. The Plaintiff gets regular invitations to be considered in such compendiums and there is often a fee of a few thousand dollars to secure a feature.

87. Although the Plaintiff has spent most of her legal career in Bahrain (2004-2019) and Qatar (2011-2019), the Plaintiff has a great deal of experience working with "white shoe" international law firms. In several of the Plaintiff's legal roles (either as a private practice attorney or as an in-house counsel), she managed the relationships and reviewed invoices for accuracy and correctness. During her time in the Arabian Gulf, the Plaintiff worked shoulder-to-shoulder on many global projects with lawyers from top-tier "white shoe" international and global law firms, not just regional white shoe law firms like the DB Attorneys. Normally, these lawyers comported themselves with the highest professional integrity, compliance with their jurisdiction's rules of professional conduct and responsibility. It was a rare occurrence to encounter a "white shoe" lawyer or law firm who broke the rules, by overcharging, giving subpar advice, or producing deficient deliverables. Just because a lawyer or law firm is a so-called "white shoe" name, it does not mean that the lawyer or law firm is behaving in a manner commensurate with "white shoe" expectations or standards. That is the case with the DB Attorneys, sadly.

88.    It is ironic that Bolger is presenting her and Cherner's credentials in the Fee Motion when, in the SC Lawsuit, the Plaintiff sought remedies to save her own professional reputation and credibility after the Plaintiff alleged the publication of the Article attacked her reputation and her law license. The SC Lawsuit and the SDNY Action are not exercises in one-upmanship and comparing credentials and accolades. Rather, the SDNY Action is primarily about how the Defendants misused the Copyrighted Tweet in bad faith and monetized it at the Plaintiff's expense.

89.    The assertion made by the Bolger Motion at Section II, B "The Number of Hours Worked Was Reasonable" (¶¶33-41), the question of whether the number of hours worked were reasonable or not is moot because of the binding Signed Order.

90.    The Plaintiff's claims in the SDNY Action are not the "same claims" and are different from those in the dissolved SC Lawsuit. Bolger is liable under Judiciary Law § 487 and is in breach of the Rules of NYRPC. Bolger's conduct further suggests a failure to diligently manager her cases, evidenced by her apparent unawareness of the SC Lawsuit's dissolution when she threatened the Plaintiff with a fee motion in March 2025. The SC Lawsuit was voluntarily discontinued by the Plaintiff on December 31, 2024. When Bolger made one of her early attempts to bully the Plaintiff, Bolger did not seem to remember that the SC Lawsuit had been dissolved and that she had filed a Notice of Entry (without reservation) in respect of the same. Apparently, Bolger had not read

Case 1:24-cv-09978-ALC    Document 78-3    Filed 04/10/26    Page 7 of 79

the Signed Order that clearly stipulates "without prejudice and without liability" when she started threatening the Plaintiff with a fee motion. Further, the DB Attorneys Letter to the Court, makes another false claim that Bolger in respect to which there must be scienter: "Because all parties to this action are actively litigating these same claims in the Southern District of New York…" The SDNY Action specifically excludes the defamation and defamation per se causes of action.

### *Waste of Judicial Resources*

91. The doctrine of collateral estoppel "precludes a party from relitigating 'an issue which has previously been decided against him in a proceeding in which he had a fair opportunity to fully litigate the point' (*Gilberg v Barbieri*, 53 NY2d 285, 291; see, *Schwartz v Public Administrator*, 24 NY2d 65, 69). It is a doctrine intended to reduce litigation and conserve the resources of the court and litigants and it is based upon the general notion that it is not fair to permit a party to relitigate an issue that has already been decided against it" *Kaufman v. Eli Lilly & Co.*, 65 N.Y.2d 449, 455. "The appropriate remedy for maintaining a frivolous [litigation] is the award of sanctions in the amount of the reasonable expenses and costs including attorneys' fees incurred in defending the [frivolous litigation]" *Boye v Rubin & Bailin, LLP*, 152 AD3d 1, 11 [1st Dept 2017]).

92. The Fee Motion is an abuse of the judicial process by the DB Attorneys and the DB Defendants and should be stopped. "Although, '[p]ublic policy generally

Page 47 of 51

mandates free access to the courts[.]' where there is a record of abuse of the judicial process through vexatious litigation, the Supreme Court can enjoin parties from commencing further litigation without the permission of the court. *Deshpande v. Medisys Health Network, Inc.*, 70 A.D.3d 760, 763, 896 N.Y.S.2d 103, 106 (2010). (*252685 St. LLC v Feifei Gu*, 2025 N.Y. Misc. LEXIS 2441, at *1 [Sup Ct, Kings County Apr. 15, 2025, No. 505280/2024]).

## V.    EQUITY FAVORS DENIAL BASED ON DB ATTORNEY'S BAD FAITH

93.    The Plaintiff has suffered financial hardship as a result of the DB Defendants' actions targeting her in a smear campaign and exploiting her Copyrighted Tweet. These actions are currently the subject of the SDNY Action. Knowing the impact that the DB Defendants' actions have had on the Plaintiff, that the DB Attorneys have filed the bad faith Fee Motion is not only lacking in compassion and humanity, but such fee-shifting would galvanize the catastrophic impact of the DB Defendants actions against the Plaintiff and their continued deleterious impact. The Court in *Shapiro v. Kurtzman, 81 Misc. 3d 819(A), 826* stipulated "If a plaintiff initiates a case in complete bad faith, so that every cost of defense is attributable only to the sanctioned behavior, the court may make a blanket award." (Goodyear, 581 U.S. at 110)". Shapiro further stipulated, "In *Chambers v NASCO, Inc.*, 501 U.S. 32, 45-46, 111 S. Ct. 2123, 115 L. Ed. 2d 27 [1991], which the Supreme Court referenced in *Goodyear*, the Court held that 'a court may assess attorney's fees when a party has "acted in bad faith, vexatiously, wantonly, or for oppressive reasons'

(Citations omitted)." *Shapiro* applies to the instant Fee Motion because the DB Attorneys have brought the Fee Motion in bad faith and contradicts the clear terms of the Signed Order.

## VI.    CONCLUSION

94.    The Daily Beast Defendants' Fee Motion brought by the DB Attorneys is a baseless and vindictive maneuver to relitigate a matter conclusively resolved by this Court's January 15, 2025, Signed Order, which unequivocally mandates discontinuance "without prejudice and without liability". This frivolous Fee Motion, filed with a 147-day delay, seeks attempt to relitigate a settled issue, harass the Plaintiff, and undermine/obstruct the Plaintiff's meritorious SDNY Action, where a pivotal copyright cure has already undermined the Defendants' defense. The Signed Order's binding directive, reinforced by collateral estoppel and the DB Attorney's flagrant ethical breaches under Judiciary Law § 487 and NYRPC Rules, demands immediate dismissal on papers – without the burden of oral argument – and the imposition of sanctions, including costs and a $10,000 penalty, to deter such egregious misconduct. The Signed Order's "without liability" directive, collateral estoppel, and ethical rules compel its dismissal (on papers and without oral argument) and sanctions against the DB Attorneys.

## VII.    REQUEST FOR RELIEF

95.    The Plaintiff respectfully requests adjudication on the written submissions and deny the Fee Motion without judicial order as it is moot per the Signed

Page 49 of 51

Order pursuant to CPRL 2218 and 22 NYCRR 202.8(d). Given the final nature of the Signed Order on the issue of the Plaintiff's liability, Bolger's request for oral argument is a waste of judicial time and resources.

*Sanctions Requested*

96.    For all the foregoing reasons, the Plaintiff respectfully requests that the Court:

   (a)    deny the Fee Motion **without oral argument and with prejudice**;

   (b)    impose sanctions, including costs and a $10,000 penalty against the DB Attorneys for frivolous conduct (22 NYCRR 130-1.1);

   (c)    reprimand and/or disciplinary referral for the DB Attorneys' frivolous misconduct; and,

   (d)    award such other and further relief as the Court deems just and proper.

Dated:  June 11, 2025                                 Respectfully Submitted,
          New York, NY

                                                      */s/ Sonya Shaykhoun, Esq.*
                                                      Sonya Shaykhoun, Esq.
                                                      Law Offices of Sonya Shaykhoun, Esq.
                                                      825 West End Avenue,
                                                      New York, NY 10025
                                                      Tel: 929-996-5662
                                                      Email: sonya@shaykhounlaw.com

                                                      *Plaintiff/Attorney Per Se*

Page 50 of 51

**Affirmation**

I affirm this 11th day of June, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*/s/ Sonya Shaykhoun, Esq.*
Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue,
New York, NY 10025
Tel: 929-996-5662
Email: sonya@shaykhounlaw.com

*Plaintiff/Attorney Per Se*

Case 1:24-cv-09978-ALC    Document 15    Filed 04/10/26    Page 12 of 79

At I.A.S. Part 55 of the Supreme
Court of the State of New York, held
and for the County of New York, at the
Courthouse thereof, 71 Thomas Street,
New York, N.Y., on the _15_ day of
_January_____, 2025

PRESENT: Hon. James d'Auguste
         Justice of the Supreme Court

------------------------------------------------------------x   **Index Number:**
                                              **100558/2024**

SONYA SHAYKHOUN, ESQ.

                      Plaintiff

       **-against-**

THE DAILY MAIL, DAILYMAIL.Com,
DAILY MAIL AND GENERAL TRUST PLC ("DMGT"),
NOA HALFF, THE DAILY BEAST COMPANY LLC ("TDB"),
AJ MCDOUGALL, BEN SHERWOOD, JOANNA COLES,
IAC INC., BARRY DILLER

                     Defendants.
------------------------------------------------------------x

## ORDER OF VOLUNTARY DISCONTINUANCE

    PLEASE TAKE NOTICE that Plaintiff *Pro Se*, Sonya Shaykhoun, Esq. duly sworn to on the 31st day of December 2024, hereby moves this Court for an Order permitting the voluntary discontinuance of the instant case per CPLR 3217(a).

    In accordance with Hon. James d'Auguste, J.S.C.'s verbal instructions during the off-the-record pre-trial conference held on November 20th, 2024, wherein he advised Plaintiff to withdraw the current case before December 31st, 2024, or be held liable for the Defendants' costs should she proceed with the instant Supreme Court case, Plaintiff hereby voluntarily discontinues the instant case without prejudice and without liability.

Sufficient cause appearing therefore, let service by email of a copy of this Order, upon all other parties to this action or their attorneys, who have appeared in this action, on or before the 22 day of January , 2025 be deemed good and sufficient. An affidavit or other proof of service shall be presented to this Court on or before the return date indicated above.

ENTER

_____
Hon. James d'Auguste, J.S.C.

Page 2 of 2

2 of 2

2 of 2

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT:    Hon. James d'Auguste                    PART 55

*Justice*

-------------------------------------------------------------------X

SHAYKHOUN, SONYA

Plaintiff,

- v -

THE DAILY MAIL

Defendant

-------------------------------------------------------------------X

INDEX NO.          100558/2024

MOTION DATE        _____

MOTION SEQ. NO.      002

**DECISION + ORDER ON MOTION**

The following papers, numbered 1 _____ , were read on this application to/for _____

Notice of Motion/ Petition/ OSC - Affidavits - Exhibits          No(s)  _____

Answering Affidavits - Exhibits                                  No(s)  _____

Replying                                                         No(s)  _____

Upon plaintiff's proposed Order to Show Cause, the Court orders *sua sponte* the branch of the application seeking to extend the time to serve by 120 days. Accordingly, plaintiff shall serve defendants within 120 days of the date of this order. The remaining requests for relief are denied without prejudice.

As a final matter, the Court strongly suggests that plaintiff familiarize herself with New York's Anti-SLAPP laws given the potential for a sizable mandatory attorneys' fees award defendants might secure against her should they secure dismissal of this litigation. As plaintiff may be unaware of the potential financially burdensome damages that may await her by proceeding with this lawsuit, the Court will provide her with a ten-day safe harbor, from the date of this order, to discontinue this action *nunc pro tunc* to its commencement to avoid this exposure. Plaintiff is directed to serve a copy of this order upon defendants within five business days.

| 10/22/2024 | | James d'Auguste, J.S.C. |
| --- | --- | --- |
| DATE | | |

CHECK ONE:          [ ] CASE DISPOSED                [X] NON-FINAL DISPOSITION
                    [ ] GRANTED    [ ] DENIED       [ ] GRANTED IN PART    [X] OTHER
APPLICATION:        [ ] SETTLE ORDER                [ ] SUBMIT ORDER
CHECK IF APPROPRIATE: [ ] INCLUDES TRANSFER/REASSIGN  [ ] FIDUCIARY APPOINTMENT   [ ] REFERENCE

Case 1:24-cv-09978-ALC   Document 73-3   Filed 04/10/26   Page 15 of 79

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------- x

SONYA SHAYKHOUN, ESQ,                                  :
                                                       :      Index No. 100558/2024
                          Plaintiff,                   :
                                                       :
          - against -                                  :
                                                       :
THE DAILY MAIL, DAILYMAIL.COM,                         :
DAILY MAIL AND GENERAL TRUST PLC                       :
("DMGT"), NOA HALFF, THE DAILY BEAST                   :
COMPANY ("TDB"), AJ MCDOUGALL, BEN                     :
SHERWOOD, JOANNA COLES,                                :
INTERACTIVECORP ("IAC"), and BARRY                     :
DILLER,                                                :
                                                       x
                          Defendants.

-------------------------------------------------------------

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to CPLR § 320(a), Defendants The Daily Beast

Company, AJ McDougall, Ben Sherwood, Joanna Coles, IAC Inc. (sued incorrectly herein as

InterActiveCorp.), and Barry Diller (collectively "the Daily Beast Defendants"), through their

undersigned counsel, hereby appear in the above-captioned action (the "Action").

Dated:  New York, New York
        November 20, 2024

                                        Respectfully Submitted,

                                        DAVIS WRIGHT TREMAINE LLP


                                        Rachel F. Strom
                                        DAVIS WRIGHT TREMAINE LLP
                                        1251 Avenue of the Americas, 21st Floor
                                        New York, New York 10020
                                        Telephone:   (212) 402-4069
                                        Facsimile:   (212) 489-8340

                                        *Attorney for The Daily Beast Company, AJ*
                                        *McDougall, Ben Sherwood, Joanna Coles, IAC*

*(sued incorrectly herein as InterActiveCorp.), and Barry Diller*

To: Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Ave.
Telephone: (929) 408-4531
sonya@shaykhounlaw.com

*Attorney Pro Se Plaintiff*

2

FILED: NEW YORK COUNTY CLERK 11/20/2024 01:04 PM    INDEX NO. 100558/2024

NYSCEF DOC. NO. 25    RECEIVED NYSCEF: 11/20/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------- X

SONYA SHAYKHOUN, ESQ,

               Plaintiff,

      - against -

THE DAILY MAIL, DAILYMAIL.COM,
DAILY MAIL AND GENERAL TRUST PLC
("DMGT"), NOA HALFF, THE DAILY BEAST
COMPANY ("TDB"), AJ MCDOUGALL, BEN
SHERWOOD, JOANNA COLES,
INTERACTIVECORP ("IAC"), and BARRY
DILLER,

               Defendants.

Index No. 100558/2024

-------------------------------------------------------------- X

## AFFIRMATION OF SERVICE

Rachel F. Strom, an attorney duly admitted to practice before the courts of the State of New York, hereby affirms the following to be true under the penalties of perjury:

1.     I am a partner at the law firm Davis Wright Tremaine LLP, attorneys for Defendants The Daily Beast Company, AJ McDougall, Ben Sherwood, Joanna Coles, IAC Inc. (sued incorrectly herein as InterActiveCorp.), and Barry Diller (collectively "the Daily Beast Defendants").

2.     On November 20, 2024, I caused the Notice of Appearance to be served by FedEx on Plaintiff at the below address:

> Sonya Shaykhoun, Esq.
> Law Offices of Sonya Shaykhoun, Esq.
> 825 West End Ave.
> New York, New York, 10025
> Tel: (929) 408-4531
> sonya@shaykhounlaw.com
>
> *Attorney Pro Se Plaintiff*

Case 1:24-cv-09978-ALC     Document 78-3     Filed 04/10/26     Page 18 of 79

I affirm this 20th day of November, 2024, under the penalties of perjury under the laws of the state of New York, which may include a fine or imprisonment, that the foregoing is true and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: New York, New York
       November 20, 2024

Rachel F. Strom

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

SONYA SHAYKHOUN,

                                Plaintiff,

                -against-

THE DAILY MAIL, et al.,

                       Defendants.

--------------------------------------------------------------- x

        **1:24-cv-09978 (ALC)**

        <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter motion to file a second amended complaint. ECF No. 49. Defendants oppose the letter motion. ECF Nos. 52–55. As the Court has yet to rule on the merits of Defendants' motions to dismiss, it would be premature for the Court to deny leave to amend as futile. Accordingly, Plaintiff's request to amend is **GRANTED**. The Court accepts the complaint at ECF No. 51 as the second amended, and operative, complaint. This ruling is without prejudice to the arguments raised in Defendants' oppositions, which may be renewed on a motion to dismiss.

The deadlines for Defendants' motions to dismiss the amended complaint are adjourned *sine die*. Defendants are **GRANTED** leave to file motions to dismiss the second amended complaint, specifically on Plaintiff's causes of action under federal law and whether, if those causes of action are dismissed, the Court should consider the remaining state law claims. Unless the parties jointly submit an alternative, the Court sets the following briefing schedule:

Defendants' opening briefs due by **June 16, 2025**

Plaintiff's opposition due by **July 21, 2025**

Defendants' replies due by **August 4, 2025**

The Clerk of Court is respectfully directed to terminate the pending letter motions at ECF

Nos. 49, 56, and 57.

**SO ORDERED.**

**Dated:**   **May 12, 2025**
            **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

2

 **Outlook**

---

### Re: Shaykhoun v. Daily Beast

| | |
|---|---|
| **From** | Sonya Shaykhoun <sonya@shaykhounlaw.com> |
| **Date** | Thu 3/6/2025 10:53 AM |
| **To** | Bolger, Kate <KateBolger@dwt.com> |
| **Cc** | Cherner, Lindsey <LindseyCherner@dwt.com> |

Dear Ms. Bolger,

Following my March 5, 2025 letter, I supplement my claims against **The Daily Beast** and two international newspapers with critical facts and New York State (NYS) legal grounds that affirm the merit of my SDNY complaint (filed December 27, 2024) and expose the frailty of your Anti-SLAPP defense. These points demand your substantive response by March 14, 2025.

### I. Copyright Infringement and Commercial Value

My May 17, 2023 tweet, viewed nearly 7 million times, generated approximately US$85 via X's monetization program, evidencing its commercial value and my exclusive rights under 17 U.S.C. § 106. The Daily Beast's unauthorized use in a monetized article—absent a licensing agreement—constitutes clear infringement. My 21-year career negotiating cross-border licenses for Orbit (now OSN) in Bahrain/Dubai and Al Jazeera Media Network in Qatar underscores the industry standard: third-party monetization requires consent. X's Terms of Service permit non-commercial use, not profit-driven exploitation, as affirmed in *Agence France Presse v. Morel*, 769 F. Supp. 2d 295, 308 (S.D.N.Y. 2011), and echoed in NYS precedent (*Capitol Records, LLC v. ReDigi Inc.*, 934 F. Supp. 2d 640, 657 (S.D.N.Y. 2013)). Should this reach trial, I will seek a full accounting of all defendants' profits under 17 U.S.C. § 504(b) and NYS equitable relief.

### II. Tortious Harm Under NYS Law

**The Daily Beast's** article, potentially mirrored by international outlets, named my firm and likeness, triggering severe cyberbullying that forced me to privatize my @Sonyashaykhoun X account. This halted my monetization (e.g., $85+ revenue stream) and exposed me to ongoing hate mail and threats - direct results of your client's doxxing. Under NYS law, this violates Civil Rights Law §§ 50-51 (unauthorized trade use of name/likeness) and aligns with aggravated harassment (N.Y. Penal Law § 240.30), supporting my claims for invasion of privacy, intentional infliction of emotional distress (IIED), and injurious falsehood (*Howell v. N.Y. Post Co.*, 81 N.Y.2d 115, 123 (1993)). These acts, far from protected speech, fall outside N.Y. Civ. Rights Law § 76-a's scope (*Palin v. N.Y. Times Co.*, 510 F. Supp. 3d 21, 29 (S.D.N.Y. 2020)), negating your § 76-a(2) burden.

### III. Ethics Concerns and Litigation Strategy

Your March 4-5 emails threatened me with fee motions to compel withdrawal, asserting NYS Anti-SLAPP applies to all claims without specifying which causes of action trigger § 70-a fees. This tactic raises serious ethical issues under the NYSBA Rules of Professional Conduct:

- **Rule 4.4(a)**: "*A lawyer shall not use means that have no substantial purpose other than to embarrass or harm a third person.*" Your vague threats - absent a detailed Anti-SLAPP analysis - appear designed to intimidate rather than defend, especially given my complaint's basis in *Morel* and *Palin*.

- **Rule 8.4(d)**: "*A lawyer shall not engage in conduct that is prejudicial to the administration of justice.*" Pressuring me, a pro se attorney, to abandon a meritorious case through unsubstantiated threats risks violating this rule.

Should you persist - or file a baseless fee motion post-Anti-SLAPP (which I anticipate and will oppose) - I will report this conduct to the NYS Supreme Court Appellate Division, First Department, and use any such motion to quantify **The Daily Beast**'s damage to my livelihood. As I noted off-record at the November 20, 2024 state pre-trial conference, no one will hire me due to these articles - a loss compounded by all three defendants' actions in our global digital landscape.

I stand with nothing left to lose. **The Daily Beast**, in concert with its co-defendants, has shattered my reputation across New York City and globally, a devastation magnified in today's digital age. I am fully equipped to confront you in SDNY, armed with my 21 years of cross-border licensing expertise and irrefutable evidence - X revenue of

$85 from my tweet, hate mail triggered by your client's doxxing, and documented financial losses - to demand justice. No judge, upon hearing the compounded toll of all three defendants' actions on my livelihood and earning capacity, could justly impose your clients' fees on me under N.Y. Civ. Rights Law § 70-a. Their articles - still online and actively harming me - inflict ongoing damage that far outweighs any frivolous fee claim.

## IV. Demand and Next Steps

My tweet's proven value and the tangible losses from your client's misconduct - escalated by international amplification - necessitate a serious settlement offer by March 14, 2025: article removal and compensation reflecting global harm. Provide a detailed response to my March 5 requests (Section 5) or I will proceed with litigation against all defendants.

Many thanks,

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

---

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Wednesday, March 5, 2025 5:29 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Re: Shaykhoun v. Daily Beast

Dear Ms. Bolger:

Please find attached my response to your earlier email.

I look forward to your response in due course.

Have a lovely evening.

Many thanks,
Sonya Shaykhoun, Esq.

---

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

---

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Wednesday, March 5, 2025 11:59 AM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>

             6/10/25, 9:41 PM

**Subject:** RE: Shaykhoun v. Daily Beast

Dear Ms. Shaykhoun:

If you do not withdraw the SDNY Complaint, we will file our attorneys' fees and costs applications for both the Supreme Court action and the SDNY action in due course.

For the avoidance of doubt, the Daily Beast Defendants will not be taking down the Article and reject the below offer.

Thanks,
Kate Bolger

**Kate Bolger**
Partner, Davis Wright Tremaine LLP

P 212.402.4068  E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

DWT.COM

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Tuesday, March 4, 2025 1:03 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Re: Shaykhoun v. Daily Beast

[EXTERNAL]

## WITHOUT PREJUDICE

Dear Kate,

Thank you for your letter and your offer on behalf of The Daily Beast defendants.

Before I can properly evaluate your proposal, I require clarification on a few points:

1. Could you please specify which aspects of my Complaint you believe are governed by the New York anti-SLAPP law?

2. Are The Daily Beast defendants willing to engage in good-faith settlement discussions to resolve this matter more comprehensively and meaningfully i.e., a settlement that includes the article being taken down and The Daily Beast paying me for the damage it has caused me as outlined in the Complaint?

I look forward to your prompt response.

Sincerely,

Sonya Shaykhoun, Esq.

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

---

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Monday, March 3, 2025 11:31 AM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Shaykhoun v. Daily Beast

Dear Ms. Shaykhoun:

We are in receipt of your new Complaint filed in the Southern District of New York. We write to reiterate that the New York anti-SLAPP law still governs this action and recovery of our attorneys' fees and costs is mandatory. If, however, you agree to withdraw your Complaint, the Daily Beast Defendants will not seek their fees and costs.

This correspondence is without waiver of all of the Daily Beast Defendant's defenses.

Respectfully,
Kate

 **Kate Bolger**
Partner | Davis Wright Tremaine LLP

P 212.402.4068 E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

---

DWT.COM  **in**

FILED: NEW YORK COUNTY CLERK 01/15/2025 04:40 PM
NYSCEF DOC. NO. 26

FILED: NEW YORK COUNTY CLERK 12/31/2024 01:39 PM
NYSCEF DOC. NO. 26

INDEX NO. 100558/2024
RECEIVED NYSCEF: 01/15/2025

RECEIVED NYSCEF: 12/31/2024

At I.A.S. Part 55 of the Supreme
Court of the State of New York, held
and for the County of New York, at the
Courthouse thereof, 71 Thomas Street,
New York, N.Y., on the _15_ day of
___January___, 2025

PRESENT: Hon. James d'Auguste
           Justice of the Supreme Court

-----------------------------------------------------------------x  **Index Number:**
           **100558/2024**

SONYA SHAYKHOUN, ESQ.

           Plaintiff

      -against-

THE DAILY MAIL, DAILYMAIL.Com,
DAILY MAIL AND GENERAL TRUST PLC ("DMGT"),
NOA HALFF, THE DAILY BEAST COMPANY LLC ("TDB"),
AJ MCDOUGALL, BEN SHERWOOD, JOANNA COLES,
IAC INC., BARRY DILLER

           Defendants.

-----------------------------------------------------------------x

## ORDER OF VOLUNTARY DISCONTINUANCE

    PLEASE TAKE NOTICE that Plaintiff *Pro Se*, Sonya Shaykhoun, Esq. duly sworn to on the 31st day of December 2024, hereby moves this Court for an Order permitting the voluntary discontinuance of the instant case per CPLR 3217(a).

    In accordance with Hon. James d'Auguste, J.S.C.'s verbal instructions during the off-the-record pre-trial conference held on November 20th, 2024, wherein he advised Plaintiff to withdraw the current case before December 31st, 2024, or be held liable for the Defendants' costs should she proceed with the instant Supreme Court case, Plaintiff hereby voluntarily discontinues the instant case without prejudice and without liability.

1 of 2

FILED: NEW YORK COUNTY CLERK 01/15/2025 04:40 PM    INDEX NO. 100558/2024

NYSCEF DOC. NO. 26

FILED: NEW YORK COUNTY CLERK 12/31/2024 01:39 PM

RECEIVED NYSCEF: 01/15/2025

RECEIVED NYSCEF: 12/31/2024

Sufficient cause appearing therefore, let service by email of a copy of this Order, upon all other parties to this action or their attorneys, who have appeared in this action, on or before the 22 day of January , 2025 be deemed good and sufficient. An affidavit or other proof of service shall be presented to this Court on or before the return date indicated above.

ENTER

Hon. James d'Auguste, J.S.C.

Page 2 of 2

2 of 2

2 of 2

 Outlook

---

**Re: Shaykhoun v. Daily Beast**

---

**From** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Date** Wed 3/5/2025 5:29 PM
**To** Bolger, Kate <KateBolger@dwt.com>
**Cc** Cherner, Lindsey <LindseyCherner@dwt.com>

📎 2 attachments (3 MB)
Letter to Kate Bolger March 5th 2025 24CV9978 SDNY.pdf;
100558_2024_SONYA_SHAYKHOUN_ESQ_v_THE_DAILY_MAIL_et_al_ORDER___OTHER__NON__27.pdf;

Dear Ms. Bolger:

Please find attached my response to your earlier email.

I look forward to your response in due course.

Have a lovely evening.

Many thanks,
Sonya Shaykhoun, Esq.

---

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Wednesday, March 5, 2025 11:59 AM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** RE: Shaykhoun v. Daily Beast

Dear Ms. Shaykhoun:

If you do not withdraw the SDNY Complaint, we will file our attorneys' fees and costs applications for both the Supreme Court action and the SDNY action in due course.

For the avoidance of doubt, the Daily Beast Defendants will not be taking down the Article and reject the below offer.

Thanks,
Kate Bolger

**Kate Bolger**

Firefox

Partner, Davis Wright Tremaine LLP

P 212.402.4068  E katebolger@dwt.com

A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

DWT.COM

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Tuesday, March 4, 2025 1:03 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Re: Shaykhoun v. Daily Beast

[EXTERNAL]

**WITHOUT PREJUDICE**

Dear Kate,

Thank you for your letter and your offer on behalf of The Daily Beast defendants.

Before I can properly evaluate your proposal, I require clarification on a few points:

1.  Could you please specify which aspects of my Complaint you believe are governed by the New York anti-SLAPP law?

2.  Are The Daily Beast defendants willing to engage in good-faith settlement discussions to resolve this matter more comprehensively and meaningfully i.e., a settlement that includes the article being taken down and The Daily Beast paying me for the damage it has caused me as outlined in the Complaint?

I look forward to your prompt response.

Sincerely,

Sonya Shaykhoun, Esq.

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Monday, March 3, 2025 11:31 AM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Shaykhoun v. Daily Beast

Dear Ms. Shaykhoun:

6/10/25, 9:38 PM

We are in receipt of your new Complaint filed in the Southern District of New York. We write to reiterate that the New York anti-SLAPP law still governs this action and recovery of our attorneys' fees and costs is mandatory. If, however, you agree to withdraw your Complaint, the Daily Beast Defendants will not seek their fees and costs.

This correspondence is without waiver of all of the Daily Beast Defendant's defenses.

Respectfully,
Kate



**Kate Bolger**
Partner | Davis Wright Tremaine LLP

P 212.402.4068  E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

DWT.COM        in

 **Outlook**

---

## RE: Shaykhoun v. Daily Beast

---

**From** Bolger, Kate <KateBolger@dwt.com>
**Date** Mon 3/10/2025 7:03 PM
**To** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc** Cherner, Lindsey <LindseyCherner@dwt.com>

Ms Shaykhoun
I received this email. We will be filing our pre-motion letter with the Court on March 17 as required by the rules, which will set forth the grounds for dismissal and explain why the anti-SLAPP applies. It will answer the questions you pose below.
Regards,
Kate Bolger

Kate Bolger
Partner, Davis Wright Tremaine LLP

P 212.402.4068  E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
DWT.COM

---

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Thursday, March 6, 2025 10:53 AM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Re: Shaykhoun v. Daily Beast

**[EXTERNAL]**

---

Dear Ms. Bolger,

Following my March 5, 2025 letter, I supplement my claims against **The Daily Beast** and two international newspapers with critical facts and New York State (NYS) legal grounds that affirm the merit of my SDNY complaint (filed December 27, 2024) and expose the frailty of your Anti-SLAPP defense. These points demand your substantive response by March 14, 2025.

### I. Copyright Infringement and Commercial Value

My May 17, 2023 tweet, viewed nearly 7 million times, generated approximately US$85 via X's monetization program, evidencing its commercial value and my exclusive rights under 17 U.S.C. § 106. The Daily Beast's unauthorized use in a monetized article—absent a licensing agreement—constitutes clear infringement. My 21-year career negotiating cross-border licenses for Orbit (now OSN) in Bahrain/Dubai and Al Jazeera Media Network in Qatar underscores the industry standard: third-party monetization requires consent. X's Terms of Service permit non-commercial use, not profit-driven exploitation, as affirmed in *Agence France Presse v. Morel*, 769 F. Supp. 2d 295, 308 (S.D.N.Y. 2011), and echoed in NYS precedent (*Capitol Records, LLC v. ReDigi Inc.*, 934 F. Supp. 2d 640, 657 (S.D.N.Y. 2013)). Should this reach trial, I will seek a full accounting of all defendants' profits under 17 U.S.C. § 504(b) and NYS equitable relief.

### II. Tortious Harm Under NYS Law

**The Daily Beast's** article, potentially mirrored by international outlets, named my firm and likeness, triggering severe cyberbullying that forced me to privatize my @Sonyashaykhoun X account. This halted my monetization (e.g., $85+ revenue stream) and exposed me to ongoing hate mail and threats - direct results of your client's doxxing. Under NYS law, this violates Civil Rights Law §§ 50-51 (unauthorized trade use of name/likeness) and aligns with aggravated

---

harassment (N.Y. Penal Law § 240.30), supporting my claims for invasion of privacy, intentional infliction of emotional distress (IIED), and injurious falsehood (*Howell v. N.Y. Post Co.*, 81 N.Y.2d 115, 123 (1993)). These acts, far from protected speech, fall outside N.Y. Civ. Rights Law § 76-a's scope (*Palin v. N.Y. Times Co.*, 510 F. Supp. 3d 21, 29 (S.D.N.Y. 2020)), negating your § 76-a(2) burden.

### III. Ethics Concerns and Litigation Strategy

Your March 4-5 emails threatened me with fee motions to compel withdrawal, asserting NYS Anti-SLAPP applies to all claims without specifying which causes of action trigger § 70-a fees. This tactic raises serious ethical issues under the NYSBA Rules of Professional Conduct:

- **Rule 4.4(a)**: "*A lawyer shall not use means that have no substantial purpose other than to embarrass or harm a third person.*" Your vague threats - absent a detailed Anti-SLAPP analysis - appear designed to intimidate rather than defend, especially given my complaint's basis in *Morel* and *Palin*.

- **Rule 8.4(d)**: "*A lawyer shall not engage in conduct that is prejudicial to the administration of justice.*" Pressuring me, a pro se attorney, to abandon a meritorious case through unsubstantiated threats risks violating this rule.

Should you persist - or file a baseless fee motion post-Anti-SLAPP (which I anticipate and will oppose) - I will report this conduct to the NYS Supreme Court Appellate Division, First Department, and use any such motion to quantify **The Daily Beast**'s damage to my livelihood. As I noted off-record at the November 20, 2024 state pre-trial conference, no one will hire me due to these articles - a loss compounded by all three defendants' actions in our global digital landscape.

I stand with nothing left to lose. **The Daily Beast**, in concert with its co-defendants, has shattered my reputation across New York City and globally, a devastation magnified in today's digital age. I am fully equipped to confront you in SDNY, armed with my 21 years of cross-border licensing expertise and irrefutable evidence - X revenue of $85 from my tweet, hate mail triggered by your client's doxxing, and documented financial losses - to demand justice. No judge, upon hearing the compounded toll of all three defendants' actions on my livelihood and earning capacity, could justly impose your clients' fees on me under N.Y. Civ. Rights Law § 70-a. Their articles - still online and actively harming me - inflict ongoing damage that far outweighs any frivolous fee claim.

### IV. Demand and Next Steps

My tweet's proven value and the tangible losses from your client's misconduct - escalated by international amplification - necessitate a serious settlement offer by March 14, 2025: article removal and compensation reflecting global harm. Provide a detailed response to my March 5 requests (Section 5) or I will proceed with litigation against all defendants.

Many thanks,

**Sonya Shaykhoun**
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

---

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Wednesday, March 5, 2025 5:29 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Re: Shaykhoun v. Daily Beast

Dear Ms. Bolger:

Please find attached my response to your earlier email.

I look forward to your response in due course.

Have a lovely evening.

Many thanks,
Sonya Shaykhoun, Esq.

---

## Sonya Shaykhoun
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Wednesday, March 5, 2025 11:59 AM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** RE: Shaykhoun v. Daily Beast

Dear Ms. Shaykhoun:

If you do not withdraw the SDNY Complaint, we will file our attorneys' fees and costs applications for both the Supreme Court action and the SDNY action in due course.

For the avoidance of doubt, the Daily Beast Defendants will not be taking down the Article and reject the below offer.

Thanks,
Kate Bolger

**Kate Bolger**
Partner, Davis Wright Tremaine LLP

P 212.402.4068  E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

DWT.COM

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Tuesday, March 4, 2025 1:03 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Re: Shaykhoun v. Daily Beast

[EXTERNAL]

Case 1:24-cv-09978-ALC    Document 78-3    Filed 04/10/26    Page 34 of 79

**WITHOUT PREJUDICE**

Dear Kate,

Thank you for your letter and your offer on behalf of The Daily Beast defendants.

Before I can properly evaluate your proposal, I require clarification on a few points:

1. Could you please specify which aspects of my Complaint you believe are governed by the New York anti-SLAPP law?

2. Are The Daily Beast defendants willing to engage in good-faith settlement discussions to resolve this matter more comprehensively and meaningfully i.e., a settlement that includes the article being taken down and The Daily Beast paying me for the damage it has caused me as outlined in the Complaint?

I look forward to your prompt response.

Sincerely,

Sonya Shaykhoun, Esq.

---

## Sonya Shaykhoun
Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

---

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Monday, March 3, 2025 11:31 AM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Shaykhoun v. Daily Beast

Dear Ms. Shaykhoun:

We are in receipt of your new Complaint filed in the Southern District of New York. We write to reiterate that the New York anti-SLAPP law still governs this action and recovery of our attorneys' fees and costs is mandatory. If, however, you agree to withdraw your Complaint, the Daily Beast Defendants will not seek their fees and costs.

This correspondence is without waiver of all of the Daily Beast Defendant's defenses.

Respectfully,
Kate

    **Kate Bolger**
Partner | Davis Wright Tremaine LLP

P 212.402.4068  E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

DWT.COM     in



**SHAYKHOUN LAW**
NEW YORK PRACTICE

825 West End Avenue,
New York, NY 10025

Email: sonya@shaykhounlaw.com
Tel: 929-408-4531

March 5, 2025

Kate Bolger, Esq.
Partner,
Davis Wright Tremaine LLP
1251 Avenue of the Americas,
21st Floor,
New York, NY 10020-1104

**VIA EMAIL**

Dear Ms. Bolger:

**Re: Shaykhoun v. Daily Beast (SDNY Case No. 24CV9978)**

Thank you for your emails dated March 4 and March 5, 2025, regarding the above-referenced matter. I write to address apparent misunderstandings in your correspondence, clarify the basis of my complaint filed in the Southern District of New York (Case No. 24CV9978) on December 27, 2024, and reiterate the significance of the Order of Voluntary Discontinuance filed in the New York Supreme Court on December 31, 2024, and signed by Hon. James d'Auguste, J.S.C., on January 15, 2025. **I again request your specific position on which claims in the SDNY complaint you contend are subject to New York's Anti-SLAPP**

**statute (N.Y. Civ. Rights Law §§ 70-a, 76-a) and how you reconcile your stance with the governing law and facts.**

### 1. Overview of SDNY Complaint (24CV9978)

The SDNY complaint asserts multiple causes of action, with the primary claim being copyright infringement arising from **The Daily Beast**'s unauthorized use of my original tweet posted on X on May 17, 2023 (the "**Tweet**"), which garnered nearly 7 million views. Under X's Terms of Service, third parties receive a worldwide, non-exclusive license to use user content, but this license does not extend to monetization without the copyright owner's express consent. Case law, including authorities cited in my prior Supreme Court filing (in addition to *Agence France Presse v. Morel*, 769 F. Supp. 2d 295 (S.D.N.Y. 2011)), supports the proposition that commercial exploitation of copyrighted material exceeds the scope of such licenses absent permission. **The Daily Beast**'s publication of my Tweet in a monetized article, without my consent, constitutes infringement. Additionally, the complaint alleges breaches of X's Privacy Policy and Terms of Service by using my likeness and law firm name, resulting in doxing and severe reputational harm.

Other causes of action, detailed at pages 139–153 of the complaint, include:

    i. Copyright infringement (p. 139);

    ii. Breach of contract and quasi-contract (p. 140);

    iii. Invasion of privacy (p. 142);

    iv. Intentional infliction of emotional distress (p. 153);

    v. Unjust enrichment (p. 152); and,

    vi. Additional torts such as injurious falsehood, fraudulent inducement, and negligent misrepresentation (pp. 141-150).

These claims arise not from protected speech under the First Amendment or Anti-SLAPP laws but from actionable misconduct exceeding journalistic privilege.

### 2. New York Anti-SLAPP Laws and Their Limits

Your correspondence suggests that New York's Anti-SLAPP statute immunizes **The Daily Beast**'s conduct. I respectfully disagree. The statute (N.Y. Civ. Rights Law § 76-a) protects "*action[s] involving public petition and participation*," defined as claims based on communications in a public forum on matters of public interest. However, federal courts applying New York law have held that Anti-SLAPP protections do not shield copyright infringement or violations of contractual or privacy rights (see, e.g., *Palin v. N.Y. Times Co.*, 510 F. Supp. 3d 21 (S.D.N.Y. 2020) (distinguishing tort claims from protected speech)). My complaint alleges commercial misuse of copyrighted material and breaches of X's Terms of Service, which are claims that fall outside the statute's ambit.

Moreover, **The Daily Beast**'s publication of my law firm name and likeness, foreseeably inciting hate mail and reputational damage, constitutes doxing, which violates X's policies and New York law (see N.Y. Penal Law § 240.30 (aggravated harassment)). Your assertion that Anti-SLAPP laws override these protections would, if accepted, undermine the contractual rights of X users and chill free expression on social platform. This result flies in the face of public policy.

### 3. Order of Voluntary Discontinuance

The Order of Voluntary Discontinuance, signed by Justice d'Auguste on January 15, 2025, following a pre-trial conference on November 20, 2024, states that my withdrawal of the Supreme Court action is "*without prejudice and without liability*". This preserves my right to pursue these claims in federal court, as reflected in the SDNY filing. Your failure to attend the pre-trial conference or contest the order undermines any claim that imposes liability or precludes my current action. I invite you to explain how you intend to challenge this judicial determination.

### 4. The Daily Beast's Conduct and Ethical Standards

**The Daily Beast**'s article, authored by AJ McDougall, was a targeted attack that omitted critical context. For example, AJ McDougall omitted that I called the police as a victim of assault by an unlicensed vendor in Riverside Park. Published without awaiting my response to McDougall's inquiry, the piece misrepresents the incident and amplifies harm by naming my law firm. This conduct contradicts **The Daily**

**Beast**'s own Standard of Ethics, which pledges fairness and accuracy. I question whether my ethnicity (half-Egyptian), gender, or professional history in Qatar motivated this hit piece, which is an issue I intend to explore in litigation.

## 5.    Requests for Clarification

Considering the foregoing, I respectfully request:

    i.    A detailed statement identifying which specific claims in the SDNY complaint (24CV9978) you assert fall under New York's Anti-SLAPP statute, with legal authority supporting your position;

    ii.    Acknowledgment of the Order of Voluntary Discontinuance and an explanation of how you reconcile it with any demand for fees or dismissal;

    iii.    An explanation of how **The Daily Beast** justifies its actions under its Standard of Ethics, particularly regarding the treatment of private individuals; and

    iv.    Your position on the interplay between X's Terms of Service, Privacy Policy, and New York's Anti-SLAPP laws, with reference to relevant precedent.

## 6.    Conclusion

I have carefully considered your request to withdraw my complaint in the Southern District of New York (Case No. 24CV9978). However, **The Daily Beast**'s actions - monetizing my copyrighted Tweet without consent, breaching X's Terms of Service and Privacy Policy, and causing irreparable harm to my reputation and livelihood - demand judicial resolution. The complaint, filed on December 27, 2024, asserts well-founded claims that extend beyond the scope of New York's Anti-SLAPP protections, as outlined above. Your insistence on withdrawal does not address the substantive issues raised or the Order of Voluntary Discontinuance, which preserves my rights to pursue this matter in federal court. This dispute implicates not only my personal and professional interests but also the broader accountability of media entities in their use of social media content. I urge you to provide a detailed response to the requests in Section 5 above and a serious settlement offer which includes taking down the article and a financial offer commensurate with the

Page 4 of 5

global damage that **The Daily Beast** did to me in baptizing me a *"Karen"* in its digital newspaper by March 14th, 2025, failing which I will proceed with the litigation to protect my rights.

Many thanks.

Sincerely,

Sonya Shaykhoun, Esq.

Enc.    Order of Voluntary Discontinuance

 Outlook

---

**RE: Shaykhoun**

---

From  Bolger, Kate <KateBolger@dwt.com>

Date  Tue 11/5/2024 5:55 PM

To    Sonya Shaykhoun <sonya@shaykhounlaw.com>; Cherner, Lindsey <LindseyCherner@dwt.com>

Ms. Shaykhoun
I have always told you I represented Mr. Sherwood and Ms Coles.  They simply did not authorize me to accept service on their behalf.   Any representation you made to a court that I did anything "disingenuous" would be false.

In any event, I have now obtained their consent to accept service on their behalf.  We can deem service for them effective today.

Very truly yours,
Kate Bolger

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Tuesday, November 5, 2024 2:37 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Re: Shaykhoun

[EXTERNAL]

Dear Ms Bolger:

That is most disingenuous of you since the Oct 1 letter you stated clearly stipulates that you do represent Ben Sherwood and Joanna Coles. Surely you have an obligation to let me know instead of doing a "gotcha" move like this.

It seems I need to write to the judge to ask him to get you to be more transparent and to ask for additional time to serve the OSC on them. This is a paper case still so updates are not immediate but as a professional courtesy you ought to have told me you don't represent Sherwood and Coles. In fact, I'm not in front of my computer right now but I believe you have an obligation to share such information with me and you are apparently trying to thwart my case by these shenanigans with the service.

I will write to the judge this evening. Maybe he can set some ground rules.

Regards,
Sonya Shaykhoun, Esq.

Get Outlook for iOS

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Tuesday, November 5, 2024 2:27:15 PM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** RE: Shaykhoun

Hi Ms. Shaykhoun
Neither Mr. Sherwood nor Ms. Coles have been served in this action.

We do represent them but have not been authorized to accept service on their behalf.
Thanks
Kate Bolger

**Kate Bolger**
Partner, Davis Wright Tremaine LLP

P 212.402.4068   E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
DWT.COM

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Tuesday, November 5, 2024 2:24 PM
**To:** Bolger, Kate <KateBolger@dwt.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Re: Shaykhoun

[EXTERNAL]

PS - can you confirm that you still represent Ben Sherwood and Joanna Coles as the Notice of Appearance dated 10/11 did not include them in the list of defendants you represent.

Get Outlook for iOS

**From:** Bolger, Kate <KateBolger@dwt.com>
**Sent:** Tuesday, November 5, 2024 1:58:24 PM
**To:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Cc:** Cherner, Lindsey <LindseyCherner@dwt.com>
**Subject:** Shaykhoun

Dear Ms. Shaykhoun:

We write to reiterate that we have filed a Notice of Appearance on behalf of AJ McDougall; therefore, we have confirmed that we represent her in this litigation. Because we represent her, we request that you serve DWT with all future filings you intend to serve on her.

Thanks,
Kate Bolger

 **Kate Bolger**
Partner | Davis Wright Tremaine LLP

P 212.402.4068   E katebolger@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104

DWT.COM     in X

 **Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Katherine M. Bolger**
(212) 402-4068 tel
(212) 489-8340 fax

katebolger@dwt.com

June 5, 2025

**VIA NYSCEF and US Mail**

Hon. James E. d'Auguste
71 Thomas Street, Room 103
New York, NY 10013

Re:    *Shaykhoun v. The Daily Mail et al.*, Index No. 100558/2024

Dear Judge d'Auguste:

We represent defendants The Daily Beast Company LLC, AJ McDougall, Ben Sherwood, Joanna Coles, IAC Inc., Tracy Connor, and Barry Diller (the "DB Defendants"). We write to clarify the DB Defendants' position in their Order to Show Cause to Seal/Redact and to request an amendment to this Court's Order granting sealing from the public but still permitting access to Plaintiff and The Daily Mail Defendants. Dkt. No. 47.

Because all parties to this action are actively litigating these same claims in the Southern District of New York, good cause exists to seal the privileged narrative descriptions from both Plaintiff and The Daily Mail Defendants as disclosure would reveal the DB Defendants' attorney client and work product privileged descriptions. *See e.g., Shaykhoun v. Daily Mail et al*, 1:24-cv-09978-ALC (S.D.N.Y.). As argued in the Bolger Affirmation in support of the Order to Show Cause, Dkt. No. 45, to allow the other parties to this action access to attorney bills that include descriptions of work performed "would disclose discovery and trial strategy, and reveal the factual investigation and legal work that has been done by [a party's] attorneys." *Licensing Corp. of Am. v. Nat'l Hockey League Players Ass'n*, 153 Misc. 2d 126, 128 (Sup. Ct. N.Y. Cnty. 1992); *see also Teich v. Teich*, 245 A.D.2d 41, 41 (1st Dep't 1997) (to protect privilege, court properly "permitted the redaction of all material contained in defendant's attorney's bills other than the number of hours worked and the dollar amount charged"). Consequently, the DB Defendants respectfully request that this Court amend the Order at Dkt. No. 47 insofar as it permits Plaintiff and The Daily Mail Defendants access to attorney-client and work product privileged descriptions under seal, which would interfere with pending litigation in the Southern District of New York.

Thank you for your consideration.

Respectfully submitted,

Davis Wright Tremaine LLP

*Katherine M. Bolger*

DWT.COM

June 4, 2025
Page 2

Katherine M. Bolger

cc:    Plaintiff (via email and US mail); Daily Mail Defendants via NYSCEF

Shaykhoun v Daily Mail et al
1:2024cv09978

Third Amended Complaint
Filed April 8, 2026

# EXHIBIT O:
## *Pillsbury Doha Office Information*

# بيلسبوري وينثروب شاو بيتمان الدوحة ذ.م.م
# Pillsbury Winthrop Shaw Pittman Doha LLC

QFC NUMBER
02953

Licensed



COMPANY REGISTERATION OFFICE
QATAR FINANCIAL CENTRE

# Details Of Registration

**Registration status**
Registered

**Date of QFC Incorporation or Registration**
16/01/2025

**Directors – LLC**
Mr. Osama Abu-Dehays
Mrs. Allison Myheera Leopold Tilley
Mr. Michael John Finnegan

**Significant Shareholders**
Pillsbury Winthrop Shaw Pittman LLP

**Issued Share Capital**
$100.00

**Secretary**
Mr. Osama Abu-Dehays

**Place of Incorporation**
QFC

**Legal Status**
QFC LLC

**Registered Address**
Office No. 855, Floor No. 8, Salam Globex Business Centre, The Gate Tower 2, No. 8, Doha, Qatar

**Authorised Share Capital**
$100.00

**Financial Year End**
31-December

# Details Of Licence

**Licence Status**
Licensed

**Date of Licence**
16/01/2025

**Senior Executive Function**
Mr. Osama Abu-Dehays



COMPANY REGISTERATION OFFICE
QATAR FINANCIAL CENTRE

Shaykhoun v Daily Mail et al
1:2024cv09978

Third Amended Complaint
Filed April 8, 2026

# EXHIBIT P:
*Matt Hyams (Pillsbury) July 26, 2019 Email to Luke Rosiak (The Daily Caller) About Osama Abu Dehays' Jordanian Law License Number*

**From: Sonya Shaykhoun** shaykhoun@protonmail.com
**Subject:** Fw: Fwd: Media inquiry about London partner's legal accredations
**Date:** April 8, 2021 at 6:18 PM
**To:** Ethan Barton ethan@dcnf.org

Dear Ethan,

Below is the lynchpin email from Pillsbury NYC. If you read this against the letter I sent to the SRA, this proves that Osama Abu Dehays, who only studied law at the University of Kent at Canterbury in England (i.e., and not in Jordan) and graduated in 2002 (the year his law license is dated per the below email) - it's not possible for Osama Abu Dehays to be a Jordanian lawyer. It is impossible. I spoke with about 5 different senior Jordanian lawyers I know from my time in the GCC. They all confirmed a) there is no way to train as a Jordanian lawyer outside of Jordan; and, b) the training has to be done in Jordan (not in Dubai). Please see Osama's career chronology attached (from LinkedIn).

Again, Luke was hot on Osama's track and the intention of writing an article about Osama and Al Jazeera & corruption is clear. It was clear to me that Luke was writing an article about Osama Abu Dehays' fraud (at the very least) if not the Al Jazeera corruption.

Regards,
Sonya


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, July 26, 2019 11:49 AM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

> ---------- Forwarded message ---------
> From: **Hyams, Matt** <matt.hyams@pillsburylaw.com>
> Date: Fri, Jul 26, 2019, 10:52 AM
> Subject: RE: Media inquiry about London partner's legal accredations
> To: Luke Rosiak <luke@dailycallernewsfoundation.org>
>
>
> Luke,
>
>
> As requested, I can confirm Osama Abu-Dehays was admitted to the Jordanian Bar Association in 2002 and that his Bar number is 11840. He is also registered with the UK's Solicitors Regulation Authority as a registered foreign lawyer and is a member of the Law Society of England and Wales.
>
>
> Prior to Mr. Abu-Dehays joining our firm, we verified his qualifications through the same vetting protocol used for all of our professionals, which includes an extensive third-party background verification process. In maintaining our internal records, we have also re-verified his memberships with both the Jordanian Bar Association and the Law Society in the years since. In every instance, his credentials have been authenticated. Further, Mr. Abu-Dehays' qualifications have been reviewed by numerous organizations beyond ours—including another global law firm, multiple corporations, and the UK's Solicitors Regulation Authority—all of which have deemed his credentials to be beyond reproach.
>
>
> Your last communication implied that you intend to run an article that questions the bona fides of Mr. Abu-Dehays' credentials. The information we have provided, based on a variety of credible sources and circumstances, strongly suggests that such an article would be unwarranted. We trust that you will take the information we have provided into account to ensure that any report you publish is accurate.
>
>
> --Matt
>
>
>
> From: Luke Rosiak <luke@dailycallernewsfoundation.org>
> Sent: Tuesday, July 23, 2019 10:32 AM
> To: Hyams, Matt <matt.hyams@pillsburylaw.com>
> Subject: Re: Media inquiry about London partner's legal accredations
>
>
> Thanks. What evidence can you provide that Osama is a member of the Jordanian bar, including showing his date of first admission?
>
>
> On Mon, Jul 22, 2019 at 9:25 PM Hyams, Matt <matt.hyams@pillsburylaw.com> wrote:
>
>> Luke—Thanks for reaching out and bringing this issue to our attention.

We reviewed your questions and can confirm that Mr. Abu-Dehays is a member of the Jordanian Bar Association. However, two of the items mentioned at the very end of Mr. Abu-Dehays' bio (the U.S. clerkship and California court admissions) are clearly listed in error, as Mr. Abu-Dehays principally focuses his practice on matters involving the Middle East and North Africa. After further investigation, we have determined that our outside web vendor, without the knowledge of Mr. Abu-Dehays or any other Pillsbury attorney, introduced some erroneous information into our attorney bios. This is an issue we take seriously, which we are in the process of correcting.

--Matt

**Matt Hyams** I Pillsbury Winthrop Shaw Pittman LLP
Director of Public Relations
31 West 52nd Street I New York, NY 10019-6131

t +1.212.858.1042 I f +1.212.858.1500 I m +1.845.893.9289
matt.hyams@pillsburylaw.com I pillsburylaw.com

**From:** Luke Rosiak <luke@dailycallernewsfoundation.org>
**Sent:** Monday, July 22, 2019 5:34 PM
**To:** Hyams, Matt <matt.hyams@pillsburylaw.com>
**Subject:** Media inquiry about London partner's legal accredations

* EXTERNAL EMAIL *

Hi Matt,

I'm an investigative reporter at the Daily Caller News Foundation in Washington, D.C.

I have a question about whether Osama Abu-Dehays, a partner in Pillsbury's London office, may be misrepresenting his credentials. He is from the nation of Jordan.

1) Under Clerkships, his Pillsbury profile lists only "Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court."

Judge Holcomb was on the tax court from 1972-1981, departing when Osama was only two years old (I believe he was born in 1979). She was on the US District court from 1981-1984, and on the Circuit Court of Appeals from 1984-1997. She retired in 1997, when Osama was only 18 years old. (He was in college 1997-2001.)

2) Under Courts, his Pillsbury profile lists (only) "All California District Courts."

The California state bar lists no record of him. Additionally, I am not sure California District Courts refers to anything. From what I know, there are US District Courts (federal) and California superior, supreme, and appeals courts. There is no record of him ever having tried a federal case in the US in PACER.

3) His profile lists his memberships as:

- Law Society of England & Wales – Registered practicing Foreign Solicitor
- Jordanian Bar Association
- International Bar Association, 2007

From what I have gathered, the Jordanian bar registry only has one member by that name, and based on the date, it would be a much older person. I'm not sure how the other two memberships work, but they may be based on some type of reciprocity with his Jordanian credential.

4) It is possible that Osama's lawyer status was taken for granted because he had previous experience as general counsel of Al Jazeera.

The New York Times reported that his successor in that role was not a lawyer and had fake credentials.

Later this week, I am looking at publishing a story involving the difficulty of establishing credentials in the Arab world, and the frequency with which credentials and even exam-taking are bought, sold, and faked. (Osama is the son of a politically connected parent in Jordan.) I am planning on looking at the case of Osama in my story. I request a response from you by Wednesday -- I know it may take you a little longer than that to get to the bottom of this, but I would like to at least hear back by then, if not Tuesday.

Thank you,

Luke

301-642-9637

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770, Option 1, immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770, Option 1, immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.



# EXHIBIT Q:
## *August 3, 2019 Article in The Daily Caller by Luke Rosiak (omitting any mention of Osama and his credentials)*

Daily Caller - https://dailycaller.com

**INVESTIGATIVE GROUP**

# Lamborghinis, Burkas, Sex Party Invites And 'Chop Chop Square': A New York Lawyer's 15 Years In The Middle East



REUTERS/Fadi Al-Assaad/File Photo

**DAILY CALLER** NEWS FOUNDATION

**LUKE ROSIAK**
INVESTIGATIVE REPORTER

**August 03, 2019**
**8:30 PM ET**

FONT SIZE:

- In Qatar, oil sheikhs, edgy western ex-pats, an image-obsessed native middle class and Indian laborers working in modern slavery come together in the desert.

- Thousands of white-collar Americans and other westerners have gone to work in the country, and many are being held captive there. The State Department says nothing can be done to get them out.

- Ninety-five% of Qatar's workforce are laborers from India and Nepal, and there is a sense that a mutiny could take place given how outnumbered natives are, one longtime resident said.

Ｎew York lawyer Sonya Shaykhoun thought she'd see the world by taking a job in the Middle East.

Then she found herself trapped in the tiny, oil-rich nation of Qatar — one of numerous westerners barred from leaving the country because they have a debt, are involved in a lawsuit, had a falling out with an employer or simply crossed a powerful native.

Her new life mixed oil billionaires, slave laborers, western grifters fleeing trouble in their native countries, and a girl from Idaho who didn't survive it all, she told the Daily Caller News Foundation.

She saw gleaming high-rises sprouting like weeds in the capital city of Doha, which on the outside appeared as clean as any Swiss city. The outward image projected by Qatar — the host of the 2022 World Cup and the site of a major American military base — was one of western-friendly liberalism.

But all of that was different once one was inside.

"There's an Arabic phrase, 'marble on the outside, shit on the inside.' That is the best description of Qatar itself," Shaykhoun, 47, said. It's a country where image is everything, and usually misleading, she said.

First, she took a job in Bahrain, a neighboring country in the Persian Gulf region. The TV network Al Jazeera, which the royal family of Qatar controls, offered her a job in Doha in 2010. She accepted the offer and quit her job as instructed, but there was an unexpected delay in Qatar processing her visa. Al Jazeera declined to let her work remotely, and Shaykhoun was stranded for six months in Bahrain, racking up debt.

People who owe money in Gulf countries can be jailed and are banned from leaving the country. So when the visa finally cleared, she took a loan from a Qatari bank and paid off the Bahrain debt. She shipped her belongings to Qatar, but the county's customs authority took her personal diaries without explanation and snapped the head off of a Buddhist sculpture, she said.

**Four very different groups come together in the desert**

In Doha, four very different groups come together in one city in the desert.



Qatar is a country of 313,000 citizens — about half the population of Wyoming or the District of Columbia. But it is also the richest country in the world on a per capita basis and one with a troubled workers' rights record.

A serf class of imported foreign labor — mostly from Nepal and India and numbering more than 2 million people, or seven for every Qatari — serve Qatar's elites. Nepalese laborers died at a rate of almost one a day in Qatar while building the World Cup stadium and working on other projects, according to The Guardian.

"These laborers make maybe $100 per month, and people pull up in these sports cars and their mouths drop. That's where you see this shocking contrast," Shaykhoun said. Qatar set a minimum wage of $195 per month for migrant workers in November 2017, though, according to Amnesty International, they say they often aren't paid at all.

Loading survey...

The foreign population also includes thousands of people like Shaykhoun: white-collar, English-speaking expatriates from western nations. When she arrived at the Al Jazeera headquarters in 2011, she found a mix of westerners (from England, New Zealand, Canada and elsewhere) and Arabs from various countries — some from Qatar, but more from Sudan, India, Pakistan and others.

Finally, besides Qatar's oil billionaires and sheikhs, there is the middle-class population. Shaykhoun and others who have spent time in Qatar described it as headed for disaster because of cultural pressure to exhibit outward displays of wealth.

"It's very into image and fashion and status, shopping and luxury. They get into debt spending more than they have to show off," Shaykhoun said. "I went to get a small amount of credit from a store and they said this is nothing, people here take millions. For trips. So much pressure to keep up the Joneses."

Another American who has spent time in Qatar, who asked not to be named for fear that his travel will be blocked, told the DCNF that many in the middle class are headed for bankruptcy because of unnecessary purchases.

"It's like if you were making $70,000 and you decided to buy a Lamborghini to show that you were just as cool as your neighbors, but all your neighbors were in the same position." he said. "I've never seen anything like it. It's insane, and it is widespread. It's a bubble that's going to burst, and it's not going to end well."

Reuters reported in 2016 that 75% of Qatari families were in debt due to the attitude some call a "social curse."

"You cannot have a bad watch on your wrist, a second-hand car ... you need to have the latest models so as not to appear 'poor,'" former police officer Mohammed al-Mari told the outlet.

Students from Virginia Commonwealth University visit a mosque in Qatar. VCU has an outpost there. (VCU photo)

## A tale of two cities

Shaykhoun's salary was relatively high, but Doha was a deeply unequal city, with one section full of gleaming, brand-new luxury resorts and apartments, and the rest unsafe slums.

"A Sudanese secretary whose father worked at the CID, which is like FBI, she said Qatar is a very dangerous place, and I could feel the edginess in the air. People get murdered," she said.

There was little in the middle, so Shaykhoun found herself in the unusual predicament of being forced to live in a high-end resort.

She could take in the sun after work on the Four Seasons resort club's beach or ride horses at the Al Shaqab stable. But her salary evaporated as soon as it came in, going straight to living expenses.

"I remember calculating my salary and working out the shortest time in which I could pay back my loan to the Qatari bank and despairing that it would take me 2.5 years to repay my loan, even handing over one-third of my salary," she said. She couldn't leave the country until she repaid her loan.

## 'Sex parties' and burkas

Qatar is governed by Sharia law, and extramarital sex, homosexuality, abortion and alcohol consumption are crimes. Women have far fewer rights than men.

"The society is harsh in certain ways. Some of the women wear niqabs with the black veil, but others wear the rheshwa — it's more restrictive than that, with a black gauze that goes over their face, covering even their eyes," Shaykhoun said. "How do you drive in that?"

At the same time, the status-conscious, approval-hungry country attracted western favor by putting on airs of liberalism and modernism for outsiders. The wealthy western ex-pat community seems partially, informally excepted from ultraconservative laws that govern the rest of Qatar. The result is a stunning duality.

The ex-pat scene attracts aggressive "Wolf of Wall Street" types hoping for huge money, as well as hucksters, troublemakers and con men looking for a fresh start where no one

knows them. Then there are those on work assignment who simply feel they're on vacation. Put them together in an atmosphere of hedonistic luxury that could be out of a rap music video, plop that in the middle of the desert in a Sharia law nation, and you have Doha, she said.

"I have heard loads of stories about sex parties. They had a sex party at the St. Regis — homosexuals, married people, ministers," Shaykhoun said. She said she turned down an invitation to swing from "this crazy Australian lady — she said, 'I'm learning how to live fearlessly. My husband and I started swinging!'"

A colleague who worked in "compliance" at one of her jobs was an ex-pat who was sexually harassing a subordinate while also having an extramarital affair, Shaykhoun said. "Affairs are punishable by death in Qatar, but he believed the laws don't apply to him."

Virginia Commonwealth University is in Qatar. (VCU photo)

## Fraud

Among the high-flying Doha scene, it seems everyone's hoping to get one over on the next guy, she and others said.

"Qatar is crawling with expatriate Arabs and Westerners who are motivated by greed and, acting with the notion that Arabs are slow and gullible, will make audacious and bold moves that risk their own lives," she said.

At Al Jazeera, Shaykhoun said she noticed fraud and mismanagement and called attention to it in order to fix it. She faced retaliation, her emails were hacked and her boss joked about having her assassinated, she said. (Al Jazeera denies the allegations.) Al Jazeera fired her.

But in Qatar, "one needed a 'No Objection Certificate' from one's company to even ship ones belongings abroad – I felt utterly trapped," she said. "In a state of shock, I would go to the beach and try to think my way out of this pickle – how could I leave Qatar with that huge debt?"

The only way to survive was another job in Doha.

Sonya Shaykhoun is pictured. (photo courtesy Sonya Shaykhoun)

## Trapped in a strange land

Though the circumstances of Nepalese laborers and white-collar ex-pats are very different, many laws tightly controlling foreigners in Qatar do not draw a distinction, and numerous westerners who came to Qatar for business are currently barred from leaving by its government.

"Travel bans" are imposed due to debt, being in a lawsuit or employment disputes, but can even be imposed for traffic fines and "gestures or behavior reported by Qataris that are viewed as 'offensive,'" the State Department says.

"U.S. citizens have been subjected to exit bans which bar them from leaving Qatar; some have also been placed in prison pending payment of debts," the State Department's Qatar country information page says. "Once placed under an exit ban, you are barred from leaving the country until the case is abandoned or resolved by the court."

"This process could take months or even years," it continues. "The Government of Qatar does not offer any social support for those who remain in the country."

A sick, 70-year-old Australian grandfather has been wrongfully imprisoned in Qatar since 2016, with the Australian government apparently unable to get him out, Australian media reported on July 24.

Joseph Sarlak came to Doha to conduct business, and a sheikh from the ruling Al Thani family served as his company's "sponsor." (Qatar doesn't permit foreigners to control businesses, so a native must own 51%.)

Sarlak's family says the sheikh used his status as nominal majority owner to write himself checks from the company, then threw Sarlak in jail because of the consequential debts, forcing him to sign a confession in Arabic. Now, the criminal charge has been resolved, but he is not being allowed to leave because he doesn't have a valid visa, 9News reported.

A State Department official told the DCNF there is little the U.S. can do to rescue Americans subject to a travel ban.

"We are aware of multiple instances in which U.S. citizens have been subjected to exit bans in Qatar," the official said, declining to give an exact figure because of privacy. "In a foreign country, U.S. citizens are subject to that country's laws, even if they differ from those in the United States. ... Consular officers can provide a list of local lawyers, but cannot provide legal advice or effect the release of U.S. citizens who are detained or subject to exit bans."

Shaykhoun said more than a dozen ex-pats have formed a tent city in the desert, afraid of debtors prison. The DCNF could not confirm this because Shaykhoun said they feared Qatar's reputation for hacking and monitoring communications.

The logo of Qatar Petroleum is seen at its headquarters in Doha, Qatar, July 8, 2017. (Reuters)

## Billionaires and 'BS'

On the beach at the Four Seasons, Shaykhoun met a chain-smoking, tattooed Californian named Allan Callo. He had a tech startup called Syscontek that was looking to hire a lawyer.

On paper, the company was owned by his wife, a Thai woman named Ann Unsanun, and a billionaire Qatari, who served as its "sponsor." Shaykhoun met the billionaire's daughter and was swayed by her charm and the salary, which was $100,000 more than she was making at Al Jazeera. She took the job in 2015.

But "I had been conned – by the fancy residence, the expensive clothes, the BMW and the brand new Mercedes that Ann and Allan drove, and sucked in by the BS that Allan spouted," she said. After she started the job, Callo reneged on the salary and paid her less than half, while spending lavishly on himself.

Callo worked at Parsons Corp., a U.S.-based defense contractor that also runs large construction projects in Doha, until he was fired in March 2014 for allegedly setting up a competing company – Syscontek – in his wife's name and stealing secrets, legal documents the DCNF reviewed show. Callo and Parsons sued each other, causing Callo to be subject to a travel ban that trapped him in Qatar.

Parsons confirmed Callo's employment dates to the DCNF but declined to comment on the litigation.

Shaykhoun said after Callo hired her, he told her he'd taken documents from Parsons and given them to the Qatari billionaire.

She said he also said he'd spent time in jail. Public records in the U.S. show a history of state and federal tax liens against him totaling tens of thousands of dollars, as well as an eviction. Callo did not return a request for comment from the DCNF.

Syscontek's employees were a "motley crew," she said. There was a red-haired Englishman who got stiffed the same way she did.

There was a young American woman from Idaho who died suddenly, an obituary and other records the DCNF reviewed show. "They said she committed suicide," Shaykhoun said.

Twenty Americans have died in Qatar of non-natural causes since 2004, according to State Department statistics. Four were recorded as suicides, five were recorded as homicides and the others were billed as accidents.

There was Richard Kilde, who Shaykoun described as a brash Brit who was fired after he came to suspect that Syscontek was engaging in money laundering and confronted Callo's wife.

"All I can say is [Callo and his wife] belong in jail," Kilde told the DCNF. "The rumor was the so-called restaurant which never opened was a front for sex workers, always bringing new staff to Qatar for a business that was closed. Very weird."

Then there was Juan Carlos Tavarez, a New Yorker who had been fired from an office job at Qatar Airways for being drunk at work and couldn't leave the country because of debts, Shaykhoun said.

Kilde told the DCNF that "deep down [Tavarez] is a good kid," but $250,000 in debts fueled by bad choices, including two car crashes, have led to a situation where he is "trapped in a country and will probably never leave because of the money he now owes banks."

Tavarez did not return a request for comment from the DCNF.

After Shaykhoun received only a fraction of her salary, she sued Callo's wife in the Qatar courts for breach of contract. She won her case in 2017 and got a financial judgment against Callo's wife — which meant Callo's wife would be banned from leaving Qatar, too, until it was paid.

An illustration is pictured of Doha's Al Thumama stadium, designed by a Qatari architect in the shape of a traditional knitted "gahfiya" Arabian cap for the World Cup. (Reuters/handout)

## Migrant workers

FIFA selected Qatar — eager to enhance its image on the world stage — in 2010 to host the 2022 World Cup, allegedly after paying bribes. The problem was it had no infrastructure to host it. It set out to build Lusail, a city intended to house 450,000, Business Insider reported.

This bright image was built on the backs of literally millions of Nepalese and Indian migrant workers, now totaling 95% of Qatar's workforce, according to the International Observatory of Human Rights. They worked 18-hour days for $6 a day, toiling in temperatures of up to 118 degrees, according to news reports.

They died at a rate of one per day, a human rights group says. The International Trade Union Confederation predicts 4,000 will die by the time the World Cup begins.

Ten committed suicide in a two-month period in 2016. Another hanged himself in Qatar's flagship convention center after begging his employer to give him his paycheck and a visa.

"I saw a lot of them in court and they were really up a creek. They had very limited access to rights and the national human rights office had precious few people who could speak Hindi," Shaykhoun said.

"Everyone needed an exit permit from their employer to leave the country, so your boss was your owner," Shaykhoun said.

At risk of losing the World Cup in the face of international outcry, Qatar pledged in 2014 to abolish its "kafala" system, which gave employers full control over foreigners. It walked

back the practice partially in December 2018. Under the new law, most workers no longer need permission from their employer before getting an "exit visa," but travel bans for other reasons remain in place.

Parsons, the U.S. company that once employed Callo, is one of those companies that employs third-world construction workers and confiscates their passports, an activist group called Avaaz said in a 2015 advocacy campaign.

"Hundreds of thousands of migrant workers are trapped in Qatar, enslaved to construction companies that hold their passports hostage," it said. "But a massive global call on the American company managing a major part of the project can help these workers go home."

Parsons' CEO, Chuck Harrington, had a salary and bonus of $2.5 million in 2018, with up to $4.5 million in incentives. Parsons did not respond to the DCNF's questions about its labor practices.

## On the brink

Qatar is a tenuous house of cards, Shaykhoun said: It is well aware that its wide-scale abuse of a third-world workforce that wildly exceeds the native population has the potential to end in mutiny.

"When you have a small indigenous population, it becomes a very delicate balance — especially because it's a gun culture there," she said.

Performing manual labor, there were abused Indians and Nepalese migrant workers who outnumbered Qataris seven to one, seething at their bosses, grieving at the deaths of friends and with nothing to lose, she said. Running powerful institutions in the country, meanwhile, were a cadre of highly paid foreigners who, having no particular attachment to the country, phoned it in at best.

Even the guards that politicians depend on to preserve their power are from war-torn regions with no particular loyalty to Qatar's ruling family, Shaykhoun said.

The sense that Qatar is Icarus flying too close to the sun, a mirage built on a shaky foundation of human rights abuses, is what has led to Qatar paying more than a billion dollars to American universities in order to open campuses in Qatar, she said.

"They brought these universities to Qatar to educate locals so they wouldn't have to rely so heavily on educated ex-pats, and it also accommodated the local female population who wouldn't be able to travel to study without a chaperone," she said.

CEO of Qatar Airways Akbar Al Baker gets off an Airbus A350-1000 in Doha, Qatar, Jan. 27, 2018. (Reuters/Naseem Zeitoon)

## Escape

Shaykhoun got a job at Qatar Airways in 2017 while her lawsuit against the tattooed Californian was winding its way through the Qatari courts. At the airline, employees were prohibited from leaving their desks during the day and were not allowed to leave the headquarters to get lunch, according to a memo from the CEO reviewed by the DCNF.

Indians primarily staffed the airline, not Qataris, Shaykhoun said. Malfeasance and false credentials were rampant, her boss sexually harassed her, and the workplace was dysfunctional, she said. (RELATED: The Bizarre Story Of How Pakistan's Military Deep State Allegedly Tried To Shake Down British Money Laundering Investigators Who Found $1 Billion)

The dysfunction seemed to permeate virtually every aspect of life in the country. She felt an obligation to satisfy her debts, but danger seemed to lurk everywhere, and she didn't know how much longer she could hold on.

Shaykhoun was riding a horse one day when an employee of an equestrian facility named Olga told her that her husband drove a van that took scofflaws to "Chop Chop Square," where they were killed, she said. She wanted out.

She developed severe acid reflux and got a doctor's note in March saying she needed care in New York, went home and never returned.

Shaykhoun is now in debt and looking for work, but she doesn't mind.

When she walks down the street in Manhattan and sees wide-eyed, rough-looking homeless people camped in doorways, she thinks about how that could have been her — homeless in the desert, living in a tent.

*Content created by The Daily Caller News Foundation is available without charge to any eligible news publisher that can provide a large audience. For licensing opportunities of our original content, please contact licensing@dailycallernewsfoundation.org.*

MORE DAILY CALLER

Meghan Markle, Prince Harry Release Subtle Tribute To Prince Philip



Be the First to React

## How Do You Feel About This Article?

| Happy | Surprised | Sad | Angry |
|:-----:|:---------:|:---:|:-----:|
| 0 | 0 | 0 | 0 |

AdChoices                                    Sponsored

# Our Community

**DAILY CALL≡R**

A new conversation is coming to Daily Caller

Enter your email to learn more

Email Address

AdChoices                                    Sponsored

ADVERTISEMENT

Daily Caller

**Tips from Wall Street's smartest minds: the best place to invest capital right now**

**Abandoned $1.6 billion Missouri resort community goes viral**

**Rep. Matt Gaetz Stands Up to 'False Charges' of Sexual Impropriety**

**McConnell-Aligned Super PAC Endorses Sen. Murkowski Amid Primary Threat**

Shaykhoun v Daily Mail et al
1:2024cv09978

Third Amended Complaint
Filed April 8, 2026

# EXHIBIT R:
## *John Hawley WhatsApps*





**John Luke's Friend**

0:22

"Hey Sonia, I have pain customers that I have to do work for ___. I'm on corruptible. Nobody could pay me off but I have to make a living for my family. I have a wife and three boys and I have to focus on what makes me money. I thank you for the information and you'll have to be patient. If you think that I'm getting paid off somebody just just lose my number please."

Was this transcript **useful** or **not useful**?

10:59 AM

Oct 15, 2019

Since I've known you my mom and I have had both our phones



Shaykhoun v Daily Mail et al
1:2024cv09978

# EXHIBIT S:
## *Ethan Barton Emails*

**From:** **Ethan Barton** ethan@dcnf.org
**Subject:** Request to remove news story
**Date:** April 7, 2021 at 4:15 PM
**To:** shaykhoun@protonmail.com

Hi Sonya,

I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I was sent your request to remove a story about you by Luke Rosiak.

I'd be happy to speak with you over the phone about this. Do you have any availability tomorrow or Friday?

Best,

Ethan

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

**From:** **Ethan Barton** ethan@dcnf.org  🖉
**Subject:** Re: Request to remove news story
**Date:** April 9, 2021 at 7:01 PM
**To:** Sonya Shaykhoun  shaykhoun@protonmail.com

EB

See attached.

On Fri, Apr 9, 2021 at 6:47 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
If you are OK with this, please sign it and send it back to me and I'll do the same.

Thanks and best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 6:32 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Let me send you a draft of what I propose. Just 5 minutes.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 6:28 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'll need to check with our counsel to approve the language change, but I'm prepared to take it down as soon as it's returned signed.

On Fri, Apr 9, 2021 at 6:23 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Thank you. I just need to add language that you will take it down ASAP. Also, shouldn't we both sign this?

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 6:09 PM, Ethan Barton <ethan@dcnf.org> wrote:
Because you have alluded to legal action regarding the article about you on Daily Caller News Foundation, we asked our general counsel to review your case. We are confident that there is no legal liability on our end. You voluntarily participated in the article and we all agree that the story regarding you was based on your on the record first hand accounts. However, we do not want to be the source of problems in your life and are open to taking down the article based on your request. Our concern is due to your legal allegations, we do not want our taking down the article to be viewed by anyone or alleged by you in the future to be the result of any perceived legal vulnerability on our end. No vulnerability exists. To the extent we take down the work it is just to satisfy your request to remove public mention of this chapter in your life despite the fact that you voluntarily provided it. To this extent, if you can send us the following statement signed and dated by you, we will agree to take down the article.

I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.

Signed: _____
Sonya Shaykhoun

Date: _____

On Fri, Apr 9, 2021 at 4:00 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Noted.

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 3:51 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Since you threatened legal action, I need to discuss with our counsel before communicating further.

Ethan

On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

Can you please remove my name from the story? Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

Sonya

## Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face. My consent was given on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have not pre-approved before publication?? That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train that TDC cannot stop.

You are wrong and I will prove it. And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya

## Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of

that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan

On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
> Ethan,
>
> Thanks for calling me. Sorry I got so hot under the collar.
>
> As discussed on our call at 1pm today, I will go over my emails from the time when I was discussing the Qatar article with Luke to find evidence of my/our respective understanding of the framework of the articles about my time in Qatar, with specific reference to the Al Jazeera article that never materialized and which was part of the deal.
>
> Best,
> Sonya
>
> ## Tel: +1-929-408-4531
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>
>> Great, looking forward.
>>
>> ## Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org> wrote:
>>
>>> Okay, sounds good. I'll call you then. Thanks.
>>>
>>> On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>>> Hi,
>>>>
>>>> Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.
>>>>
>>>> Best,
>>>> Sonya
>>>>
>>>> ## Tel: +1-929-408-4531
>>>>
>>>> Sent with ProtonMail Secure Email.
>>>>
>>>> ------- Original Message -------
>>>> On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org> wrote:
>>>>
>>>>> I'm tied up pretty much all day until 1 tomorrow.
>>>>>
>>>>> Friday I have some availability from between about 9:45 and 10:30 and again from about 12-4.
>>>>>
>>>>> On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>>>>> Can we do it earlier as I have something at 1pm. Otherwise Friday morning works, also.
>>>>>>
>>>>>> Let me know.

Thanks and best,
Sonya

**Tel: +1-929-408-4531**

Sent with **ProtonMail** Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up at 12 tomorrow, but how about 1 pm EST?

On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi Ethan,

I appreciate the response. I can speak both Thursday and Friday. Are you free tomorrow (Thursday) around noon?

Let me know.

Best,
Sonya

**Tel: +1-929-408-4531**

Sent with **ProtonMail** Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I was sent your request to remove a story about you by Luke Rosiak.

I'd be happy to speak with you over the phone about this. Do you have any availability tomorrow or Friday?

Best,

Ethan

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738



**From:** **Sonya Shaykhoun** shaykhoun@protonmail.com  
**Subject:** Fw: Re: Fw: Greetings from NY  
**Date:** April 8, 2021 at 6:08 PM  
**To:** Ethan Barton ethan@dcnf.org

Dear Ethan,

Please see another exchange between Luke and me about Osama's fraud. Between my research, Luke's writing to and getting a response from the PR director at Pillsbury (which I will send separately), and what John Hawley (Luke's "Fixer" who held himself out to be subcontracted by TDC, I had no reason to think otherwise) told me about finding all the corruption and confirming with an Egyptian lawyer that Osama's Jordanian law license was a "very good forgery", it is clear that the objective was to write an article about the rampant corruption at Al Jazeera Media Network and Osama's fraud specifically.

I attach the letter I sent to the Managing Partner at Pillsbury in London and the last letter I sent to the SRA outlining just how implausible it is that Osama Abu Dehays could be a Jordanian-licensed lawyer.

I spent a lot of time researching and sharing information with Luke for the Al Jazeera-specific piece. I would not have done so if I knew he would drop the story.  There is a story here. I don't understand why he dropped it.

More to follow.

Regards,  
Sonya


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------  
On Saturday, July 13, 2019 10:43 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

> Thank you! I will have to send Osama a message for comment if I include the allegation, so yeah, I'll ask him about it, i imagine he'll just lie though.
>
> I agree that once you have your first job based on a fraud, it's easy to keep it going with future jobs. Especially when your supposed eligibility comes from another country. Interesting that the website doesnt say he's passed the British bar, or whatever the equivalent is - nor any others, after all these years. And I have no idea how the California clerkship eligibility would work, nor how to verify it.
>
> Thank you for the inquiries you have done on this, I agree it makes it a much stronger story if we can conclusively show he's a fraud just like Al Jazeera America's GC.
>
> On Sat, Jul 13, 2019, 11:17 AM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>> FYI - I wrote to Yousef.  I also have a lot of Jordanian lawyer connections on LinkedIn. I'll get to the bottom of this, come hell or high water.
>>
>> Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Saturday, July 13, 2019 11:15 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>
>>> Dear Yousef,
>>>
>>> How are you?  It has been a long time since we spoke.  I hope that you are well and things are going well for you.
>>>
>>> I have been thinking about suing Osama Abu Dehays and Al Jazeera for how they left me in Bahrain for 6 months after Osama told the agent to tell me to quit.
>>>
>>> Do you remember that you told me that you went to Jordan to investigate whether Osama was actually a lawyer and you found out that the only Osama Abu Dehays was born in the 1940s - can you share that information with me?  It will really help me in my lawsuit.
>>>
>>> Thank you.
>>>
>>> Best regards,
>>> Sonya
>>>
>>> Tel: +1-929-408-4531
>>>
>>> Sent with ProtonMail Secure Email.

Sonya_Shaykhoun_Letter_to_SRA_re_Osama_Abu_Dehays_July_...      Osama_Abu_Dehays_Letter_to_D_Erni_London_March_8_2020.d...

From: **Sonya Shaykhoun** shaykhoun@protonmail.com
Subject: Fw: Re: Checking in
Date: April 8, 2021 at 5:42 PM
To: Ethan Barton ethan@dcnf.org

Dear Ethan,

Good afternoon.

I started to go through the email exchange with Luke Rosiak and I found the below string. As you can read, I asked him how the "articles" were going and he asked me specific questions about the successive general counsels and immediate supervisors at Al Jazeera. I spent a lot of time providing Luke with this information with the express intention of providing information for the **articles (plural - note he did not correct me)** about my time in the GCC and the corruption at Al Jazeera specifically.

More to follow, please bear with me because there are a lot of emails to sort through.

Kind regards,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, July 13, 2019 11:07 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

> Luke,
>
> Good morning.
>
> I went on the Jordanian Bar website and I couldn't find a search option to look for lawyers. I know that he's not qualified because I trust Yousef Al Jaber and I know that senior Qatari officials did the same due diligence and came up with the same result. Yousef would never have started a law suit in the first place if he wasn't sure of his findings. But, as I told you, the rule of law in Qatar is checkered, if even that - remember, when I sued Syscontech (whom I later nicknamed "sysconartists"), I won in the civil court but it seems someone rich and connected (their sponsor?) blocked the criminal case. These kinds of underhanded machinations make it impossible to get justice. Think "gaslighting" times a million.
>
> Another example, especially in relation to the Jordanian connections to Qatar is a Jordanian Managing partner in an international law firm who told me that he was ousted from Qatar after losing it with his then-boss - he was friends with the Qatari Prime Minister (Sh. Jabar) and that PM brought him back to Doha as if nothing had ever happened. It's these friendships that make them untouchable.
>
> As for Osama being a partner at Pilsbury, that is news to me - the second to last time saw him, it was in Doha in February 2017 and he was working with the Olympic Committee in Doha. And the last time I saw him, he was traveling to NYC via Doha.
>
> In the meantime, today is the weekend in Jordan. I will call up the Jordanian Bar Association tomorrow (the first day of the week) and ask if it's possible to find out if someone is registered over the phone. If not, I'll figure out another plan, possibly writing to Yousef to see if he will give a statement.
>
> It is vital to include that Osama is a fraud - it was because of him I lost 6 months' salary. He's not a lawyer. Look, for example, on his Pillsbury profile, he says he's able to adjudicate in "all California Courts" but when you go to the California State Bar, he's not mentioned (see attached screenshot). The fact that he's on the Pillsbury website does not mean he's an actual lawyer. I'll also call the CA Bar.
>
> Also, if you start with a fraudulent degree, you can still build what looks like a legitimate career and get additional legitimate certifications/memberships based on the fraud. It doesn't mean anything to me that he's a member of the IBA, he's not a Jordanian lawyer.
>
> I will call around to verify. Please bear with me.
>
> Best,
> Sonya
>
> Tel: +1-929-408-4531
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Saturday, July 13, 2019 1:15 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>
>> Dear Luke,
>> Thanks for your email. Your quote is a bit off. This is what the story was: Osama Abu Dehays was about 31 or so when he was appointed the General Counsel of Al Jazeera Media Network. This caused quite the furore to the extent that his salary breakdown was published on an Arabic language website - his base salary was QAR80,000 a month - equivalent to approx $30K (on top of which, he got the usual housing and car allowances, bumping his salary up to about QAR100,000 or so equal to $27K/month). People were outraged. Perhaps the most outraged was my colleague, a fair-skinned Qatari named Yousef Al Jaber. Yousef ultimately sued the Chairman of Al Jazeera and Osama Abu Dehays personally for getting that job because Qatarization (i.e., affirmative action in favor of hiring Qatari nationals for big jobs) is rife -- Yousef, a Qatari lawyer, actually went up to Jordan to investigate Osama and told me that he had found out that the only Osama Abu Dehays in the Jordanian law society register was someone who was born in the 1940s whereas Osama Abu Dehays, the GC of Al Jazeera was born in the mid/late 1970s...how did Osama get that job without a license? Did he pay someone? Was it family / Palestinian connections? - Osama's mother is a hot shot lawyer in Jordan. Yousef lost his case against Al Jazeera but that does not detract from the veracity of his findings. The reason he lost the case is the fact that Yousef went up against people with more power and money as well as influence and the battle was too big to win. I understood that these findings (i.e., that Osama was not actually licensed himself but was passing himself off as a Jordanian lawyer) were confirmed by senior officials in Qatar.
>>
>> "The 2nd boss was an unlicensed Lebanese(?) guy who was an unlicensed lawyer who was using someone else's bar license who