happened to have the same name as him. And he was also stealing, by deliberately not setting up the newsrooms. If news was happening in Timbuktu, News would call Legal and say 'we need to set something up there.' The money would just disappear." **THIS SHOULD READ**: "My first boss, Osama Abu Dehays, was a Jordanian who, it turned out (according to the results of my Qatari colleagues own investigations into the matter, as later confirmed by senior Qatari officials) did not have the Jordanian bar but was passing himself off as a Jordanian lawyer using the credentials of another guy with the same name but a different birthday and birth year. At the time, I couldn't understand why Dr. Mahdi, an older Syrian-British man who apparently had a Ph.D. in Islamic Law from a university in Glasgow, was getting away with not doing his job of setting up bureaus around the world based on the requirements of the newsroom. The newsroom would call up and ask for a bureau to be set up in Sydney or Africa because news was happening there - journalists and their families would relocate to far-flung places but, because Dr. Mahdi was seemingly deliberately not setting up the bureaus, lives were put at risk. Not only that, once journalists were shipped off to the four corners of the globe, Dr. Mahdi would not set up the bureau - he would feign obstacles. Of course, when you don't have a legitimate bureau in a jurisdiction, you cannot set up a corporate bank account. This led to vast amounts of monies being sent to the four corners of the globe in sacks - untraceable amounts were just shipped around the globe in sacks. I sat in on several meetings on what to do to tackle this problem. The obvious answer was just to set up the bureaus properly. But Dr. Mahdi was violently opposed to doing this and, when I first started making headway, he would call me from his office to rip my head off proverbially and demand to know, "What are you doing???" when what I was doing was my job. Such a perverse reaction to my doing my job of setting up foreign bureaus (which is not rocket science) led me to the only conclusion: Dr. Mahdi, Osama Abu Dehays and Ehab Al Shihabi (a Jordanian-American) were complicit in the patent and extremely audacious corporate sabotage of Al Jazeera Media Network. This was not only apparent in their deliberate attempts to obstruct any progress I made in setting up foreign bureaus and reprimand me harshly for the same, but in the complete and utter failure of extremely well-funded projects like the Al Jazeera Turk (a fully fledged Turkish language news channel) and the Al Jazeera KiSwahili (a fully fledged KiSwahili language channel to be run out of Nairobi, Kenya) projects that were keenly desired by the then Emir, HH Sheikh Hamad Bin Khalifa Al Thani, and current Father Emir. Notwithstanding Sh. Hamad's clear instructions, the Levantine mafia in Al Jazeera brashly did what they wanted, ostensibly stealing vast amounts of monies under the guise of managerial incompetence. Vast amounts of money disappeared in the management of the Al Jazeera Turk project. I participated in a particularly painful investigation wherein we actually went on a fact-finding mission to Istanbul to find out where all the millions of dollars went. The silent partner who was there by virtue of a Turkish legal requirement to have a 51% local partner for a media company became not so silent and started managing the company very incompetently, throwing large sums of Qatar's money around. It was evident that the management in Qatar (i.e., the Levantine mafia) had condoned this because I had once been asked to initial a board resolution giving that Turkish partner signing power of up to a quarter of a million dollars per transaction. I refused to initial it (why I was signing the Turkish board resolutions, I don't know - they never gave me the background and I never saw any board resolutions so it was all very cloak and dagger and suspicious - not what I was used to at all - there was no official documentation for anything - just a nonsensical hodge-podge of papers that meant nothing. I tried to put order in it and they freaked out. They were not transparent, though - it was that board resolution giving the Turkish 'silent' partner the ridiculous signing authority for cheques of up to $250,000 each that raised the alarm for me. What was a silent partner doing signing such big checks? Also, when the Turkish law finally changed so that foreign owners could own media companies on a 100% basis, the agreement between Al Jazeera and that Turkish partner was missing a 'trigger clause' that said that the shares would automatically revert to Al Jazeera - No, the silent partner held the shares ransom and refused to return them to Al Jazeera. At first, he demanded $120,000,000 but later settled for a much smaller amount - I wasn't privy to that settlement so I don't know how much he got. For example, when the Al Jazeera Turk project was first conceived It was diabolical and I always come back to the children's story, "The Emperor's New Clothes" and how the trusting ruler was hoodwinked by a gang of ruthless frauds posing as legitimate businessmen. It's so sad, really. Like crows on carrion - it's the wealthiest country in the world, but it also attracts the biggest crooks you've ever seen. There's an Arabic expression I learned a long time ago from the Lebanese COO of Orbit which applies to Al Jazeera and may places within Qatar: "It's marble on the outside and shit on the inside." They need to clean it up. Impose the rule of law. Name and shame. And they need to eradicate the rampant nepotism and tribalism that ruins all of Sh. Hamad's ambitions to make Qatar great."

You wrote:

I am not sure that I should include the allegation that Osama Abu Dehays stole someone else's identity. Here is his website for his current job as a partner at a high-powered London firm. In your memo, you say the assertion he is unlicensed comes from Yousef Al Jaber, who unsuccessfully sued. It would seem that that lawsuit might have succeeded if his research bore out. It also seems that it could be established one way or another whether the birthdate on the Jordanian bar registration matched or not, though perhaps not easily by an American. (Here is the Jordanian **bar website**). Note that the Pillsbury website says he is also a member of the "International Bar Association, 2007" and the "Law Society of England & Wales – Registered practicing Foreign Solicitor.) It also claims he was a Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court.

Yousef Al Jaber lost his case not because his case wasn't strong but because of he he went up against - these mafias that have infiltrated Al Jazeera and other Qatari companies seem to be well-organized transnational organized criminal gangs operating within the legitimate frameworks of Qatari companies. I have personally witnessed and been the victim of such collusion (i.e., the fact that I was left sitting in Bahrain for 6 months after I was told to quit and the next day not to quit, the fact that when I started to make progress with the establishment of foreign bureaus I was verbally assaulted and threatened with assassination and had my tires slashed). I had no reason not to believe Yousef's assertions that Osama isn't a legitimate Jordanian lawyer and I understood from a very senior Qatari official that Yousef's shocking discovery was double-checked by very senior Qatari officials who undertook their own due diligence after learning of Yousef's discoveries. Osama was at the helm of Al Jazeera's legal department in the days of the money being sent abroad in sacks, Dr. Mahdi's sabotage of the foreign bureaus and the utter and extremely expensive failure of Al Jazeera Turk and Al Jazeera Kiswahili.

Osama's mother is a very powerful lawyer. They probably thought it would never be discovered that her precious son was not a real lawyer. That comes from the idea that Arabs are stupid. But the proof is in the pudding - I never saw such a shambles of a legal department - from the lack of documentation to the level of hostility when I tried to bring order to that shambles - he was the responsible one and he was clearly complicit in all that bullshit.

Luke, you have to understand the level of bullshit that is being spouted in the GCC - there are so many frauds in the GCC - people from all over the world who show up and think all Arabs are rich and stupid and will believe anything. They are rich but not stupid - sadly, it seems that Sh. Hamad (the Father Emir) was extremely good and helpful to people who feigned fealty towards him -- Sh. Hamad entrusted the management and development of Qatar to these people who turned out to be liars, thieves and manipulators. I really felt like I spent 8 years of my life in an enactment of 'Ali Baba and the Forty Thieves.' And when I tried to stand up for what was right and correct, I would be humiliated, shouted at, threatened and, ultimately, terminated.

I can check the Jordanian Bar Association tomorrow but I doubt I'll find anything.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, July 13, 2019 12:03 AM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

I think I wrote down this quote from you -- who was this referring to? Was this Osama and I just got the nationality wrong (should be Jordanian)?

"The 2nd boss was an unlicensed lebanese(?) guy who was an unlicensed lawyer who was using someone else's bar license who happened to have the same name as him. And he was also stealing, by deliberately not setting up the newsrooms. If news was happening in Timbuktu, News would call Legal and say 'we need to set something up there.' The money would just disappear."

I am not sure that I should include the allegation that Osama Abu-Dehays stole someone else's identity. Here is his website for his current job as a partner at a high-powered London firm. In your memo, you say the assertion he is unlicensed comes from Yousef Al Jaber, who unsuccessfully sued. It would seem that that lawsuit might have succeeded if his research bore out. It also seems that it could be established one way or another whether the birthdate on the Jordanian bar registration matched or not, though perhaps not easily by an American. (Here is the Jordanian bar website). Note that the Pillsbury website says he is also a member of the "International Bar Association, 2007" and the "Law Society of England & Wales - Registered practicing Foreign Solicitor.") It also claims he was a Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court.

On Thu, Jul 11, 2019 at 12:51 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Dear Luke,

All three had to be complicit in the money disappearing - I say that because Osama Abu Dehays, who was GC from the time I arrived (and also the one responsible for telling the employment agent in Dubai to tell me to quit one day and the next day to tell me not to quit and left me waiting in Bahrain for 6 months while I spent all my savings and nearly got a travel ban), was in charge of the entire department and had to be giving orders/directions to the others in the department.

During that time, I reported directly to Dr. Mahdi Zahraa -- he is the guy who allegedly had a Ph.D. in Islamic Law and worked in Glasgow part time at the Glasgow Caledonian University (though when you click on the link, it shows an error message). Dr. Mahdi was my immediate supervisor - he had hardly set up any bureaus in the 5 years he had been there before I got there (and that was his job!) and when I started making progress, he started terrorizing me, screaming at me on the phone and threatening me with assassination. I almost immediately believed he was a corporate saboteur because he was not getting anything accomplished.

So, Osama Abu Dehays and Dr. Mahdi were there contemporaneously (Feb 2011 to circa March 2012 - also the same time that we saw the erratic shenanigans of the now-disappeared from the Internet Ehab Al Shihabi). During that time, we had legal issues vis-a-vis how to send money to the bureaus around the world (I actually sat in meetings wherein it was discussed that the money was being sent abroad in bags and therefore untraceable) and which is obviously very shady -- Dr. Mahdi's horror when I started to set up bureaus (why was that?) and the fact that the heavily funded project, Al Jazeera Turk, never materialised despite the money having been fronted for it (where did the money go???)

When Amin Abdulla arrived, he pretended to be an upright lawyer, although he was also complicit in the half a billion dollar purchase of Al Jazeera America (that had not been condoned by the then-Emir, Sh. Hamad, who was more interested in seeing Al Jazeera Kiswahili, which never materialised, despite there being funds earmarked for it, and Al Jazeera Turk). Amin terminated my contract the day after I had a conversation with a HR colleague in London who asked me for permission to use 3rd party counsel in London without getting Amin's approval - I told her that it was not a good idea because it would be very easy for the London office to draft a fraudulent contract (fake company, fake services, real bank account) and they didn't want the internal Audit department crawling all over them in 6 - 12 months. I shared that conversation with my colleague, Larry Landry, Jr. (see LinkedIn) and I saw him scurrying off to Amin's office the very next moment and 18 hours later, I was out.

All my evidence, what I had, was erased during a series of hacks into my emails - also, I was present in meeting about the money going abroad in sacks and I was present in a fact finding mission in Istanbul when we heard about all the money that was missing/mismanaged and still no channel.

I hope that clarifies - please make sure you caveat all of this with worlds like "alleged" and "cirucrnstantial", etc...I think opinions are exempt from the defamation rule so if you frame any of this as my opinion based on my experiences / meetings/ conversations/observations, you should be okay.

I'll be out until about 7pm tonight and offline until then.

All the best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, July 11, 2019 11:47 AM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

Thank you! I think I meant to ask about, instead of the two general counsels, the succession of three immediate supervisors you had. And which of them were stealing from the company?

On Wed, Jul 10, 2019 at 8:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
PS - when I said Amin was the "head of a dangerous gang" I meant the Sudanese mafia in Qatar - he populated the department

PS - when I said Amin was the "head of a dangerous gang", I meant the Sudanese mafia in Qatar - he populated the department with Sudanese lawyers who were not equipped to do the job, neither in English nor in Arabic.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, July 10, 2019 8:48 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Luke,

This is the list of two General Counsels at Al Jazeera under whom I worked from 2011 until 2014:

1) https://www.linkedin.com/in/osama-abu-dehays-1251252/  Osama Abu Dehays - not licensed anywhere as far as I could tell and this was confirmed to me and by other reliable sources that Osama passed himself off as a licensed Jordanian lawyer using the credentials of another lawyer of the same name but with a different birthday and who was much older than him. Osama did the following:

- he told the agent to tell me to quit and then don't quit back in August 2010 and then refused to compensate me for the 6 months lost earnings and accused me of being a trouble-maker and that I should simply "forget it";
- Osama was in charge when the foreign bureaus (although, technically, Dr. Mahdi Zahraa was in charge of foreign bureaus and I worked under him) were not being established and was most likely complicit in the gang that was sending money abroad in sacks and the Al Jazeera Turkey debacle - there were rumors of his drugging and drinking in Dubai (a colleague of mine at Al Jazeera told me that the secret police had followed Osama to Dubai and took pictures of him cavorting on a yacht with half naked ladies, drinking and drugging).  Also, he was never in the office - he was always traveling around the world on Al Jazeera's dime, first/business class, spending all of Al Jazeera's cash on his travels - and this was noted - he was somehow related to the then Director General, Wadah Khanfar, a Palestinian journalist who was elevated to the position of Director General - Osama is half Palestinian or maybe 100% Palestinian - in any event, he was not licensed despite being educated in Canada and the UK;
- When Osama was fired, he went berserk and went to Dubai to join Bird & Bird, then Pilsner something or other but later returned to Qatar to work for the Supreme Olympic Committee, where I believe he still works.  He seems to always have landed on his feet largely thanks to family connections (his mother is a famous Jordanian lawyer apparently).

- Amin Abdulla https://www.linkedin.com/in/amin-saad-abdulla-90a4089b/ Amin is whom I used to call "Ugga Bugga Man" - he came via Qatar Petroleum and he was supposedly a Sudanese lawyer - he fired everyone except me, the admin staff and the Qatari lawyers upon his arrival in circa March 2019.  He was the head of a very dangerous gang, infamously mean and cruel (viz my tenure under his reign) and not very smart.  I wrote a lot about him in the Memorandum I prepared for you - do you need more information about him?

If you are publishing this story soon, and I do hope so, I think it is important to note that most American companies would do due diligence into their business partners in the form of Corporate Social Responsibility Surveys - often, the slave labor question is a sticking point for these countries - most companies will not do business with a counterpart if that counterpart does not answer the "CSR" surveys to their satisfaction - doing future business with Qatar should be conditioned on Qatar cleaning up its human and labor rights act, among other things - the complete abolishment of the exit permit (i.e., the Kafala, including by Qatar Airways) and a general improvement of its justice system rendering it incorruptible.

Let me know if you have any more questions - I cannot wait to roast these bastards.

All the best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, July 10, 2019 5:45 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

Hi Sonya,
Can you send me a list of your successive bosses in the AG general counsel's office and what each of them did?

Also, how would you feel about us running a picture of you with the story and can you provide one if so?
Thanks,
Luke

On Tue, Jun 25, 2019 at 12:51 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Diaries, at least 7 years' worth 😳😳

On Tue, Jun 25, 2019 at 11:53 AM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:
I'll definitely include that doha took your diary.

On Mon, Jun 24, 2019, 8:27 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Good to hear that!

Mom reminded me to tell you the following, which you may or may not want to include in your pieces:

- When I moved to Doha from Bahrain in April 2011 (I had moved earlier, but I had shipped everything to Doha in the Spring because of the Arab Spring) the shipment arrived sometime in June.  One of the most

Doha in the Spring because of the Arab Spring), the shipment arrived sometime in June. One of the most shocking things that ever happened to me is that the Ministry of Information (the censors) confiscated my personal diaries (they were handwritten and represented at least the 7 years of my time in Bahrain. I have idea why and I will never get them back). They also went through my belongings and found a small seated Buddha incense holder and they snapped the head off!

- Mom would visit me in Doha every year and stay for at least 30 days each time (several times per year). On this occasion, about 4 years ago, Mom overstayed her visa (she had asked for a 90-day visa but, because the immigration lady did not understand English, she only gave her a 30-day visa. When Mom when to leave 90 days later, she was not allowed to go through immigration because she owed the State of Qatar 12,000QAR for overstaying her welcome! That's about $4,000. That applies to everyone who has overstayed their welcome. Luckily, an old Qatari man negotiated with the Captain who waived the fine and Mom got out. But if she had not met the man, whom we called "Qatari Jesus", she would have had to fork out that money for a mistake not of her making.

So excited to read your pieces. That Ilham story today was unbelievable. She's shockingly unscrupulous - reminds me of the lying Sudanese people I met in Doha.

Have a good night and let me know if you need any clarification. etc.

All the best,
Sonya

## Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, June 21, 2019 5:03 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

I'm working on it.

On Fri, Jun 21, 2019, 12:17 AM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi Luke,

I hope all is well.

Just wondering how the articles are going and if you need more information from my side.

Any idea when the articles will be published? I'm waiting with bated breath.

Let me know.

All the best,
Sonya

## Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.



## The State Bar *of California*

Log in  |  News  |  Forms  |  Contact

# Attorney Search

Enter Attorney Name or Bar Number

| osama abu dehays | Search |

☐ Include similar sounding names

**Your search for** *osama abu dehays*
**returned no results.**

**Search Tips**
- Do not use nicknames. Use



Would you like to search for names that sound like *osama abu dehays*?

For more search options, including the ability to search for certified specialists, try **Advanced Search**.

either a first initial or proper first name.

**Sample Search Phrases**

- J Smith
- Smith, J
- J D Smith
- John D Smith

**From:** **Sonya Shaykhoun** shaykhoun@protonmail.com
**Subject:** Re: Checking in
**Date:** July 13, 2019 at 1:15 AM
**To:** Luke Rosiak luke@dailycallernewsfoundation.org

Dear Luke,
Thanks for your email. Your quote is a bit off. This is what the story was: Osama Abu Dehays was about 31 or so when he was appointed the General Counsel of Al Jazeera Media Network. This caused quite the furore to the extent that his salary breakdown was published on an Arabic language website - his base salary was QAR80,000 a month - equivalent to approx $30K (on top of which, he got the usual housing and car allowances, bumping his salary up to about QAR100,000 or so equal to $27K/month). People were outraged. Perhaps the most outraged was my colleague, a fair-skinned Qatari named Yousef Al Jaber. Yousef ultimately sued the Chairman of Al Jazeera and Osama Abu Dehays personally for getting that job because Qatarization (i.e., affirmative action in favor of hiring Qatari nationals for big jobs) is rife -- Yousef, a Qatari lawyer, actually went up to Jordan to investigate Osama and told me that he had found out that the only Osama Abu Dehays in the Jordanian law society register was someone who was born in the 1940s whereas Osama Abu Dehays, the GC of Al Jazeera was born in the mid/late 1970s...how did Osama get that job without a license? Did he pay someone? Was it family / Palestinian connections? - Osama's mother is a hot shot lawyer in Jordan. Yousef lost his case against Al Jazeera but that does not detract from the veracity of his findings. The reason he lost the case is the fact that Yousef went up against people with more power and money as well as influence and the battle was too big to win. I understood that these findings (i.e., that Osama was not actually licensed himself but was passing himself off as a Jordanian lawyer) were confirmed by senior officials in Qatar.

"The 2nd boss was an unlicensed Lebanese(?) guy who was an unlicensed lawyer who was using someone else's bar license who happened to have the same name as him. And he was also stealing, by deliberately not setting up the newsrooms. If news was happening in Timbuktu, News would call Legal and say 'we need to set something up there.' The money would just disappear." **THIS SHOULD READ**: "My first boss, Osama Abu Dehays, was a Jordanian who, it turned out (according to the results of my Qatari colleagues own investigations into the matter, as later confirmed by senior Qatari officials) did not have the Jordanian bar but was passing himself off as a Jordanian lawyer using the credentials of another guy with the same name but a different birthday and birth year. At the time, I couldn't understand why Dr. Mahdi, an older Syrian-British man who apparently had a Ph.D. in Islamic Law from a university in Glasgow, was getting away with not doing his job of setting up bureaus around the world based on the requirements of the newsroom. The newsroom would call up and ask for a bureau to be set up in Sydney or Africa because news was happening there - journalists and their families would relocate to far-flung places but, because Dr. Mahdi was seemingly deliberately not setting up the bureaus, lives were put at risk. Not only that, once journalists were shipped off to the four corners of the globe, Dr. Mahdi would not set up the bureau - he would feign obstacles. Of course, when you don't have a legitimate bureau in a jurisdiction, you cannot set up a corporate bank account. This led to vast amounts of monies being sent to the four corners of the globe in sacks - untraceable amounts were just shipped around the globe in sacks. I sat in on several meetings on what to do to tackle this problem. The obvious answer was just to set up the bureaus properly. But Dr. Mahdi was violently opposed to doing this and, when I first started making headway, he would call me from his office to rip my head off proverbially and demand to know, "What are you doing???" when what I was doing was my job. Such a perverse reaction to my doing my job of setting up foreign bureaus (which is not rocket science) led me to the only conclusion: Dr. Mahdi, Osama Abu Dehays and Ehab Al Shihabi (a Jordanian-American) were complicit in the patent and extremely audacious corporate sabotage of Al Jazeera Media Network. This was not only apparent in their deliberate attempts to obstruct any progress I made in setting up foreign bureaus and reprimand me harshly for the same, but in the complete and utter failure of extremely well-funded projects like the Al Jazeera Turk (a fully fledged Turkish language news channel) and the Al Jazeera KiSwahili (a fully fledged KiSwahili language channel to be run out of Nairobi, Kenya) projects that were keenly desired by the then Emir, HH Sheikh Hamad Bin Khalifa Al Thani, and current Father Emir. Notwithstanding Sh. Hamad's clear instructions, the Levantine mafia in Al Jazeera brashly did what they wanted, ostensibly stealing vast amounts of monies under the guise of managerial incompetence. Vast amounts of money disappeared in the management of the Al Jazeera Turk project. I participated in a particularly painful investigation wherein we actually went on a fact-finding mission to Istanbul to find out where all the millions of dollars went. The silent partner who was there by virtue of a Turkish legal requirement to have a 51% local partner for a media company became not so silent and started managing the company very incompetently, throwing large sums of Qatar's money around. It was evident that the management in Qatar (i.e., the Levantine mafia) had condoned this because I had once been asked to initial a board resolution giving that Turkish partner signing power of up to a quarter of a million dollars per transaction. I refused to initial it (why I was signing the Turkish board resolutions, I don't know - they never gave me the background and I never saw any board resolutions so it was all very cloak and dagger and suspicious - not what I was used to at all - there was no official documentation for anything - just a nonsensical hodge-podge of papers that meant nothing. I tried to put order in it and they freaked out. They were so transparent, though - it was that board resolution giving the Turkish 'silent' partner the ridiculous signing authority for cheques of up to $250,000 each that raised the alarm for me. What was a silent partner doing signing such big checks? Also, when the Turkish law finally changed so that foreign owners could own media companies on a 100% basis, the agreement between Al Jazeera and that Turkish partner was missing a 'trigger clause' that said that the shares would automatically revert to Al Jazeera - No, the silent partner held the shares ransom and refused to return them to Al Jazeera. At first, he demanded $120,000,000 but later settled for a much smaller amount - I wasn't privy to that settlement so I don't know how much he got. For example, when the Al Jazeera Turk project was first conceived It was diabolical and I always come back to the children's story, "The Emperor's New Clothes" and how the trusting ruler was hoodwinked by a gang of ruthless frauds posing as legitimate businessmen. It's so sad, really. Like crows on carrion - it's the wealthiest country in the world, but it also attracts the biggest crooks you've ever seen. There's an Arabic expression I learned a long time ago from the Lebanese COO of Orbit which applies to Al Jazeera and may places within Qatar: "It's marble on the outside and shit on the inside." They need to clean it up. Impose the rule of law. Name and shame. And they need to eradicate the rampant nepotism and tribalism that ruins all of Sh. Hamad's ambitions to make Qatar great."

You wrote:
I am not sure that I should include the allegation that Osama Abu Dehays stole someone else's identity. Here is his website for his current job as a partner at a high-powered London firm. In your memo, you say the assertion he is unlicensed comes from Yousef Al Jaber, who unsuccessfully sued. It would seem that that lawsuit might have succeeded if his research bore out. It also seems that it could be established one way or another whether the birthdate on the Jordanian bar registration matched or not, though perhaps not easily by an American. (Here is the Jordanian bar website). Note that the Pillsbury website says he is also a member of the "International Bar Association, 2007" and the "Law Society of England & Wales - Registered practicing Foreign Solicitor.) It also claims he was a Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court.

Yousef Al Jaber lost his case not because his case wasn't strong but because of he he went up against - these mafias that have infiltrated Al Jazeera and other Qatari companies seem to be well-organized transnational organized criminal gangs operating within the legitimate frameworks of Qatari companies. I have personally witnessed and been the victim of such collusion (i.e., the fact that I was left sitting in Bahrain for 6 months after I was told to quit and the next day not to quit, the fact that when I started to make progress with the establishment of foreign bureaus I was verbally assaulted and threatened with assassination and had my tires slashed). I had no reason not to believe Yousef's assertions that Osama isn't a legitimate Jordanian lawyer and I understood from a very senior Qatari official that Yousef's shocking discovery was double-checked by very senior Qatari officials who undertook their own due diligence after learning of Yousef's discoveries. Osama was at the helm of Al Jazeera's legal department in the days of the money being sent abroad in sacks, Dr. Mahdi's sabotage of the foreign bureaus and the utter and extremely expensive failure of Al Jazeera Turk and Al Jazeera Kiswahili.

Osama's mother is a very powerful lawyer. They probably thought it would never be discovered that her precious son was not a real lawyer.

That comes from the idea that Arabs are stupid.  But the proof is in the pudding - I never saw such a shambles of a legal department - from the lack of documentation to the level of hostility when I tried to bring order to that shambles - he was the responsible one and he was clearly complicit in all that bullshit.

Luke, you have to understand the level of bullshit that is being spouted in the GCC - there are so many frauds in the GCC - people from all over the GCC and indeed the world who show up and think all Arabs are rich and stupid and will believe anything. They are rich but not stupid - sadly, it seems that Sh. Hamad (the Father Emir) was extremely good and helpful to people who feigned fealty towards him -- Sh. Hamad entrusted the management and development of Qatar to these people who turned out to be liars, thieves and manipulators.  I really felt like I spent 8 years of my life in an enactment of 'Ali Baba and the Forty Thieves.' And when I tried to stand up for what was right and correct, I would be humiliated, shouted at, threatened and, ultimately, terminated.

I can check the Jordanian Bar Association tomorrow but I doubt I'll find anything.

Best,
Sonya



Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, July 13, 2019 12:03 AM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

> I think I wrote down this quote from you -- who was this referring to? Was this Osama and I just got the nationality wrong (should be Jordanian)?
>
> "The 2nd boss was an unlicensed lebanese(?) guy who was an unlicensed lawyer who was using someone else's bar license who happened to have the same name as him. And he was also stealing, by deliberately not setting up the newsrooms. If news was happening in Timbuktu, News would call Legal and say 'we need to set something up there.' The money would just disappear."
>
> I am not sure that I should include the allegation that Osama Abu-Dehays stole someone else's identity. Here is his website for his current job as a partner at a high-powered London firm. In your memo, you say the assertion he is unlicensed comes from Yousef Al Jaber, who unsuccessfully sued. It would seem that that lawsuit might have succeeded if his research bore out. It also seems that it could be established one way or another whether the birthdate on the Jordanian bar registration matched or not, though perhaps not easily by an American. (Here is the Jordanian bar website). Note that the Pillsbury website says he is also a member of the "International Bar Association, 2007" and the "Law Society of England & Wales - Registered practicing Foreign Solicitor.) It also claims he was a Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court.
>
>
>
>
> On Thu, Jul 11, 2019 at 12:51 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>> Dear Luke,
>>
>> All three had to be complicit in the money disappearing - I say that because Osama Abu Dehays, who was GC from the time I arrived (and also the one responsible for telling the employment agent in Dubai to tell me to quit one day and the next day to tell me not to quit and left me waiting in Bahrain for 6 months while I spent all my savings and nearly got a travel ban), was in charge of the entire department and had to be giving orders/directions to the others in the department.
>>
>> During that time, I reported directly to Dr. Mahdi Zahraa -- he is the guy who allegedly had a Ph.D. in Islamic Law and worked in Glasgow part time at the Glasgow Caledonian University (though when you click on the link, it shows an error message).  Dr. Mahdi was my immediate supervisor - he had hardly set up any bureaus in the 5 years he had been there before I got there (and that was his job!) and when I started making progress, he started terrorizing me, screaming at me on the phone and threatening me with assassination.  I almost immediately believed he was a corporate saboteur because he was not getting anything accomplished.
>>
>> So, Osama Abu Dehays and Dr. Mahdi were there contemporaneously (Feb 2011 to circa March 2012 - also the same time that we saw the erratic shenanigans of the now-disappeared from the Internet Ehab Al Shihabi).  During that time, we had legal issues vis-a-vis how to send money to the bureaus around the world (I actually sat in meetings wherein it was discussed that the money was being sent abroad in bags and therefore untraceable) and which is obviously very shady -- Dr. Mahdi's horror when I started to set up bureaus (why was that?) and the fact that the heavily funded project, Al Jazeera Turk, never materialised despite the money having been fronted for it (where did the money go???)
>>
>> When Amin Abdulla arrived, he pretended to be an upright lawyer, although he was also complicit in the half a billion dollar purchase of Al Jazeera America (that had not been condoned by the then-Emir, Sh. Hamad, who was more interested in seeing Al Jazeera Kiswahili, which never materialised, despite there being funds earmarked for it, and Al Jazeera Turk).  Amin terminated my contract the day after I had a conversation with a HR colleague in London who asked me for permission to use 3rd party counsel in London without getting Amin's approval - I told her that it was not a good idea because it would be very easy for the London office to draft a fraudulent contract (fake company, fake services, real bank account) and they didn't want the Internal Audit department crawling all over them in 6 - 12 months.  I shared that conversation with my colleague, Larry Landry, Jr. (see LinkedIn) and I saw him scurrying off to Amin's office the very next moment and 18 hours later, I was out.
>>
>> All my evidence, what I had, was erased during a series of hacks into my emails - also, I was present in meeting about the money going abroad in sacks and I was present in a fact finding mission in Istanbul when we heard about all the money that was missing/mismanaged and still no channel.
>>
>> I hope that clarifies - please make sure you caveat all of this with worlds like "alleged" and "cirucmstantial", etc...I think opinions are exempt from the defamation rule so if you frame any of this as my opinion based on my experiences / meetings/ conversations/observations, you should be okay

~~should be okay.~~

I'll be out until about 7pm tonight and offline until then.

All the best,
Sonya


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, July 11, 2019 11:47 AM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

> Thank you! I think I meant to ask about, instead of the two general counsels, the succession of three immediate supervisors you had. And which of them were stealing from the company?
>
> On Wed, Jul 10, 2019 at 8:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>> PS - when I said Amin was the "head of a dangerous gang", I meant the Sudanese mafia in Qatar - he populated the department with Sudanese lawyers who were not equipped to do the job, neither in English nor in Arabic.
>>
>> Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Wednesday, July 10, 2019 8:48 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>
>>> Dear Luke,
>>>
>>> This is the list of two General Counsels at Al Jazeera under whom I worked from 2011 until 2014:
>>>
>>> 1) https://www.linkedin.com/in/osama-abu-dehays-1251252/  Osama Abu Dehays - not licensed anywhere as far as I could tell and this was confirmed to me and by other reliable sources that Osama passed himself off as a licensed Jordanian lawyer using the credentials of another lawyer of the same name but with a different birthday and who was much older than him. Osama did the following:
>>>
>>>   - he told the agent to tell me to quit and then don't quit back in August 2010 and then refused to compensate me for the 6 months lost earnings and accused me of being a trouble-maker and that I should simply "forget it";
>>>   - Osama was in charge when the foreign bureaus (although, technically, Dr. Mahdi Zahraa was in charge of foreign bureaus and I worked under him) were not being established and was most likely complicit in the gang that was sending money abroad in sacks and the Al Jazeera Turkey debacle - there were rumors of his drugging and drinking in Dubai (a colleague of mine at Al Jazeera told me that the secret police had followed Osama to Dubai and took pictures of him cavorting on a yacht with half naked ladies, drinking and drugging). Also, he was never in the office - he was always traveling around the world on Al Jazeera's dime, first/business class, spending all of Al Jazeera's cash on his travels - and this was noted - he was somehow related to the then Director General, Wadah Khanfar, a Palestinian journalist who was elevated to the position of Director General - Osama is half Palestinian or maybe 100% Palestinian - in any event, he was not licensed despite being educated in Canada and the UK;
>>>   - When Osama was fired, he went berserk and went to Dubai to join Bird & Bird, then Pilsner something or other but later returned to Qatar to work for the Supreme Olympic Committee, where I believe he still works. He seems to always have landed on his feet largely thanks to family connections (his mother is a famous Jordanian lawyer apparently).
>>>
>>>
>>>   - Amin Abdulla https://www.linkedin.com/in/amin-saad-abdulla-90a4089b/ Amin is whom I used to call "Ugga Bugga Man" - he came via Qatar Petroleum and he was supposedly a Sudanese lawyer - he fired everyone except me, the admin staff and the Qatari lawyers upon his arrival in circa March 2019. He was the head of a very dangerous gang, infamously mean and cruel (viz my tenure under his reign) and not very smart. I wrote a lot about him in the Memorandum I prepared for you - do you need more information about him?
>>>
>>> If you are publishing this story soon, and I do hope so, I think it is important to note that most American companies would do due diligence into their business partners in the form of Corporate Social Responsibility Surveys - often, the slave labor question is a sticking point for these countries - most companies will not do business with a counterpart if that counterpart does not answer the "CSR" surveys to their satisfaction - doing future business with Qatar should be conditioned on Qatar cleaning up its human and labor rights act, among other things - the complete abolishment of the exit permit (i.e., the Kafala, including by Qatar Airways) and a general improvement of its justice system rendering it incorruptible.
>>>
>>> Let me know if you have any more questions - I cannot wait to roast these bastards.
>>>
>>> All the best,
>>> Sonya
>>>
>>>
>>> Tel: +1-929-408-4531
>>>
>>> Sent with ProtonMail Secure Email.
>>>
>>> ------- Original Message -------
>>> On Wednesday, July 10, 2019 5:45 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:
>>>
>>>> Hi Sonya,
>>>> Can you send me a list of your successive bosses in the AG general counsel's office and what each of them did?

Also, how would you feel about us running a picture of you with the story and can you provide one if so?
Thanks,
Luke

On Tue, Jun 25, 2019 at 12:51 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Diaries, at least 7 years' worth 😲😲

On Tue, Jun 25, 2019 at 11:53 AM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:
I'll definitely include that doha took your diary.

On Mon, Jun 24, 2019, 8:27 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Good to hear that!

Mom reminded me to tell you the following, which you may or may not want to include in your pieces:

- When I moved to Doha from Bahrain in April 2011 (I had moved earlier, but I had shipped everything to Doha in the Spring because of the Arab Spring), the shipment arrived sometime in June. One of the most shocking things that ever happened to me is that the Ministry of Information (the censors) confiscated my personal diaries (they were handwritten and represented at least the 7 years of my time in Bahrain. I have idea why and I will never get them back). They also went through my belongings and found a small seated Buddha incense holder and they snapped the head off!
- Mom would visit me in Doha every year and stay for at least 30 days each time (several times per year). On this occasion, about 4 years ago, Mom overstayed her visa (she had asked for a 90-day visa but, because the immigration lady did not understand English, she only gave her a 30-day visa. When Mom when to leave 90 days later, she was not allowed to go through immigration because she owed the State of Qatar 12,000QAR for overstaying her welcome! That's about $4,000. That applies to everyone who has overstayed their welcome. Luckily, an old Qatari man negotiated with the Captain who waived the fine and Mom got out. But if she had not met the man, whom we called "Qatari Jesus", she would have had to fork out that money for a mistake not of her making.

So excited to read your pieces. That Ilham story today was unbelievable. She's shockingly unscrupulous - reminds me of the lying Sudanese people I met in Doha.

Have a good night and let me know if you need any clarification. etc.

All the best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, June 21, 2019 5:03 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

I'm working on it.

On Fri, Jun 21, 2019, 12:17 AM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi Luke,

I hope all is well.

Just wondering how the articles are going and if you need more information from my side.

Any idea when the articles will be published? I'm waiting with bated breath.

Let me know.

All the best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

**From:** **Luke Rosiak** luke@dailycallernewsfoundation.org
**Subject:** Re: Checking in
**Date:** July 13, 2019 at 12:03 AM
**To:** Sonya Shaykhoun shaykhoun@protonmail.com

I think I wrote down this quote from you -- who was this referring to? Was this Osama and I just got the nationality wrong (should be Jordanian)?

"The 2nd boss was an unlicensed lebanese(?) guy who was an unlicensed lawyer who was using someone else's bar license who happened to have the same name as him. And he was also stealing, by deliberately not setting up the newsrooms. If news was happening in Timbuktu, News would call Legal and say 'we need to set something up there.' The money would just disappear."

I am not sure that I should include the allegation that Osama Abu-Dehays stole someone else's identity. Here is his website for his current job as a partner at a high-powered London firm. In your memo, you say the assertion he is unlicensed comes from Yousef Al Jaber, who unsuccessfully sued. It would seem that that lawsuit might have succeeded if his research bore out. It also seems that it could be established one way or another whether the birthdate on the Jordanian bar registration matched or not, though perhaps not easily by an American. (Here is the Jordanian bar website). Note that the Pillsbury website says he is also a member of the "International Bar Association, 2007" and the "Law Society of England & Wales - Registered practicing Foreign Solicitor.) It also claims he was a Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court.

On Thu, Jul 11, 2019 at 12:51 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Dear Luke,

All three had to be complicit in the money disappearing - I say that because Osama Abu Dehays, who was GC from the time I arrived (and also the one responsible for telling the employment agent in Dubai to tell me to quit one day and the next day to tell me not to quit and left me waiting in Bahrain for 6 months while I spent all my savings and nearly got a travel ban), was in charge of the entire department and had to be giving orders/directions to the others in the department.

During that time, I reported directly to Dr. Mahdi Zahraa -- he is the guy who allegedly had a Ph.D. in Islamic Law and worked in Glasgow part time at the Glasgow Caledonian University (though when you click on the link, it shows an error message). Dr. Mahdi was my immediate supervisor - he had hardly set up any bureaus in the 5 years he had been there before I got there (and that was his job!) and when I started making progress, he started terrorizing me, screaming at me on the phone and threatening me with assassination. I almost immediately believed he was a corporate saboteur because he was not getting anything accomplished.

So, Osama Abu Dehays and Dr. Mahdi were there contemporaneously (Feb 2011 to circa March 2012 - also the same time that we saw the erratic shenanigans of the now-disappeared from the Internet Ehab Al Shihabi). During that time, we had legal issues vis-a-vis how to send money to the bureaus around the world (I actually sat in meetings wherein it was discussed that the money was being sent abroad in bags and therefore untraceable) and which is obviously very shady -- Dr. Mahdi's horror when I started to set up bureaus (why was that?) and the fact that the heavily funded project, Al Jazeera Turk, never materialised despite the money having been fronted for it (where did the money go???)

When Amin Abdulla arrived, he pretended to be an upright lawyer, although he was also complicit in the half a billion dollar purchase of Al Jazeera America (that had not been condoned by the then-Emir, Sh. Hamad, who was more interested in seeing Al Jazeera Kiswahili, which never materialised, despite there being funds earmarked for it, and Al Jazeera Turk). Amin terminated my contract the day after I had a conversation with a HR colleague in London who asked me for permission to use 3rd party counsel in London without getting Amin's approval - I told her that it was not a good idea because it would be very easy for the London office to draft a fraudulent contract (fake company, fake services, real bank account) and they didn't want the Internal Audit department crawling all over them in 6 - 12 months. I shared that conversation with my colleague, Larry Landry, Jr. (see LinkedIn) and I saw him scurrying off to Amin's office the very next moment and 18 hours later, I was out.

All my evidence, what I had, was erased during a series of hacks into my emails - also, I was present in meeting about the money going abroad in sacks and I was present in a fact finding mission in Istanbul when we heard about all the money that was missing/mismanaged and still no channel.

I hope that clarifies - please make sure you caveat all of this with worlds like "alleged" and "cirucmstantial", etc...I think opinions are exempt from the defamation rule so if you frame any of this as my opinion based on my experiences / meetings/ conversations/observations, you should be okay.

I'll be out until about 7pm tonight and offline until then.

All the best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, July 11, 2019 11:47 AM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

Thank you! I think I meant to ask about, instead of the two general counsels, the succession of three immediate supervisors you had. And which of them were stealing from the company?

On Wed, Jul 10, 2019 at 8:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
PS - when I said Amin was the "head of a dangerous gang", I meant the Sudanese mafia in Qatar - he populated the department with

Sudanese lawyers who were not equipped to do the job, neither in English nor in Arabic.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, July 10, 2019 8:48 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Luke,

This is the list of two General Counsels at Al Jazeera under whom I worked from 2011 until 2014:

1) https://www.linkedin.com/in/osama-abu-dehays-1251252/ Osama Abu Dehays - not licensed anywhere as far as I could tell and this was confirmed to me and by other reliable sources that Osama passed himself off as a licensed Jordanian lawyer using the credentials of another lawyer of the same name but with a different birthday and who was much older than him. Osama did the following:

- he told the agent to tell me to quit and then don't quit back in August 2010 and then refused to compensate me for the 6 months lost earnings and accused me of being a trouble-maker and that I should simply "forget it";
- Osama was in charge when the foreign bureaus (although, technically, Dr. Mahdi Zahraa was in charge of foreign bureaus and I worked under him) were not being established and was most likely complicit in the gang that was sending money abroad in sacks and the Al Jazeera Turkey debacle - there were rumors of his drugging and drinking in Dubai (a colleague of mine at Al Jazeera told me that the secret police had followed Osama to Dubai and took pictures of him cavorting on a yacht with half naked ladies, drinking and drugging). Also, he was never in the office - he was always traveling around the world on Al Jazeera's dime, first/business class, spending all of Al Jazeera's cash on his travels - and this was noted - he was somehow related to the then Director General, Wadah Khanfar, a Palestinian journalist who was elevated to the position of Director General - Osama is half Palestinian or maybe 100% Palestinian - in any event, he was not licensed despite being educated in Canada and the UK;
- When Osama was fired, he went berserk and went to Dubai to join Bird & Bird, then Pilsner something or other but later returned to Qatar to work for the Supreme Olympic Committee, where I believe he still works. He seems to always have landed on his feet largely thanks to family connections (his mother is a famous Jordanian lawyer apparently).

- Amin Abdulla https://www.linkedin.com/in/amin-saad-abdulla-90a4089b/ Amin is whom I used to call "Ugga Bugga Man" - he came via Qatar Petroleum and he was supposedly a Sudanese lawyer - he fired everyone except me, the admin staff and the Qatari lawyers upon his arrival in circa March 2019. He was the head of a very dangerous gang, infamously mean and cruel (viz my tenure under his reign) and not very smart. I wrote a lot about him in the Memorandum I prepared for you - do you need more information about him?

If you are publishing this story soon, and I do hope so, I think it is important to note that most American companies would do due diligence into their business partners in the form of Corporate Social Responsibility Surveys - often, the slave labor question is a sticking point for these countries - most companies will not do business with a counterpart if that counterpart does not answer the "CSR" surveys to their satisfaction - doing future business with Qatar should be conditioned on Qatar cleaning up its human and labor rights act, among other things - the complete abolishment of the exit permit (i.e., the Kafala, including by Qatar Airways) and a general improvement of its justice system rendering it incorruptible.

Let me know if you have any more questions - I cannot wait to roast these bastards.

All the best,
Sonya


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, July 10, 2019 5:45 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

Hi Sonya,
Can you send me a list of your successive bosses in the AG general counsel's office and what each of them did?

Also, how would you feel about us running a picture of you with the story and can you provide one if so?
Thanks,
Luke

On Tue, Jun 25, 2019 at 12:51 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Diaries, at least 7 years' worth 😦 😦

On Tue, Jun 25, 2019 at 11:53 AM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:
I'll definitely include that doha took your diary.

On Mon, Jun 24, 2019, 8:27 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Good to hear that!

Mom reminded me to tell you the following, which you may or may not want to include in your pieces:

- When I moved to Doha from Bahrain in April 2011 (I had moved earlier, but I had shipped everything to Doha in the Spring because of the Arab Spring), the shipment arrived sometime in June. One of the most shocking things that ever happened to me is that the Ministry of Information (the censors) confiscated my personal diaries (they were

handwritten and represented at least the 7 years of my time in Bahrain. I have idea why and I will never get them back). They also went through my belongings and found a small seated Buddha incense holder and they snapped the head off!

- Mom would visit me in Doha every year and stay for at least 30 days each time (several times per year). On this occasion, about 4 years ago, Mom overstayed her visa (she had asked for a 90-day visa but, because the immigration lady did not understand English, she only gave her a 30-day visa. When Mom when to leave 90 days later, she was not allowed to go through immigration because she owed the State of Qatar 12,000QAR for overstaying her welcome! That's about $4,000. That applies to everyone who has overstayed their welcome. Luckily, an old Qatari man negotiated with the Captain who waived the fine and Mom got out. But if she had not met the man, whom we called "Qatari Jesus", she would have had to fork out that money for a mistake not of her making.

So excited to read your pieces. That Ilham story today was unbelievable. She's shockingly unscrupulous - reminds me of the lying Sudanese people I met in Doha.

Have a good night and let me know if you need any clarification. etc.

All the best,
Sonya

## Tel: +1-929-408-4531

Sent with **ProtonMail** Secure Email.

------- Original Message -------
On Friday, June 21, 2019 5:03 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

> I'm working on it.
>
> On Fri, Jun 21, 2019, 12:17 AM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>> Hi Luke,
>>
>> I hope all is well.
>>
>> Just wondering how the articles are going and if you need more information from my side.
>>
>> Any idea when the articles will be published? I'm waiting with bated breath.
>>
>> Let me know.
>>
>> All the best,
>> Sonya
>>
>> ## Tel: +1-929-408-4531
>>
>> Sent with **ProtonMail** Secure Email.



**From: Luke Rosiak** luke@dailycallernewsfoundation.org
**Subject:** Re: Checking in
**Date:** July 11, 2019 at 1:18 PM
**To:** Sonya Shaykhoun shaykhoun@protonmail.com

Thanks!

On Thu, Jul 11, 2019 at 12:51 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Dear Luke,

All three had to be complicit in the money disappearing - I say that because Osama Abu Dehays, who was GC from the time I arrived (and also the one responsible for telling the employment agent in Dubai to tell me to quit one day and the next day to tell me not to quit and left me waiting in Bahrain for 6 months while I spent all my savings and nearly got a travel ban), was in charge of the entire department and had to be giving orders/directions to the others in the department.

During that time, I reported directly to Dr. Mahdi Zahraa -- he is the guy who allegedly had a Ph.D. in Islamic Law and worked in Glasgow part time at the Glasgow Caledonian University (though when you click on the link, it shows an error message). Dr. Mahdi was my immediate supervisor - he had hardly set up any bureaus in the 5 years he had been there before I got there (and that was his job!) and when I started making progress, he started terrorizing me, screaming at me on the phone and threatening me with assassination. I almost immediately believed he was a corporate saboteur because he was not getting anything accomplished.

So, Osama Abu Dehays and Dr. Mahdi were there contemporaneously (Feb 2011 to circa March 2012 - also the same time that we saw the erratic shenanigans of the now-disappeared from the Internet Ehab Al Shihabi). During that time, we had legal issues vis-a-vis how to send money to the bureaus around the world (I actually sat in meetings wherein it was discussed that the money was being sent abroad in bags and therefore untraceable) and which is obviously very shady -- Dr. Mahdi's horror when I started to set up bureaus (why was that?) and the fact that the heavily funded project, Al Jazeera Turk, never materialised despite the money having been fronted for it (where did the money go???)

When Amin Abdulla arrived, he pretended to be an upright lawyer, although he was also complicit in the half a billion dollar purchase of Al Jazeera America (that had not been condoned by the then-Emir, Sh. Hamad, who was more interested in seeing Al Jazeera Kiswahili, which never materialised, despite there being funds earmarked for it, and Al Jazeera Turk). Amin terminated my contract the day after I had a conversation with a HR colleague in London who asked me for permission to use 3rd party counsel in London without getting Amin's approval - I told her that it was not a good idea because it would be very easy for the London office to draft a fraudulent contract (fake company, fake services, real bank account) and they didn't want the Internal Audit department crawling all over them in 6 - 12 months. I shared that conversation with my colleague, Larry Landry, Jr. (see LinkedIn) and I saw him scurrying off to Amin's office the very next moment and 18 hours later, I was out.

All my evidence, what I had, was erased during a series of hacks into my emails - also, I was present in meeting about the money going abroad in sacks and I was present in a fact finding mission in Istanbul when we heard about all the money that was missing/mismanaged and still no channel.

I hope that clarifies - please make sure you caveat all of this with worlds like "alleged" and "cirucmstantial", etc...I think opinions are exempt from the defamation rule so if you frame any of this as my opinion based on my experiences / meetings/ conversations/observations, you should be okay.

I'll be out until about 7pm tonight and offline until then.

All the best,
Sonya


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, July 11, 2019 11:47 AM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

Thank you! I think I meant to ask about, instead of the two general counsels, the succession of three immediate supervisors you had. And which of them were stealing from the company?

On Wed, Jul 10, 2019 at 8:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
PS - when I said Amin was the "head of a dangerous gang", I meant the Sudanese mafia in Qatar - he populated the department with Sudanese lawyers who were not equipped to do the job, neither in English nor in Arabic.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, July 10, 2019 8:48 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Luke,

This is the list of two General Counsels at Al Jazeera under whom I worked from 2011 until 2014:

1) https://www.linkedin.com/in/osama-abu-dehays-1251252/ Osama Abu Dehays - not licensed anywhere as far as I could tell and this was confirmed to me and by other reliable sources that Osama passed himself off as a licensed Jordanian lawyer using the credentials of another lawyer of the same name but with a different birthday and who was much older than him. Osama did the following:

- he told the agent to tell me to quit and then don't quit back in August 2010 and then refused to compensate me for the 6 months lost earnings and accused me of being a trouble-maker and that I should simply "forget it";
- Osama was in charge when the foreign bureaus (although, technically, Dr. Mahdi Zahraa was in charge of foreign bureaus and I worked under him) were not being established and was most likely complicit in the gang that was sending money abroad in sacks and the Al Jazeera Turkey debacle - there were rumors of his drugging and drinking in Dubai (a colleague of mine at Al Jazeera told me that the secret police had followed Osama to Dubai and took pictures of him cavorting on a yacht with half naked ladies, drinking and drugging). Also, he was never in the office - he was always traveling around the world on Al Jazeera's dime, first/business class, spending all of Al Jazeera's cash on his travels - and this was noted - he was somehow related to the then Director General, Wadah Khanfar, a Palestinian journalist who was elevated to the position of Director General - Osama is half Palestinian or maybe 100% Palestinian - in any event, he was not licensed despite being educated in Canada and the UK;
- When Osama was fired, he went berserk and went to Dubai to join Bird & Bird, then Pilsner something or other but later returned to Qatar to work for the Supreme Olympic Committee, where I believe he still works. He seems to always have landed on his feet largely thanks to family connections (his mother is a famous Jordanian lawyer apparently).


- Amin Abdulla https://www.linkedin.com/in/amin-saad-abdulla-90a4089b/ Amin is whom I used to call "Ugga Bugga Man" - he came via Qatar Petroleum and he was supposedly a Sudanese lawyer - he fired everyone except me, the admin staff and the Qatari lawyers upon his arrival in circa March 2019. He was the head of a very dangerous gang, infamously mean and cruel (viz my tenure under his reign) and not very smart. I wrote a lot about him in the Memorandum I prepared for you - do you need more information about him?

If you are publishing this story soon, and I do hope so, I think it is important to note that most American companies would do due diligence into their business partners in the form of Corporate Social Responsibility Surveys - often, the slave labor question is a sticking point for these countries - most companies will not do business with a counterpart if that counterpart does not answer the "CSR" surveys to their satisfaction - doing future business with Qatar should be conditioned on Qatar cleaning up its human and labor rights act, among other things - the complete abolishment of the exit permit (i.e., the Kafala, including by Qatar Airways) and a general improvement of its justice system rendering it incorruptible.

Let me know if you have any more questions - I cannot wait to roast these bastards.

All the best,
Sonya


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, July 10, 2019 5:45 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

Hi Sonya,
Can you send me a list of your successive bosses in the AG general counsel's office and what each of them did?

Also, how would you feel about us running a picture of you with the story and can you provide one if so?
Thanks,
Luke

On Tue, Jun 25, 2019 at 12:51 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Diaries, at least 7 years' worth 😮 😮

On Tue, Jun 25, 2019 at 11:53 AM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:
I'll definitely include that doha took your diary.

On Mon, Jun 24, 2019, 8:27 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Good to hear that!

Mom reminded me to tell you the following, which you may or may not want to include in your pieces:

- When I moved to Doha from Bahrain in April 2011 (I had moved earlier, but I had shipped everything to Doha in the Spring because of the Arab Spring), the shipment arrived sometime in June. One of the most shocking things that ever happened to me is that the Ministry of Information (the censors) confiscated my personal diaries (they were handwritten and represented at least the 7 years of my time in Bahrain. I have idea why and I will never get them back). They also went through my belongings and found a small seated Buddha incense holder and they snapped the head off!
- Mom would visit me in Doha every year and stay for at least 30 days each time (several times per year). On this occasion, about 4 years ago, Mom overstayed her visa (she had asked for a 90-day visa but, because the immigration lady did not understand English, she only gave her a 30-day visa. When Mom when to leave 90 days later, she was not allowed to go through immigration because she owed the State of Qatar 12,000QAR for overstaying her welcome! That's about $4,000. That applies to everyone who has overstayed their welcome. Luckily, an old Qatari man negotiated with the Captain who waived the fine and Mom got out. But if she had not met the man, whom we called "Qatari Jesus", she would have had to fork out that money for a mistake not of her making.

So excited to read your pieces. That Ilham story today was unbelievable. She's shockingly unscrupulous - reminds me of the lying Sudanese people I met in Doha.

Have a good night and let me know if you need any clarification. etc.

All the best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

-------- Original Message --------
On Friday, June 21, 2019 5:03 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

I'm working on it.

On Fri, Jun 21, 2019, 12:17 AM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi Luke,

I hope all is well.

Just wondering how the articles are going and if you need more information from my side.

Any idea when the articles will be published? I'm waiting with bated breath.

Let me know.

All the best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.



**From: Sonya Shaykhoun** shaykhoun@protonmail.com
**Subject:** Fw: Re: Sadly, no results...
**Date:** April 8, 2021 at 5:46 PM
**To:** Ethan Barton ethan@dcnf.org

Dear Ethan,

Further to our discussion and our last email, please see the exchange I had with Luke Rosiak about Osama Abu Dehays.

Kind regards,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, July 16, 2019 2:23 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Avis explained to me that if he had any access, even on a multijurisdictional basis, he'd be listed.

Please call them up - they don't bite.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, July 16, 2019 2:21 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

I have no idea how that would work in California. He's pretty young so it can't be TOO long ago that he claimed to have access, but would he still be listed as "inactive" if he formerly had access, but did not anymore?

How does it work with reciprocity for a clerkship?

On Tue, Jul 16, 2019 at 2:05 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Okay, so I have gotten another very well connected friend in Jordan on the "Osama's law license" case.

In the meantime, I called the California State Bar Association - I spoke with a representative named Avis who confirmed to me what I already knew, that Osama is not on the California State Bar website, if he had special access to the courts (i.e., if he didn't have the license from CA but had special permission to access all the CA District Courts), his name would be in the database. He's not referenced anywhere and we spelled his name a few times.  Ergo, he's lying.  You can call them too and confirm for yourself.

I called:

San Francisco

(Main Office)
180 Howard Street
San Francisco, CA 94105
415-538-2000

Can you include that in the article?

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, July 16, 2019 1:49 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

I am literally using all the contacts physically in Jordan whom I know have clout - it's weird that you can't do a search for the lawyers who are licensed unlike in the US, etc.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, July 16, 2019 1:48 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

You can try if you want, I doubt it would work.

On Tue, Jul 16, 2019 at 1:37 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
I have an idea - what if you call the Jordanian Embassy in Washington, D.C. and ask them to get the proof for you?

## Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, July 16, 2019 1:10 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

Darn. Thanks.

On Tue, Jul 16, 2019 at 1:03 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi,

I called again twice last night and again this morning with no result. However, I did get the phone number of my former colleague Yousef who found out that Osama was not a licensed lawyer for his case against Al Jazeera. I called him but his phone was switched off - he might be at the mosque.

I also reached out to a few more people in Jordan.

Anyway, I'll keep trying.

Best,
Sonya

## Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Monday, July 15, 2019 6:11 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ok I'll keep trying

On Mon, Jul 15, 2019 at 6:11 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:
I don't know. I just want to get it right and show that he is or is not a lawyer.

On Mon, Jul 15, 2019 at 6:03 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
But can you state in the article that you rang the Jordanian Bar Association and they refused to tell you? Or is that in defamation territory?

On Mon, Jul 15, 2019 at 5:55 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:
Yes, I will call if they won't tell you, though I assume I'll have the same result.

On Mon, Jul 15, 2019 at 5:33 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
I'll stay up late and call the Jordanian Bar Association.

If I don't get a result, will you call?

Also, when do you think you'll publish the article?

On Mon, Jul 15, 2019 at 2:53 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:
OK, thanks.

On Mon, Jul 15, 2019 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi Luke,

My friend in Jordan called the Jordanian Bar Association today - this is what he found out. He says he will ask some friends to see about a workaround (but his grandmother just died and he's unavailable today). In the meantime, I wrote to a LinkedIn contact in Jordan (a judge) to find out how to go about getting this information.

Kind regards,
Sonya


## Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.



**From:** **Sonya Shaykhoun** shaykhoun@protonmail.com
**Subject:** Fw: Re: Liar, Liar, Pants on Fire
**Date:** April 8, 2021 at 5:53 PM
**To:** Ethan Barton ethan@dcnf.org

Dear Ethan,

Please see the string below. I had researched Osama Abu Dehays' Pillsbury page and did due diligence against what he had on the page at the time (see attached) and discovered a lot of it was bogus. Note, after Luke dropped the second story, I took up the torch and wrote to several of the partners at Pillsbury myself (to no avail - they stonewalled me as did the Solicitors' Regulatory Authority in England, and I will share with you separately the last letter I sent to the SRA so you can read how clear it is that Osama Abu Dehays is a fraud and could not have gotten his law license in Jordan, which is what he is using to be work in England as a Foreign Registered Solicitor).

Why would Luke and I have spent so much time on Osama Abu Dehays if there was no plan to write a second story about Al Jazeera?

Kind regards,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, July 16, 2019 2:32 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

> Oh shit, is right! Lol 😄 thanks. He cannot even lie properly 💀💀💀💀
>
> On Tue, Jul 16, 2019 at 2:21 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:
>> Oh shit, that's amazing. Great work!!
>>
>> On Tue, Jul 16, 2019 at 2:19 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>> Maybe he clerked for her in a past life?
>>>
>>> Tel: +1-929-408-4531
>>>
>>> Sent with ProtonMail Secure Email.
>>>
>>> ------- Original Message -------
>>> On Tuesday, July 16, 2019 2:19 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>>
>>>> She was not on the US Tax Court when Osama was alive.
>>>>
>>>> Tel: +1-929-408-4531
>>>>
>>>> Sent with ProtonMail Secure Email.
>>>>
>>>> ------- Original Message -------
>>>> On Tuesday, July 16, 2019 2:17 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>>>
>>>>> More on the judge:
>>>>>
>>>>> https://www.latimes.com/local/obituaries/la-me-judge-cynthia-hall-20110302-story.html
>>>>>
>>>>> Tel: +1-929-408-4531
>>>>>
>>>>> Sent with ProtonMail Secure Email.
>>>>>
>>>>> ------- Original Message -------
>>>>> On Tuesday, July 16, 2019 2:15 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>>>>
>>>>>> Ok, so a quick Google check of "Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court" (which Osama has on his Pillsbury page) reveals the following link:
>>>>>>
>>>>>> https://www.courtlistener.com/person/1327/cynthia-holcomb-hall/
>>>>>>
>>>>>> which further reveals that Judge Cynthia Holcomb Hall was only on the US Tax Court from 1972 to 1981. Osama Abu Dehays was born in December 1979, so either he's a fucking genius or he's a big, fat liar.
>>>>>>
>>>>>> Tel: +1-929-408-4531
>>>>>>
>>>>>> Sent with ProtonMail Secure Email.

osama-abu-dehays with bogus
information pillsbury profile.pdf
853 KB




AREAS OF FOCUS

## Practices

Corporate
Communications
Copyright Counseling & Litigation
Regulatory
Intellectual Property Litigation
IP Audits & Strategic Planning
Mergers & Acquisitions
Restaurant, Food & Beverage
Trademark Counseling, Prosecution & Litigation

Commercial Litigation
Consumer & Retail
Employment Law
Intellectual Property
Internet & Interactive Entertainment
Media & Entertainment
Middle East
Technology & Media
Travel, Leisure & Hospitality

---

"Working closely with a bilingual team of lawyers, I bring more than 13 years' experience in the Middle East market, powerfully advocating for clients in the region's telecom, technology, media and sports sectors."
— Osama Abu-Dehays

---

**Pillsbury Corporate partner Osama Abu-Dehays is known throughout the Middle East and North Africa for his commercial, technology, media and telecommunications law experience.**

Based in London, Osama represents broadcasters, football leagues and telecom/technology providers. He crafts licensing deals, litigates intellectual property disputes, and advises on regulatory and corporate

© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com

matters. Osama has drafted media and sports regulations, and has advised on numerous high-profile, politically sensitive civil and criminal cases. Before joining Pillsbury, he was a partner with a large UK law firm and worked as chief legal officer at Al Jazeera network and other major media groups.

## REPRESENTATIVE EXPERIENCE

- Advised the UAE's main professional soccer league in licensing its television rights, including the preparation and tender of all sponsorship and licensing rights associated with the league's matches and images.

- Represented Mohammed Zaidan, a top-tier professional soccer player, in his successful $4 million lawsuit against his club.

- Advised on one of the largest technology acquisitions in the Middle East and counseled various funds on Middle Eastern acquisitions in the hospitality, food and beverage, and technology sectors.

- Working on a Broadcasting and Telecommunication law draft for the State of Qatar.

- Reviewing the regulations governing broadcasting and online media in two different jurisdictions.

- Working with a number of telecom providers for the obtaining of mobile content from various sports content providers.

- Advising a number of online media providers on their privacy policy in the Kingdom of Saudi Arabia and the United Arab Emirates.

- Advising a major technology provider on its setup and on regulatory limitations in the Kingdom of Saudi Arabia.

- Carrying out a full due diligence of the current copyright and content policy for more than three Channels in the MENA region.

- Advised on the setting up of Al Jazeera Mobile platform, and preparation of all documentation and policies around this platform in more than 50 jurisdictions in North America, Asia, Africa and Europe.

- Preparing the corporate and holding structure of MBC Group, and later of Al Jazeera Media Network, resulting in a holding structure of over 89 news bureaus, and 20-plus subsidiaries.

- Working on one of the region's largest broadcasting acquisitions, including advising on all corporate matters and management of share structure, financial matrix, and taxation, employment and tender policies.

## PROFESSIONAL HIGHLIGHTS

© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com



Osama Abu-Dehays

- Frequently speaks at conferences and events, including the Symposium on Media Law in India and IBC Legal Leaders Middle East, on media and sports law topics.
- Worked on drafting numerous legislation instruments in the State of Qatar, including the newly enacted "Sports Club Regulation Law," the "Law Regulating Media Activities" and the "Flag and Emblem" regulation.
- Authored "Social Media & the Lawyer – Where to Draw the Line?" an article published in *The Oath* magazine in December 2014.

**Associations**

- International Bar Association
- Young International Arbitration Group
- International Media Committee
- Jordanian Bar Association

## EDUCATION

Postgraduate degree, Intellectual Property Law, World Intellectual Property Organization (WIPO)

LL.B., University of Kent

B. Com., Concordia International University

## ADMISSIONS

Law Society of England & Wales – Registered practicing Foreign Solicitor

Jordanian Bar Association

International Bar Association, 2007

## COURTS

All California District Courts

## CLERKSHIPS



© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com

Osama Abu-Dehays

Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court

## LANGUAGES

Arabic

English

French

© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com



**From:** Sonya Shaykhoun shaykhoun@protonmail.com
**Subject:** Fw: Re: Fw: Greetings from NY
**Date:** April 8, 2021 at 6:08 PM
**To:** Ethan Barton ethan@dcnf.org

Dear Ethan,

Please see another exchange between Luke and me about Osama's fraud. Between my research, Luke's writing to and getting a response from the PR director at Pillsbury (which I will send separately), and what John Hawley (Luke's "Fixer" who held himself out to be subcontracted by TDC, I had no reason to think otherwise) told me about finding all the corruption and confirming with an Egyptian lawyer that Osama's Jordanian law license was a "very good forgery", it is clear that the objective was to write an article about the rampant corruption at Al Jazeera Media Network and Osama's fraud specifically.

I attach the letter I sent to the Managing Partner at Pillsbury in London and the last letter I sent to the SRA outlining just how implausible it is that Osama Abu Dehays could be a Jordanian-licensed lawyer.

I spent a lot of time researching and sharing information with Luke for the Al Jazeera-specific piece. I would not have done so if I knew he would drop the story. There is a story here. I don't understand why he dropped it.

More to follow.

Regards,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, July 13, 2019 10:43 PM, Luke Rosiak <luke@dailycallernewsfoundation.org> wrote:

> Thank you! I will have to send Osama a message for comment if I include the allegation, so yeah, I'll ask him about it, i imagine he'll just lie though.
>
> I agree that once you have your first job based on a fraud, it's easy to keep it going with future jobs. Especially when your supposed eligibility comes from another country. Interesting that the website doesnt say he's passed the British bar, or whatever the equivalent is - nor any others, after all these years. And I have no idea how the California clerkship eligibility would work, nor how to verify it.
>
> Thank you for the inquiries you have done on this, I agree it makes it a much stronger story if we can conclusively show he's a fraud just like Al Jazeera America's GC.
>
> On Sat, Jul 13, 2019, 11:17 AM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>> FYI - I wrote to Yousef. I also have a lot of Jordanian lawyer connections on LinkedIn. I'll get to the bottom of this, come hell or high water.
>>
>> Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Saturday, July 13, 2019 11:15 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>
>>> Dear Yousef,
>>>
>>> How are you? It has been a long time since we spoke. I hope that you are well and things are going well for you.
>>>
>>> I have been thinking about suing Osama Abu Dehays and Al Jazeera for how they left me in Bahrain for 6 months after Osama told the agent to tell me to quit.
>>>
>>> Do you remember that you told me that you went to Jordan to investigate whether Osama was actually a lawyer and you found out that the only Osama Abu Dehays was born in the 1940s - can you share that information with me? It will really help me in my lawsuit.
>>>
>>> Thank you.
>>>
>>> Best regards,
>>> Sonya
>>>
>>> Tel: +1-929-408-4531
>>>
>>> Sent with ProtonMail Secure Email.

Sonya_Shaykhoun_Letter_to_SRA
_re_Osama_Abu_Dehays_July_...
750 KB

Osama_Abu_Dehays_Letter_to_D
_Erni_London_March_8_2020.d...
466 KB

DocuSign Envelope ID: 471D4444-266D-4144-A821-5EFD901E1347

**Law Offices of Sonya Shaykhoun, Esq.**
110 E 25th Street
New York, NY 10010
+1-929-408-4531

28 July 2020

Mrs. Rochelle Lewis
Investigation Officer
Investigation & Supervision
Solicitors Regulatory Authority
The Cube
199 Wharfside Street
Birmingham, B1 1RN
England

Dear Rochelle Lewis:

**Re:  Osama Abu Dehays**

I write in reference to your email to me dated 27 July 2020 (your ref. POL/1288344). This letter serves as a short summary of my several reports to the Solicitors Regulatory Authority ("**SRA**") about Osama Abu Dehays dating from July 2019 and which you may share with him.

Summary:

- My name is Sonya Shaykhoun, Esq. I am a New York-qualified lawyer (2008) who has spent fifteen years living and working in the Arabian Gulf, specifically Bahrain and Qatar. I hold an MA Honours Degree in English Language and Literature from the University of St. Andrews (1995), a BA in Arabic and Law from SOAS, University of London (2000), the Legal Practice Course Certificate from BPP, London (2002), an LL.M. in Corporate and Commercial Law from SOAS (2003) and a second LL.M. in Corruption, Law and Governance offered by the University of Sussex and the Rule of Law and Anti-Corruption Center (ROLACC) in Doha, Qatar (2018). I was moved to pursue my second LL.M. because of all of the corruption I had witnessed and experienced during my Gulf years, which forced me to be ever vigilant and to always ensure that things make sense as if by rote. I have held several senior in-house positions in prestigious multinational and global companies like Orbit (now OSN, the pay satellite TV company) and Charles Russell LLP (now Charles Russell Speechly's) in Bahrain (2004-2011), Al Jazeera Media Network and Qatar Airways in Doha, Qatar (2011-2019);

- I am a highly accomplished lawyer and I live and work by the motto that it takes a lifetime to build one's reputation and a moment to destroy it. I do not write this letter lightly;

DocuSign Envelope ID: 471D4444-266D-4144-A821-5EFD901E1347

- **The subject of this letter is Osama Abu Dehays and the authenticity of Osama's Jordanian law license.** Osama Abu Dehays is a Jordanian national who is currently a partner with Pillsbury Winthrop Shaw Pitman LLP in London, England. Per information available online, Osama is a Registered Foreign Lawyer (SRA ID 519 582) and touts himself as a Jordanian licensed lawyer.[1] I worked with Osama Abu Dehays in the Legal Affairs Department of Al Jazeera Media Network in Doha, Qatar – where Osama was the Director of Legal Affairs – from February 2011 until March 2012. I worked under Osama as a Legal Counsel. I left Al Jazeera in December 2014;

- During the February 2011 – March 2012 period, one of our colleagues, Yousef Al Jaber, a Qatari lawyer (who still works at Al Jazeera), had shared with me that, when Osama Abu Dehays was appointed, he had taken issue with Al Jazeera appointing a non-Qatari national as the Head of Legal Affairs – so much so that he sued Al Jazeera, its Chairman and Osama Abu Dehays personally in the Qatari courts. In preparing his lawsuit, Yousef Al Jaber travelled to Jordan to investigate Osama Abu Dehays' purported Jordanian law license at the Jordanian Bar Association ("**JBA**"). What Yousef Al Jaber discovered and what he told me he presented to the Qatari courts in relation to his case was that Osama Abu Dehays, born in December 1979, is not listed in the roster of lawyers at the JBA (although there is an Osama Abu Dehays born in the 1940s whose name is registered with the JBA) and is consequently not a licensed Jordanian lawyer.

  At the time, I was extremely disturbed by what Yousef Al Jaber told me and considered what to do back then although, ultimately, I concluded there was no one to whom I could report Osama Abu Dehays in Qatar, where credentials fraud is rife (as it is throughout the Gulf), without subjecting myself to potential harm. The Gulf is like the "*Wild West*" and I did not want to expose myself to professional or physical retaliation, which is also rife in the Gulf. Osama Abu Dehays was released from Al Jazeera in March 2012 and the issue fell off my radar although I did know that Osama had gone into private practice in Abu Dhabi, UAE and later reappeared in Doha in 2017 as I physically saw him when he had a meeting at the Contracts Department offices of Qatar Airways, where I was now working;

- In March 2019, I returned to New York City and quit Qatar and the Gulf for good. **The Daily Caller**, an American digital newspaper based, approached me to run a series of articles about Qatar. The second article of the proposed series was meant to be about my "*colourful*" time at the Al Jazeera Media Network. I wanted people to be alive to the dangers of living in the Gulf and what to expect should one venture out there. Part of the story was to be about the mismanagement of resources and the prevalence of fraud, including credentials fraud in the whole company, as well as what Yousef Al Jaber learned about what he found (or more to the point, did not find) at the JBA about Osama Abu Dehays and his alleged Jordanian law license. Luke Rosiak, **The Daily Caller** journalist who was working on the stories, wrote to Pillsbury to query Osama Abu Dehays' Jordanian law license. Luke Rosiak received the following

---

[1] See attached PDF of Osama Abu Dehays' Pillsbury profile page.

DocuSign Envelope ID: 471D4444-266D-4144-A821-5EFD901E1347

information from Matt Hyams, Pillsbury's Director of Public Relations on July 26th, 2019, which Luke shared with me:

*Luke,*

*As requested, I can confirm Osama Abu-Dehays was admitted to the Jordanian Bar Association in 2002 and that his Bar number is 11840. He is also registered with the UK's Solicitors Regulation Authority as a registered foreign lawyer and is a member of the Law Society of England and Wales.*

*Prior to Mr. Abu-Dehays joining our firm, we verified his qualifications through the same vetting protocol used for all of our professionals, which includes an extensive third-party background verification process. In maintaining our internal records, we have also re-verified his memberships with both the Jordanian Bar Association and the Law Society in the years since. In every instance, his credentials have been authenticated. Further, Mr. Abu-Dehays' qualifications have been reviewed by numerous organizations beyond ours— including another global law firm, multiple corporations, and the UK's Solicitors Regulation Authority—all of which have deemed his credentials to be beyond reproach.*

*Your last communication implied that you intend to run an article that questions the bona fides of Mr. Abu-Dehays' credentials. The information we have provided, based on a variety of credible sources and circumstances, strongly suggests that such an article would be unwarranted. We trust that you will take the information we have provided into account to ensure that any report you publish is accurate.*
*--Matt.*

- Although Pillsbury is adamant that Osama's Jordanian law license is legitimate and that *"Mr. Abu-Dehays' qualifications have been reviewed by numerous organizations beyond ours – including another global law firm"*, etc., it seems that all the parties involved in vetting Osama failed to apply the conditions of becoming a Jordanian law to the facts of Osama's education and career, taking the Jordanian law license certificate at face value without applying logic to confirm it all added up. One wonders if anyone actually vetted Osama Abu Dehays at all. Given the fact that Pillsbury is an international law firm that is ranked the 74th highest grossing law firms, one expects a higher standard of rigour and due diligence in vetting its prospective candidates than it exercised with respect to Osama Abu Dehays;

- In August 2019, **The Daily Caller** put me in touch with their private investigator, John Hawley (American national), to verify my claims about Osama and Al Jazeera. I met John Hawley in Manhattan on 10 August 2019 and he confirmed to me that he had procured a copy of Osama Abu Dehays' Jordanian law license certificate and had it evaluated by an expert in Egypt who concluded that the license certificate was *"a very good forgery."* John Hawley told me that he had made considerable headway in researching the Osama/Al Jazeera story and then he and Luke Rosiak went silent without explanation. When I called John Hawley to follow up about the story, John Hawley balked and said they never intended to print the Al Jazeera story and when I pressed him, John made the following

DocuSign Envelope ID: 471D4444-266D-4144-A821-5EFD901E1347

two comments (actually, he barked at me very aggressively, which was an about-face from his previous cordial attitude), which I found very strange indeed: 1) the information he gave me about the expert evaluating Osama's Jordanian law license was "*hearsay*"; and, ii) "*I have to take care of my family.*" I am still wondering what happened to make John Hawley and **The Daily Caller** drop the story like a hotcake, despite the previous confirmation that they had gathered significant information on Al Jazeera story and confirmed that Osama's practicing certificate was a forgery. I am still wondering, rather cynically, what happened to make that Osama/Al Jazeera story go away. I recently learned that Luke Rosiak resigned from **The Daily Caller** as a journalist and, curiously, is now able to sustain himself while writing a book at home;

- There were other non-sequitors on Osama Abu Dehays' Pillsbury profile (now rectified by Pillsbury, but which I will include a copy with this letter).[2] Specifically, before Luke Rosiak corresponded with Matt Hyams of Pillsbury about Osama's Jordanian law license and to fact-check some elements of his legal career, Osama's Pillsbury profile had included several false statements, which I personally researched, verified and proved to be falsehoods. Those two statements are as follows, which I also included in my initial report to the SRA in July 2019:

    o Osama stated that he had undertaken a clerkship with Judge Cynthia Holcomb Hall when she was a judge on the US Tax Court. Judge Holcomb Hall was on the US Tax Court from 1972 to 1981 (Osama was born in 1979 so, either he was born with an LL.B. fully formed like Athena from the head of Zeus such that he could be a law clerk at the age of 2, or he is prevaricating); and,

    o Osama stated that he has access to "*all California District Courts*" despite not being listed on the California State Bar's website as an admitted attorney.

    I called the California State Bar myself in the summer of 2019 and there was no record of Osama Abu Dehays anywhere. Oddly, Matt Hyams asserted that these two insertions in Osama's Pillsbury profile were erroneous, which is hard to believe from an international law firm of Pillsbury's stature where one would think any marketing materials would be checked and double-checked for truth;

- In March 2020, not having heard from the SRA, I wrote to several Pillsbury partners, including the Managing Partner of the London office, Debra Erni, but to no avail. Additionally, I wrote to Edward Flanders of the NY office, David Dekker, the Firm Chair in Washington D.C., and Edward Perron, the Managing Partner of Los Angeles and Hong Kong. I urged them to take their professional responsibility seriously to take this seriously since lives and businesses are at stake. None of them even acknowledged my email;

- I learned early in my education and legal career, which began in Bahrain in 2004, to ask questions and do my own due diligence. In the summer of 2019, I called the JBA to no avail (nobody even picked up the phone). The JBA website does

---

[2] See attached PDF of Osama Abu Dehays' previous Pillsbury profile, saved *circa* Spring 2019.

not have a roster of its lawyers online, which is not hard to believe as the Middle East does not have the same standards of transparency as the Western World has. I went online and also asked the many Jordanian lawyers I know personally from my fifteen years of working and living in the Arabian Gulf to research the steps involved in becoming a Jordanian lawyer.

- **The results of my research (and the case that Osama Abu Dehays has to answer – as well as Pillsbury for missing this essential component of Osama's career) are as follows** (see attached PDFs from the Jordanian Bar Association on *"How to become a lawyer in Jordan"* and *"Membership"* respectively):

  o  To join the Jordanian Bar, one must submit one's education certificates from a university or institute approved by the Ministry of Higher Education. The website does not list which universities are approved or not, nor does it say whether one can or cannot study law in England (or any other non-Arab jurisdication) and then become a lawyer in Jordan. Most Jordanian lawyers with whom I spoke confirmed that one must study law at an Arab university, where Napoleonic law is taught (as opposed to studying law in a Common Law jurisdiction, such as England) but frankly, this is not the main issue. The main issue is whether Osama Abu Dehays could have met the criteria to obtain his Jordanian law license in the first place, in particular the training piece. Incidentally, I wrote to the Registrar at the University of Kent at Canterbury in 2019 to confirm that Osama graduated from Kent and it seems that he did complete his studies there;

  o  **Mandatory legal training in Jordan.** To obtain the Jordanian law license, the law graduate must first undertake a training period of two years (one year in the case of LL.M. graduates) from the date of the Bar's decision to register the applicant as a trainee lawyer.[3] The training must be under the supervision of an authorized Jordanian lawyer.[4] Legal training in Jordan involves, including but not limited to:

    ▪ extensive litigation practice in Jordanian courts[5];

    ▪ regular reports on the trainee to the Bar by the supervising lawyer[6];

    ▪ the trainee lawyer attending training lectures[7] during the two-year training period;

    ▪ the trainee lawyer writing a thesis[8] that must be defended before a panel of three experts in the subject of the thesis[9]; and

---

[3] See point 8 in the attached "How to become a lawyer in Jordan" PDF – note that Google translated the original page from Arabic to English and the formatting is still the Arabic right to left.
[4] See point 9.
[5] See point 10 (B).
[6] See point 14(D)
[7] See point 17.
[8] See point 19
[9] See point 20(A).

DocuSign Envelope ID: 471D4444-266D-4144-A821-5EFD901E1347

- the trainee lawyer has to write and pass a bar exam.[10]

There are no possible exemptions to the mandatory legal training period in Jordan, besides the one applicable to LL.M. holders (i.e., one year of practical training in a Jordanian law firm instead of two years). Clearly, the legal training has to be in Jordan, is very rigorous by all accounts and is very stringent. According to my extensive research, it is not possible to pursue a Jordanian law license in another country, even if it is an Arab country, as a secondee, for example. It is widely reported that training takes on average two and half years and that membership to the JBA is only open to Jordanian nationals[11];

Conclusion:

- The background and facts that I have set out in this letter should now have illustrated that there are serious flaws in Osama Abu Dehays' purported Jordanian law license. There are two missing links in Osama Abu Dehays' profile, which are intertwined. That is, the year Osama supposedly earned his Jordanian law license, which, according to Matt Hyam's 26 July 2019 correspondence, was 2002, is the same year that Osama's LinkedIn profile asserts that Osama graduated from the University of Kent at Canterbury, England;

- This begs the following questions, which Osama Abu Dehays must be compelled to answer and which must be verified by the JBA:

  o With which Jordanian law firm did Osama Abu Dehays undertake his mandatory two-year legal training in Jordan?;

  o When did Osama Abu Dehays undertake in mandatory two-year legal training in Jordan?

  o What are the exact dates of his training contract?

  o Who was his supervisor?;

  o What was the topic of his thesis?;

  o Which experts heard the defense of his thesis?; and

  o What is Osama's explanation for the fact that he both graduated from the University of Kent at Canterbury and obtained his Jordanian law license despite the fact that he did not meet any of the requirements to obtain membership to the JBA?

Conclusion:

- One does not even need to see the purported Jordanian law license certificate (except to prove fraud) because the facts speak for themselves. The training and

---

[10] See point 21.
[11] See point 2.

membership rules of the JBA are clear: **it is impossible to become a Jordanian lawyer without doing the mandatory legal training in Jordan under the supervision of a Jordanian lawyer and meeting the extensive criteria set out in the Jordanian Bar Association rules.** Applying the JBA criteria to the present case, there is no possible way that Osama Abu Dehays could have obtained his Jordanian law license in 2002 given that Osama Abu Dehays graduated from the University of Kent in June 2002 and went directly to Dubai, UAE to take up his post at MBC. There simply was not enough time to obtain his Jordanian law license in the remainder of 2002, after graduation from Kent;

- Therefore, there is a case to answer in respect of Osama Abu Dehays' Jordanian law license as, on the facts available online about his career history and the JBA rules, it would be impossible for Osama Abu Dehays to have a Jordanian law license since he apparently never undertook the mandatory training in Jordan (see his LinkedIn profile, which chronicles his move from Kent to Dubai in 2002 – there is no mention of time spent in a Jordanian law firm. Before Kent, Osama was in Canada at Concordia University – so when did he do his training in Jordan? It seems, never.) Given the big question mark over Osama's Jordanian law license, it follows that his registration with the Law Society of England and Wales and the SRA are fraudulent and should be voided (wouldn't that attract criminal sanctions as well?);

- I have pondered this subject at length. Is this the product of "*bakseesh*"[12] (which is also rampant throughout the Middle East)? Is this a case of taking advantage of the language and cultural differences between England and the Middle East? It would be advisable for the SRA to liaise directly with the Jordanian Bar Association in the first instance with neutral parties to ascertain the truth. Better yet, and to ensure no outside and/or undue interference, the SRA should consider hiring a heavy hitting international law firm (and perhaps even engage the Royal Hashemite Court) to get to the bottom of how Osama Abu Dehays got a Jordanian law license without ostensibly stepping foot in a Jordanian law firm to meet the JBA requirements for membership. The SRA would also be wise to question Mr. Yousef Al Jaber, Senior Legal Counsel at Al Jazeera Media Network, about the details surrounding what he discovered about Osama Abu Dehays' registration (or lack thereof) with the JBA. These aforementioned and more need to be asked of and answered by Osama and Pillsbury for that matter.

I sincerely hope that the SRA takes this matter seriously. As a licensed lawyer, I take professional integrity and ethics extremely seriously. I worked long and hard to become a lawyer – we all did - and all lawyers are guardians of the profession. The Rule of Law depends on shedding light on all the dark corners of our universe to ensure adherence to the laws, especially among the ranks of lawyer who worked hard to earn their respective degrees and law licenses.

---

[12] Merriam-Webster online dictionary defines the meaning of "*bakseesh*" as "*payment (such as a tip or bribe) to expedite service.*" https://www.merriam-webster.com/dictionary/baksheesh

DocuSign Envelope ID: 471D4444-266D-4144-A821-5EFD901E1347

Please let me know should you have questions or need further information. Until then, I remain at your disposal.

Thank you.

Regards,

DocuSigned by:

*Sonya Shaykhoun*

7FB368C017824FD...

Sonya Shaykhoun, Esq.

Encl.    How to become a lawyer in Jordan PDF
         Membership in the JBA PDF
         Osama Abu Dehays' Pilsbury Profile PDF
         Osama Abu Dehays' LinkedIn Profile

**From:** Sonya Shaykhoun shaykhoun@protonmail.com  🖉
**Subject:** Fw: Final Issues List
**Date:** April 8, 2021 at 6:21 PM
**To:** Ethan Barton ethan@dcnf.org

Please see attached - again, why would I share so much information with Luke about the corruption at Al Jazeera if there were no promise of a second article.  It was clear that was what we were working towards.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, August 7, 2019 11:43 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Hi Luke,

I found a more developed issues list.

Apparently, Google won't retrieve hacked emails without a court order and it's very cumbersome.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

**AJMN LEGAL ISSUES 2 JULY final-3.docx**
34 KB

## Re: Request to remove news story

From    Ethan Barton <ethan@dcnf.org>

To    shaykhoun@protonmail.com

Date    Wednesday, April 7th, 2021 at 4:46 PM

I'm tied up at 12 tomorrow, but how about 1 pm EST?

On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Hi Ethan,

I appreciate the response. I can speak both Thursday and Friday. Are you free tomorrow (Thursday) around noon?

Let me know.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I was sent your request to remove a story about you by Luke Rosiak.

I'd be happy to speak with you over the phone about this. Do you have any availability tomorrow or Friday?

Best,

Ethan

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

## Re: Request to remove news story

From    Ethan Barton <ethan@dcnf.org>

To      shaykhoun@protonmail.com

Date    Wednesday, April 7th, 2021 at 5:16 PM

Okay, sounds good. I'll call you then. Thanks.


On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Hi,

Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up pretty much all day until 1 tomorrow.

Friday I have some availability from between about 9:45 and 10:30 and again from about 12-4.


On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Can we do it earlier as I have something at 1pm. Otherwise Friday morning works, also.

Let me know.

Thanks and best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up at 12 tomorrow, but how about 1 pm EST?

On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Hi Ethan,

I appreciate the response. I can speak both Thursday and Friday. Are you free tomorrow (Thursday) around noon?

Let me know.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I was sent your request to remove a story about you by Luke Rosiak.

I'd be happy to speak with you over the phone about this. Do you have any availability tomorrow or Friday?

Best,

Ethan

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

## Re: Request to remove news story

From    Ethan Barton <ethan@dcnf.org>

To      shaykhoun@protonmail.com

Date    Wednesday, April 7th, 2021 at 5:11 PM

I'm tied up pretty much all day until 1 tomorrow.

Friday I have some availability from between about 9:45 and 10:30 and again from about 12-4.

On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
  Can we do it earlier as I have something at 1pm. Otherwise Friday morning works, also.

  Let me know.

  Thanks and best,
  Sonya

  Tel: +1-929-408-4531

  Sent with ProtonMail Secure Email.

  ------- Original Message -------
  On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:

    I'm tied up at 12 tomorrow, but how about 1 pm EST?

    On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
      Hi Ethan,

      I appreciate the response. I can speak both Thursday and Friday. Are you free tomorrow (Thursday)
      around noon?

      Let me know.

      Best,
      Sonya

      Tel: +1-929-408-4531

      Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I was sent your request to remove a story about you by Luke Rosiak.

I'd be happy to speak with you over the phone about this. Do you have any availability tomorrow or Friday?

Best,

Ethan

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

## Re: Request to remove news story

From    Ethan Barton <ethan@dcnf.org>

To      shaykhoun@protonmail.com

Date    Friday, April 9th, 2021 at 2:05 PM

Hi Sonya,

Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan

On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time when I was discussing the Qatar article with Luke to find evidence of my/our respective understanding of the framework of the articles about my time in Qatar, with specific reference to the Al Jazeera article that never materialized and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Great, looking forward.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org> wrote:

Okay, sounds good. I'll call you then. Thanks.

On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Hi,

Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up pretty much all day until 1 tomorrow.

Friday I have some availability from between about 9:45 and 10:30 and again from about 12-4.

On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Can we do it earlier as I have something at 1pm. Otherwise Friday morning works, also.

Let me know.

Thanks and best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up at 12 tomorrow, but how about 1 pm EST?

On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi Ethan,

I appreciate the response. I can speak both Thursday and Friday. Are you free tomorrow (Thursday) around noon?

Let me know.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I was sent your request to remove a story about you by Luke Rosiak.

I'd be happy to speak with you over the phone about this. Do you have any availability tomorrow or Friday?

Best,

Ethan

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation

**Re: Request to remove news story**

From    Ethan Barton <ethan@dcnf.org>

To      shaykhoun@protonmail.com

Date    Friday, April 9th, 2021 at 3:51 PM

Hi Sonya,

Since you threatened legal action, I need to discuss with our counsel before communicating further.

Ethan

On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

Can you please remove my name from the story? Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face. My consent was given on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have not pre-approved before publication?? That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can

not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train that TDC cannot stop.

You are wrong and I will prove it. And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that would be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan


On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Ethan,

Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time when I was discussing the Qatar article with Luke to find evidence of my/our respective understanding of the framework of the articles about my time in Qatar, with specific reference to the Al Jazeera article that never materialized and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Great, looking forward.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org> wrote:

Okay, sounds good. I'll call you then. Thanks.


On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi,

Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up pretty much all day until 1 tomorrow.

Friday I have some availability from between about 9:45 and 10:30 and again from about 12-4.


On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Can we do it earlier as I have something at 1pm. Otherwise Friday morning works, also.

Let me know.

Thanks and best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:

> I'm tied up at 12 tomorrow, but how about 1 pm EST?
>
>
>
> On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com>
> wrote:
>> Hi Ethan,
>>
>> I appreciate the response. I can speak both Thursday and Friday. Are you free
>> tomorrow (Thursday) around noon?
>>
>> Let me know.
>>
>> Best,
>> Sonya
>>
>> Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org> wrote:
>>
>>> Hi Sonya,
>>>
>>> I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I was
>>> sent your request to remove a story about you by Luke Rosiak.
>>>
>>> I'd be happy to speak with you over the phone about this. Do you have any
>>> availability tomorrow or Friday?
>>>
>>> Best,
>>>
>>> Ethan

## Re: Request to remove news story

From    shaykhoun@protonmail.com <shaykhoun@protonmail.com>

To      Ethan Barton<ethan@dcnf.org>

Date    Friday, April 9th, 2021 at 6:23 PM

Thank you. I just need to add language that you will take it down ASAP. Also, shouldn't we both sign this?

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 6:09 PM, Ethan Barton <ethan@dcnf.org> wrote:

> Because you have alluded to legal action regarding the article about you on Daily Caller News Foundation, we asked our general counsel to review your case. We are confident that there is no legal liability on our end. You voluntarily participated in the article and we all agree that the story regarding you was based on your on the record first hand accounts. However, we do not want to be the source of problems in your life and are open to taking down the article based on your request. Our concern is due to your legal allegations, we do not want our taking down the article to be viewed by anyone or alleged by you in the future to be the result of any perceived legal vulnerability on our end. No vulnerability exists. To the extent we take down the work it is just to satisfy your request to remove public mention of this chapter in your life despite the fact that you voluntarily provided it. To this extent, if you can send us the following statement signed and dated by you, we will agree to take down the article.
>
> I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.
>
> Signed: _____
>           Sonya Shaykhoun
>
> Date: _____

On Fri, Apr 9, 2021 at 4:00 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Noted.

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 3:51 PM, Ethan Barton <ethan@dcnf.org> wrote:
Hi Sonya,

Since you threatened legal action, I need to discuss with our counsel before communicating further.

Ethan

On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Ethan,

Can you please remove my name from the story?  Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face.  My consent was given

on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have not pre-approved before publication?? That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/ refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train that TDC cannot stop.

You are wrong and I will prove it. And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that

an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan


On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
> Ethan,
>
> Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time when I was discussing the Qatar article with Luke to find evidence of my/our respective understanding of the framework of the articles about my time in Qatar, with specific reference to the Al Jazeera article that never materialized and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

> Great, looking forward.
>
> Tel: +1-929-408-4531
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org> wrote:
>
>> Okay, sounds good. I'll call you then. Thanks.
>>
>>
>> On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>> Hi,
>>>
>>> Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.
>>>
>>> Best,
>>> Sonya
>>>
>>> Tel: +1-929-408-4531
>>>
>>> Sent with ProtonMail Secure Email.
>>>
>>> ------- Original Message -------
>>> On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up pretty much all day until 1 tomorrow.

Friday I have some availability from between about 9:45 and 10:30 and again from about 12-4.

On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

> Can we do it earlier as I have something at 1pm.  Otherwise Friday morning works, also.
>
> Let me know.
>
> Thanks and best,
> Sonya
>
> Tel: +1-929-408-4531
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:
>
>> I'm tied up at 12 tomorrow, but how about 1 pm EST?
>>
>> On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>
>>> Hi Ethan,
>>>
>>> I appreciate the response. I can speak both Thursday and Friday. Are you free tomorrow (Thursday) around noon?
>>>
>>> Let me know.
>>>
>>> Best,
>>> Sonya
>>>
>>> Tel: +1-929-408-4531
>>>
>>> Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I was sent your request to remove a story about you by Luke Rosiak.

I'd be happy to speak with you over the phone about this. Do you have any availability tomorrow or Friday?

Best,

Ethan

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton

## Re: Request to remove news story

From    Ethan Barton <ethan@dcnf.org>

To    shaykhoun@protonmail.com

Date    Friday, April 9th, 2021 at 6:28 PM

I'll need to check with our counsel to approve the language change, but I'm prepared to take it down as soon as it's returned signed.

On Fri, Apr 9, 2021 at 6:23 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Thank you. I just need to add language that you will take it down ASAP. Also, shouldn't we both sign this?

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 6:09 PM, Ethan Barton <ethan@dcnf.org> wrote:

Because you have alluded to legal action regarding the article about you on Daily Caller News Foundation, we asked our general counsel to review your case. We are confident that there is no legal liability on our end. You voluntarily participated in the article and we all agree that the story regarding you was based on your on the record first hand accounts. However, we do not want to be the source of problems in your life and are open to taking down the article based on your request. Our concern is due to your legal allegations, we do not want our taking down the article to be viewed by anyone or alleged by you in the future to be the result of any perceived legal vulnerability on our end. No vulnerability exists. To the extent we take down the work it is just to satisfy your request to remove public mention of this chapter in your life despite the fact that you voluntarily provided it. To this extent, if you can send us the following statement signed and dated by you, we will agree to take down the article.

I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.

Signed: _____
Sonya Shaykhoun

Date: _____

On Fri, Apr 9, 2021 at 4:00 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Noted.

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 3:51 PM, Ethan Barton <ethan@dcnf.org> wrote:
Hi Sonya,

Since you threatened legal action, I need to discuss with our counsel before communicating further.

Ethan

On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Ethan,

Can you please remove my name from the story? Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a

book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face. My consent was given on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have not pre-approved before publication?? That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train that TDC cannot stop.

You are wrong and I will prove it. And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya



Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan

On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Ethan,

Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time when I was discussing the Qatar article with Luke to find evidence of my/our respective understanding of the framework of the articles about my time in Qatar, with specific reference to the Al Jazeera article that never materialized and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Great, looking forward.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org> wrote:

Okay, sounds good. I'll call you then. Thanks.

On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi,

Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.

Best,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up pretty much all day until 1 tomorrow.

Friday I have some availability from between about 9:45 and 10:30 and again from about 12-4.

On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Can we do it earlier as I have something at 1pm. Otherwise Friday morning works, also.

Let me know.

Thanks and best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up at 12 tomorrow, but how about 1 pm EST?

On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Hi Ethan,

I appreciate the response. I can speak both Thursday and Friday. Are you free tomorrow (Thursday) around noon?

Let me know.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I was sent your request to remove a story about you by Luke Rosiak.

I'd be happy to speak with you over the phone about this. Do you have any availability tomorrow or Friday?

Best,

Ethan

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--

## Re: Request to remove news story

From    shaykhoun@protonmail.com <shaykhoun@protonmail.com>

To      Ethan Barton<ethan@dcnf.org>

Date    Friday, April 9th, 2021 at 6:32 PM

Let me send you a draft of what I propose. Just 5 minutes.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 6:28 PM, Ethan Barton <ethan@dcnf.org> wrote:

> I'll need to check with our counsel to approve the language change, but I'm prepared to take it down as soon as it's returned signed.
>
> On Fri, Apr 9, 2021 at 6:23 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>> Thank you. I just need to add language that you will take it down ASAP. Also, shouldn't we both sign this?
>>
>> Tel: +1-929-408-4531
>>
>>
>> Sent from ProtonMail Mobile
>>
>>
>> On Fri, Apr 9, 2021 at 6:09 PM, Ethan Barton <ethan@dcnf.org> wrote:
>>> Because you have alluded to legal action regarding the article about you on Daily Caller News Foundation, we asked our general counsel to review your case. We are confident that there is no legal liability on our end. You voluntarily participated in the article and we all agree that the story regarding you was based on your on the record first hand accounts. However, we do not want to be the source of problems in your life and are open to taking down the article based on your request. Our concern is due to your legal allegations, we do not want our taking down the article to be viewed by anyone or alleged by you in the future to be the result of any perceived legal vulnerability on our end. No vulnerability exists. To the extent we take down the work it is just to satisfy your request to remove public mention of this chapter in your life despite the fact that you voluntarily provided it. To this extent, if you can send us the following statement signed and dated by you, we will agree to take down the article.

I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.

Signed: _____
       Sonya Shaykhoun

Date: _____

On Fri, Apr 9, 2021 at 4:00 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Noted.

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 3:51 PM, Ethan Barton <ethan@dcnf.org> wrote:
Hi Sonya,

Since you threatened legal action, I need to discuss with our counsel before communicating further.

Ethan

On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

Can you please remove my name from the story? Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face. My consent was given on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have not pre-approved before publication?? That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train

that TDC cannot stop.

You are wrong and I will prove it.  And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan

On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time when I was discussing the Qatar article with Luke to find evidence of my/our respective understanding of the framework of the articles about my time in Qatar, with specific reference to the Al Jazeera article that never materialized and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun
<shaykhoun@protonmail.com> wrote:

Great, looking forward.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org> wrote:

Okay, sounds good. I'll call you then. Thanks.


On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun
<shaykhoun@protonmail.com> wrote:
Hi,

Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org>
wrote:

I'm tied up pretty much all day until 1 tomorrow.

Friday I have some availability from between about 9:45 and 10:30 and
again from about 12-4.


On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun
<shaykhoun@protonmail.com> wrote:
Can we do it earlier as I have something at 1pm.  Otherwise Friday
morning works, also.

Let me know.

Thanks and best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:

> I'm tied up at 12 tomorrow, but how about 1 pm EST?
>
>
> On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>> Hi Ethan,
>>
>> I appreciate the response. I can speak both Thursday and Friday. Are you free tomorrow (Thursday) around noon?
>>
>> Let me know.
>>
>> Best,
>> Sonya
>>
>> Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org> wrote:
>>> Hi Sonya,
>>>
>>> I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I was sent your request to remove a story about you by Luke Rosiak.
>>>
>>> I'd be happy to speak with you over the phone about this. Do

# Re: Request to remove news story

From    Ethan Barton <ethan@dcnf.org>

To      shaykhoun@protonmail.com

Date    Friday, April 9th, 2021 at 7:01 PM

See attached.


On Fri, Apr 9, 2021 at 6:47 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
 If you are OK with this, please sign it and send it back to me and I'll do the same.

 Thanks and best,
 Sonya

 Tel: +1-929-408-4531

 Sent with ProtonMail Secure Email.

 ------- Original Message -------
 On Friday, April 9, 2021 6:32 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

   Let me send you a draft of what I propose. Just 5 minutes.

   Best,
   Sonya

   Tel: +1-929-408-4531

   Sent with ProtonMail Secure Email.

   ------- Original Message -------
   On Friday, April 9, 2021 6:28 PM, Ethan Barton <ethan@dcnf.org> wrote:

     I'll need to check with our counsel to approve the language change, but I'm prepared to take it down
     as soon as it's returned signed.

     On Fri, Apr 9, 2021 at 6:23 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
       Thank you. I just need to add language that you will take it down ASAP. Also, shouldn't we both
       sign this?

       Tel: +1-929-408-4531


       Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 6:09 PM, Ethan Barton <ethan@dcnf.org> wrote:

Because you have alluded to legal action regarding the article about you on Daily Caller News Foundation, we asked our general counsel to review your case. We are confident that there is no legal liability on our end. You voluntarily participated in the article and we all agree that the story regarding you was based on your on the record first hand accounts. However, we do not want to be the source of problems in your life and are open to taking down the article based on your request. Our concern is due to your legal allegations, we do not want our taking down the article to be viewed by anyone or alleged by you in the future to be the result of any perceived legal vulnerability on our end. No vulnerability exists. To the extent we take down the work it is just to satisfy your request to remove public mention of this chapter in your life despite the fact that you voluntarily provided it. To this extent, if you can send us the following statement signed and dated by you, we will agree to take down the article.

I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.

Signed: _____
Sonya Shaykhoun

Date: _____

On Fri, Apr 9, 2021 at 4:00 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Noted.

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 3:51 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Since you threatened legal action, I need to discuss with our counsel before communicating further.

Ethan

On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

Can you please remove my name from the story? Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face. My consent was given on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have