not pre-approved before publication?? That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train that TDC cannot stop.

You are wrong and I will prove it. And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:


Hi Sonya,

Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our

decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan

On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com>
wrote:

Ethan,

Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time
when I was discussing the Qatar article with Luke to find evidence of my/our
respective understanding of the framework of the articles about my time in
Qatar, with specific reference to the Al Jazeera article that never materialized
and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun
<shaykhoun@protonmail.com> wrote:

Great, looking forward.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org>
wrote:

Okay, sounds good. I'll call you then. Thanks.

On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun
<shaykhoun@protonmail.com> wrote:

Hi,

Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org>
wrote:

> I'm tied up pretty much all day until 1 tomorrow.
>
> Friday I have some availability from between about 9:45 and 10:30
> and again from about 12-4.
>
>
>
> On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun
> <shaykhoun@protonmail.com> wrote:
>
>> Can we do it earlier as I have something at 1pm. Otherwise Friday
>> morning works, also.
>>
>> Let me know.
>>
>> Thanks and best,
>> Sonya
>>
>> Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Wednesday, April 7, 2021 4:46 PM, Ethan Barton
>> <ethan@dcnf.org> wrote:
>>
>>> I'm tied up at 12 tomorrow, but how about 1 pm EST?
>>>
>>>
>>>
>>> On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun
>>> <shaykhoun@protonmail.com> wrote:
>>>
>>>> Hi Ethan,
>>>>
>>>> I appreciate the response. I can speak both Thursday and
>>>> Friday. Are you free tomorrow (Thursday) around noon?

From: Sonya Shaykhoun <shaykhoun@protonmail.com>
Subject: Fully Executed Take-Down Agreement
Date: April 9, 2021 at 7:06:59 PM EDT
To: Ethan Barton <ethan@dcnf.org>

Dear Ethan,

Thank you for agreeing to take down the article about my time in Qatar. This feels like a new lease on life.

Please find attached the fully executed Take Down Agreement. Let me know when you have taken it down.

Thank you.

Kind regards,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

**Take-Down Agreement**

On this April 9th, 2021, the parties agree as follows:

I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. The resulting article entitled *"Lambhorginis, Burkas, Sex Party Invites And 'ChopChop Square': A New York Lawyer's 15 Years in the Middle East"* was published on August 3rd, 2019 in The Daily Caller online (the "Article"). My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the Article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the Article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.

I, Ethan Barton, Editor-In-Chief of The Daily Caller New Foundation hereby agree to remove the Article and any reference to the Article or Sonya Shaykhoun in The Daily Caller immediately upon signature and countersignature of this Take-Down Agreement.

Signed:

*Sonya Shaykhoun*
— DocuSigned by:
— 7FB368C017824FD...

Sonya Shaykhoun, Esq.

Signed:

*EBarton*

Ethan Barton,
Editor-In-Chief,
The Daily Caller News Foundation

Date: _____4/9/2021_____

Date: **4/9/2021**

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

## Re: Request to remove news story

From    Ethan Barton <ethan@dcnf.org>

To      shaykhoun@protonmail.com

Date    Friday, April 9th, 2021 at 3:51 PM

Hi Sonya,

Since you threatened legal action, I need to discuss with our counsel before communicating further.

Ethan


On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

Can you please remove my name from the story? Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face. My consent was given on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have not pre-approved before publication?? That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can

not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train that TDC cannot stop.

You are wrong and I will prove it. And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya



Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:

> Hi Sonya,
>
> Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.
>
> You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan


On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Ethan,

Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time when I was discussing the Qatar article with Luke to find evidence of my/our respective understanding of the framework of the articles about my time in Qatar, with specific reference to the Al Jazeera article that never materialized and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Great, looking forward.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org> wrote:

Okay, sounds good. I'll call you then. Thanks.

On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi,

Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up pretty much all day until 1 tomorrow.

Friday I have some availability from between about 9:45 and 10:30 and again from about 12-4.

On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Can we do it earlier as I have something at 1pm. Otherwise Friday morning works, also.

Let me know.

Thanks and best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up at 12 tomorrow, but how about 1 pm EST?

On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi Ethan,

I appreciate the response. I can speak both Thursday and Friday. Are you free tomorrow (Thursday) around noon?

Let me know.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I was sent your request to remove a story about you by Luke Rosiak.

I'd be happy to speak with you over the phone about this. Do you have any availability tomorrow or Friday?

Best,

Ethan

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

# Re: Request to remove news story

From    Ethan Barton <ethan@dcnf.org>

To      shaykhoun@protonmail.com

Date    Friday, April 9th, 2021 at 6:09 PM

Because you have alluded to legal action regarding the article about you on Daily Caller News Foundation, we asked our general counsel to review your case. We are confident that there is no legal liability on our end. You voluntarily participated in the article and we all agree that the story regarding you was based on your on the record first hand accounts. However, we do not want to be the source of problems in your life and are open to taking down the article based on your request. Our concern is due to your legal allegations, we do not want our taking down the article to be viewed by anyone or alleged by you in the future to be the result of any perceived legal vulnerability on our end. No vulnerability exists. To the extent we take down the work it is just to satisfy your request to remove public mention of this chapter in your life despite the fact that you voluntarily provided it. To this extent, if you can send us the following statement signed and dated by you, we will agree to take down the article.

I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.

Signed: _____
Sonya Shaykhoun

Date: _____

On Fri, Apr 9, 2021 at 4:00 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
  Noted.

  Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 3:51 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Since you threatened legal action, I need to discuss with our counsel before communicating further.

Ethan

On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

Can you please remove my name from the story? Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face. My consent was given on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have not pre-approved before publication?? That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train that TDC cannot stop.

You are wrong and I will prove it. And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

-------- Original Message --------
On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-

accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan


On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Ethan,

Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time when I was discussing the Qatar article with Luke to find evidence of my/our respective understanding of the framework of the articles about my time in Qatar, with specific reference to the Al Jazeera article that never materialized and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Great, looking forward.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org> wrote:

Okay, sounds good. I'll call you then. Thanks.


On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Hi,

Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up pretty much all day until 1 tomorrow.

Friday I have some availability from between about 9:45 and 10:30 and again from about 12-4.


On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Can we do it earlier as I have something at 1pm. Otherwise Friday morning works, also.

Let me know.

Thanks and best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:

> I'm tied up at 12 tomorrow, but how about 1 pm EST?
>
>
>
> On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun
> <shaykhoun@protonmail.com> wrote:
>
>> Hi Ethan,
>>
>> I appreciate the response. I can speak both Thursday and Friday. Are you
>> free tomorrow (Thursday) around noon?
>>
>> Let me know.
>>
>> Best,
>> Sonya
>>
>> Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org>
>> wrote:
>>
>>> Hi Sonya,
>>>
>>> I'm Ethan Barton, editor-in-chief of the Daily Caller News Foundation. I
>>> was sent your request to remove a story about you by Luke Rosiak.
>>>
>>> I'd be happy to speak with you over the phone about this. Do you have
>>> any availability tomorrow or Friday?

Best,

Ethan

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

## Re: Request to remove news story

From    shaykhoun@protonmail.com <shaykhoun@protonmail.com>

To      Ethan Barton<ethan@dcnf.org>

Date    Friday, April 9th, 2021 at 6:23 PM

Thank you. I just need to add language that you will take it down ASAP. Also, shouldn't we both sign this?

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 6:09 PM, Ethan Barton <ethan@dcnf.org> wrote:

> Because you have alluded to legal action regarding the article about you on Daily Caller News Foundation, we asked our general counsel to review your case. We are confident that there is no legal liability on our end. You voluntarily participated in the article and we all agree that the story regarding you was based on your on the record first hand accounts. However, we do not want to be the source of problems in your life and are open to taking down the article based on your request. Our concern is due to your legal allegations, we do not want our taking down the article to be viewed by anyone or alleged by you in the future to be the result of any perceived legal vulnerability on our end. No vulnerability exists. To the extent we take down the work it is just to satisfy your request to remove public mention of this chapter in your life despite the fact that you voluntarily provided it. To this extent, if you can send us the following statement signed and dated by you, we will agree to take down the article.
>
> I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.
>
> Signed: _____
>
>              Sonya Shaykhoun
>
> Date:  _____

On Fri, Apr 9, 2021 at 4:00 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
  Noted.

  Tel: +1-929-408-4531

  Sent from ProtonMail Mobile

  On Fri, Apr 9, 2021 at 3:51 PM, Ethan Barton <ethan@dcnf.org> wrote:
    Hi Sonya,

    Since you threatened legal action, I need to discuss with our counsel before communicating further.

    Ethan

    On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
      Ethan,

      Can you please remove my name from the story?  Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

      Sonya

      Tel: +1-929-408-4531

      Sent with ProtonMail Secure Email.

      ------- Original Message -------
      On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

        Ethan,

        I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

        I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face.  My consent was given

on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have not pre-approved before publication?? That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/ refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train that TDC cannot stop.

You are wrong and I will prove it.  And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya



Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:

> Hi Sonya,
>
> Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that

an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan


On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Ethan,

Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time when I was discussing the Qatar article with Luke to find evidence of my/our respective understanding of the framework of the articles about my time in Qatar, with specific reference to the Al Jazeera article that never materialized and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

> Great, looking forward.
>
> Tel: +1-929-408-4531
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org> wrote:
>
>> Okay, sounds good. I'll call you then. Thanks.
>>
>>
>> On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>> Hi,
>>>
>>> Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.
>>>
>>> Best,
>>> Sonya
>>>
>>> Tel: +1-929-408-4531
>>>
>>> Sent with ProtonMail Secure Email.
>>>
>>> ------- Original Message -------
>>> On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up pretty much all day until 1 tomorrow.

Friday I have some availability from between about 9:45 and 10:30 and again from about 12-4.

On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Can we do it earlier as I have something at 1pm.  Otherwise Friday morning works, also.

Let me know.

Thanks and best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:

I'm tied up at 12 tomorrow, but how about 1 pm EST?

On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Hi Ethan,

I appreciate the response. I can speak both Thursday and Friday. Are you free tomorrow (Thursday) around noon?

Let me know.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:15 PM, Ethan Barton <ethan@dcnf.org>
wrote:

Hi Sonya,

I'm Ethan Barton, editor-in-chief of the Daily Caller News
Foundation. I was sent your request to remove a story about you by
Luke Rosiak.

I'd be happy to speak with you over the phone about this. Do you
have any availability tomorrow or Friday?

Best,

Ethan

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--
Ethan Barton

Editor-In-Chief
Daily Caller News Foundation
410-829-1738


--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738


--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738


--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

## Re: Request to remove news story

From    Ethan Barton <ethan@dcnf.org>

To    shaykhoun@protonmail.com

Date    Friday, April 9th, 2021 at 6:28 PM

I'll need to check with our counsel to approve the language change, but I'm prepared to take it down as soon as it's returned signed.

On Fri, Apr 9, 2021 at 6:23 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Thank you. I just need to add language that you will take it down ASAP. Also, shouldn't we both sign this?

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 6:09 PM, Ethan Barton <ethan@dcnf.org> wrote:

Because you have alluded to legal action regarding the article about you on Daily Caller News Foundation, we asked our general counsel to review your case. We are confident that there is no legal liability on our end. You voluntarily participated in the article and we all agree that the story regarding you was based on your on the record first hand accounts. However, we do not want to be the source of problems in your life and are open to taking down the article based on your request. Our concern is due to your legal allegations, we do not want our taking down the article to be viewed by anyone or alleged by you in the future to be the result of any perceived legal vulnerability on our end. No vulnerability exists. To the extent we take down the work it is just to satisfy your request to remove public mention of this chapter in your life despite the fact that you voluntarily provided it. To this extent, if you can send us the following statement signed and dated by you, we will agree to take down the article.

I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.

Signed: _____
Sonya Shaykhoun

Date: _____

On Fri, Apr 9, 2021 at 4:00 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Noted.

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 3:51 PM, Ethan Barton <ethan@dcnf.org> wrote:
Hi Sonya,

Since you threatened legal action, I need to discuss with our counsel before communicating further.

Ethan

On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Ethan,

Can you please remove my name from the story? Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a

book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face. My consent was given on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have not pre-approved before publication?? That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train that TDC cannot stop.

You are wrong and I will prove it. And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan

On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Ethan,

Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time when I was discussing the Qatar article with Luke to find evidence of my/our respective understanding of the framework of the articles about my time in Qatar, with specific reference to the Al Jazeera article that never materialized and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Great, looking forward.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org> wrote:

Okay, sounds good. I'll call you then. Thanks.


On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Hi,

Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.

Best,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org> wrote:

> I'm tied up pretty much all day until 1 tomorrow.
>
> Friday I have some availability from between about 9:45 and 10:30 and again from about 12-4.
>
>
>
> On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>> Can we do it earlier as I have something at 1pm. Otherwise Friday morning works, also.
>>
>> Let me know.
>>
>> Thanks and best,
>> Sonya
>>
>> Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org> wrote:
>>
>>> I'm tied up at 12 tomorrow, but how about 1 pm EST?
>>>
>>>
>>>
>>> On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>>> Hi Ethan,
>>>>
>>>> I appreciate the response. I can speak both Thursday and Friday. Are you free tomorrow (Thursday) around noon?

Let me know.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:15 PM, Ethan Barton
<ethan@dcnf.org> wrote:

> Hi Sonya,
>
> I'm Ethan Barton, editor-in-chief of the Daily Caller News
> Foundation. I was sent your request to remove a story about you
> by Luke Rosiak.
>
> I'd be happy to speak with you over the phone about this. Do you
> have any availability tomorrow or Friday?
>
> Best,
>
> Ethan
>
> --
> Ethan Barton
> Editor-In-Chief
> Daily Caller News Foundation
> 410-829-1738

--

Ethan Barton
Editor-In-Chief
Daily Caller News Foundation
410-829-1738

--

## Re: Request to remove news story

From    shaykhoun@protonmail.com <shaykhoun@protonmail.com>

To    Ethan Barton<ethan@dcnf.org>

Date    Friday, April 9th, 2021 at 6:32 PM

Let me send you a draft of what I propose. Just 5 minutes.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 6:28 PM, Ethan Barton <ethan@dcnf.org> wrote:

> I'll need to check with our counsel to approve the language change, but I'm prepared to take it down as
> soon as it's returned signed.
>
> On Fri, Apr 9, 2021 at 6:23 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>> Thank you. I just need to add language that you will take it down ASAP. Also, shouldn't we both sign
>> this?
>>
>> Tel: +1-929-408-4531
>>
>>
>> Sent from ProtonMail Mobile
>>
>>
>> On Fri, Apr 9, 2021 at 6:09 PM, Ethan Barton <ethan@dcnf.org> wrote:
>>> Because you have alluded to legal action regarding the article about you on Daily Caller News
>>> Foundation, we asked our general counsel to review your case. We are confident that there is no
>>> legal liability on our end. You voluntarily participated in the article and we all agree that the story
>>> regarding you was based on your on the record first hand accounts. However, we do not want to be
>>> the source of problems in your life and are open to taking down the article based on your request.
>>> Our concern is due to your legal allegations, we do not want our taking down the article to be viewed
>>> by anyone or alleged by you in the future to be the result of any perceived legal vulnerability on our
>>> end. No vulnerability exists. To the extent we take down the work it is just to satisfy your request to
>>> remove public mention of this chapter in your life despite the fact that you voluntarily provided it. To
>>> this extent, if you can send us the following statement signed and dated by you, we will agree to take
>>> down the article.

I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.

Signed: _____
      Sonya Shaykhoun

Date:   _____

On Fri, Apr 9, 2021 at 4:00 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
Noted.

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 3:51 PM, Ethan Barton <ethan@dcnf.org> wrote:
Hi Sonya,

Since you threatened legal action, I need to discuss with our counsel before communicating further.

Ethan

On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

Can you please remove my name from the story?  Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face.  My consent was given on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have not pre-approved before publication??  That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train

that TDC cannot stop.

You are wrong and I will prove it.  And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan


On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time when I was discussing the Qatar article with Luke to find evidence of my/our respective understanding of the framework of the articles about my time in Qatar, with specific reference to the Al Jazeera article that never materialized and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun
<shaykhoun@protonmail.com> wrote:

Great, looking forward.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org> wrote:

Okay, sounds good. I'll call you then. Thanks.

On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun
<shaykhoun@protonmail.com> wrote:
Hi,

Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org>
wrote:

I'm tied up pretty much all day until 1 tomorrow.

Friday I have some availability from between about 9:45 and 10:30 and
again from about 12-4.

On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun
<shaykhoun@protonmail.com> wrote:
Can we do it earlier as I have something at 1pm. Otherwise Friday
morning works, also.

Let me know.

Thanks and best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 4:46 PM, Ethan Barton <ethan@dcnf.org>
wrote:

> I'm tied up at 12 tomorrow, but how about 1 pm EST?

> On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun
> <shaykhoun@protonmail.com> wrote:
>> Hi Ethan,
>>
>> I appreciate the response. I can speak both Thursday and Friday.
>> Are you free tomorrow (Thursday) around noon?
>>
>> Let me know.
>>
>> Best,
>> Sonya
>>
>> Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Wednesday, April 7, 2021 4:15 PM, Ethan Barton
>> <ethan@dcnf.org> wrote:
>>
>>> Hi Sonya,
>>>
>>> I'm Ethan Barton, editor-in-chief of the Daily Caller News
>>> Foundation. I was sent your request to remove a story about
>>> you by Luke Rosiak.
>>>
>>> I'd be happy to speak with you over the phone about this. Do

## Re: Request to remove news story

From    Ethan Barton <ethan@dcnf.org>

To      shaykhoun@protonmail.com

Date    Friday, April 9th, 2021 at 7:01 PM

See attached.

On Fri, Apr 9, 2021 at 6:47 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
> If you are OK with this, please sign it and send it back to me and I'll do the same.
>
> Thanks and best,
> Sonya
>
> Tel: +1-929-408-4531
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------
> On Friday, April 9, 2021 6:32 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>
>> Let me send you a draft of what I propose. Just 5 minutes.
>>
>> Best,
>> Sonya
>>
>> Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Friday, April 9, 2021 6:28 PM, Ethan Barton <ethan@dcnf.org> wrote:
>>
>>> I'll need to check with our counsel to approve the language change, but I'm prepared to take it down as soon as it's returned signed.
>>>
>>> On Fri, Apr 9, 2021 at 6:23 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:
>>>> Thank you. I just need to add language that you will take it down ASAP. Also, shouldn't we both sign this?
>>>>
>>>> Tel: +1-929-408-4531
>>>>
>>>>
>>>> Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 6:09 PM, Ethan Barton <ethan@dcnf.org> wrote:

Because you have alluded to legal action regarding the article about you on Daily Caller News Foundation, we asked our general counsel to review your case. We are confident that there is no legal liability on our end. You voluntarily participated in the article and we all agree that the story regarding you was based on your on the record first hand accounts. However, we do not want to be the source of problems in your life and are open to taking down the article based on your request. Our concern is due to your legal allegations, we do not want our taking down the article to be viewed by anyone or alleged by you in the future to be the result of any perceived legal vulnerability on our end. No vulnerability exists. To the extent we take down the work it is just to satisfy your request to remove public mention of this chapter in your life despite the fact that you voluntarily provided it. To this extent, if you can send us the following statement signed and dated by you, we will agree to take down the article.

I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.

Signed: _____
Sonya Shaykhoun

Date: _____

On Fri, Apr 9, 2021 at 4:00 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Noted.

Tel: +1-929-408-4531

Sent from ProtonMail Mobile

On Fri, Apr 9, 2021 at 3:51 PM, Ethan Barton <ethan@dcnf.org> wrote:

Hi Sonya,

Since you threatened legal action, I need to discuss with our counsel before communicating further.

Ethan

On Fri, Apr 9, 2021 at 2:42 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

Can you please remove my name from the story? Luke used another anonymous source to protect them, why can TDC now remove my name from this story?

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:36 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Ethan,

I told you that I did write to Luke after the fact because he mentioned Olga's name and he never responded. Ever. He just dropped off the face of the planet. And when I tried to reach out to Geoffrey Ingersoll, I discovered that he was no longer at TDC but at home writing a book! I wrote to Geoffrey Ingersoll and then dropped it again on the poor advice of Adam Lovinger.

I participated in this article under the distinct understanding that Luke was writing about Osama Abu Dehays and Al Jazeera Network. We spent a lot of time on this and it was time I would not have spent on it if I knew I would have ended up with mud on my face. My consent was given on the basis of the clear mission to out Osama and Al Jazeera, not portray me as an naive victim. How can I consent to output that I have

not pre-approved before publication?? That makes no sense. What I consented to and what was published are two entirely different things.

You have not adhered to your journalistic standards and I will take TDC to task for this story. You have shared with me your written policies and so I can not judge whether your insistence that my story can not be taken is a policy or if it's just an arbitrary decision on your behalf because the story is salacious enough to make good reading for your readers, but at my expense.

If you want to litigate it, I will do so. I have no fear. TDC's terms and conditions make it clear that I can arbitrate and you will pay those fees. And I want you to understand that this has had a deeply deleterious impact on my life and your approach is lacking compassion and also failing/refusing to see that there is an issue of journalistic integrity at stake. I would NEVER have participated in this article if I knew that the Osama/Al Jazeera story was going to be excluded. If that were the case, Luke and TDC had an obligation to tell me that this was not going to be included and give me an option to opt-out. Now you are saying that because I shared my story with Luke, that the story was a runaway train that TDC cannot stop.

You are wrong and I will prove it. And you will take this story down because this violates my right to privacy, damages my reputation (I unwittingly participated in this farce) and it is definitely not what I agreed to when I first spoke with Luke and TDC.

Further, if you don't know John Hawley, why did Luke send him my way? That makes no sense.

This is not over.

Regards,
Sonya


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 9, 2021 2:05 PM, Ethan Barton <ethan@dcnf.org> wrote:


Hi Sonya,

Most of the information you sent me is about Osama, not evidence that Luke made any misrepresentations or promises. I'm not interested in re-litigating our

decision not to publish any story -- we maintain full editorial control and we don't need to explain our decisions. You've shown me evidence Luke was pursuing a second story, but it's pretty frequent that an investigative reporter will explore something, but ultimately don't publish something for a variety of legitimate reasons.

You flagged our journalistic standards on a few occasions, but you haven't shown me any evidence of us violating them. Hawley in no has ever represented us. If you feel Luke misrepresented that at any point, you should send evidence of that. Further, you've shown me suspicion that Hawley violated laws, but that's not hard evidence. You also suggested I look into bank accounts -- that *would* be illegal activity, and I have zero interest in that.

On not publishing what we can't prove, the bulk of that story was based on *your* first hand-accounts, and the remainder we relied on various other legitimate resources for support. We also reached out to all appropriate parties. Are you suggesting that you're not a legitimate, trustworthy source?

You reference our reliance on sources with first hand knowledge is moot -- simply because we have first hand knowledge of something (which I do not believe we do in t this instance), doesn't mean we need to publish it.

As for our respect for privacy interests, you consented to the article at the time. You cannot rescind your consent after publication, and certainly not years later. *This is standard journalistic practice.*

Ultimately, you have not shown me any of the information I asked for: Luke making unfulfilled promises or making misrepresentations. If you do have evidence of this, please provide it.

Making this more difficult is the amount of time that has passed since the article was published. You said on the phone that you felt the article is accurate and without mischaracterizations or misrepresentations.

If you had complaints about the story, they should have been addressed at the time. It's both against our policy as well as journalistic standards to retract a story years after its publication because an on-the-record source has a change of heart.

Best,

Ethan

On Thu, Apr 8, 2021 at 1:52 PM Sonya Shaykhoun <shaykhoun@protonmail.com>
wrote:

Ethan,

Thanks for calling me. Sorry I got so hot under the collar.

As discussed on our call at 1pm today, I will go over my emails from the time
when I was discussing the Qatar article with Luke to find evidence of my/our
respective understanding of the framework of the articles about my time in
Qatar, with specific reference to the Al Jazeera article that never materialized
and which was part of the deal.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:26 PM, Sonya Shaykhoun
<shaykhoun@protonmail.com> wrote:

Great, looking forward.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:16 PM, Ethan Barton <ethan@dcnf.org>
wrote:

Okay, sounds good. I'll call you then. Thanks.

On Wed, Apr 7, 2021 at 5:12 PM Sonya Shaykhoun
<shaykhoun@protonmail.com> wrote:

Hi,

Ok, let's do 1pm. I'll just go to my 1pm late. This is important to me.

Best,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, April 7, 2021 5:11 PM, Ethan Barton <ethan@dcnf.org>
wrote:

> I'm tied up pretty much all day until 1 tomorrow.
>
> Friday I have some availability from between about 9:45 and 10:30
> and again from about 12-4.

>> On Wed, Apr 7, 2021 at 4:48 PM Sonya Shaykhoun
>> <shaykhoun@protonmail.com> wrote:
>> Can we do it earlier as I have something at 1pm. Otherwise Friday
>> morning works, also.
>>
>> Let me know.
>>
>> Thanks and best,
>> Sonya
>>
>> Tel: +1-929-408-4531
>>
>> Sent with ProtonMail Secure Email.
>>
>> ------- Original Message -------
>> On Wednesday, April 7, 2021 4:46 PM, Ethan Barton
>> <ethan@dcnf.org> wrote:
>>
>>> I'm tied up at 12 tomorrow, but how about 1 pm EST?

>>>> On Wed, Apr 7, 2021 at 4:31 PM Sonya Shaykhoun
>>>> <shaykhoun@protonmail.com> wrote:
>>>> Hi Ethan,
>>>>
>>>> I appreciate the response. I can speak both Thursday and
>>>> Friday. Are you free tomorrow (Thursday) around noon?

From: Sonya Shaykhoun <shaykhoun@protonmail.com>
Subject: Fully Executed Take-Down Agreement
Date: April 9, 2021 at 7:06:59 PM EDT
To: Ethan Barton <ethan@dcnf.org>

Dear Ethan,

Thank you for agreeing to take down the article about my time in Qatar. This feels like a new lease on life.

Please find attached the fully executed Take Down Agreement. Let me know when you have taken it down.

Thank you.

Kind regards,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

DocuSign Envelope ID: 495E7A54-E7AA-4315-B1E3-EF07139FD1EF

**Take-Down Agreement**

On this April 9th, 2021, the parties agree as follows:

I, Sonya Shaykhoun, in 2019 voluntarily spoke on the record with The Daily Caller News Foundation reporter Luke Rosiak about my experiences in Qatar. The resulting article entitled "*Lambhorginis, Burkas, Sex Party Invites And 'ChopChop Square': A New York Lawyer's 15 Years in the Middle East*" was published on August 3rd, 2019 in The Daily Caller online (the "Article"). My preference now is to put my negative experiences in Qatar behind me. Although I am not alleging any legal obligation to do so, or alleging any legal deficiencies with the Article, or with my experiences with The Daily Caller News Foundation, I am respectfully asking for the Article to be taken down both because I do not think it has any current news value and because I would like it down for privacy reasons. I agree that The Daily Caller News Foundation has no legal obligation to remove the piece and that to the extent you agree to do so, it is only to satisfy my personal request and not due to any deficiencies in the work.

I, Ethan Barton, Editor-In-Chief of The Daily Caller New Foundation hereby agree to remove the Article and any reference to the Article or Sonya Shaykhoun in The Daily Caller immediately upon signature and countersignature of this Take-Down Agreement.

Signed:

*Sonya Shaykhoun*
DocuSigned by:
7FB368C017824FD...

Sonya Shaykhoun, Esq.

Date:   4/9/2021

Signed:

*E Barton*

Ethan Barton,
Editor-In-Chief,
The Daily Caller News Foundation

Date:   **4/9/2021**

Shaykhoun v Daily Mail et al
1:2024cv09978

Third Amended Complaint
Filed April 8, 2026

# EXHIBIT T:
## *Emails between Plaintiff and the Solicitors' Regulatory Authority*

**From:** Sonya Shaykhoun shaykhoun@protonmail.com 📎
**Subject:** Fw: Re: Concerns about Osama Abu-Dehays
**Date:** July 31, 2019 at 11:01 PM
**To:** report@sra.org.uk
**Bcc:** warriorix warriorix@protonmail.com, Luke Rosiak luke@dailycallernewsfoundation.org

Dear SRA:

As per my initial email below, I have very good reason to believe that Osama Abu Dehays, currently a Partner in the London office of Pillsbury ( ) has built his legal career, gained admission to the Law Society of England and Wales and, indeed, got his law jobs, including his current position at Pillsbury where he is a partner, based on fraud.

Specifically, Osama Abu Dehays asserts that he was admitted to the Jordanian Bar Association in 2002 and that his bar admission number is 11840. He is also registered with the UK's Solicitors Regulation Authority as a registered foreign lawyer and is a member of the Law Society of England and Wales.

I have several very good reasons for believing that Osama Abu Dehays does not have the Jordanian law license that he says he has:

I. When I arrived at Al Jazeera in Doha in February 2011, not only did I learn some extremely alarming facts Osama Abu Dehays, but I also observed a great deal of dubious dealings that took place on Osama's watch. Firstly, one of my colleagues, a Qatari lawyer named Yousef Al Jaber, explained to me that he had sued Osama Abu Dehays, the Chairman of Al Jazeera and Al Jazeera Media Network because Osama got the General Counsel job for which Yousef applied. This lawsuit must have taken place in circa 2009 (i.e., after Osama's appointment to Al Jazeera in August 2009). As a Qatari company, the tendency is often to favor a Qatari lawyer (i.e., such as Yousef Al Jaber). Per the "Qatarization" policy (i.e., a kind of affirmative action that favors nationals in the work force, especially for sensitive positions like the General Counsel of Al Jazeera), a Qatari (man/woman) should have been the General Counsel of Al Jazeera, rather than a 30-year old Jordanian lawyer with minimum experience in comparison to other general counsels of similar stature in similar companies. Regardless, Osama Abu Dehays, a Canadian and British-educated Jordanian was appointed General Counsel of Al Jazeera in August 2009, despite Qatar's policy of "Qatarization". As part of his due diligence for his law suit against Osama et al., Yousef Al Jaber traveled to Amman, Jordan to investigate the records of the Jordanian Bar Association. What Yousef told me he discovered (and what he subsequently shared with me sometime in 2011 when we both worked together in the Legal Department at Al Jazeera Media Network, where Osama was our boss) was that there was in fact an Osama Abu Dehays on the roster, but **the only** Osama Abu Dehays referenced in the roster of the Jordanian Bar Association was born several decades before Osama Abu Dehays, the General Counsel of Al Jazeera, who was born in December 1979. So, Yousef Al Jaber discovered that Osama was not on the roster of the Jordanian Bar Association at all but seemed to be "passing himself off" as the licensed Osama Abu Dehays born years earlier. I recently wrote to Yousef Al Jaber, who is still at Al Jazeera Media Network, to ask him to verify what he had told me - although he did respond, he refused to help me outright in large part because of the huge culture of fear that exists in Qatar. Yousef did tell me though to check the Internet and the Jordanian Bar Association, that it was all there. I did check the Internet and, while I am fluent in Arabic, I did not find it which leads me to believe that Osama might have had the Internet "cleaned" of any unseemly news about him. To summarize, Osama took up his post at Al Jazeera in 2009 (around the same time as Yousef brought his lawsuit against Osama and discovered that Osama was not on the roster). Yet, Osama asserts that he gained his admission to the Jordanian Bar Association in 2002. This requires explanation. How can he say he gained admission in 2002 but when Yousef Al Jaber went to Amman in 2009, Osama Abu Dehays (b. 1979) was not on the roster? You can contact Yousef Al Jaber yourself at:

Email:

**Yousef Al Jaber**

Senior Legal Counsel | Legal Affairs Department

P.O BOX 23123 DOHA, QATAR
T. +974 44667170 M. +974 55007807 www.aljazeera.net

II. The second reason for my suspicious about Osama Abu Dehays' license is because, while he was the General Counsel at Al Jazeera, I noticed that the Legal Department was in a shambles and it seemed to be shambolic on purpose. I was in charge of foreign bureaus but my immediate supervisor, Dr. Mahdi Zahraa, a much older Syrian/British national who lived in Glasgow, who reported to Osama, would not let me set up any of the bureaus, even though millions upon millions of dollars were now being sent in sacks to the various make-shift bureaus that were not set up because of Dr. Zahraa's seeming ineptitude.

I soon realized that Dr. Mahdi was not inept, but he seemed to have a vested interest in keeping the foreign bureaus unregistered. When a bureau is registered, it follows that the branch will then open a corporate bank account. Having a corporate bank account makes sending any monies from Doha to whatever bureau around the world very traceable. Rather, during Osama's days, hundreds of millions of dollars were sent around the world in bags, untraceable and ultimately, the monies disappeared. I know this because I sat in on meetings where discussions were had on how to send the money abroad if there was no bank account, on all the money that was earmarked (and very much present in the coffers of Al Jazeera) to set up ambitious projects that had been condoned by the then-Emir, HH Sh. Hamad bin Khalifa Al Thani - projects like Al Jazeera Turk (which, after nearly a decade, has still not been established even though hundreds of dollars were spent trying to set it up and all there is in Istanbul is a digital channel and not a full broadcasting center, which was the original plan and budget - and also like Al Jazeera KiSwahili, another project meant for Kenya and for which employees were hired and plucked out of their lives in Africa and brought to Doha only to find out that there was not going to be an Al Jazeera KiSwahili. I personally went on a fact finding mission to Istanbul to find out what happened and the lawyers for Al Jazeera who had worked for Osama Abu Dehays before he was fired in February/March 2012 said very weirdly, "Osama did nothing wrong." It seemed like the Lady doth protest too much. Osama, as the CLO, had a fiduciary duty to do what was best for the State of Qatar, the ultimate beneficial shareholder, and the Emir of Qatar. Rather, he seemed to have been overseeing a business within a business that was at odds with the legitimate business he was hired to do; and

III. Thirdly, the timeline that Osama Abu Dehays asserts is the trajectory of his legal education and subsequent career (see attached LinkedIn profile) does not include the 2 to 2.5 years of Articles that the Jordanian Bar Association requires to gain admission. You will see this explained in the below excerpt from Wikipedia about how to get a Jordanian law license:

in the below excerpt from Wikipedia about how to get a Jordanian law license.

"*The Jordanian Bar Association requires both academic, practical and oral exams for admission to the bar. The probationer must hold a bachelor's degree or equivalent in Law.*

*The Bar Association requires a minimum of two years of training under supervision of an Attorney. However, if a post-graduate degree in law is attained, a reduction to one year of training is possible. The Bar grants the probationer, at different stages of his training, special rights of audience to appear before specific courts.*

*The probationer may submit a written request, at any stage of his training, to be enrolled in the written exams that the Bar holds 4 times a year. If he/she attains an exam mark of (15/25) or higher, then the probationer will progress to the oral exam conducted by a legal committee elected from a combination of judges, professors and senior lawyers. If he/she passes the oral exam, then they are required to submit a research paper. Each probationer must research a legal subject, submit a written paper, and discuss his/her findings before the committee. If he/she passes, the probationer must undertake an oath before the Minister of Justice, the conclusion of which grants him entry to the Bar. The process requires, on average, around two-and-a-half years to satisfy the Bar Association's requirements to practice law. However, it should be mentioned that only Jordanians may petition the Bar Association to practice law.*"

(see https://en.wikipedia.org/wiki/Admission_to_practice_law/Jordan and undoubtedly you can confirm this with the Jordanian Bar Association.)

You will note that Osama completed his LL.B. at the University of Kent at Canterbury (which I do not dispute as I confirmed it with my contact at Kent - my sister read Art History at Kent and I know one of the administrators there who verified it for me) in 2002 and then in 2002, he started his position as an Associate Lawyer at MBC in Dubai ( https://www.mbc.net/en/corporate/about-us.html ) **This begs the question: when and where did he do his articles in Jordan when he was working at MBC in Dubai?** Most lawyers I have met in the Arab world have to do very involved training which often involves a litigation rotation. Moreover, there is no mention of the paper that Osama wrote as part of his Jordanian Bar admission and different sources say that Osama had different titles at MBC (see Bird & Bird: https://www.lawyerrecruiting.com/dubai/legal-news/675-abu-jordanian-osama-abu-dehays-joins-bird-n-bird ). Was he the Deputy General Counsel or an Associate Lawyer at MBC?

I believe Yousef Al Jaber, who is a religious man who has integrity and a moral compass. Additionally, it is very odd indeed that Osama Abu Dehays claims to have gained admission to the Jordanian Bar in 2002 but he was studying law at Kent from 2000 to 2002, not in Jordan undertaking his "articles" and ostensibly not writing his mandatory thesis.

I hope that you get to the bottom of the question of Osama Abu Dehays' Jordanian law license. When I think of the other people he may have damaged besides Al Jazeera, the State of Qatar, etc., the law cases he may have lost, the subsequent liability to which he has exposed his current and former law firms by practising with a fake license, not to mention all the money he drew in huge salaries based on what looks like providing fraudulent legal services, I shudder.

Please investigate and shed light on this very shady situation.

Thank you.

Kind regards,
Sonya Shaykhoun
+1 929 408-4531

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, July 25, 2019 12:52 PM, Contactcentre <Contactcentre@sra.org.uk> wrote:

Dear Sonya Shaykhoun,

Thank you for your email of 20 July 2019.

## Reporting Osama

If you have concerns about the conduct of a law firm or an individual that we regulate you can report the matter to us.

## What you need to do

Complete our report form and send it to:

Solicitors Regulation Authority
The Cube
199 Wharfside Street
Birmingham
B1 1RN

or email report@sra.org.uk

## What happens next

We will acknowledge the report in 20 to 30 working days and let you know whether any action will be taken. If the report requires further investigation we will aim to contact you again within 25 days.

## What you should know

We do not look into personal complaints about solicitors or firms. We cannot award compensation for poor service or reduce your legal fees. If you are concerned about the service provided by your own solicitor or firm you should contact the Legal Ombudsman.

Further information about problems with a solicitor can be found at www.sra.org.uk/consumers/problems/report-solicitor.page.

## Legal Advice

We cannot help you with legal advice or comment on your legal matter.

There are several ways to get legal advice.

Legal Choices is a website that contains guidance on legal issues, costs, and where you may obtain free advice.

You can also access the Find a solicitor search. This is a free service run by the Law Society. It lists information about solicitors firms and individual solicitors that we regulate.

Tips to help you get the best from legal services can be found on our website at www.sra.org.uk/consumers/find-use-instruct-solicitor.page

**Survey**

We are always trying to improve how we help people, and so your feedback is important to us.

Please complete our survey. It should take you less than five minutes to complete.

Please be aware we cannot directly respond to any survey responses.

If you have queries, you can contact us.

Yours sincerely,

Adam Jarvis

Customer Services Adviser

Contact Centre
**Solicitors Regulation Authority**
0370 606 2555
contactcentre@sra.org.uk

www.sra.org.uk



From:    Sonya Shaykhoun <shaykhoun@protonmail.com>

Sent:    20 July 2019 05:05

To:      Contactcentre

Subject:         Re: Concerns about Osama Abu-Dehays

Attachments:    SHS Memo Feb 12 2012 (1).pdf

With attachment.

Tel: +1-929-408-4531

Sent with ProtonMail<https://protonmail.com> Secure Email.

------- Original Message -------

On Saturday, July 20, 2019 12:03 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Solicitors Regulatory Authority,

I am writing because I have serious concerns about the veracity of the Jordanian law license on which the Foreign Registered Solicitor, Osama Abu Dehays (https://solicitors.lawsociety.org.uk/person/113250/osama-abu-dehays) is based.

I worked with Osama Abu-Dehays at Al Jazeera Media Network in Doha, Qatar from February 2011 until March 2012.  During that time, one of my former Qatari colleagues told me that he had sued Osama (and the Chairman of Al Jazeera) because Osama had gotten the job of General Counsel of Al Jazeera despite the fact that Osama was not Qatari and it was understood that, due to the policy of hiring Qataris for big jobs in government organizations, that a Qatari and not Osama (a Jordanian national) should get that job.  The hiring of Osama was shocking for various reasons, one of them being the fact that he was getting a ridiculously high salary despite being incredibly young (he was about 32 years old at the time).  My former colleague investigated Osama and even went to Jordan from Qatar (a short trip by plane) and went to the Jordanian Bar Association where he discovered that at that time, there was no Osama Abu Dehays on the roster (at least not one born in 1979).  There was another Osama Abu Dehays born many years earlier and Osama was passing himself off as this lawyer.

Even on Osama's Pillsbury profile (see attached), there are several false statements which I have today verified and which speak to his tendency to manipulate the truth.  Those two statements are as follows:

a) his clerkship at with Judge Cynthia Holcomb Hall when she was a judge on the US Tax Court.  Judge Holcomb Hall was on the US Tax Court from 1972 to 1981 (Osama was born in 1979 so, either he was born with an LL.B. fully formed like Athena from the head of Zeus such that he could be a law clerk at the age of 2, or he's a liar);

b) He says he has access to "all California District Courts" despite not being mentioned on the California State Bar's website.  I called the California State Bar myself and there is no record of him anywhere.

I am concerned about Osama for several reasons.  The main reason is because, when I was hired to work in Al Jazeera in Doha, Osama had told the agent I was working with to tell me to quit, which I did.  The next day, he told the agent to tell me not to quit because my visa for Qatar would take 2 months.  Ultimately, it took 6 months and he landed me in very hot water financially and nearly caused me to suffer a travel ban in Bahrain because I could not keep up with my loans and payments (rent, car, phone, credit cards, etc).  I begged him to let me work in one of the other bureaus so at least I would get paid but he never responded and when I asked him for compensation, he got angry and told me to "let it go."  See the attached document to prove his recklessness towards me.  He had apparently done this to other lawyers who had less tolerance for such nonsense and ultimately did not land in Al Jazeera.

As a kind of public service announcement, I am working with an investigative journalist at The Daily Caller in Washington D.C., USA and one

of the themes we are looking at is "fraudulent lawyers." Based on what my former colleague at Al Jazeera told me, that he had personally gone to Jordan to seek proof of Osama's law license only to find nothing, I believe that Osama's Jordanian law license needs to be investigated further by the SRA. He already had a severely damaging impact on my life - if it is true that he is not a Jordanian lawyer, that means his status in the UK is also called into question (i.e., as a foreign registered lawyer) and it needs to be thoroughly verified.

I have copied Luke Rosiak, The Daily Caller journalist, who should also be privy to any correspondence on this subject.

Please advise at your earliest.

Thank you.

Kind regards,

Sonya Shaykhoun, Esq

Tel: +1-929-408-4531

Sent with ProtonMail<https://protonmail.com> Secure Email.

For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.
With attachment.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, July 20, 2019 12:03 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

https://solicitors.lawsociety.org.uk/person/113250/osama-abu-dehays

Tel: +1-929-408-4531

ProtonMail

SHS Memo Feb 12 2012 (1).pdf        Osama Abu-Dehays | LinkedIn
Complete.pdf

## Auto Reply

From   contactcentre@sra.org.uk <Contactcentre@sra.org.uk>

To     shaykhoun@protonmail.com

Date   Saturday, July 20th, 2019 at 12:05 AM

 Solicitors **Regulation** Authority

Our service level for responses are listed below. If you would like your enquiry answered more quickly, please call us.

**If you have marked your email as Private or Confidential, please remove this setting and re-send your email to us.** All information we receive is treated confidentially.

***Our service level for emails is 5 working days***

As the independent regulatory body for solicitors admitted in England and Wales we do not offer legal advice.

You can contact us by telephone on 0370 606 2555 (national rate number). Lines are open 08.00 to 18.00 Monday, Wednesday, Thursday and Friday and 9.30–18.00 on Tuesday. Please note calls are monitored/recorded for training purposes.

For our current service levels for responding please refer to our website at www.**sra.org**.uk/contact-us.

We are committed to supporting equality, diversity and  accessibility.  We will make reasonable adjustments where required and appropriate.

Thank you for contacting the Solicitors Regulation Authority.

   

Think before you print!

For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

**16.85 KB**    6 embedded images

image001.jpg 4.96 KB    image002.png 2.14 KB    image003.png 2.15 KB    image004.png 2.34 KB

image005.png 2.84 KB    image006.png 2.42 KB

## Re: Concerns about Osama Abu-Dehays

From    contactcentre@sra.org.uk <Contactcentre@sra.org.uk>

To      shaykhoun@protonmail.com

Date    Thursday, July 25th, 2019 at 12:52 PM

Dear Sonya Shaykhoun,

Thank you for your email of 20 July 2019.

**Reporting Osama**

If you have concerns about the conduct of a law firm or an individual that we regulate you can report the matter to us.

**What you need to do**

Complete our report form and send it to:

Solicitors Regulation Authority
The Cube
199 Wharfside Street
Birmingham
B1 1RN

or email report@sra.org.uk

**What happens next**

We will acknowledge the report in 20 to 30 working days and let you know whether any action will be taken. If the report requires further investigation we will aim to contact you again within 25 days.

**What you should know**

We do not look into personal complaints about solicitors or firms. We cannot award compensation for poor service or reduce your legal fees. If you are concerned about the service provided by your own solicitor or firm you should contact the Legal Ombudsman.

Further information about problems with a solicitor can be found at www.sra.org.uk/consumers/problems/report-solicitor.page.

**Legal Advice**

We cannot help you with legal advice or comment on your legal matter.

There are several ways to get legal advice.

Legal Choices is a website that contains guidance on legal issues, costs, and where you may obtain free advice.

You can also access the Find a solicitor search. This is a free service run by the Law Society. It lists information about solicitors firms and individual solicitors that we regulate.

Tips to help you get the best from legal services can be found on our website at www.sra.org.uk/consumers/find-use-instruct-solicitor.page

**Survey**

We are always trying to improve how we help people, and so your feedback is important to us.

Please complete our survey. It should take you less than five minutes to complete.

Please be aware we cannot directly respond to any survey responses.

If you have queries, you can contact us.

Yours sincerely,

**Adam Jarvis**

Customer Services Adviser

Contact Centre
**Solicitors Regulation Authority**
0370 606 2555
contactcentre@sra.org.uk

www.sra.org.uk

 

From:     Sonya Shaykhoun <shaykhoun@protonmail.com>

Sent:     20 July 2019 05:05

To:        Contactcentre

Subject:        Re: Concerns about Osama Abu-Dehays

Attachments:   SHS Memo Feb 12 2012 (1).pdf

With attachment.

Tel: +1-929-408-4531

Sent with ProtonMail<https://protonmail.com> Secure Email.

------- Original Message -------

On Saturday, July 20, 2019 12:03 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Solicitors Regulatory Authority,

I am writing because I have serious concerns about the veracity of the Jordanian law license on which the Foreign Registered Solicitor, Osama Abu Dehays (https://solicitors.lawsociety.org.uk/person/113250/osama-abu-dehays) is based.

I worked with Osama Abu-Dehays at Al Jazeera Media Network in Doha, Qatar from February 2011 until March 2012. During that time, one of my former Qatari colleagues told me that he had sued Osama (and the Chairman of Al Jazeera) because Osama had gotten the job of General Counsel of Al Jazeera despite the fact that Osama was not Qatari and it was understood that, due to the policy of hiring Qataris for big jobs in government organizations, that a Qatari and not Osama (a Jordanian national) should get that job. The hiring of Osama was shocking for various reasons, one of them being the fact that he was getting a ridiculously high salary despite being incredibly young (he was about 32 years old at the time). My former colleague investigated Osama and even went to Jordan from Qatar (a short trip by plane) and went to the Jordanian Bar Association where he discovered that at that time, there was no Osama Abu Dehays on the roster (at least not one born in 1979). There was another Osama Abu Dehays born many years earlier and Osama was passing himself off as this lawyer.

Even on Osama's Pillsbury profile (see attached), there are several false statements which I have today verified and which speak to his tendency to manipulate the truth. Those two statements are as follows:

a) his clerkship at with Judge Cynthia Holcomb Hall when she was a judge on the US Tax Court. Judge Holcomb Hall was on the US Tax Court from 1972 to 1981 (Osama was born in 1979 so, either he was born

with an LL.B. fully formed like Athena from the head of Zeus such that he could be a law clerk at the age of 2, or he's a liar);

b) He says he has access to "all California District Courts" despite not being mentioned on the California State Bar's website. I called the California State Bar myself and there is no record of him anywhere.

I am concerned about Osama for several reasons. The main reason is because, when I was hired to work in Al Jazeera in Doha, Osama had told the agent I was working with to tell me to quit, which I did. The next day, he told the agent to tell me not to quit because my visa for Qatar would take 2 months. Ultimately, it took 6 months and he landed me in very hot water financially and nearly caused me to suffer a travel ban in Bahrain because I could not keep up with my loans and payments (rent, car, phone, credit cards, etc). I begged him to let me work in one of the other bureaus so at least I would get paid but he never responded and when I asked him for compensation, he got angry and told me to "let it go." See the attached document to prove his recklessness towards me. He had apparently done this to other lawyers who had less tolerance for such nonsense and ultimately did not land in Al Jazeera.

As a kind of public service announcement, I am working with an investigative journalist at The Daily Caller in Washington D.C., USA and one of the themes we are looking at is "fraudulent lawyers." Based on what my former colleague at Al Jazeera told me, that he had personally gone to Jordan to seek proof of Osama's law license only to find nothing, I believe that Osama's Jordanian law license needs to be investigated further by the SRA. He already had a severely damaging impact on my life – if it is true that he is not a Jordanian lawyer, that means his status in the UK is also called into question (i.e., as a foreign registered lawyer) and it needs to be thoroughly verified.

I have copied Luke Rosiak, The Daily Caller journalist, who should also be privy to any correspondence on this subject.

Please advise at your earliest.

Thank you.

Kind regards,

Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531


Sent with ProtonMail<https://protonmail.com> Secure Email.


For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.
With attachment.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, July 20, 2019 12:03 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

> Dear Solicitors Regulatory Authority,
>
> I am writing because I have serious concerns about the veracity of the Jordanian law license on which the Foreign Registered Solicitor, Osama Abu Dehays (https://solicitors.lawsociety.org.uk/person/113250/osama-abu-dehays) is based.
>
> I worked with Osama Abu-Dehays at Al Jazeera Media Network in Doha, Qatar from February 2011 until March 2012. During that time, one of my former Qatari colleagues told me that he had sued Osama (and the Chairman of Al Jazeera) because Osama had gotten the job of General Counsel of Al Jazeera despite the fact that Osama was not Qatari and it was understood that, due to the policy of hiring Qataris for big jobs in government organizations, that a Qatari and not Osama (a Jordanian national) should get that job. The hiring of Osama was shocking for various reasons, one of them being the fact that he was getting a ridiculously high salary despite being incredibly young (he was about 32 years old at the time). My former colleague investigated Osama and even went to Jordan from Qatar (a short trip by plane) and went to the Jordanian Bar Association where he discovered that at that time, there was no Osama Abu Dehays on the

roster (at least not one born in 1979). There was another Osama Abu Dehays born many years earlier and Osama was passing himself off as this lawyer.

Even on Osama's Pillsbury profile (see attached), there are several false statements which I have today verified and which speak to his tendency to manipulate the truth. Those two statements are as follows:

a) his clerkship at with Judge Cynthia Holcomb Hall when she was a judge on the US Tax Court. Judge Holcomb Hall was on the US Tax Court from 1972 to 1981 (Osama was born in 1979 so, either he was born with an LL.B. fully formed like Athena from the head of Zeus such that he could be a law clerk at the age of 2, or he's a liar);

b) He says he has access to "all California District Courts" despite not being mentioned on the California State Bar's website. I called the California State Bar myself and there is no record of him anywhere.

I am concerned about Osama for several reasons. The main reason is because, when I was hired to work in Al Jazeera in Doha, Osama had told the agent I was working with to tell me to quit, which I did. The next day, he told the agent to tell me not to quit because my visa for Qatar would take 2 months. Ultimately, it took 6 months and he landed me in very hot water financially and nearly caused me to suffer a travel ban in Bahrain because I could not keep up with my loans and payments (rent, car, phone, credit cards, etc). I begged him to let me work in one of the other bureaus so at least I would get paid but he never responded and when I asked him for compensation, he got angry and told me to "let it go." See the attached document to prove his recklessness towards me. He had apparently done this to other lawyers who had less tolerance for such nonsense and ultimately did not land in Al Jazeera.

As a kind of public service announcement, I am working with an investigative journalist at The Daily Caller in Washington D.C., USA and one of the themes we are looking at is "fraudulent lawyers." Based on what my former colleague at Al Jazeera told me, that he had personally gone to Jordan to seek proof of Osama's law license only to find nothing, I believe that Osama's Jordanian law license needs to be investigated further by the SRA. He already had a severely damaging impact on my life – if it is true that he is not a Jordanian lawyer, that means his status in the UK is also called into question (i.e., as a foreign registered lawyer) and it needs to be thoroughly verified.

I have copied Luke Rosiak, The Daily Caller journalist, who should also be privy to any correspondence on this subject.

Please advise at your earliest.

Thank you.

Kind regards,
Sonya Shaykhoun, Esq.


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

**1.97 MB**   1 file attached   5 embedded images

image001.png 1.61 KB     image002.png 1.59 KB     image003.png 1.34 KB     image004.png 1.50 KB

image005.png 2.00 KB     SHS Memo Feb 12 2012 (1).pdf 1.96 MB

# RE: RE: Greetings from NY - THIS PERTAINS TO OSAMA ABU DEHAYS

From   Rochelle Lewis <Rochelle.Lewis@sra.org.uk>

To      shaykhoun@protonmail.com

Date   Monday, July 27th, 2020 at 4:40 AM

Our ref: POL/1288344

Dear Ms Shaykhoun,

I write further to your email of 17 May 2020.

We have corresponded with Mr Abu- Dehays in respect of this matter and he has requested a copy of your report. Please advise whether you have any objections to us disclosing your report to him.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.**sra.org**.uk

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.



**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 17 May 2020 05:21
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** Fw: RE: Greetings from NY - THIS PERTAINS TO OSAMA ABU DEHAYS

As referenced in the first letter, the email from Yousef Al Jaber, who investigated Osama Abu Dehays' Jordanian license and who told me that there was no Osama Abu Dehays on the Jordanian Bar Association roster.

Kind regards,

Sonya Shaykhoun

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Wednesday, July 17, 2019 6:03 AM, Yousef Al Jaber <jabery@aljazeera.net> wrote:

Dear Sonya

Thank you for your email below and I hope you are doing well too.

Yes, it's very long since Osama Abu Dehays left Aljazeera, as you may know i am working with Legal Affairs where we have no authority to determine your request below, Therefore, I am afraid that I cannot be of any assistance in this respect, However; I believe that you could found all information you need by searching through websites and Jordan Bar Association.

Wishing you all the best in your life.

Best regards.

**Yousef Al Jaber**
Sr. Legal Counsel | Legal Affairs Department



P.O BOX 23123 DOHA, QATAR
T. +974 44897170 M. +974 55007807 www.aljazeera.net



This email communication is confidential and may be privileged or otherwise protected. It is intended exclusively for those individuals and entities addressed above and any other persons who have been specifically authorised to receive it. You should not copy or disclose its contents to anyone. If you are not such an intended recipient, please notify us that you have received this email in error. Please then delete the email and any attachments and destroy any copies of it. We regret any inconvenience resulting from erroneous delivery of this message and thank you for your cooperation.
Please note that none of the AlJazeera Media Network or any of its affiliated entities will have any liability for any incorrect or incomplete transmission of the information contained in this email nor for any delay in its receipt. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of the AlJazeera Media Network or any of its affiliated entities. Any logo trademark or other intellectual property forming part of or attached to this email belongs exclusively to the AlJazeera Media Network. Any unauthorized reproduction copying or other use by you or others is strictly prohibited.

**From:** Sonya Shaykhoun [mailto:shaykhoun@protonmail.com]
**Sent:** 13 July 2019 18:15
**To:** Yousef Al Jaber <jabery@aljazeera.net>
**Subject:** Greetings from NY

Dear Yousef,

How are you? It has been a long time since we spoke. I hope that you are well and things are going well for you.

I have been thinking about suing Osama Abu Dehays and Al Jazeera for how they left me in Bahrain for 6 months after Osama told the agent to tell me to quit.

Do you remember that you told me that you went to Jordan to investigate whether Osama was actually a lawyer and you found out that the only Osama Abu Dehays was born in the 1940s – can you share that information with me? It will really help me in my lawsuit.

Thank you.

Best regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

**128.43 KB**   7 embedded images

image001.png 65.58 KB    image002.png 50.95 KB    image003.png 2.42 KB    image004.png 2.34 KB

image005.png 2.15 KB    image006.png 2.14 KB    image007.png 2.84 KB

## RE: RE: Greetings from NY – THIS PERTAINS TO OSAMA ABU DEHAYS

From   shaykhoun@protonmail.com <shaykhoun@protonmail.com>

To   Rochelle Lewis<Rochelle.Lewis@sra.org.uk>

Date   Tuesday, July 28th, 2020 at 11:44 PM

Dear Rochelle Lewis:

I am in receipt of your email. I have taken a few days to think about the best response and I decided that, rather than sending Osama Abu Dehays the piecemeal report that I sent over the last 12 months, I would write a synopsis of the report, which is attached here along with attachments referenced in the report.

I do not want to deviate from the main point, which is Osama's Jordanian law license and when (if) he did his Jordanian training contract. Therefore, please share the attached with Osama only (and not previous reports). Please confirm that you are OK with this.

Thank you.

Kind regards,
Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Monday, July 27, 2020 4:40 AM, Rochelle Lewis <Rochelle.Lewis@sra.org.uk> wrote:

Our ref: POL/1288344

Dear Ms Shaykhoun,

I write further to your email of 17 May 2020.

We have corresponded with Mr Abu- Dehays in respect of this matter and he has requested a copy of your report. Please advise whether you have any objections to us disclosing your report to him.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.**sra.org**.uk

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.

  

**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 17 May 2020 05:21
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** Fw: RE: Greetings from NY – THIS PERTAINS TO OSAMA ABU DEHAYS

As referenced in the first letter, the email from Yousef Al Jaber, who investigated Osama Abu Dehays' Jordanian license and who told me that there was no Osama Abu Dehays on the Jordanian Bar Association roster.

Kind regards,

Sonya Shaykhoun


Tel: +1-929-408-4531


Sent with ProtonMail Secure Email.


------- Original Message -------

On Wednesday, July 17, 2019 6:03 AM, Yousef Al Jaber <jabery@aljazeera.net> wrote:


Dear Sonya


Thank you for your email below and I hope you are doing well too.


Yes, it's very long since Osama Abu Dehays left Aljazeera, as you may know i am working with Legal Affairs where we have no authority to determine your request below, Therefore, I am afraid that I cannot be of any assistance in this respect, However; I believe that you could found all information you need by searching through websites and Jordan Bar Association.


Wishing you all the best in your life.


Best regards.


**Yousef Al Jaber**

Sr. Legal Counsel | Legal Affairs Department



P.O BOX 23123 DOHA, QATAR

T. +974 44897170 M. +974 55007807 www.aljazeera.net



This email communication is confidential and may be privileged or otherwise protected. It is intended exclusively for those individuals and entities addressed above and any other persons who have been specifically authorised to receive it. You should not copy or disclose its contents to anyone. If you are not such an intended recipient, please notify us that you have received this email in error. Please then delete the email and any attachments and destroy any copies of it. We regret any inconvenience resulting from erroneous delivery of this message and thank you for your cooperation. Please note that none of the AlJazeera Media Network or any of its affiliated entities will have any liability for any incorrect or incomplete transmission of the information contained in this email nor for any delay in its receipt. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of the AlJazeera Media Network or any of its affiliated entities. Any logo trademark or other intellectual property forming part of or attached to this email belongs exclusively to the AlJazeera Media Network. Any unauthorized reproduction copying or other use by you or others is strictly prohibited.

**From:** Sonya Shaykhoun [mailto:shaykhoun@protonmail.com]
**Sent:** 13 July 2019 18:15
**To:** Yousef Al Jaber <jabery@aljazeera.net>
**Subject:** Greetings from NY


Dear Yousef,


How are you? It has been a long time since we spoke. I hope that you are well and things are going well for you.


I have been thinking about suing Osama Abu Dehays and Al Jazeera for how they left me in Bahrain for 6 months after Osama told the agent to tell me to quit.


Do you remember that you told me that you went to Jordan to investigate whether Osama was actually a lawyer and you found out that the only Osama Abu Dehays was born in the 1940s – can you share that information with me? It will really help me in my lawsuit.


Thank you.


Best regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

**3.39 MB**   5 files attached   7 embedded images

image002.png 50.95 KB      image001.png 65.58 KB      image003.png 2.42 KB      image004.png 2.34 KB

image005.png 2.15 KB      image007.png 2.84 KB      image006.png 2.14 KB

Sonya_Shaykhoun_Letter_to_SRA_re_Osama_Abu_Dehays_July_28_2020_Final_and_CLEAN.docx.pdf 732.13 KB

osama-abu-dehays pillsbury profile.pdf 832.77 KB      Osama's LinkedIn Profile.png 1014.28 KB

Jordanian Bar Association - Membership.pdf 257.37 KB

Jordanian Bar Association - How to become a lawyer.pdf 510.10 KB

## RE: RE: Greetings from NY - THIS PERTAINS TO OSAMA ABU DEHAYS

From    Rochelle Lewis <Rochelle.Lewis@sra.org.uk>

To      shaykhoun@protonmail.com

Date    Thursday, July 30th, 2020 at 9:55 AM


Dear Ms Shaykhoun,


Thank you for your email of 29 July 2020 together with attachments.


I shall review this and revert back to you in due course.


Yours sincerely,


Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**


Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.sra.org.uk


My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.


   

**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 29 July 2020 04:45
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** RE: RE: Greetings from NY – THIS PERTAINS TO OSAMA ABU DEHAYS

Dear Rochelle Lewis:

I am in receipt of your email. I have taken a few days to think about the best response and I decided that, rather than sending Osama Abu Dehays the piecemeal report that I sent over the last 12 months, I would write a synopsis of the report, which is attached here along with attachments referenced in the report.

I do not want to deviate from the main point, which is Osama's Jordanian law license and when (if) he did his Jordanian training contract. Therefore, please share the attached with Osama only (and not previous reports). Please confirm that you are OK with this.

Thank you.

Kind regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Monday, July 27, 2020 4:40 AM, Rochelle Lewis <Rochelle.Lewis@sra.org.uk> wrote:

Our ref: POL/1288344

Dear Ms Shaykhoun,

I write further to your email of 17 May 2020.

We have corresponded with Mr Abu- Dehays in respect of this matter and he has requested a copy of your report. Please advise whether you have any objections to us disclosing your report to him.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.sra.org.uk

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.

   

**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 17 May 2020 05:21
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** Fw: RE: Greetings from NY – THIS PERTAINS TO OSAMA ABU DEHAYS

As referenced in the first letter, the email from Yousef Al Jaber, who investigated Osama Abu Dehays' Jordanian license and who told me that there was no Osama Abu Dehays on the Jordanian Bar Association roster.

Kind regards,

Sonya Shaykhoun

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Wednesday, July 17, 2019 6:03 AM, Yousef Al Jaber <jabery@aljazeera.net> wrote:

Dear Sonya

Thank you for your email below and I hope you are doing well too.

Yes, it's very long since Osama Abu Dehays left Aljazeera, as you may know i am working with Legal Affairs where we have no authority to determine your request below, Therefore, I am afraid that I cannot be of any assistance in this respect, However; I believe that you could found all information you need by searching through websites and Jordan Bar Association.

Wishing you all the best in your life.

Best regards.

**Yousef Al Jaber**

Sr. Legal Counsel **|** Legal Affairs Department



P.O BOX 23123 DOHA, QATAR

T. +974 44897170 M. +974 55007807 www.aljazeera.net



This email communication is confidential and may be privileged or otherwise protected. It is intended exclusively for those individuals and entities addressed above and any other persons who have been specifically authorised to receive it. You should not copy or disclose its contents to anyone. If you are not such an intended recipient, please notify us that you have received this email in error. Please then delete the email and any attachments and destroy any copies of it. We regret any inconvenience resulting from erroneous delivery of this message and thank you for your cooperation. Please note that none of the AlJazeera Media Network or any of its affiliated entities will have any liability for any incorrect or incomplete transmission of the information contained in this email nor for any delay in its receipt. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of the AlJazeera Media Network or any of its affiliated entities. Any logo trademark or other intellectual property forming part of or attached to this email belongs exclusively to the AlJazeera Media Network. Any unauthorized reproduction copying or other use by you or others is strictly prohibited.

**From:** Sonya Shaykhoun [mailto:shaykhoun@protonmail.com]

**Sent:** 13 July 2019 18:15

**To:** Yousef Al Jaber <jabery@aljazeera.net>

**Subject:** Greetings from NY

Dear Yousef,

How are you? It has been a long time since we spoke. I hope that you are well and things are going well for you.

I have been thinking about suing Osama Abu Dehays and Al Jazeera for how they left me in Bahrain for 6 months after Osama told the agent to tell me to quit.

Do you remember that you told me that you went to Jordan to investigate whether Osama was actually a lawyer and you found out that the only Osama Abu Dehays was born in the 1940s – can you share that information with me? It will really help me in my lawsuit.

Thank you.

Best regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

For information on how we handle your personal data, see our privacy notice.

This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.

Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

**128.43 KB**    7 embedded images

image003.png 2.42 KB    image004.png 2.34 KB    image005.png 2.15 KB    image006.png 2.14 KB

image007.png 2.84 KB    image008.png 65.58 KB    image009.png 50.95 KB

**From:** **Sonya Shaykhoun** shaykhoun@protonmail.com
**Subject:** Concerns about Osama Abu-Dehays
**Date:** July 20, 2019 at 12:03 AM
**To:** contactcentre@sra.org.uk
**Bcc:** Luke Rosiak luke@dailycallernewsfoundation.org

Dear Solicitors Regulatory Authority,

I am writing because I have serious concerns about the veracity of the Jordanian law license on which the Foreign Registered Solicitor, Osama Abu Dehays ( ) is based.

I worked with Osama Abu-Dehays at Al Jazeera Media Network in Doha, Qatar from February 2011 until March 2012. During that time, one of my former Qatari colleagues told me that he had sued Osama (and the Chairman of Al Jazeera) because Osama had gotten the job of General Counsel of Al Jazeera despite the fact that Osama was not Qatari and it was understood that, due to the policy of hiring Qataris for big jobs in government organizations, that a Qatari and not Osama (a Jordanian national) should get that job. The hiring of Osama was shocking for various reasons, one of them being the fact that he was getting a ridiculously high salary despite being incredibly young (he was about 32 years old at the time). My former colleague investigated Osama and even went to Jordan from Qatar (a short trip by plane) and went to the Jordanian Bar Association where he discovered that at that time, there was no Osama Abu Dehays on the roster (at least not one born in 1979). There was another Osama Abu Dehays born many years earlier and Osama was passing himself off as this lawyer.

Even on Osama's Pillsbury profile (see attached), there are several false statements which I have today verified and which speak to his tendency to manipulate the truth. Those two statements are as follows:

a) his clerkship at with Judge Cynthia Holcomb Hall when she was a judge on the US Tax Court. Judge Holcomb Hall was on the US Tax Court from 1972 to 1981 (Osama was born in 1979 so, either he was born with an LL.B. fully formed like Athena from the head of Zeus such that he could be a law clerk at the age of 2, or he's a liar);

b) He says he has access to "all California District Courts" despite not being mentioned on the California State Bar's website. I called the California State Bar myself and there is no record of him anywhere.

I am concerned about Osama for several reasons. The main reason is because, when I was hired to work in Al Jazeera in Doha, Osama had told the agent I was working with to tell me to quit, which I did. The next day, he told the agent to tell me not to quit because my visa for Qatar would take 2 months. Ultimately, it took 6 months and he landed me in very hot water financially and nearly caused me to suffer a travel ban in Bahrain because I could not keep up with my loans and payments (rent, car, phone, credit cards, etc). I begged him to let me work in one of the other bureaus so at least I would get paid but he never responded and when I asked him for compensation, he got angry and told me to "let it go." See the attached document to prove his recklessness towards me. He had apparently done this to other lawyers who had less tolerance for such nonsense and ultimately did not land in Al Jazeera.

As a kind of public service announcement, I am working with an investigative journalist at The Daily Caller in Washington D.C., USA and one of the themes we are looking at is "fraudulent lawyers." Based on what my former colleague at Al Jazeera told me, that he had personally gone to Jordan to seek proof of Osama's law license only to find nothing, I believe that Osama's Jordanian law license needs to be investigated further by the SRA. He already had a severely damaging impact on my life - if it is true that he is not a Jordanian lawyer, that means his status in the UK is also called into question (i.e., as a foreign registered lawyer) and it needs to be thoroughly verified.

I have copied Luke Rosiak, The Daily Caller journalist, who should also be privy to any correspondence on this subject.

Please advise at your earliest.

Thank you.

Kind regards,
Sonya Shaykhoun, Esq.


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.


**osama-abu-dehays.pdf**
853 KB


## POL/1288344-2020 service complaint

From    Heather Douglas <Heather.Douglas@sra.org.uk>

To      shaykhoun@protonmail.com

Date    Tuesday, August 25th, 2020 at 4:37 AM


Dear Ms Shaykhoun


Please find attached our acknowledgment of your service complaint for your kind attention.


Yours sincerely


Heather Douglas

Complaints Officer

heather.douglas@sra.org.uk


Investigation and Supervision

**Solicitors Regulation Authority**

www.sra.org.uk


For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.


**79.95 KB**   1 file attached

 POL-1288344-2020_SC1 Ack Shaykhoun.pdf 79.95 KB

# Complaint about SRA's handling of POL/1288344-2020

From    complaintsteam@sra.org.uk <ComplaintsTeam@sra.org.uk>

To      shaykhoun@protonmail.com

Date    Friday, August 21st, 2020 at 5:40 AM

Dear Ms Shaykhoun

Thank you for your email of 18 August with attached completed complaint form about our service.

Your concerns about the handling of the matter have been highlighted to a Manager in the relevant area.

This is in line with stage 1 of our internal complaints process.

More information about our complaints process can be found on our website at SRA | Complaints about our service | Solicitors Regulation Authority.

They will arrange for an acknowledgement to be sent to you with their timescales for a response.

Yours sincerely,

Harvinder Moore (Mrs)

Corporate Complaints Support Officer

Corporate Complaints Team

**Solicitors Regulation Authority**

**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 18 August 2020 21:13
**To:** ComplaintsTeam <ComplaintsTeam@sra.org.uk>
**Subject:** Complaint about SRA's handling of POL/1288344-2020

Dear Complaints Team,

Please see the attached complaint.

Please note that I am determined to ensure that justice is done in this case. If the SRA refuses to investigate this case properly, I will have to write to the Police and the Legal Ombudsman. It's shameful that it has taken more than a year to get such a poor result.

I hope you can do better than Mrs. Rochelle Lewis did.

Regards,

Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

**185.74 KB**    1 file attached

Complaint to SRA  Sonya Shaykhoun.docx 185.74 KB

## RE: RE: Greetings from NY – THIS PERTAINS TO OSAMA ABU DEHAYS

From    Rochelle Lewis <Rochelle.Lewis@sra.org.uk>

To      shaykhoun@protonmail.com

Date    Monday, August 17th, 2020 at 3:42 AM

Dear Ms Shaykhoun,

Thank you for your email below.

If you are unhappy with our service then you can raise a service complaint. Details of how to raise a complaint together with our complaints policy can be found here.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.sra.org.uk

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.



**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 12 August 2020 18:01
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** RE: RE: Greetings from NY – THIS PERTAINS TO OSAMA ABU DEHAYS

Dear Mrs. Lewis,

There is only one word to describe your and the SRA's handling of this matter: unconscionable. It's extremely sketchy and rather than promote justice and defend against fraud, the SRA's mindless bureaucracy has facilitated an obvious fraud.  If I didn't know any better, I would think there was some double-dealing going on.

The matter is not closed.  I will make sure this comes to light and your institution will have a lot to answer for.

Regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Wednesday, August 12, 2020 12:20 PM, Rochelle Lewis <Rochelle.Lewis@sra.org.uk> wrote:

Our ref: POL/1288344-2020

Dear Ms Shaykhoun,

Thank you for your email of 12 August 2020.

As stated in my previous email the matter is now closed.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.sra.org.uk

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.

   

**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 12 August 2020 14:57
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>

**Subject:** RE: RE: Greetings from NY – THIS PERTAINS TO OSAMA ABU DEHAYS

Dear Mrs. Lewis,

Thank you for your email of today's date.

So, basically, you are saying that even if I know Osama Abu Dehays could not possibly be a licensed Jordanian lawyer because he does not appear to have done the mandatory legal training in Jordan, the SRA is going to look the other way because it is not obliged to ask questions?! Is this how the SRA protects the public interest from frauds and criminals? I am truly aghast.

Do you know that, when I took up a new job in Qatar, they asked for my original university certificates that had to be stamped by the Qatari Embassy and they even started requiring an official letter from the university to prove that I attended the universities where people said they had attended?! Do you and the SRA know the degree to which credentials fraud is rife in the Middle East? And your shoddy entry requirements mean that anyone with a piece of paper can become a Foreign Registered Solicitor. No wonder the SRA is held in such contempt in the UK, your organization is totally useless.

I outlined to you why Osama Abu Dehays cannot be a lawyer and you are just following bureaucratic protocols instead of looking into this as it requires.

Regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Wednesday, August 12, 2020 2:46 AM, Rochelle Lewis <Rochelle.Lewis@sra.org.uk> wrote: