Our ref: POL/1288344-2020

Dear Ms Shaykhoun,

Thank you for your email of 6 August 2020.

In respect of this matter I have liaised with our Authorisation department who have confirmed that Mr Abu-Dehay was registered as an RFL in 2010 on the basis of him being a Jordanian Mohamy and records show that he had provided a genuine certificate of good standing at that time (which is what we would have required to register him).

I am unable to provide you with the answers to your questions below as we do not hold that information and neither do we require that information when registering a foreign lawyer.

I confirm that my file is now closed as we have not identified any issues of misconduct for our department to investigate.

Thank you for taking the time to contact us with this information.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel: The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.sra.org.uk

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.



**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 06 August 2020 13:05
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** RE: RE: Greetings from NY – THIS PERTAINS TO OSAMA ABU DEHAYS

Dear Mrs. Lewis:

I am in receipt of your email.

Since this was my inquiry, I would like the answers to my questions. How is it possible that Osama Abu Dehays has a Jordanian law license when he clearly did not do his mandatory training contract in Jordan? It is an impossibility that he has a law license from Jordan for the reasons I have outlined to you on multiple occasions. Who did you check his references with? With Osama? Please tell me where did Osama do his training contract in Jordan and with which law firm and when?

As a member of the public, I have a right to know this.

Please advise.

Regards,

Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.


-------- Original Message --------

On Thursday, August 6, 2020 4:18 AM, Rochelle Lewis <Rochelle.Lewis@sra.org.uk> wrote:


Our ref: POL/1288344-2020


Dear Ms Shaykhoun,


Thank you for your email of 30 July 2020. We have now had an opportunity to review all of the documentation received from you and Mr Abu Dehays. The matter has reached a conclusion and we have decided to take no further action.


We have made all of the necessary enquires in respect of Mr Abu Dehays and can see he is registered on our system as a Recognised Foreign Lawyer (RFL). Correspondence has also been provided to evidence this.


Therefore we will now close our file.


**Will keep a record**


Please note that the information relating to this matter will be retained on our records. As with all reports that are made to us, they can be looked at again in the future if similar instances arise. This may result in follow up action in the future. Thank you for taking the time to contact us with your information.


Yours sincerely,


Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www. sra.org.uk

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.



**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 30 July 2020 22:36
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** RE: RE: Greetings from NY - THIS PERTAINS TO OSAMA ABU DEHAYS

Dear Mrs. Lewis,

I just had a thought - I referenced the fact in my last report that I had written to the Pillsbury partners, who in turn, ignored my emails.  Would you like copies of those letters?

Please advise and I will happily share.

Thank you.

Kind regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.


------- Original Message -------

On Thursday, July 30, 2020 10:29 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:


Dear Mrs. Lewis,


Thank you for your email.


Please keep me updated on the process.  Do let me know if you have any questions.


Kind regards,

Sonya


Tel: +1-929-408-4531


Sent with ProtonMail Secure Email.


------- Original Message -------

On Thursday, July 30, 2020 9:55 AM, Rochelle Lewis <Rochelle.Lewis@sra.org.uk> wrote:


Dear Ms Shaykhoun,

Thank you for your email of 29 July 2020 together with attachments.

I shall review this and revert back to you in due course.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.sra.org.uk

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.



**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 29 July 2020 04:45
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** RE: RE: Greetings from NY - THIS PERTAINS TO OSAMA ABU DEHAYS

Dear Rochelle Lewis:

I am in receipt of your email. I have taken a few days to think about the best response and I decided that, rather than sending Osama Abu Dehays the piecemeal report that I sent over the last 12 months, I would write a synopsis of the report, which is attached here along with attachments referenced in the report.

I do not want to deviate from the main point, which is Osama's Jordanian law license and when (if) he did his Jordanian training contract. Therefore, please share the attached with Osama only (and not previous reports). Please confirm that you are OK with this.

Thank you.

Kind regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Monday, July 27, 2020 4:40 AM, Rochelle Lewis <Rochelle.Lewis@sra.org.uk> wrote:

Our ref: POL/1288344

Dear Ms Shaykhoun,

I write further to your email of 17 May 2020.

We have corresponded with Mr Abu- Dehays in respect of this matter and he has requested a copy of your report. Please advise whether you have any objections to us disclosing your report to him.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.sra.org.uk

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.



**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 17 May 2020 05:21
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** Fw: RE: Greetings from NY – THIS PERTAINS TO OSAMA ABU DEHAYS

As referenced in the first letter, the email from Yousef Al Jaber, who investigated Osama Abu Dehays' Jordanian license and who told me that there was no Osama Abu Dehays on the Jordanian Bar Association roster.

Kind regards,

Sonya Shaykhoun

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Wednesday, July 17, 2019 6:03 AM, Yousef Al Jaber <jabery@aljazeera.net> wrote:

Dear Sonya

Thank you for your email below and I hope you are doing well too.

Yes, it's very long since Osama Abu Dehays left Aljazeera, as you may know i am working with Legal Affairs where we have no authority to determine your request below, Therefore, I am afraid that I cannot be of any assistance in this respect, However; I believe that you could found all information you need by searching through websites and Jordan Bar Association.

Wishing you all the best in your life.

Best regards.

Yousef Al Jaber

Sr. Legal Counsel | Legal Affairs Department



P.O BOX 23123 DOHA, QATAR

T. +974 44897170 M. +974 55007807 www.aljazeera.net



...........................................................................................

This email communication is confidential and may be privileged or otherwise protected. It is intended exclusively for those individuals and entities addressed above and any other persons who have been specifically authorised to receive it. You should not copy or disclose its contents to anyone. If you are not such an intended recipient, please notify us that you have received this email in error. Please then delete the email and any attachments and destroy any copies of it. We regret any inconvenience resulting from erroneous delivery of this message and thank you for your cooperation.

Please note that none of the AlJazeera Media Network or any of its affiliated entities will have any liability for any incorrect or incomplete transmission of the information contained in this email nor for any delay in its receipt. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of the AlJazeera Media Network or any of its affiliated entities. Any logo trademark or other intellectual property forming part of or attached to this email belongs exclusively to the AlJazeera Media Network. Any unauthorized reproduction copying or other use by you or others is strictly prohibited.

**From:** Sonya Shaykhoun [mailto:shaykhoun@protonmail.com]

**Sent:** 13 July 2019 18:15

**To:** Yousef Al Jaber <jabery@aljazeera.net>

**Subject:** Greetings from NY


Dear Yousef,


How are you? It has been a long time since we spoke. I hope that you are well and things are going well for you.


I have been thinking about suing Osama Abu Dehays and Al Jazeera for how they left me in Bahrain for 6 months after Osama told the agent to tell me to quit.

Do you remember that you told me that you went to Jordan to investigate whether Osama was actually a lawyer and you found out that the only Osama Abu Dehays was born in the 1940s – can you share that information with me? It will really help me in my lawsuit.

Thank you.

Best regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

For information on how we handle your personal data, see our privacy notice.

This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.

Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

**128.43 KB**    7 embedded images

image001.png 2.42 KB     image002.png 2.34 KB     image003.png 2.15 KB     image004.png 2.14 KB

image005.png 2.84 KB     image006.png 65.58 KB     image007.png 50.95 KB

## RE: RE: Greetings from NY - THIS PERTAINS TO OSAMA ABU DEHAYS

From   Rochelle Lewis <Rochelle.Lewis@sra.org.uk>

To   shaykhoun@protonmail.com

Date   Wednesday, August 12th, 2020 at 2:46 AM

Our ref: POL/1288344-2020

Dear Ms Shaykhoun,

Thank you for your email of 6 August 2020.

In respect of this matter I have liaised with our Authorisation department who have confirmed that Mr Abu- Dehay was registered as an RFL in 2010 on the basis of him being a Jordanian Mohamy and records show that he had provided a genuine certificate of good standing at that time (which is what we would have required to register him).

I am unable to provide you with the answers to your questions below as we do not hold that information and neither do we require that information when registering a foreign lawyer.

I confirm that my file is now closed as we have not identified any issues of misconduct for our department to investigate.

Thank you for taking the time to contact us with this information.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.sra.org.uk


My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.





**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 06 August 2020 13:05
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** RE: RE: Greetings from NY - THIS PERTAINS TO OSAMA ABU DEHAYS


Dear Mrs. Lewis:


I am in receipt of your email.


Since this was my inquiry, I would like the answers to my questions.  How is it possible that Osama Abu Dehays has a Jordanian law license when he clearly did not do his mandatory training contract in Jordan? It is an impossibility that he has a law license from Jordan for the reasons I have outlined to you on multiple occasions.  Who did you check his references with?  With Osama?  Please tell me where did Osama do his training contract in Jordan and with which law firm and when?


As a member of the public, I have a right to know this.


Please advise.

Regards,

Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Thursday, August 6, 2020 4:18 AM, Rochelle Lewis <Rochelle.Lewis@sra.org.uk> wrote:

Our ref: POL/1288344-2020

Dear Ms Shaykhoun,

Thank you for your email of 30 July 2020. We have now had an opportunity to review all of the documentation received from you and Mr Abu Dehays. The matter has reached a conclusion and we have decided to take no further action.

We have made all of the necessary enquires in respect of Mr Abu Dehays and can see he is registered on our system as a Recognised Foreign Lawyer (RFL). Correspondence has also been provided to evidence this.

Therefore we will now close our file.

**Will keep a record**

Please note that the information relating to this matter will be retained on our records. As with all reports that are made to us, they can be looked at again in the future if similar instances arise. This may result in follow up action in the future. Thank you for taking the time to contact us with your information.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www. **sra.org.uk**

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.



**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 30 July 2020 22:36
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** RE: RE: Greetings from NY - THIS PERTAINS TO OSAMA ABU DEHAYS

Dear Mrs. Lewis,

I just had a thought - I referenced the fact in my last report that I had written to the Pillsbury partners, who in turn, ignored my emails.  Would you like copies of those letters?

Please advise and I will happily share.

Thank you.

Kind regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Thursday, July 30, 2020 10:29 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Mrs. Lewis,

Thank you for your email.

Please keep me updated on the process.  Do let me know if you have any questions.

Kind regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Thursday, July 30, 2020 9:55 AM, Rochelle Lewis <Rochelle.Lewis@sra.org.uk> wrote:

Dear Ms Shaykhoun,

Thank you for your email of 29 July 2020 together with attachments.

I shall review this and revert back to you in due course.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www. sra.org.uk

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.



**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 29 July 2020 04:45
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** RE: RE: Greetings from NY – THIS PERTAINS TO OSAMA ABU DEHAYS

Dear Rochelle Lewis:

I am in receipt of your email.  I have taken a few days to think about the best response and I decided that, rather than sending Osama Abu Dehays the piecemeal report that I sent over the last 12 months, I would write a synopsis of the report, which is attached here along with attachments referenced in the report.

I do not want to deviate from the main point, which is Osama's Jordanian law license and when (if) he did his Jordanian training contract.  Therefore, please share the attached with Osama only (and not previous reports).  Please confirm that you are OK with this.

Thank you.

Kind regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Monday, July 27, 2020 4:40 AM, Rochelle Lewis <Rochelle.Lewis@sra.org.uk> wrote:

Our ref: POL/1288344

Dear Ms Shaykhoun,

I write further to your email of 17 May 2020.

We have corresponded with Mr Abu- Dehays in respect of this matter and he has requested a copy of your report. Please advise whether you have any objections to us disclosing your report to him.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Tel: 0121 820 3574

**Solicitors Regulation Authority**

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www sra.org.uk

My hours of work are 7:30 – 17:00 on Mondays, Wednesdays and Thursdays.

   

**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 17 May 2020 05:21
**To:** Rochelle Lewis <Rochelle.Lewis@sra.org.uk>
**Subject:** Fw: RE: Greetings from NY – THIS PERTAINS TO OSAMA ABU DEHAYS

As referenced in the first letter, the email from Yousef Al Jaber, who investigated Osama Abu Dehays' Jordanian license and who told me that there was no Osama Abu Dehays on the Jordanian Bar Association roster.

Kind regards,

Sonya Shaykhoun

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Wednesday, July 17, 2019 6:03 AM, Yousef Al Jaber <jabery@aljazeera.net> wrote:

Dear Sonya

Thank you for your email below and I hope you are doing well too.

Yes, it's very long since Osama Abu Dehays left Aljazeera, as you may know i am working with Legal Affairs where we have no authority to determine your request below, Therefore, I am afraid that I cannot be of any assistance in this respect, However; I believe that you could found all information you need by searching through websites and Jordan Bar Association.

Wishing you all the best in your life.

Best regards.

**Yousef Al Jaber**

Sr. Legal Counsel | Legal Affairs Department


شبكــة الجزيــرة الإعلاميــة
ALJAZEERA MEDIA NETWORK

P.O BOX 23123 DOHA, QATAR

T. +974 44897170 M. +974 55007807 www.aljazeera.net



**PROUD WINNER OF 2019 ONE WORLD DIGITAL MEDIA AWARD FOR** "Lost Childhoods: How Nigeria's Fear of Child 'Witchcraft' Ruins Young Lives"

ONE WORLD MEDIA

نفخر بالفوز بجائزة "ون وورلد ميديا" عن فئة الإعلام الرقمي عن قصة تفاعلية سلطت الضوء على اعتداءات يتعرض لها أطفال في نيجيريا

This email communication is confidential and may be privileged or otherwise protected. It is intended exclusively for those individuals and entities addressed above and any other persons who have been specifically authorised to receive it. You should not copy or disclose its contents to anyone. If you are not such an intended recipient, please notify us that you have received this email in error. Please then delete the email and any attachments and destroy any copies of it. We regret any inconvenience resulting from erroneous delivery of this message and thank you for your cooperation.

Please note that none of the AlJazeera Media Network or any of its affiliated entities will have any liability for any incorrect or incomplete transmission of the information contained in this email nor for any delay in its receipt. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of the AlJazeera Media Network or any of its affiliated entities. Any logo trademark or other intellectual property forming part of or attached to this email belongs exclusively to the AlJazeera Media Network. Any unauthorized reproduction copying or other use by you or others is strictly prohibited.

**From:** Sonya Shaykhoun [mailto:shaykhoun@protonmail.com]

**Sent:** 13 July 2019 18:15

**To:** Yousef Al Jaber <jabery@aljazeera.net>

**Subject:** Greetings from NY

Dear Yousef,

How are you? It has been a long time since we spoke. I hope that you are well and things are going well for you.

I have been thinking about suing Osama Abu Dehays and Al Jazeera for how they left me in Bahrain for 6 months after Osama told the agent to tell me to quit.

Do you remember that you told me that you went to Jordan to investigate whether Osama was actually a lawyer and you found out that the only Osama Abu Dehays was born in the 1940s - can you share that information with me? It will really help me in my lawsuit.

Thank you.

Best regards,

Sonya

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

For information on how we handle your personal data, see our privacy notice.

This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.

Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

**128.43 KB**    7 embedded images

image001.png 2.42 KB     image002.png 2.34 KB     image003.png 2.15 KB     image004.png 2.14 KB

image005.png 2.84 KB     image006.png 65.58 KB     image007.png 50.95 KB

# Fw: Private & Confidential - Osama Abu Dehays

From    shaykhoun@protonmail.com <shaykhoun@protonmail.com>

To      report@sra.org.uk

Date    Friday, March 6th, 2020 at 10:33 PM


FYI
Tel: +1-929-408-4531


Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, March 6, 2020 5:56 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

> Dear Mr. Flanders,
>
> Please see attached letter and related documents for your perusal and action.  I am available in NYC to meet to discuss at your convenience.
>
> Sincerely yours,
> Sonya Shaykhoun, Esq.
>
> Tel: +1-929-408-4531
>
> Sent with ProtonMail Secure Email.


**3.28 MB**   4 files attached

Osama's LinkedIn Profile.png 1014.28 KB      SHS Memo Feb 12 2012 (1).pdf 1.96 MB

Signed Letter to E Flanders March 6 2020 SHS.pdf 312.35 KB      Letter to Dr. Soaeg-1.docx 27.14 KB



AREAS OF FOCUS

## Practices

Corporate
Communications
Copyright Counseling & Litigation
Regulatory
Intellectual Property Litigation
IP Audits & Strategic Planning
Mergers & Acquisitions
Restaurant, Food & Beverage
Trademark Counseling, Prosecution & Litigation

Commercial Litigation
Consumer & Retail
Employment Law
Intellectual Property
Internet & Interactive Entertainment
Media & Entertainment
Middle East
Technology & Media
Travel, Leisure & Hospitality

---

"Working closely with a bilingual team of lawyers, I bring more than 13 years' experience in the Middle East market, powerfully advocating for clients in the region's telecom, technology, media and sports sectors."
—Osama Abu-Dehays

---

**Pillsbury Corporate partner Osama Abu-Dehays is known throughout the Middle East and North Africa for his commercial, technology, media and telecommunications law experience.**

Based in London, Osama represents broadcasters, football leagues and telecom/technology providers. He crafts licensing deals, litigates intellectual property disputes, and advises on regulatory and corporate

© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com

matters. Osama has drafted media and sports regulations, and has advised on numerous high-profile, politically sensitive civil and criminal cases. Before joining Pillsbury, he was a partner with a large UK law firm and worked as chief legal officer at Al Jazeera network and other major media groups.

## REPRESENTATIVE EXPERIENCE

- Advised the UAE's main professional soccer league in licensing its television rights, including the preparation and tender of all sponsorship and licensing rights associated with the league's matches and images.

- Represented Mohammed Zaidan, a top-tier professional soccer player, in his successful $4 million lawsuit against his club.

- Advised on one of the largest technology acquisitions in the Middle East and counseled various funds on Middle Eastern acquisitions in the hospitality, food and beverage, and technology sectors.

- Working on a Broadcasting and Telecommunication law draft for the State of Qatar.

- Reviewing the regulations governing broadcasting and online media in two different jurisdictions.

- Working with a number of telecom providers for the obtaining of mobile content from various sports content providers.

- Advising a number of online media providers on their privacy policy in the Kingdom of Saudi Arabia and the United Arab Emirates.

- Advising a major technology provider on its setup and on regulatory limitations in the Kingdom of Saudi Arabia.

- Carrying out a full due diligence of the current copyright and content policy for more than three Channels in the MENA region.

- Advised on the setting up of Al Jazeera Mobile platform, and preparation of all documentation and policies around this platform in more than 50 jurisdictions in North America, Asia, Africa and Europe.

- Preparing the corporate and holding structure of MBC Group, and later of Al Jazeera Media Network, resulting in a holding structure of over 89 news bureaus, and 20-plus subsidiaries.

- Working on one of the region's largest broadcasting acquisitions, including advising on all corporate matters and management of share structure, financial matrix, and taxation, employment and tender policies.

## PROFESSIONAL HIGHLIGHTS

© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com



Osama Abu-Dehays                                                                                    p. 3

- Frequently speaks at conferences and events, including the Symposium on Media Law in India and IBC Legal Leaders Middle East, on media and sports law topics.

- Worked on drafting numerous legislation instruments in the State of Qatar, including the newly enacted "Sports Club Regulation Law," the "Law Regulating Media Activities" and the "Flag and Emblem" regulation.

- Authored "Social Media & the Lawyer – Where to Draw the Line?" an article published in *The Oath* magazine in December 2014.

**Associations**

- International Bar Association

- Young International Arbitration Group

- International Media Committee

- Jordanian Bar Association

## EDUCATION

Postgraduate degree, Intellectual Property Law, World Intellectual Property Organization (WIPO)

LL.B., University of Kent

B. Com., Concordia International University

## ADMISSIONS

Law Society of England & Wales – Registered practicing Foreign Solicitor

Jordanian Bar Association

International Bar Association, 2007

## COURTS

All California District Courts

## CLERKSHIPS

© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com



Osama Abu-Dehays                                                                    p. 4

Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court

## LANGUAGES

Arabic

English

French

© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com



## RE: Private & Confidential - Osama Abu Dehays

From    Rochelle Lewis <Rochelle.Lewis@sra.org.uk>

To      shaykhoun@protonmail.com

Date    Wednesday, May 13th, 2020 at 3:37 AM

Our ref: POL/1288344-2020

Dear Ms Shaykhoun,

Thank you for your email of 7 March 2020.

I have now had an opportunity to read through the documentation provided and need further clarity to investigate. I understand you are reporting Osama Abu Dehays of Pillsbury Winthrop Saw Pittman LLP. Please set out clearly:

1. What you think the firm or individual has done wrong
2. Include any appropriate dates concerning the above
3. If you have already contacted another organisation about this matter please tell us the outcome.

Should you feel the documentation provided demonstrates the above please direct me to the exact paragraphs that evidence the firm or individuals misconduct.

Please respond to this email by the **20 May 2020**.

I look forward to hearing from you.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Solicitors Regulation Authority (SRA)


Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.**sra.org**.uk


**Our levels of service are currently being impacted by the recent outbreak of Coronavirus. In line with government advice, most of the SRA will be working away from the office for the time being. Please note I am not in the office but you can continue to contact me by email.**


   


**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 07 March 2020 03:34
**To:** Report@sra.org.uk
**Subject:** Fw: Private & Confidential - Osama Abu Dehays


FYI

Tel: +1-929-408-4531


Sent with ProtonMail Secure Email.


-------- Original Message --------

On Friday, March 6, 2020 5:56 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Mr. Flanders,

Please see attached letter and related documents for your perusal and action. I am available in NYC to meet to discuss at your convenience.

Sincerely yours,

Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

**11.89 KB**    5 embedded images

image001.png 2.42 KB    image002.png 2.34 KB    image003.png 2.15 KB    image004.png 2.14 KB

image005.png 2.84 KB

## RE: Private & Confidential - Osama Abu Dehays

From   shaykhoun@protonmail.com <shaykhoun@protonmail.com>

To     Rochelle Lewis<Rochelle.Lewis@sra.org.uk>

Date   Sunday, May 17th, 2020 at 12:19 AM

Dear Ms. Lewis,

Thank you for your email.

I will address your questions one-by-one:

1. <u>What you think the firm or individual has done wrong</u>:

Osama Abu Dehays is misrepresenting himself as a qualified Jordanian lawyer when he could not possibly be for the reasons I set out in my letter to Mr. Edward Flanders in the NY office of Pillsbury and Ms. Debra Erni in the London office of Pillsbury respectively (attached for ease of reference) (the "Letter").  To ensure that this information was not subject to a cover-up, I also forwarded the Letter to Mr. David Dekkar (Firm Chair, Washington D.C.) and Mr. Edward Perron (Managing Partner, LA & HK) on March 10, 2020 in the same email.

As explained at length in the Letter, Osama claims to be a "qualified Jordanian lawyer" and this is advertised on Osama Abu Dehays' profile page of Pillsbury (https://www.pillsburylaw.com/en/lawyers/osama-abu-dehays.html - see the "Admissions" heading.  The Letter sets out that the path to becoming a "qualified Jordanian lawyer" entails studying at an Arab Napoleonic Code university and doing the equivalent of a "Articles"

It should be noted that, prior to Luke Rosiak of The Daily Caller writing to Pillsbury (I will insert the exchange below), Osama had on his profile that he was also admitted to "all California District Courts" and that he had served as a "Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court".  This may seem unremarkable to you, but:

- I called the California State Bar Association in March 2019 and there was no record of Osama Abu Dehays.  Moreover, it is not correct to describe one as being admitted to "all district courts" - rather, one is a "*member* of a state Bar" or "*admitted* to a state Bar"; and
- Judge Cynthia Holcomb Hall was on the U.S. Tax Court from 1972, when she was appointed by President Nixon, until 1981, when President Reagan appointed her to the US District for the Central District of California in 1981.  This particular fact does not make sense as regards Osama Abu Dehays - Companies House tells us that Osama was born in December 1979 (https://beta.companieshouse.gov.uk/officers/Q1pdzfr1evOsuV_YD7YeHwtCuFE/appointments) and would have been 2 years old when Judge Holcomb Hall left the US Tax Court.
    - Pillsbury brushed off the misrepresentations in Osama Abu Dehays' Pillsbury as mere errors (I will forward the correspondence between Luke Roziak and the Pillsbury PR representative) which is implausible given that it is an international law firm that has a professional standard to uphold (*i.e., that the lawyers that they hire and market as real lawyers are in fact real lawyers*

*and have the actual experience and qualifications that the firm and the lawyer purport to have*). When I was undertaking my legal studies in the UK, I had a short assignment at the FSA (when it was still called the FSA) in London and that assignment entailed doing due diligence on the individuals whose jobs were FSA-regulated and required vetting. So when I read the reasoning of Matt Hyams of Pillsbury, I was aghast. It was unbelievable to me that a law firm in a country that put such stock by doing things correctly (i.e., England) would be so slovenly about checking the credentials of one of its London partners and the Head of the Middle East Practice. I noted that soon after the exchange between Hyams and Luke Rosiak, Osama Abu Dehays gained a co-chair of the Middle East Practice, one Mona E. Dajani (https://www.pillsburylaw.com/en/services/global-reach/middle-east.html), presumably because she is an actual lawyer (and Osama is not).

Here is the baffling exchange between Luke Rosiak, the journalist who writes for The Daily Caller and who was working on a piece about Al Jazeera when Osama was the Chief Legal Counsel, and Matt Hyams, Pillsbury's PR guy in NY:

---------- Forwarded message ---------
From: **Hyams, Matt** <matt.hyams@pillsburylaw.com>
Date: Fri, Jul 26, 2019, 10:52 AM
Subject: RE: Media inquiry about London partner's legal accredations
To: Luke Rosiak <luke@dailycallernewsfoundation.org>

Luke,

As requested, I can confirm Osama Abu-Dehays was admitted to the Jordanian Bar Association in 2002 and that his Bar number is 11840. He is also registered with the UK's Solicitors Regulation Authority as a registered foreign lawyer and is a member of the Law Society of England and Wales.

Prior to Mr. Abu-Dehays joining our firm, we verified his qualifications through the same vetting protocol used for all of our professionals, which includes an extensive third-party background verification process. In maintaining our internal records, we have also re-verified his memberships with both the Jordanian Bar Association and the Law Society in the years since. In every instance, his credentials have been authenticated. Further, Mr. Abu-Dehays' qualifications have been reviewed by numerous organizations beyond ours—including another global law firm, multiple corporations, and the UK's Solicitors Regulation Authority—all of which have deemed his credentials to be beyond reproach.

Your last communication implied that you intend to run an article that questions the bona fides of Mr. Abu-Dehays' credentials. The information we have provided, based on a variety of credible sources and circumstances, strongly suggests that such an article would be unwarranted. We trust that you will take the information we have provided into account to ensure that any report you publish is accurate.

--Matt

**From:** Luke Rosiak <luke@dailycallernewsfoundation.org>
**Sent:** Tuesday, July 23, 2019 10:32 AM
**To:** Hyams, Matt <matt.hyams@pillsburylaw.com>
**Subject:** Re: Media inquiry about London partner's legal accredations

Thanks. What evidence can you provide that Osama is a member of the Jordanian bar, including showing his date of first admission?

On Mon, Jul 22, 2019 at 9:25 PM Hyams, Matt <matt.hyams@pillsburylaw.com> wrote:

Luke—Thanks for reaching out and bringing this issue to our attention.

We reviewed your questions and can confirm that Mr. Abu-Dehays is a member of the Jordanian Bar Association. However, two of the items mentioned at the very end of Mr. Abu-Dehays' bio (the U.S. clerkship and California court admissions) are clearly listed in error, as Mr. Abu-Dehays principally focuses his practice on matters involving the Middle East and North Africa. After further investigation, we have determined that our outside web vendor, without the knowledge of Mr. Abu-Dehays or any other Pillsbury attorney, introduced some erroneous information into our attorney bios. This is an issue we take seriously, which we are in the process of correcting.

--Matt

Matt Hyams | Pillsbury Winthrop Shaw Pittman LLP

Director of Public Relations

31 West 52nd Street | New York, NY 10019-6131

t +1.212.858.1042 | f +1.212.858.1500 | m +1.845.893.9289

matt.hyams@pillsburylaw.com | pillsburylaw.com

**From:** Luke Rosiak <luke@dailycallernewsfoundation.org>
**Sent:** Monday, July 22, 2019 5:34 PM
**To:** Hyams, Matt <matt.hyams@pillsburylaw.com>
**Subject:** Media inquiry about London partner's legal accredations

\* EXTERNAL EMAIL \*

Hi Matt,

I'm an investigative reporter at the Daily Caller News Foundation in Washington, D.C.

I have a question about whether Osama Abu-Dehays, a partner in Pillsbury's London office, may be misrepresenting his credentials. He is from the nation of Jordan.

1) Under Clerkships, his Pillsbury profile lists only "Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court."

Judge Holcomb was on the tax court from 1972-1981, departing when Osama was only two years old (I believe he was born in 1979). She was on the US District court from 1981-1984, and on the Circuit Court of Appeals from 1984-1997. She retired in 1997, when Osama was only 18 years old. (He was in college 1997-2001.)

2) Under Courts, his Pillsbury profile lists (only) "All California District Courts."

The California state bar lists no record of him. Additionally, I am not sure California District Courts refers to anything. From what I know, there are US District Courts (federal) and California superior, supreme, and appeals courts. There is no record of him ever having tried a federal case in the US in PACER.

3)  His profile lists his memberships as:

- Law Society of England & Wales – Registered practicing Foreign Solicitor

- Jordanian Bar Association
- International Bar Association, 2007

From what I have gathered, the Jordanian bar registry only has one member by that name, and based on the date, it would be a much older person. I'm not sure how the other two memberships work, but they may be based on some type of reciprocity with his Jordanian credential.

4) It is possible that Osama's lawyer status was taken for granted because he had previous experience as general counsel of Al Jazeera. The New York Times reported that his successor in that role was not a lawyer and had fake credentials.

Later this week, I am looking at publishing a story involving the difficulty of establishing credentials in the Arab world, and the frequency with which credentials and even exam-taking are bought, sold, and faked. (Osama is the son of a politically connected parent in Jordan.) I am planning on looking at the case of Osama in my story. I request a response from you by Wednesday -- I know it may take you a little longer than that to get to the bottom of this, but I would like to at least hear back by then, if not Tuesday.

Thank you,

Luke

301-642-9637

\*\*\*\*\*\*\*\*\*\*\*\*

Between the blatant incorporation of false information in Osama Abu Dehays' PIllsbury public profile (original attached) and the nonsensical chronology that is Osama Abu Dehays' professional trajectory that excludes very obviously any training contract/Articles, it is clear that Osama Abu Dehays cannot possibly be a qualified Jordanian lawyer and that Osama is misrepresenting himself as a qualified Jordanian lawyer and is registered with the Law Society of England and Wales as a Foreign Qualified Lawyer based on false information.

It is important to note that, when Luke Roziak was writing the article for The Daily Caller (which he mysteriously dropped - I suspect he was paid off) - Luke hired a hacker/fixed named John Hawley. I met with John Hawley in NYC last summer and he confirmed that he one of his investigators in Egypt examine Osama's so-called practising certificate and that Egyptian lawyer/investigator confirmed that it was a "very good forgery." John Hawley also mysteriously disappeared and he denied everything he had said initially about Osama, again, making it seem that both he and Luke Rosiak had been paid off to make the story go away. Regardless, it is no longer necessary to have a third party forensic examiner confirm whether or not Osama Abu Dehays' practising certificate is real or a forgery, applying the conditions of becoming a Jordanian lawyer to Osama's case makes it impossible to conclude that Osama Abu Dehays is a Jordanian qualified lawyer. Osama Abu Dehays neither did he law degree in the Arab world nor completed his Articles

under the tuition of a qualified Jordanian lawyer in Jordan (please note that per his LinkedIn profile, Osama went straight from the University of Kent at Canterbury to Dubai, UAE.)  When did Osama undertake his Articles in Jordan?  This exclusion is glaringly obvious to the naked eye.  No further digging is required.

I spent 15 years living in the Persian Gulf.  I observed in many instances - at Al Jazeera and other positions in Bahrain and Qatar - of abject corruption.  Corruption in places you would not expect, like in law offices, like in the courts, and almost everything can be procured by corrupt means.  The levels of corruption that I experienced and/or witnessed prompted me to take my second LL.M. in Corruption, Law and Governance offered by the University of Sussex and the Rule of Law and Anti-Corruption Center (ROLACC) in Doha, Qatar from 2016-2018 (part-time).  Although I have the degree, the idea of fighting corruption is, as my mother so eloquently described it during the graduation festivities, "pissing in the wind" because corruption is the status quo in the Middle East.  Osama Abu Dehays has espoused this Middle Eastern attitude towards obtaining fake certificates (a problem that is rife in the GCC/Middle East).  It comes as no surprise that Osama has a Jordanian practising certificate despite not having done his Articles in Jordan, a mandatory step - it would be easy to pay someone in the Jordanian Bar Association to lie on his behalf - someone would be on his "payroll" - it would be impossible to check because the Jordanian Law Society is shrouded in secrecy.

As regards Pillsbury, Pillsbury either did not do enough due diligence to confirm both how Jordanian lawyers become qualified and whether Osama Abu Dehays is actually a qualified Jordanian lawyer, or Pillsbury knew and looked the other way in order to capitalize on Osama's "connections."  Pillsbury is either incredibly sloppy/stupid, incredibly naive, or complicit in Osama's crime - either before or after the fact of his having been hired to be a partner in the London office and the Chair of the Middle East Practice!! I thought cowboys only existed in the Wild West!

2.    Include any appropriate dates concerning the above

I expounded on the impossibility of Osama Abu Dehays being a qualified Jordanian lawyer in the Letter.  But for the sake of revision, here are the important dates that prove the glaring mistake in his lie (see attached LinkedIn Profile copy and https://www.linkedin.com/in/osama-a-1251252/):

- 2002 - Osama graduates from the University of Kent at Canterbury with an LLB
- 2002 - Osama takes up a post at MBC in Dubai, UAE (a totally different country in the GCC there is 1500 miles between Amman, Jordan and Dubai, UAE);
- 2005 - Osama becomes Head of Legal at Arab Media Group in Dubai, UAE;
- 2009 - Osama becomes Chief Legal Counsel of Al Jazeera Media Network in Doha, Qatar;
- 2012 - Osama joined Bird & Bird in the UAE;
- 2014  - Osama joined Pillsbury in the UAE and later moved to London, England.

Knowing that a Jordanian lawyer needs to have his law degree from an Arab university (Osama attended an English university) and that becoming a Jordanian lawyer is conditioned on doing Articles that last at least 2 years and sometimes more and during which the trainee must present a thesis written under the tuition of a a qualified Jordanian lawyer, it is clear that Osama has misstated the fact that he is a qualified Jordanian lawyer.  On top of that, Osama is now working in London as a partner in Pillsbury London, where he is

fraudulently registered as a foreign lawyer even though he is no such thing. Osama is not a qualified Jordanian lawyer. The rules of becoming a Jordanian lawyer can easily be checked by the Jordanian Bar Association and Wikipedia has a helpful but pedestrian *precis* here:

"Jordan[edit]

The Jordanian Bar Association requires both academic, practical and oral exams for admission to the bar. The probationer must hold a bachelor's degree or equivalent in Law.

The Bar Association requires a minimum of two years of training under supervision of an Attorney. However, if a post-graduate degree in law is attained, a reduction to one year of training is possible. The Bar grants the probationer, at different stages of his training, special rights of audience to appear before specific courts.

The probationer may submit a written request, at any stage of his training, to be enrolled in the written exams that the Bar holds 4 times a year. If he/she attains an exam mark of (15/25) or higher, then the probationer will progress to the oral exam conducted by a legal committee elected from a combination of judges, professors and senior lawyers. If he/she passes the oral exam, then they are required to submit a research paper. Each probationer must research a legal subject, submit a written paper, and discuss his/her findings before the committee. If he/she passes, the probationer must undertake an oath before the Minister of Justice, the conclusion of which grants him entry to the Bar. The process requires, on average, around two-and-a-half years to satisfy the Bar Association's requirements to practice law. However, it should be mentioned that only Jordanians may petition the Bar Association to practice law."

My own research (in speaking with lawyers from Syria and Jordan) revealed that no lawyer can go to a foreign university and become a Jordanian lawyer, the training has to take place in Jordan and it is not possible to do the training in absentia (i.e., by fulfilling the practising qualifications in another company). Unlike in England, where there are conversion courses in law, there are no such conversion courses in Jordan – therefore, the only way for Osama to have become a Jordanian lawyer would have been to attend a law school in the Arab world and do Articles in Jordan, neither of which he did.

Furthermore, it should be noted that my colleague at Al Jazeera Media Network, Yousuf Al Jaber told me that he had sued Al Jazeera, Osama Abu Dehays and the Chairman of Al Jazeera on the basis that Osama Abu Dehays' job should have gone to a Qatari. In the course of his case, Yousuf went to Jordan and obtained confirmation that Osama Abu Dehays (b. 1979) is not registered on the rolls of the Jordanian Bar Association. However, there was an Osama Abu Dehays listed but born 40 years earlier that Osama Abu Dehays who currently works at Pillsbury.

I will forward Yousuf's most recent email under separate cover in which he brushes me off – he should be questioned officially and this could be done by proxy in conjunction with the Qatari authorities.

3.  If you have already contacted another organisation about this matter please tell us the outcome.

As stated above, I wrote to several Pillsbury Partners in early March 2020. I have not even received a confirmation of receipt. I did call the offices of Mr. Flanders and Ms. Erni respectively but I could not get through to either lawyer and their secretaries took messages. Since then, there has been radio silence despite the fact that they have a professional obligation to out Osama Abu Dehays for the fraud that he is.

I hope this covers your questions preliminarily.  I did have a lot of information about my time at Al Jazeera but my Gmail account (to which I had forwarded the incriminating emails - although Yousuf never put the fact that he discovered that Osama is not listed on the Jordanian rolls in writing, he told me face-to-face) had been hacked and many emails deleted over the course of my time at Al Jazeera and thereafter.

Please let me know if you have additional questions about what I have provided you thusfar.  Should you wish to speak to me on the phone, I am happy to set a time to speak with you.

I find this whole story appalling - that Osama could be practising law in England with a forged Jordanian law license and that Pillsbury is doing nothing about it.

Please confirm receipt.

Thank you.

Kind regards,
Sonya Shaykhoun, Esq.


> Should you feel the documentation provided demonstrates the above please direct me to the exact paragraphs that evidence the firm or individuals misconduct.


Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, May 13, 2020 3:37 AM, Rochelle Lewis <Rochelle.Lewis@sra.org.uk> wrote:


> Our ref: POL/1288344-2020


> Dear Ms Shaykhoun,


> Thank you for your email of 7 March 2020.


> I have now had an opportunity to read through the documentation provided and need further clarity to investigate. I understand you are reporting Osama Abu Dehays of Pillsbury Winthrop Saw Pittman LLP. Please set out clearly:

1. What you think the firm or individual has done wrong
2. Include any appropriate dates concerning the above
3. If you have already contacted another organisation about this matter please tell us the outcome.

Should you feel the documentation provided demonstrates the above please direct me to the exact paragraphs that evidence the firm or individuals misconduct.

Please respond to this email by the **20 May 2020**.

I look forward to hearing from you.

Yours sincerely,

Rochelle Lewis (Mrs)

Investigation Officer

Investigations & Supervision

Solicitors Regulation Authority (SRA)

Tel:  The Cube, 199 Wharfside Street, Birmingham B1 1RN

www.**sra.org**.uk

Our levels of service are currently being impacted by the recent outbreak of Coronavirus. In line with government advice, most of the SRA will be working away from the office for the time being. Please note I am not in the office but you can continue to contact me by email.

   

**From:** Sonya Shaykhoun <shaykhoun@protonmail.com>
**Sent:** 07 March 2020 03:34
**To:** Report@sra.org.uk
**Subject:** Fw: Private & Confidential - Osama Abu Dehays

FYI

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

-------- Original Message --------

On Friday, March 6, 2020 5:56 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Mr. Flanders,

Please see attached letter and related documents for your perusal and action.  I am available in NYC to meet to discuss at your convenience.

Sincerely yours,

Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

For information on how we handle your personal data, see our privacy notice.

This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.

Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

**2.62 MB**   4 files attached   5 embedded images

image001.png 2.42 KB      image002.png 2.34 KB      image003.png 2.15 KB      image004.png 2.14 KB

image005.png 2.84 KB      Osama_Abu_Dehays_Letter_to_D_Erni_London_March_8_2020.docx.pdf 454.72 KB

Signed Letter to E Flanders March 6 2020 SHS.pdf 312.35 KB

osama-abu-dehays with bogus information pillsbury profile.pdf 832.79 KB

Osama Abu-Dehays _ LinkedIn (1).pdf 1.05 MB

## Fw: RE: Greetings from NY - THIS PERTAINS TO OSAMA ABU DEHAYS

From    shaykhoun@protonmail.com <shaykhoun@protonmail.com>

To    Rochelle Lewis<Rochelle.Lewis@sra.org.uk>

Date    Sunday, May 17th, 2020 at 12:21 AM

As referenced in the first letter, the email from Yousef Al Jaber, who investigated Osama Abu Dehays' Jordanian license and who told me that there was no Osama Abu Dehays on the Jordanian Bar Association roster.

Kind regards,
Sonya Shaykhoun

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, July 17, 2019 6:03 AM, Yousef Al Jaber <jabery@aljazeera.net> wrote:

Dear Sonya

Thank you for your email below and I hope you are doing well too.

Yes, it's very long since Osama Abu Dehays left Aljazeera, as you may know i am working with Legal Affairs where we have no authority to determine your request below, Therefore, I am afraid that I cannot be of any assistance in this respect, However; I believe that you could found all information you need by searching through websites and Jordan Bar Association.

Wishing you all the best in your life.

Best regards.

**Yousef Al Jaber**
Sr. Legal Counsel | Legal Affairs Department



شبكـة الجزيـرة الإعلاميـة
ALJAZEERA MEDIA NETWORK

P.O BOX 23123 DOHA, QATAR

T. +974 44897170 M. +974 55007807 www.aljazeera.net



PROUD WINNER OF
2019 ONE WORLD
DIGITAL MEDIA
AWARD FOR
"Lost Childhoods:
How Nigeria's Fear of
Child 'Witchcraft'
Ruins Young Lives"

ONE
WORLD
MEDIA

نفخر بالفوز بجائزة
"ون وورلد ميديا" عن
فئة الإعلام الرقمي
عن قصة تفاعلية
سلطت الضوء على
اعتداءات يتعرض لها
أطفال في نيجيريا

This email communication is confidential and may be privileged or otherwise protected. It is intended exclusively for those individuals and entities addressed above and any other persons who have been specifically authorised to receive it. You should not copy or disclose its contents to anyone. If you are not such an intended recipient, please notify us that you have received this email in error. Please then delete the email and any attachments and destroy any copies of it. We regret any inconvenience resulting from erroneous delivery of this message and thank you for your cooperation.

Please note that none of the AlJazeera Media Network or any of its affiliated entities will have any liability for any incorrect or incomplete transmission of the information contained in this email nor for any delay in its receipt. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of the AlJazeera Media Network or any of its affiliated entities. Any logo trademark or other intellectual property forming part of or attached to this email belongs exclusively to the AlJazeera Media Network. Any unauthorized reproduction copying or other use by you or others is strictly prohibited.

**From:** Sonya Shaykhoun [mailto:shaykhoun@protonmail.com]
**Sent:** 13 July 2019 18:15
**To:** Yousef Al Jaber <jabery@aljazeera.net>
**Subject:** Greetings from NY

Dear Yousef,

How are you?  It has been a long time since we spoke.  I hope that you are well and things are going well for you.

I have been thinking about suing Osama Abu Dehays and Al Jazeera for how they left me in Bahrain for 6 months after Osama told the agent to tell me to quit.

Do you remember that you told me that you went to Jordan to investigate whether Osama was actually a lawyer and you found out that the only Osama Abu Dehays was born in the 1940s – can you share that information with me?  It will really help me in my lawsuit.

Thank you.


Best regards,

Sonya


Tel: +1-929-408-4531


Sent with ProtonMail Secure Email.


**116.61 KB**      2 embedded images

AJMNLogo_b791f192-ccf5-4094-971e-ab62ca8c7ef9.png 65.62 KB

Banner1_cac8fda9-315d-449f-befc-cdd4f18a787d.png 50.99 KB

# Fw: Re: Concerns about Osama Abu-Dehays

From    shaykhoun@protonmail.com <shaykhoun@protonmail.com>

To      report@sra.org.uk

BCC     Adam Lovinger<oslinger1@gmail.com>

Date    Sunday, November 3rd, 2019 at 10:10 PM

Dear Sir or Madam,

This is the third time I have written to you about the above subject. The first was 3 months ago and the second was on October 16th, 2019.

I am deeply concerned that I have not received an acknowledgement of receipt of my letter from the SRA. I am further concerned by the fact that Osama Abu Dehays is still listed as a partner in the London office of the American law firm, Pillsbury (https://www.pillsburylaw.com/en/lawyers/osama-abu-dehays.html) even though I have outlined clearly why Osama Abu Dehays cannot be a qualified Jordanian lawyer and why he could never have received his law license from Jordan in 2002. Since my first letter, I have spoken to several other lawyers from the Levant who have explained that it is impossible for a lawyer in a Napoleonic Code country to study in a common law country and then do articles without having some kind of bridging course (if such a course is available). I have outlined in detail how the chronology of Osama Abu Dehays' career as a Jordanian trained lawyer makes no sense.

From the perspective of the Rule of Law and transparency, I find it troubling that the SRA has not acknowledged my initial letter or indeed my second letter dated October 16, 2019. As a lawyer who was living and working in the GCC for 15 years, I saw my fair share of corruption and frauds. It is imperative to keep such barbaric fraudsters at the gates of the Western world and prevent them from perpetuating their respective frauds in the Western world. Don't we have enough problems in the West without adding fake lawyers into the mix? The deleterious consequences of Osama's fraud is not inconsequential - he is not working in a high street law firm in some remote village (although this would also be deeply offensive to good conduct and professionalism demanded by the Legal Profession - he has been advising high net worth companies and individuals under the aegis of an international law firm. I shudder to think of the insurance liability to which his worthless "Attorney-client privilege" has exposed his past and current clients and firms.

I understand from several reliable sources, including Yousef Al Jaber whom I mentioned in my first letter to you, that Osama's name is not on the roster in the Jordanian Law Society. Unfortunately, this information is not open to the public. Apparently, Osama's certificate is a "very good forgery." But having spent 15 years in the GCC, I understand all too well the culture of "baksheesh" or "wasta" - that is, paying bribes and trading in influence, to make things happen or disappear. The Arab world is not renowned for its transparency and adherence to the Rule of Law. My experience is that anything can happen there and most everything does. Whether or not Osama's certificate is a forgery is now second to the fact that his education does not align with Jordanian qualifying steps. Perhaps going forward the Law Society of England and Wales should look more deeply into educational practices before allowing a foreign lawyer to be on its roster.

What is also concerning is that the law firms that vetted him did not have the good sense to look at how

lawyers in Jordan undergo their training.  Had anyone asked the basic questions around Osama's training and how and where he did it and compared that to the undoubtedly easily accessible information from the Jordanian Law Society about the steps aspiring lawyers in Jordan must take in order to qualify, Osama's fraud would have been nipped in the bud.  Based on the information I have gathered, it is highly unlikely that Osama's University of Kent LLB would have earned him the right to do his Articles in Jordan (which Articles are not mentioned anywhere on his professional profiles, including Pillsbury and LinkedIn).

I do hope that you will do me the professional courtesy, as a lawyer who is actually legitimately barred in New York State, of acknowledging my letters and advising as to a plan of action, if any.  There are many fine, educated, licensed lawyers in the Middle East.  Sadly, I doubt that Osama Abu Dehays is one of them.  And leaving someone like Osama Abu Dehays in his position will only ruin the future careers in the West of legitimately trained Arab lawyers who did get their licenses properly, according to the rules. Not to mention the huge financial exposure in terms of liability insurance as well as the ugly stain on the legal profession itself.

For ease of reference, I will forward the first two letters under separate cover.

I look forward to hearing from you.

Thank you.

Kind regards,
Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, July 31, 2019 11:01 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

> Dear SRA:
>
> As per my initial email below, I have very good reason to believe that Osama Abu Dehays, currently a Partner in the London office of Pillsbury (https://www.pillsburylaw.com/en/lawyers/osama-abu-dehays.html) has built his legal career, gained admission to the Law Society of England and Wales and, indeed, got his law jobs, including his current position at Pillsbury where he is a partner, based on fraud.
>
> Specifically, Osama Abu Dehays asserts that he was admitted to the Jordanian Bar Association in 2002 and that his bar admission number is 11840. He is also registered with the UK's Solicitors Regulation Authority as a registered foreign lawyer and is a member of the Law Society of England and Wales.
>
> I have several very good reasons for believing that Osama Abu Dehays does not have the Jordanian law license that he says he has:

I. When I arrived at Al Jazeera in Doha in February 2011, not only did I learn some extremely alarming facts Osama Abu Dehays, but I also observed a great deal of dubious dealings that took place on Osama's watch. Firstly, one of my colleagues, a Qatari lawyer named Yousef Al Jaber, explained to me that he had sued Osama Abu Dehays, the Chairman of Al Jazeera and Al Jazeera Media Network because Osama got the General Counsel job for which Yousef applied. This lawsuit must have taken place in circa 2009 (i.e., after Osama's appointment to Al Jazeera in August 2009). As a Qatari company, the tendency is often to favor a Qatari lawyer (i.e., such as Yousef Al Jaber). Per the "Qatarization" policy (i.e., a kind of affirmative action that favors nationals in the work force, especially for sensitive positions like the General Counsel of Al Jazeera), a Qatari (man/woman) should have been the General Counsel of Al Jazeera, rather than a 30-year old Jordanian lawyer with minimum experience in comparison to other general counsels of similar stature in similar companies. Regardless, Osama Abu Dehays, a Canadian and British-educated Jordanian was appointed General Counsel of Al Jazeera in August 2009, despite Qatar's policy of "Qatarization". As part of his due diligence for his law suit against Osama et al., Yousef Al Jaber traveled to Amman, Jordan to investigate the records of the Jordanian Bar Association. What Yousef told me he discovered (and what he subsequently shared with me sometime in 2011 when we both worked together in the Legal Department at Al Jazeera Media Network, where Osama was our boss) was that there was in fact an Osama Abu Dehays on the roster, but **the only** Osama Abu Dehays referenced in the roster of the Jordanian Bar Association was born several decades before Osama Abu Dehays, the General Counsel of Al Jazeera, who was born in December 1979. So, Yousef Al Jaber discovered that Osama was not on the roster of the Jordanian Bar Association at all but seemed to be "passing himself off" as the licensed Osama Abu Dehays born years earlier. I recently wrote to Yousef Al Jaber, who is still at Al Jazeera Media Network, to ask him to verify what he had told me - although he did respond, he refused to help me outright in large part because of the huge culture of fear that exists in Qatar. Yousef did tell me though to check the Internet and the Jordanian Bar Association, that it was all there. I did check the Internet and, while I am fluent in Arabic, I did not find it which leads me to believe that Osama might have had the Internet "cleaned" of any unseemly news about him. To summarize, Osama took up his post at Al Jazeera in 2009 (around the same time as Yousef brought his lawsuit against Osama and discovered that Osama was not on the roster). Yet, Osama asserts that he gained his admission to the Jordanian Bar Association in 2002. This requires explanation. How can he say he gained admission in 2002 but when Yousef Al Jaber went to Amman in 2009, Osama Abu Dehays (b. 1979) was not on the roster? You can contact Yousef Al Jaber yourself at:

Email: *jabery@aljazeera.net*

**Yousef Al Jaber**
Sr. Legal Counsel | Legal Affairs Department

P.O BOX 23123 DOHA, QATAR
T. +974 44897170 M. +974 55007807 www.aljazeera.net

II. The second reason for my suspicious about Osama Abu Dehays' license is because, while he was the General Counsel at Al Jazeera, I noticed that the Legal Department was in a shambles and it seemed to be

shambolic on purpose. I was in charge of foreign bureaus but my immediate supervisor, Dr. Mahdi Zahraa, a much older Syrian/British national who lived in Glasgow, who reported to Osama, would not let me set up any of the bureaus, even though millions upon millions of dollars were now being sent in sacks to the various make-shift bureaus that were not set up because of Dr. Zahraa's seeming ineptitude.

I soon realized that Dr. Mahdi was not inept, but he seemed to have a vested interest in keeping the foreign bureaus unregistered. When a bureau is registered, it follows that the branch will then open a corporate bank account. Having a corporate bank account makes sending any monies from Doha to whatever bureau around the world very traceable. Rather, during Osama's days, hundreds of millions of dollars were sent around the world in bags, untraceable and ultimately, the monies disappeared. I know this because I sat in on meetings where discussions were had on how to send the money abroad if there was no bank account, on all the money that was earmarked (and very much present in the coffers of Al Jazeera) to set up ambitious projects that had been condoned by the then-Emir, HH Sh. Hamad bin Khalifa Al Thani - projects like Al Jazeera Turk (which, after nearly a decade, has still not been established even though hundreds of millions of dollars were spent trying to set it up and all there is in Istanbul is a digital channel and not a full broadcasting center, which was the original plan and budget - and also like Al Jazeera KiSwahili, another project meant for Kenya and for which employees were hired and plucked out of their lives in Africa and brought to Doha only to find out that there was not going to be an Al Jazeera KiSwahili. I personally went on a fact finding mission to Istanbul to find out what happened and the lawyers for Al Jazeera who had worked for Osama Abu Dehays before he was fired in February/March 2012 said very weirdly, "Osama did nothing wrong." It seemed like the Lady doth protest too much. Osama, as the CLO, had a fiduciary duty to do what was best for the State of Qatar, the ultimate beneficial shareholder, and the Emir of Qatar. Rather, he seemed to have been overseeing a business within a business that was at odds with the legitimate business he was hired to do; and

III. Thirdly, the timeline that Osama Abu Dehays asserts is the trajectory of his legal education and subsequent career (see attached LinkedIn profile) does not include the 2 to 2.5 years of Articles that the Jordanian Bar Association requires to gain admission. You will see this explained in the below excerpt from Wikipedia about how to get a Jordanian law license:

*"The Jordanian Bar Association requires both academic, practical and oral exams for admission to the bar. The probationer must hold a bachelor's degree or equivalent in Law.*

*The Bar Association requires a minimum of two years of training under supervision of an Attorney. However, if a post-graduate degree in law is attained, a reduction to one year of training is possible. The Bar grants the probationer, at different stages of his training, special rights of audience to appear before specific courts.*

*The probationer may submit a written request, at any stage of his training, to be enrolled in the written exams that the Bar holds 4 times a year. If he/she attains an exam mark of (15/25) or higher, then the probationer will progress to the oral exam conducted by a legal committee elected from a combination of judges, professors and senior lawyers. If he/she passes the oral exam, then they are required to submit a research paper. Each probationer must research a legal subject, submit a written paper, and discuss his/her findings before the committee. If he/she passes, the probationer must undertake an oath before the Minister of Justice, the conclusion of which grants him entry to the Bar. The process requires, on average, around two-and-a-half years to satisfy the Bar Association's requirements to practice law. However, it should be mentioned that only Jordanians may petition the Bar Association to practice law."* (see https://en.wikipedia.org/wiki/

Admission_to_practice_law#Jordan and undoubtedly you can confirm this with the Jordanian Bar Association.)

You will note that Osama completed his LL.B. at the University of Kent at Canterbury (which I do not dispute as I confirmed it with my contact at Kent - my sister read Art History at Kent and I know one of the administrators there who verified it for me) in 2002 and then in 2002, he started his position as an Associate Lawyer at MBC in Dubai (https://www.mbc.net/en/corporate/about-us.html) **This begs the question: when and where did he do his articles in Jordan when he was working at MBC in Dubai?** Most lawyers I have met in the Arab world have to do very involved training which often involves a litigation rotation.  Moreover, there is no mention of the paper that Osama wrote as part of his Jordanian Bar admission and different sources say that Osama had different titles at MBC (see Bird & Bird: https://www.kinneyrecruiting.com/dubai/legal-news/5732-al-jazeeras-osama-abu-dehays-joins-bird-a-bird/). Was he the Deputy General Counsel or an Associate Lawyer at MBC?

I believe Yousef Al Jaber, who is a religious man who has integrity and a moral compass.  Additionally, it is very odd indeed that Osama Abu Dehays claims to have gained admission to the Jordanian Bar in 2002 but he was studying law at Kent from 2000 to 2002, not in Jordan undertaking his "articles" and ostensibly not writing his mandatory thesis.

I hope that you get to the bottom of the question of Osama Abu Dehays' Jordanian law license.  When I think of the other people he may have damaged besides Al Jazeera, the State of Qatar, etc., the law cases he may have lost, the subsequent liability to which he has exposed his current and former law firms by practising with a fake license, not to mention all the money he drew in huge salaries based on what looks like providing fraudulent legal services, I shudder.

Please investigate and shed light on this very shady situation.

Thank you.

Kind regards,
Sonya Shaykhoun
+1 929 408-4531

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------

On Thursday, July 25, 2019 12:52 PM, Contactcentre <Contactcentre@sra.org.uk> wrote:

Dear Sonya Shaykhoun,

Thank you for your email of 20 July 2019.

**Reporting Osama**

If you have concerns about the conduct of a law firm or an individual that we regulate you can report the matter to us.

**What you need to do**

Complete our report form and send it to:

Solicitors Regulation Authority
The Cube
199 Wharfside Street
Birmingham
B1 1RN

or email report@sra.org.uk

**What happens next**

We will acknowledge the report in 20 to 30 working days and let you know whether any action will be taken. If the report requires further investigation we will aim to contact you again within 25 days.

**What you should know**

We do not look into personal complaints about solicitors or firms. We cannot award compensation for poor service or reduce your legal fees. If you are concerned about the service provided by your own solicitor or firm you should contact the Legal Ombudsman.

Further information about problems with a solicitor can be found at www.sra.org.uk/consumers/problems/report-solicitor.page.

**Legal Advice**

We cannot help you with legal advice or comment on your legal matter.

There are several ways to get legal advice.

Legal Choices is a website that contains guidance on legal issues, costs, and where you may obtain free advice.

You can also access the Find a solicitor search. This is a free service run by the Law Society. It lists information about solicitors firms and individual solicitors that we regulate.

Tips to help you get the best from legal services can be found on our website at www.sra.org.uk/consumers/find-use-instruct-solicitor.page

**Survey**

We are always trying to improve how we help people, and so your feedback is important to us.

Please complete our survey. It should take you less than five minutes to complete.

Please be aware we cannot directly respond to any survey responses.

If you have queries, you can contact us.

Yours sincerely,

**Adam Jarvis**

Customer Services Adviser

Contact Centre
**Solicitors Regulation Authority**
0370 606 2555
contactcentre@**sra.org**.uk

www.**sra.org**.uk

 

From:    Sonya Shaykhoun <shaykhoun@protonmail.com>

Sent:    20 July 2019 05:05

To:      Contactcentre

Subject:        Re: Concerns about Osama Abu-Dehays

Attachments:   SHS Memo Feb 12 2012 (1).pdf

With attachment.

Tel: +1-929-408-4531

Sent with ProtonMail<https://protonmail.com> Secure Email.

------- Original Message -------

On Saturday, July 20, 2019 12:03 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Solicitors Regulatory Authority,

I am writing because I have serious concerns about the veracity of the Jordanian law license on which the Foreign Registered Solicitor, Osama Abu Dehays (https://solicitors.lawsociety.org.uk/person/113250/osama-abu-dehays) is based.

I worked with Osama Abu-Dehays at Al Jazeera Media Network in Doha, Qatar from February 2011 until March 2012.  During that time, one of my former Qatari colleagues told me that he had sued Osama (and the Chairman of Al Jazeera) because Osama had gotten the job of General Counsel of Al Jazeera despite the fact that Osama was not Qatari and it was understood that, due to the policy of hiring Qataris for big jobs in government organizations, that a Qatari and not Osama (a Jordanian national) should get that job.  The hiring of Osama was shocking for various reasons, one of them being the fact that he was getting a ridiculously high salary despite being incredibly young (he was about 32 years old at the time).  My former colleague investigated Osama and even went to Jordan from Qatar (a short trip by plane) and went to the Jordanian Bar Association where he discovered that at that time, there was no Osama Abu Dehays on the roster (at least not one born in 1979).  There was another Osama Abu Dehays born many years earlier and Osama was passing himself off as this lawyer.

Even on Osama's Pillsbury profile (see attached), there are several false statements which I have today verified and which speak to his tendency to manipulate the truth.  Those two statements are as follows:

a) his clerkship at with Judge Cynthia Holcomb Hall when she was a judge on the US Tax Court.  Judge Holcomb Hall was on the US Tax Court from 1972 to 1981 (Osama was born in 1979 so, either he was born with an LL.B. fully formed like Athena from the head of Zeus such that he could be a law clerk at the age of 2, or he's a liar);

b) He says he has access to "all California District Courts" despite not being mentioned on the California State Bar's website. I called the California State Bar myself and there is no record of him anywhere.

I am concerned about Osama for several reasons. The main reason is because, when I was hired to work in Al Jazeera in Doha, Osama had told the agent I was working with to tell me to quit, which I did. The next day, he told the agent to tell me not to quit because my visa for Qatar would take 2 months. Ultimately, it took 6 months and he landed me in very hot water financially and nearly caused me to suffer a travel ban in Bahrain because I could not keep up with my loans and payments (rent, car, phone, credit cards, etc). I begged him to let me work in one of the other bureaus so at least I would get paid but he never responded and when I asked him for compensation, he got angry and told me to "let it go." See the attached document to prove his recklessness towards me. He had apparently done this to other lawyers who had less tolerance for such nonsense and ultimately did not land in Al Jazeera.

As a kind of public service announcement, I am working with an investigative journalist at The Daily Caller in Washington D.C., USA and one of the themes we are looking at is "fraudulent lawyers." Based on what my former colleague at Al Jazeera told me, that he had personally gone to Jordan to seek proof of Osama's law license only to find nothing, I believe that Osama's Jordanian law license needs to be investigated further by the SRA. He already had a severely damaging impact on my life - if it is true that he is not a Jordanian lawyer, that means his status in the UK is also called into question (i.e., as a foreign registered lawyer) and it needs to be thoroughly verified.

I have copied Luke Rosiak, The Daily Caller journalist, who should also be privy to any correspondence on this subject.

Please advise at your earliest.

Thank you.

Kind regards,

Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531


Sent with ProtonMail<https://protonmail.com> Secure Email.


For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.
With attachment.

Tel: +1-929-408-4531


Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, July 20, 2019 12:03 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Solicitors Regulatory Authority,

I am writing because I have serious concerns about the veracity of the Jordanian law license on which the Foreign Registered Solicitor, Osama Abu Dehays (https://solicitors.lawsociety.org.uk/person/113250/osama-abu-dehays) is based.

I worked with Osama Abu-Dehays at Al Jazeera Media Network in Doha, Qatar from February 2011 until March 2012. During that time, one of my former Qatari colleagues told me that he had sued Osama (and the Chairman of Al Jazeera) because Osama had gotten the job of General Counsel of Al Jazeera despite the fact that Osama was not Qatari and it was understood that, due to the policy of hiring Qataris for big jobs in government organizations, that a Qatari and not Osama (a Jordanian national) should get that job. The hiring of Osama was shocking for various reasons, one of them being the fact that he was getting a ridiculously high salary despite being incredibly young (he was about 32 years old at the time). My former colleague investigated Osama and even went to Jordan from Qatar (a short trip by plane) and went to the Jordanian Bar Association where he discovered that at that time, there was no Osama Abu Dehays on the roster (at least not one born in 1979). There was another Osama Abu Dehays born many years earlier and Osama was passing himself off as this lawyer.

Even on Osama's Pillsbury profile (see attached), there are several false statements which I have today verified and which speak to his tendency to manipulate the truth. Those two statements are as follows:

a) his clerkship at with Judge Cynthia Holcomb Hall when she was a judge on the US Tax Court. Judge Holcomb Hall was on the US Tax Court from 1972 to 1981 (Osama was born in 1979 so, either he was born with an LL.B. fully formed like Athena from the head of Zeus such that he could be a law clerk at the age of 2, or he's a liar);

b) He says he has access to "all California District Courts" despite not being mentioned on the California State Bar's website. I called the California State Bar myself and there is no record of him anywhere.

I am concerned about Osama for several reasons. The main reason is because, when I was hired to work in Al Jazeera in Doha, Osama had told the agent I was working with to tell me to quit, which I did. The next day, he told the agent to tell me not to quit because my visa for Qatar would take 2 months. Ultimately, it took 6 months and he landed me in very hot water financially and nearly caused me to suffer a travel ban in Bahrain because I could not keep up with my loans and payments (rent, car, phone, credit cards, etc). I begged him to let me work in one of the other bureaus so at least I would get paid but he never responded and when I asked him for compensation, he got angry and told me to "let it go." See the attached document to prove his recklessness towards me. He had apparently done this to other lawyers who had less tolerance for such nonsense and ultimately did not land in Al Jazeera.

As a kind of public service announcement, I am working with an investigative journalist at The Daily Caller in Washington D.C., USA and one of the themes we are looking at is "fraudulent lawyers." Based on what my former colleague at Al Jazeera told me, that he had personally gone to Jordan to seek proof of Osama's law license only to find nothing, I believe that Osama's Jordanian law license needs to be investigated further by the SRA. He already had a severely damaging impact on my life – if it is true that he is not a Jordanian lawyer, that means his status in the UK is also called into question (i.e., as a foreign registered lawyer) and it needs to be thoroughly verified.

I have copied Luke Rosiak, The Daily Caller journalist, who should also be privy to any correspondence on this subject.

Please advise at your earliest.

Thank you.

Kind regards,
Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

**3.20 MB**   2 files attached   5 embedded images

image001.png 1.61 KB      image004.png 1.50 KB      image005.png 2.00 KB      image003.png 1.34 KB

image002.png 1.59 KB      Osama Abu-Dehays | LinkedIn Complete.pdf 1.24 MB

SHS Memo Feb 12 2012 (1).pdf 1.96 MB

## Re: Fw: Re: Concerns about Osama Abu-Dehays

From    shaykhoun@protonmail.com <shaykhoun@protonmail.com>

To      Adam Lovinger<oslinger1@gmail.com>

Date    Monday, November 11th, 2019 at 12:16 PM

Did you intend to copy the SRA?

On Mon, Nov 11, 2019 at 11:33 AM, Adam Lovinger <oslinger1@gmail.com> wrote:

> Hi Sonya,
>
> Is there any way to get confirmation from the Jordanian Law Society that Osama's name is not listed there?  My sense is that is the necessary threshold question that we need answered for this to be a story.  Is there someone we could hire to get that information?  If we can't get that information, then I think we're out of luck.
> Thanks, Adam

On Sun, Nov 3, 2019 at 10:11 PM Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Sir or Madam,

This is the third time I have written to you about the above subject.  The first was 3 months ago and the second was on October 16th, 2019.

I am deeply concerned that I have not received an acknowledgement of receipt of my letter from the SRA.  I am further concerned by the fact that Osama Abu Dehays is still listed as a partner in the London office of the American law firm, Pillsbury (https://www.pillsburylaw.com/en/lawyers/osama-abu-dehays.html) even though I have outlined clearly why Osama Abu Dehays cannot be a qualified Jordanian lawyer and why he could never have received his law license from Jordan in 2002.  Since my first letter, I have spoken to several other lawyers from the Levant who have explained that it is impossible for a lawyer in a Napoleonic Code country to study in a common law country and then do articles without having some kind of bridging course (if such a course is available).  I have outlined in detail how the chronology of Osama Abu Dehays' career as a Jordanian trained lawyer makes no sense.

From the perspective of the Rule of Law and transparency, I find it troubling that the SRA has not acknowledged my initial letter or indeed my second letter dated October 16, 2019.  As a lawyer who was living and working in the GCC for 15 years, I saw my fair share of corruption and frauds.  It is imperative to keep such barbaric fraudsters at the gates of the Western world and prevent them from perpetuating their respective frauds in the Western world.  Don't we have enough problems in the West without adding fake lawyers into the mix?  The deleterious consequences of Osama's fraud is not inconsequential - he is not working in a high street law firm in some remote village (although this would also be deeply offensive to good conduct and professionalism demanded by the Legal Profession - he has been advising high net worth companies and individuals under the aegis of an international law firm.  I shudder to think of the insurance liability to which his worthless "Attorney-client privilege" has

exposed his past and current clients and firms.

I understand from several reliable sources, including Yousef Al Jaber whom I mentioned in my first letter to you, that Osama's name is not on the roster in the Jordanian Law Society. Unfortunately, this information is not open to the public. Apparently, Osama's certificate is a "very good forgery." But having spent 15 years in the GCC, I understand all too well the culture of "baksheesh" or "wasta" - that is, paying bribes and trading in influence, to make things happen or disappear. The Arab world is not renowned for its transparency and adherence to the Rule of Law. My experience is that anything can happen there and most everything does. Whether or not Osama's certificate is a forgery is now second to the fact that his education does not align with Jordanian qualifying steps. Perhaps going forward the Law Society of England and Wales should look more deeply into educational practices before allowing a foreign lawyer to be on its roster.

What is also concerning is that the law firms that vetted him did not have the good sense to look at how lawyers in Jordan undergo their training. Had anyone asked the basic questions around Osama's training and how and where he did it and compared that to the undoubtedly easily accessible information from the Jordanian Law Society about the steps aspiring lawyers in Jordan must take in order to qualify, Osama's fraud would have been nipped in the bud. Based on the information I have gathered, it is highly unlikely that Osama's University of Kent LLB would have earned him the right to do his Articles in Jordan (which Articles are not mentioned anywhere on his professional profiles, including Pillsbury and LinkedIn).

I do hope that you will do me the professional courtesy, as a lawyer who is actually legitimately barred in New York State, of acknowledging my letters and advising as to a plan of action, if any. There are many fine, educated, licensed lawyers in the Middle East. Sadly, I doubt that Osama Abu Dehays is one of them. And leaving someone like Osama Abu Dehays in his position will only ruin the future careers in the West of legitimately trained Arab lawyers who did get their licenses properly, according to the rules. Not to mention the huge financial exposure in terms of liability insurance as well as the ugly stain on the legal profession itself.

For ease of reference, I will forward the first two letters under separate cover.

I look forward to hearing from you.

Thank you.

Kind regards,
Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, July 31, 2019 11:01 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear SRA:

As per my initial email below, I have very good reason to believe that Osama Abu Dehays, currently a Partner in the London office of Pillsbury (https://www.pillsburylaw.com/en/lawyers/osama-abu-dehays.html) has built his legal career, gained admission to the Law Society of England and Wales and, indeed, got his law jobs, including his current position at Pillsbury where he is a partner, based on fraud.

Specifically, Osama Abu Dehays asserts that he was admitted to the Jordanian Bar Association in 2002 and that his bar admission number is 11840. He is also registered with the UK's Solicitors Regulation Authority as a registered foreign lawyer and is a member of the Law Society of England and Wales.

I have several very good reasons for believing that Osama Abu Dehays does not have the Jordanian law license that he says he has:

I. When I arrived at Al Jazeera in Doha in February 2011, not only did I learn some extremely alarming facts Osama Abu Dehays, but I also observed a great deal of dubious dealings that took place on Osama's watch. Firstly, one of my colleagues, a Qatari lawyer named Yousef Al Jaber, explained to me that he had sued Osama Abu Dehays, the Chairman of Al Jazeera and Al Jazeera Media Network because Osama got the General Counsel job for which Yousef applied. This lawsuit must have taken place in circa 2009 (i.e., after Osama's appointment to Al Jazeera in August 2009). As a Qatari company, the tendency is often to favor a Qatari lawyer (i.e., such as Yousef Al Jaber). Per the "Qatarization" policy (i.e., a kind of affirmative action that favors nationals in the work force, especially for sensitive positions like the General Counsel of Al Jazeera), a Qatari (man/woman) should have been the General Counsel of Al Jazeera, rather than a 30-year old Jordanian lawyer with minimum experience in comparison to other general counsels of similar stature in similar companies. Regardless, Osama Abu Dehays, a Canadian and British-educated Jordanian was appointed General Counsel of Al Jazeera in August 2009, despite Qatar's policy of "Qatarization". As part of his due diligence for his law suit against Osama et al., Yousef Al Jaber traveled to Amman, Jordan to investigate the records of the Jordanian Bar Association. What Yousef told me he discovered (and what he subsequently shared with me sometime in 2011 when we both worked together in the Legal Department at Al Jazeera Media Network, where Osama was our boss) was that there was in fact an Osama Abu Dehays on the roster, but **the only** Osama Abu Dehays referenced in the roster of the Jordanian Bar Association was born several decades before Osama Abu Dehays, the General Counsel of Al Jazeera, who was born in December 1979. So, Yousef Al Jaber discovered that Osama was not on the roster of the Jordanian Bar Association at all but seemed to be "passing himself off" as the licensed Osama Abu Dehays born years earlier. I recently wrote to Yousef Al Jaber, who is still at Al Jazeera Media Network, to ask him to verify what he had told me - although he did respond, he refused to help me outright in large part because of the huge culture of fear that exists in Qatar. Yousef did tell me though to check the Internet and the Jordanian Bar Association, that it was all there. I did check the Internet and, while I am fluent in Arabic, I did not find it which leads me to believe that Osama might have had the Internet "cleaned" of any unseemly news about him. To summarize, Osama took up his post at Al Jazeera in 2009 (around the same time as Yousef brought

his lawsuit against Osama and discovered that Osama was not on the roster). Yet, Osama asserts that he gained his admission to the Jordanian Bar Association in 2002. This requires explanation. How can he say he gained admission in 2002 but when Yousef Al Jaber went to Amman in 2009, Osama Abu Dehays (b. 1979) was not on the roster? You can contact Yousef Al Jaber yourself at:

Email: *jabery@aljazeera.net*

**Yousef Al Jaber**

Sr. Legal Counsel | Legal Affairs Department

P.O BOX 23123 DOHA, QATAR

T. +974 44897170 M. +974 55007807  www.aljazeera.net

**II.** The second reason for my suspicious about Osama Abu Dehays' license is because, while he was the General Counsel at Al Jazeera, I noticed that the Legal Department was in a shambles and it seemed to be shambolic on purpose. I was in charge of foreign bureaus but my immediate supervisor, Dr. Mahdi Zahraa, a much older Syrian/British national who lived in Glasgow, who reported to Osama, would not let me set up any of the bureaus, even though millions upon millions of dollars were now being sent in sacks to the various make-shift bureaus that were not set up because of Dr. Zahraa's seeming ineptitude.

I soon realized that Dr. Mahdi was not inept, but he seemed to have a vested interest in keeping the foreign bureaus unregistered. When a bureau is registered, it follows that the branch will then open a corporate bank account. Having a corporate bank account makes sending any monies from Doha to whatever bureau around the world very traceable. Rather, during Osama's days, hundreds of millions of dollars were sent around the world in bags, untraceable and ultimately, the monies disappeared. I know this because I sat in on meetings where discussions were had on how to send the money abroad if there was no bank account, on all the money that was earmarked (and very much present in the coffers of Al Jazeera) to set up ambitious projects that had been condoned by the then-Emir, HH Sh. Hamad bin Khalifa Al Thani - projects like Al Jazeera Turk (which, after nearly a decade, has still not been established even though hundreds of millions of dollars were spent trying to set it up and all there is in Istanbul is a digital channel and not a full broadcasting center, which was the original plan and budget - and also like Al Jazeera KiSwahili, another project meant for Kenya and for which employees were hired and plucked out of their lives in Africa and brought to Doha only to find out that there was not going to be an Al Jazeera KiSwahili. I personally went on a fact finding mission to Istanbul to find out what happened and the lawyers for Al Jazeera who had worked for Osama Abu Dehays before he was fired in February/March 2012 said very weirdly, "Osama did nothing wrong." It seemed like the Lady doth protest too much. Osama, as the CLO, had a fiduciary duty to do what was best for the State of Qatar, the ultimate beneficial shareholder, and the Emir of Qatar. Rather, he seemed to have been overseeing a business within a business that was at odds with the legitimate business he was hired to do; and

**III.** Thirdly, the timeline that Osama Abu Dehays asserts is the trajectory of his legal education and subsequent career (see attached LinkedIn profile) does not include the 2 to 2.5 years of Articles that the Jordanian Bar Association requires to gain admission. You will see this explained in the below excerpt from Wikipedia about how to get a Jordanian law license:

"*The Jordanian Bar Association requires both academic, practical and oral exams for admission to the bar. The probationer must hold a bachelor's degree or equivalent in Law.*

*The Bar Association requires a minimum of two years of training under supervision of an Attorney. However, if a post-graduate degree in law is attained, a reduction to one year of training is possible. The Bar grants the probationer, at different stages of his training, special rights of audience to appear before specific courts.*

*The probationer may submit a written request, at any stage of his training, to be enrolled in the written exams that the Bar holds 4 times a year. If he/she attains an exam mark of (15/25) or higher, then the probationer will progress to the oral exam conducted by a legal committee elected from a combination of judges, professors and senior lawyers. If he/she passes the oral exam, then they are required to submit a research paper. Each probationer must research a legal subject, submit a written paper, and discuss his/ her findings before the committee. If he/she passes, the probationer must undertake an oath before the Minister of Justice, the conclusion of which grants him entry to the Bar. The process requires, on average, around two-and-a-half years to satisfy the Bar Association's requirements to practice law. However, it should be mentioned that only Jordanians may petition the Bar Association to practice law.*" (see https://en.wikipedia.org/wiki/Admission_to_practice_law#Jordan and undoubtedly you can confirm this with the Jordanian Bar Association.)

You will note that Osama completed his LL.B. at the University of Kent at Canterbury (which I do not dispute as I confirmed it with my contact at Kent – my sister read Art History at Kent and I know one of the administrators there who verified it for me) in 2002 and then in 2002, he started his position as an Associate Lawyer at MBC in Dubai (https://www.mbc.net/en/corporate/about-us.html) **This begs the question: when and where did he do his articles in Jordan when he was working at MBC in Dubai?** Most lawyers I have met in the Arab world have to do very involved training which often involves a litigation rotation. Moreover, there is no mention of the paper that Osama wrote as part of his Jordanian Bar admission and different sources say that Osama had different titles at MBC (see Bird & Bird: https://www.kinneyrecruiting.com/dubai/legal-news/5732-al-jazeeras-osama-abu-dehays-joins-bird-a-bird/). Was he the Deputy General Counsel or an Associate Lawyer at MBC?

I believe Yousef Al Jaber, who is a religious man who has integrity and a moral compass. Additionally, it is very odd indeed that Osama Abu Dehays claims to have gained admission to the Jordanian Bar in 2002 but he was studying law at Kent from 2000 to 2002, not in Jordan undertaking his "articles" and ostensibly not writing his mandatory thesis.

I hope that you get to the bottom of the question of Osama Abu Dehays' Jordanian law license. When I think of the other people he may have damaged besides Al Jazeera, the State of Qatar, etc., the law cases he may have lost, the subsequent liability to which he has exposed his current and former law firms by practising with a fake license, not to mention all the money he drew in huge

salaries based on what looks like providing fraudulent legal services, I shudder.

Please investigate and shed light on this very shady situation.

Thank you.

Kind regards,
Sonya Shaykhoun
+1 929 408-4531

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, July 25, 2019 12:52 PM, Contactcentre <Contactcentre@sra.org.uk> wrote:

Dear Sonya Shaykhoun,

Thank you for your email of 20 July 2019.

**Reporting Osama**

If you have concerns about the conduct of a law firm or an individual that we regulate you can report the matter to us.

**What you need to do**

Complete our report form and send it to:

Solicitors Regulation Authority
The Cube
199 Wharfside Street
Birmingham
B1 1RN

or email report@sra.org.uk

**What happens next**

We will acknowledge the report in 20 to 30 working days and let you know whether any action will be taken. If the report requires further investigation we will aim to contact you again within 25 days.

**What you should know**

We do not look into personal complaints about solicitors or firms. We cannot award compensation for poor service or reduce your legal fees. If you are concerned about the service provided by your own solicitor or firm you should contact the Legal Ombudsman.

Further information about problems with a solicitor can be found at www.sra.org.uk/consumers/problems/report-solicitor.page.

-

**Legal Advice**

We cannot help you with legal advice or comment on your legal matter.

There are several ways to get legal advice.

Legal Choices is a website that contains guidance on legal issues, costs, and where you may obtain free advice.

You can also access the Find a solicitor search. This is a free service run by the Law Society. It lists information about solicitors firms and individual solicitors that we regulate.

Tips to help you get the best from legal services can be found on our website at www.sra.org.uk/consumers/find-use-instruct-solicitor.page

**Survey**

We are always trying to improve how we help people, and so your feedback is important to us.

Please complete our survey. It should take you less than five minutes to complete.

Please be aware we cannot directly respond to any survey responses.

If you have queries, you can contact us.

Yours sincerely,

**Adam Jarvis**

Customer Services Adviser

Contact Centre

**Solicitors Regulation Authority**

0370 606 2555

contactcentre@**sra.org**.uk

www.**sra.org**.uk



From:    Sonya Shaykhoun <shaykhoun@protonmail.com>

Sent:    20 July 2019 05:05

To:        Contactcentre

Subject:        Re: Concerns about Osama Abu-Dehays

Attachments:    SHS Memo Feb 12 2012 (1).pdf

With attachment.

Tel: +1-929-408-4531

Sent with ProtonMail<https://protonmail.com> Secure Email.

------- Original Message -------

On Saturday, July 20, 2019 12:03 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Solicitors Regulatory Authority,

I am writing because I have serious concerns about the veracity of the Jordanian law license on which the Foreign Registered Solicitor, Osama Abu Dehays (https://solicitors.lawsociety.org.uk/person/113250/osama-abu-dehays) is based.

I worked with Osama Abu-Dehays at Al Jazeera Media Network in Doha, Qatar from February 2011 until March 2012.  During that time, one of my former Qatari colleagues told me that he had sued Osama (and the Chairman of Al Jazeera) because Osama had gotten the job of General Counsel of Al Jazeera despite the fact that Osama was not Qatari and it was understood that, due to the policy of hiring Qataris for big jobs in government organizations, that a Qatari and not Osama (a Jordanian national) should get that job.  The hiring of Osama was shocking for various reasons, one of them being the fact that he was getting a ridiculously high salary despite being incredibly young (he was about 32 years old at the time).  My former colleague investigated Osama and even went to Jordan from Qatar (a short trip by plane) and went to the Jordanian Bar Association where he discovered that at that time, there was no Osama Abu Dehays on the roster (at least not one born in 1979).  There was another Osama Abu Dehays born many years earlier and Osama was passing himself off as this lawyer.

Even on Osama's Pillsbury profile (see attached), there are several false statements which I have today verified and which speak to his tendency to manipulate the truth.  Those two statements are as follows:

a) his clerkship at with Judge Cynthia Holcomb Hall when she was a judge on the US Tax Court. Judge Holcomb Hall was on the US Tax Court from 1972 to 1981 (Osama was born in 1979 so, either he was born with an LL.B. fully formed like Athena from the head of Zeus such that he could be a law clerk at the age of 2, or he's a liar);

b) He says he has access to "all California District Courts" despite not being mentioned on the California State Bar's website.  I called the California State Bar myself and there is no record of him anywhere.

I am concerned about Osama for several reasons.  The main reason is because, when I was hired to work in Al Jazeera in Doha, Osama had told the agent I was working with to tell me to quit, which I did.  The next day, he told the agent to tell me not to quit because my visa for Qatar would take 2 months.  Ultimately, it took 6 months and he landed me in very hot water financially and nearly caused me to suffer a travel ban in Bahrain because I could not keep up with my loans and payments (rent, car, phone, credit cards, etc).  I begged him to let me work in one of the other bureaus so at least I would get paid but he never responded and when I asked him for compensation, he got angry and told me to "let it go."  See the attached document to prove his recklessness towards me.  He had apparently done this to other lawyers who had less tolerance for such nonsense and ultimately did not land in Al Jazeera.

As a kind of public service announcement, I am working with an investigative journalist at The Daily Caller in Washington D.C., USA and one of the themes we are looking at is "fraudulent

lawyers." Based on what my former colleague at Al Jazeera told me, that he had personally gone to Jordan to seek proof of Osama's law license only to find nothing, I believe that Osama's Jordanian law license needs to be investigated further by the SRA. He already had a severely damaging impact on my life - if it is true that he is not a Jordanian lawyer, that means his status in the UK is also called into question (i.e., as a foreign registered lawyer) and it needs to be thoroughly verified.

I have copied Luke Rosiak, The Daily Caller journalist, who should also be privy to any correspondence on this subject.

Please advise at your earliest.

Thank you.

Kind regards,

Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail<https://protonmail.com> Secure Email.

For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

With attachment.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, July 20, 2019 12:03 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Solicitors Regulatory Authority,

I am writing because I have serious concerns about the veracity of the Jordanian law license on which the Foreign Registered Solicitor, Osama Abu Dehays (https:// solicitors.lawsociety.org.uk/person/113250/osama-abu-dehays) is based.

I worked with Osama Abu-Dehays at Al Jazeera Media Network in Doha, Qatar from February 2011 until March 2012. During that time, one of my former Qatari colleagues told me that he had sued Osama (and the Chairman of Al Jazeera) because Osama had gotten the job of General Counsel of Al Jazeera despite the fact that Osama was not Qatari and it was understood that, due to the policy of hiring Qataris for big jobs in government organizations, that a Qatari and not Osama (a Jordanian national) should get that job. The hiring of Osama was shocking for various reasons, one of them being the fact that he was getting a ridiculously high salary despite being incredibly young (he was about 32 years old at the time). My former colleague investigated Osama and even went to Jordan from Qatar (a short trip by plane) and went to the Jordanian Bar Association where he discovered that at that time, there was no Osama Abu Dehays on the roster (at least not one born in 1979). There was another Osama Abu Dehays born many years earlier and Osama was passing himself off as this lawyer.

Even on Osama's Pillsbury profile (see attached), there are several false statements which I have today verified and which speak to his tendency to manipulate the truth. Those two statements are as follows:

a) his clerkship at with Judge Cynthia Holcomb Hall when she was a judge on the US Tax Court. Judge Holcomb Hall was on the US Tax Court from 1972 to 1981 (Osama was born in 1979 so, either he was born with an LL.B. fully formed like Athena from the head of Zeus such that he could be a law clerk at the age of 2, or he's a liar);

b) He says he has access to "all California District Courts" despite not being mentioned on the California State Bar's website. I called the California State Bar myself and there is no record of him anywhere.

I am concerned about Osama for several reasons. The main reason is because, when I was hired to work in Al Jazeera in Doha, Osama had told the agent I was working with to tell me to quit, which I did. The next day, he told the agent to tell me not to quit because my visa for Qatar would take 2 months. Ultimately, it took 6 months and he landed me in very hot water

financially and nearly caused me to suffer a travel ban in Bahrain because I could not keep up with my loans and payments (rent, car, phone, credit cards, etc). I begged him to let me work in one of the other bureaus so at least I would get paid but he never responded and when I asked him for compensation, he got angry and told me to "let it go." See the attached document to prove his recklessness towards me. He had apparently done this to other lawyers who had less tolerance for such nonsense and ultimately did not land in Al Jazeera.

As a kind of public service announcement, I am working with an investigative journalist at The Daily Caller in Washington D.C., USA and one of the themes we are looking at is "fraudulent lawyers." Based on what my former colleague at Al Jazeera told me, that he had personally gone to Jordan to seek proof of Osama's law license only to find nothing, I believe that Osama's Jordanian law license needs to be investigated further by the SRA. He already had a severely damaging impact on my life – if it is true that he is not a Jordanian lawyer, that means his status in the UK is also called into question (i.e., as a foreign registered lawyer) and it needs to be thoroughly verified.

I have copied Luke Rosiak, The Daily Caller journalist, who should also be privy to any correspondence on this subject.

Please advise at your earliest.

Thank you.

Kind regards,
Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

**8.04 KB**    5 embedded images

image002.png 1.59 KB    image004.png 1.50 KB    image003.png 1.34 KB    image005.png 2.00 KB

image001.png 1.61 KB

# Re: Fw: Re: Concerns about Osama Abu-Dehays

From    shaykhoun@protonmail.com <shaykhoun@protonmail.com>

To    report@sra.org.uk

BCC    warriorix<warriorix@protonmail.com>

Date    Wednesday, October 16th, 2019 at 10:16 AM

Dear SRA,

Per your own standards, you are supposed to acknowledge receipt of my report. As of now, I have not received acknowledgment of my email dated July 31.

Please advise of the status.

Thank you.

Kind regards,
Sonya Shaykhoun, Esq.

On Wed, Jul 31, 2019 at 11:01 PM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear SRA:

As per my initial email below, I have very good reason to believe that Osama Abu Dehays, currently a Partner in the London office of Pillsbury (https://www.pillsburylaw.com/en/lawyers/osama-abu-dehays.html) has built his legal career, gained admission to the Law Society of England and Wales and, indeed, got his law jobs, including his current position at Pillsbury where he is a partner, based on fraud.

Specifically, Osama Abu Dehays asserts that he was admitted to the Jordanian Bar Association in 2002 and that his bar admission number is 11840. He is also registered with the UK's Solicitors Regulation Authority as a registered foreign lawyer and is a member of the Law Society of England and Wales.

I have several very good reasons for believing that Osama Abu Dehays does not have the Jordanian law license that he says he has:

I.    When I arrived at Al Jazeera in Doha in February 2011, not only did I learn some extremely alarming facts Osama Abu Dehays, but I also observed a great deal of dubious dealings that took place on Osama's watch.  Firstly, one of my colleagues, a Qatari lawyer named Yousef Al Jaber, explained to me that he had sued Osama Abu Dehays, the Chairman of Al Jazeera and Al Jazeera Media Network because Osama got the General Counsel job for which Yousef applied.  This lawsuit must have taken place in circa 2009 (i.e., after Osama's appointment to Al Jazeera in August 2009).  As a Qatari company, the tendency is often to favor a Qatari lawyer (i.e., such as Yousef Al Jaber).  Per the "Qatarization" policy (i.e., a kind of affirmative action that favors nationals in the work force, especially for sensitive positions like the General Counsel of Al Jazeera), a Qatari (man/woman) should have been the General Counsel of Al Jazeera, rather than a 30-year old Jordanian lawyer with minimum experience in comparison to other general counsels of

similar stature in similar companies. Regardless, Osama Abu Dehays, a Canadian and British-educated Jordanian was appointed General Counsel of Al Jazeera in August 2009, despite Qatar's policy of "Qatarization". As part of his due diligence for his law suit against Osama et al., Yousef Al Jaber traveled to Amman, Jordan to investigate the records of the Jordanian Bar Association. What Yousef told me he discovered (and what he subsequently shared with me sometime in 2011 when we both worked together in the Legal Department at Al Jazeera Media Network, where Osama was our boss) was that there was in fact an Osama Abu Dehays on the roster, but **the only** Osama Abu Dehays referenced in the roster of the Jordanian Bar Association was born several decades before Osama Abu Dehays, the General Counsel of Al Jazeera, who was born in December 1979. So, Yousef Al Jaber discovered that Osama was not on the roster of the Jordanian Bar Association at all but seemed to be "passing himself off" as the licensed Osama Abu Dehays born years earlier. I recently wrote to Yousef Al Jaber, who is still at Al Jazeera Media Network, to ask him to verify what he had told me - although he did respond, he refused to help me outright in large part because of the huge culture of fear that exists in Qatar. Yousef did tell me though to check the Internet and the Jordanian Bar Association, that it was all there. I did check the Internet and, while I am fluent in Arabic, I did not find it which leads me to believe that Osama might have had the Internet "cleaned" of any unseemly news about him. To summarize, Osama took up his post at Al Jazeera in 2009 (around the same time as Yousef brought his lawsuit against Osama and discovered that Osama was not on the roster). Yet, Osama asserts that he gained his admission to the Jordanian Bar Association in 2002. This requires explanation. How can he say he gained admission in 2002 but when Yousef Al Jaber went to Amman in 2009, Osama Abu Dehays (b. 1979) was not on the roster? You can contact Yousef Al Jaber yourself at:

Email: jabery@aljazeera.net

Yousef Al Jaber

Sr. Legal Counsel | Legal Affairs Department



P.O BOX 23123 DOHA, QATAR

T. +974 44897170 M. +974 55007807 www.aljazeera.net

**II.** The second reason for my suspicious about Osama Abu Dehays' license is because, while he was the General Counsel at Al Jazeera, I noticed that the Legal Department was in a shambles and it seemed to be shambolic on purpose. I was in charge of foreign bureaus but my immediate supervisor, Dr. Mahdi Zahraa, a much older Syrian/British national who lived in Glasgow, who reported to Osama, would not let me set up any of the bureaus, even though millions upon millions of dollars were now being sent in sacks to the various make-shift bureaus that were not set up because of Dr. Zahraa's seeming ineptitude.

I soon realized that Dr. Mahdi was not inept, but he seemed to have a vested interest in keeping the foreign bureaus unregistered. When a bureau is registered, it follows that the branch will then open a corporate bank account. Having a corporate bank account makes sending any monies from Doha to whatever bureau around the world very traceable. Rather, during Osama's days, hundreds of millions of dollars were sent around the world in bags, untraceable and ultimately, the monies disappeared. I know

this because I sat in on meetings where discussions were had on how to send the money abroad if there was no bank account, on all the money that was earmarked (and very much present in the coffers of Al Jazeera) to set up ambitious projects that had been condoned by the then-Emir, HH Sh. Hamad bin Khalifa Al Thani - projects like Al Jazeera Turk (which, after nearly a decade, has still not been established even though hundreds of millions of dollars were spent trying to set it up and all there is in Istanbul is a digital channel and not a full broadcasting center, which was the original plan and budget - and also like Al Jazeera KiSwahili, another project meant for Kenya and for which employees were hired and plucked out of their lives in Africa and brought to Doha only to find out that there was not going to be an Al Jazeera KiSwahili.  I personally went on a fact finding mission to Istanbul to find out what happened and the lawyers for Al Jazeera who had worked for Osama Abu Dehays before he was fired in February/March 2012 said very weirdly, "Osama did nothing wrong." It seemed like the Lady doth protest too much. Osama, as the CLO, had a fiduciary duty to do what was best for the State of Qatar, the ultimate beneficial shareholder, and the Emir of Qatar.  Rather, he seemed to have been overseeing a business within a business that was at odds with the legitimate business he was hired to do; and

**III.**  Thirdly, the timeline that Osama Abu Dehays asserts is the trajectory of his legal education and subsequent career (see attached LinkedIn profile) does not include the 2 to 2.5 years of Articles that the Jordanian Bar Association requires to gain admission.  You will see this explained in the below excerpt from Wikipedia about how to get a Jordanian law license:

"*The Jordanian Bar Association requires both academic, practical and oral exams for admission to the bar. The probationer must hold a bachelor's degree or equivalent in Law.*

*The Bar Association requires a minimum of two years of training under supervision of an Attorney. However, if a post-graduate degree in law is attained, a reduction to one year of training is possible. The Bar grants the probationer, at different stages of his training, special rights of audience to appear before specific courts.*

*The probationer may submit a written request, at any stage of his training, to be enrolled in the written exams that the Bar holds 4 times a year. If he/she attains an exam mark of (15/25) or higher, then the probationer will progress to the oral exam conducted by a legal committee elected from a combination of judges, professors and senior lawyers. If he/she passes the oral exam, then they are required to submit a research paper. Each probationer must research a legal subject, submit a written paper, and discuss his/her findings before the committee. If he/she passes, the probationer must undertake an oath before the Minister of Justice, the conclusion of which grants him entry to the Bar. The process requires, on average, around two-and-a-half years to satisfy the Bar Association's requirements to practice law. However, it should be mentioned that only Jordanians may petition the Bar Association to practice law.*"  (see https://en.wikipedia.org/wiki/ Admission_to_practice_law#Jordan and undoubtedly you can confirm this with the Jordanian Bar Association.)

You will note that Osama completed his LL.B. at the University of Kent at Canterbury (which I do not dispute as I confirmed it with my contact at Kent - my sister read Art History at Kent and I know one of the administrators there who verified it for me) in 2002 and then in 2002, he started his position as an Associate Lawyer at MBC in Dubai (https://www.mbc.net/en/corporate/about-us.html) **This begs the question: when and where did he do his articles in Jordan when he was working at MBC in Dubai?** Most lawyers I have met in the Arab world have to do very involved training which often involves a

litigation rotation.  Moreover, there is no mention of the paper that Osama wrote as part of his Jordanian Bar admission and different sources say that Osama had different titles at MBC (see Bird & Bird: https://www.kinneyrecruiting.com/dubai/legal-news/5732-al-jazeeras-osama-abu-dehays-joins-bird-a-bird/). Was he the Deputy General Counsel or an Associate Lawyer at MBC?

I believe Yousef Al Jaber, who is a religious man who has integrity and a moral compass.  Additionally, it is very odd indeed that Osama Abu Dehays claims to have gained admission to the Jordanian Bar in 2002 but he was studying law at Kent from 2000 to 2002, not in Jordan undertaking his "articles" and ostensibly not writing his mandatory thesis.

I hope that you get to the bottom of the question of Osama Abu Dehays' Jordanian law license.  When I think of the other people he may have damaged besides Al Jazeera, the State of Qatar, etc., the law cases he may have lost, the subsequent liability to which he has exposed his current and former law firms by practising with a fake license, not to mention all the money he drew in huge salaries based on what looks like providing fraudulent legal services, I shudder.

Please investigate and shed light on this very shady situation.

Thank you.

Kind regards,
Sonya Shaykhoun
+1 929 408-4531

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, July 25, 2019 12:52 PM, Contactcentre <Contactcentre@sra.org.uk> wrote:

Dear Sonya Shaykhoun,

Thank you for your email of 20 July 2019.

**Reporting Osama**

If you have concerns about the conduct of a law firm or an individual that we regulate you can report the matter to us.

**What you need to do**

Complete our report form and send it to:

Solicitors Regulation Authority
The Cube
199 Wharfside Street
Birmingham
B1 1RN

or email report@sra.org.uk

**What happens next**

We will acknowledge the report in 20 to 30 working days and let you know whether any action will be taken. If the report requires further investigation we will aim to contact you again within 25 days.

**What you should know**

We do not look into personal complaints about solicitors or firms. We cannot award compensation for poor service or reduce your legal fees. If you are concerned about the service provided by your own solicitor or firm you should contact the Legal Ombudsman.

Further information about problems with a solicitor can be found at www.sra.org.uk/consumers/problems/report-solicitor.page.

**Legal Advice**

We cannot help you with legal advice or comment on your legal matter.

There are several ways to get legal advice.

Legal Choices is a website that contains guidance on legal issues, costs, and where you may obtain free advice.

You can also access the Find a solicitor search. This is a free service run by the Law Society. It lists information about solicitors firms and individual solicitors that we regulate.

Tips to help you get the best from legal services can be found on our website at www.sra.org.uk/consumers/find-use-instruct-solicitor.page

**Survey**

We are always trying to improve how we help people, and so your feedback is important to us.

Please complete our survey. It should take you less than five minutes to complete.

Please be aware we cannot directly respond to any survey responses.

If you have queries, you can contact us.

Yours sincerely,


**Adam Jarvis**


Customer Services Adviser

Contact Centre
**Solicitors Regulation Authority**
0370 606 2555
contactcentre@**sra.org**.uk

www.**sra.org**.uk





From:    Sonya Shaykhoun <shaykhoun@protonmail.com>

Sent:    20 July 2019 05:05

To:      Contactcentre

Subject:        Re: Concerns about Osama Abu-Dehays

Attachments:   SHS Memo Feb 12 2012 (1).pdf


With attachment.


Tel: +1-929-408-4531


Sent with ProtonMail<https://protonmail.com> Secure Email.


------- Original Message -------

On Saturday, July 20, 2019 12:03 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

Dear Solicitors Regulatory Authority,

I am writing because I have serious concerns about the veracity of the Jordanian law license on which the Foreign Registered Solicitor, Osama Abu Dehays (https://solicitors.lawsociety.org.uk/person/113250/osama-abu-dehays) is based.

I worked with Osama Abu-Dehays at Al Jazeera Media Network in Doha, Qatar from February 2011 until March 2012.  During that time, one of my former Qatari colleagues told me that he had sued Osama (and the Chairman of Al Jazeera) because Osama had gotten the job of General Counsel of Al Jazeera despite the fact that Osama was not Qatari and it was understood that, due to the policy of hiring Qataris for big jobs in government organizations, that a Qatari and not Osama (a Jordanian national) should get that job.  The hiring of Osama was shocking for various reasons, one of them being the fact that he was getting a ridiculously high salary despite being incredibly young (he was about 32 years old at the time).  My former colleague investigated Osama and even went to Jordan from Qatar (a short trip by plane) and went to the Jordanian Bar Association where he discovered that at that time, there was no Osama Abu Dehays on the roster (at least not one born in 1979).  There was another Osama Abu Dehays born many years earlier and Osama was passing himself off as this lawyer.

Even on Osama's Pillsbury profile (see attached), there are several false statements which I have today verified and which speak to his tendency to manipulate the truth.  Those two statements are as follows:

a) his clerkship at with Judge Cynthia Holcomb Hall when she was a judge on the US Tax Court.  Judge Holcomb Hall was on the US Tax Court from 1972 to 1981 (Osama was born in 1979 so, either he was born with an LL.B. fully formed like Athena from the head of Zeus such that he could be a law clerk at the age of 2, or he's a liar);

b) He says he has access to "all California District Courts" despite not being mentioned on the California State Bar's website.  I called the California State Bar myself and there is no record of him anywhere.

I am concerned about Osama for several reasons.  The main reason is because, when I was hired to work in Al Jazeera in Doha, Osama had told the agent I was working with to tell me to quit, which I did. The next day, he told the agent to tell me not to quit because my visa for Qatar would take 2 months. Ultimately, it took 6 months and he landed me in very hot water financially and nearly caused me to

suffer a travel ban in Bahrain because I could not keep up with my loans and payments (rent, car, phone, credit cards, etc). I begged him to let me work in one of the other bureaus so at least I would get paid but he never responded and when I asked him for compensation, he got angry and told me to "let it go." See the attached document to prove his recklessness towards me. He had apparently done this to other lawyers who had less tolerance for such nonsense and ultimately did not land in Al Jazeera.

As a kind of public service announcement, I am working with an investigative journalist at The Daily Caller in Washington D.C., USA and one of the themes we are looking at is "fraudulent lawyers." Based on what my former colleague at Al Jazeera told me, that he had personally gone to Jordan to seek proof of Osama's law license only to find nothing, I believe that Osama's Jordanian law license needs to be investigated further by the SRA. He already had a severely damaging impact on my life – if it is true that he is not a Jordanian lawyer, that means his status in the UK is also called into question (i.e., as a foreign registered lawyer) and it needs to be thoroughly verified.

I have copied Luke Rosiak, The Daily Caller journalist, who should also be privy to any correspondence on this subject.

Please advise at your earliest.

Thank you.

Kind regards,

Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail<https://protonmail.com> Secure Email.

For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.
With attachment.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Saturday, July 20, 2019 12:03 AM, Sonya Shaykhoun <shaykhoun@protonmail.com> wrote:

> Dear Solicitors Regulatory Authority,
>
> I am writing because I have serious concerns about the veracity of the Jordanian law license on which the Foreign Registered Solicitor, Osama Abu Dehays (https://solicitors.lawsociety.org.uk/person/113250/osama-abu-dehays) is based.
>
> I worked with Osama Abu-Dehays at Al Jazeera Media Network in Doha, Qatar from February 2011 until March 2012. During that time, one of my former Qatari colleagues told me that he had sued Osama (and the Chairman of Al Jazeera) because Osama had gotten the job of General Counsel of Al Jazeera despite the fact that Osama was not Qatari and it was understood that, due to the policy of hiring Qataris for big jobs in government organizations, that a Qatari and not Osama (a Jordanian national) should get that job. The hiring of Osama was shocking for various reasons, one of them being the fact that he was getting a ridiculously high salary despite being incredibly young (he was about 32 years old at the time). My former colleague investigated Osama and even went to Jordan from Qatar (a short trip by plane) and went to the Jordanian Bar Association where he discovered that at that time, there was no Osama Abu Dehays on the roster (at least not one born in 1979). There was another Osama Abu Dehays born many years earlier and Osama was passing himself off as this lawyer.
>
> Even on Osama's Pillsbury profile (see attached), there are several false statements which I have today verified and which speak to his tendency to manipulate the truth. Those two statements are as follows:
>
> a) his clerkship at with Judge Cynthia Holcomb Hall when she was a judge on the US Tax Court. Judge Holcomb Hall was on the US Tax Court from 1972 to 1981 (Osama was born in 1979 so, either he was born with an LL.B. fully formed like Athena from the head of Zeus such that he could be a law clerk at the age of 2, or he's a liar);