b) He says he has access to "all California District Courts" despite not being mentioned on the California State Bar's website. I called the California State Bar myself and there is no record of him anywhere.

I am concerned about Osama for several reasons. The main reason is because, when I was hired to work in Al Jazeera in Doha, Osama had told the agent I was working with to tell me to quit, which I did. The next day, he told the agent to tell me not to quit because my visa for Qatar would take 2 months. Ultimately, it took 6 months and he landed me in very hot water financially and nearly caused me to suffer a travel ban in Bahrain because I could not keep up with my loans and payments (rent, car, phone, credit cards, etc). I begged him to let me work in one of the other bureaus so at least I would get paid but he never responded and when I asked him for compensation, he got angry and told me to "let it go." See the attached document to prove his recklessness towards me. He had apparently done this to other lawyers who had less tolerance for such nonsense and ultimately did not land in Al Jazeera.

As a kind of public service announcement, I am working with an investigative journalist at The Daily Caller in Washington D.C., USA and one of the themes we are looking at is "fraudulent lawyers." Based on what my former colleague at Al Jazeera told me, that he had personally gone to Jordan to seek proof of Osama's law license only to find nothing, I believe that Osama's Jordanian law license needs to be investigated further by the SRA. He already had a severely damaging impact on my life – if it is true that he is not a Jordanian lawyer, that means his status in the UK is also called into question (i.e., as a foreign registered lawyer) and it needs to be thoroughly verified.

I have copied Luke Rosiak, The Daily Caller journalist, who should also be privy to any correspondence on this subject.

Please advise at your earliest.

Thank you.

Kind regards,
Sonya Shaykhoun, Esq.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

**8.04 KB**   5 files attached

image005.png 2.00 KB     image001.png 1.61 KB     image002.png 1.59 KB     image004.png 1.50 KB

image003.png 1.34 KB

7/26/19, 9:58 PM

Recently relocated to the US? Click here to find out more  Ad  •••

Promoted



**Hey go-getters!**
Get an online MBA from
a university with a
national reputation



**CreditStacks**
**Creditcard**
Recently relocated
the US? Click here
find out more



## Osama Abu-Dehays · 1st

Partner at Pillsbury Winthrop Shaw Pittman LLP

United Arab Emirates · 

| | Pillsbury Winthrop Shaw Pittman LLP |
| --- | --- |
| | University of Kent |

Message    More...

---

Sonya, you're skilled in Corporate Law                                              ✕

You've both worked at Al Jazeera Media Network
**Want to endorse Osama for Corporate Law?**

Skip    Endorse

---

## Highlights

 **493 Mutual Connections**
You and Osama both know Faisal Alfadhel
PhD, LLM, MPA, LLB, MCIArb., Celani
Mangena, and 491 others

 **You both worked at Al Jazeera Media Network**
You both worked at Al Jazeera Media Network
from February 2011 to June 2012

---

## Experience

 **Partner**
Pillsbury Winthrop Shaw Pittman LLP
Nov 2014 – Present · 4 yrs 9 mos
UAE

> **Pillsbury bulks up in Abu Dhabi with Bird &**

 **Partner**
Bird & Bird
Jun 2012 – Nov 2014 · 2 yrs 6 mos
Qatar - UAE

**People Also Viewed**

 **Rindala Beydoun** · 2nd
Managing Partner at BonelliEred
Middle East LLP

 **Neil Tyrer** · 2nd
Executive Director at Hive FZ LL

**Mohamad Al Khouli** · 2nd
Legal expert I Entrepreneur I Cha
Enthusiast

 **Yousef Hamza** · 2nd
Partner at V7 Group

 **Maysoon al ali** · 2nd
Corporate Identity & Social
Responsibility Manager at Roads
Transport Authority _ RTA

**Asma Farhan** · 3rd
--

 **Murad Abida** · 2nd
Managing Partner at Grey Adviso
Group

 **Hassan Ballout** · 2nd
Managing Partner at 7 Managem

 **Carla Germanos** · 2nd
Senior Legal Director, Operation:
Ethics & Compliance, EMEA at U
Technologies

 **Maitha AlMuhairi** · 3rd
Applied Media Graduate

Learn the skills Osama has

**Programming
Foundations: Open-S(
Licensing**
Viewers: 5,605

**Music Law: Managing
Band's Business**

7/26/19, 9:58 PM

Viewers: 8,386

**Chief Legal Counsel**
Al Jazeera Media Network
Aug 2009 – Jun 2012 · 2 yrs 11 mos
Qatar

**Business Law for Managers**
Viewers: 12,611

**Head of Legal & Business Affairs**
Arab Media Group
2005 – 2009 · 4 yrs

**Associate Lawyer**
MBC (Middle East Broadcasting Centre)
2002 – 2005 · 3 yrs

## Education

**University of Kent**
2000 – 2002

**Concordia University**
Bcomm, Bachelor of Commerce - International Business
1997 – 2000

## Skills & Endorsements

**Competition Law** · 62

 Endorsed by **Muqdad Sami Aljuboori and 1 other** who is highly skilled at this

 Endorsed by **abbas alrady and 23 other** mutual connections

**Legal Advice** · 55

Endorsed by **Flora Ghali and 7 others** who are highly skilled at this

 Endorsed by **Anthony Garrod and 18 other** mutual connections

Q Search

Home    My Network    Jobs    Messaging    Notifications    Me    Work    Reactivate Premium

**Osama Abu-Dehays**
Partner at Pillsbury Winthrop Shaw Pittman LLP

Message    More...

and 2 others who are highly skilled at this    mutual connections

 We have criminal law clients who need a lawyer. View their cases today!

 **Grow your business**
Join thousands of web design agencies worldwide who choose Elementor

 **ATTN: Financial Advisors**
Connect with thousands of prospects in real time by location & networth.

## Recommendations

Ask for a recommendation

Received (0)

**Tanya Mills**
Group Accounts Manager at Bird & Bird
October 14, 2015, Osama managed Tanya directly

Tanya is one of the most professional and diligent people I have ever had the pleasure of working with. Her dedication to her job, and her knowledge of the ins and outs of the accounting needs of a law firm and a law firm partner are unprecedented, and I have been in scenarios during my time at Bird&Bird where...

Osama Abu-Dehays | LinkedIn

7/26/19, 9:58 PM



**Bally Sethi**
Founder at Vanguard
Search - Headhunter, Law
Practice

September 13, 2014, Osama
worked with Bally but at
different companies

Bally is one of the most dedicated HR consultants i have worked
with throughout my career. Her high level of professionalism, and
her dedication to the ensuring that the individuals she represents
are matched with the best possible opportunity that is beneficial
to both the individual and entity proves that her passi...

## Interests


**University of Kent**
94,141 followers

**Concordia University**
218,289 followers

**Pillsbury Winthrop Shaw Pittman ...**
7,608 followers

**Bird & Bird**
37,167 followers

**Arianna Huffington**
Founder and CEO at Thrive Global
8,577,100 followers

## Linked

| About | Talent Solutions | Community Guidelines | Questions? |
|---|---|---|---|
| Careers | Marketing Solutions | Privacy & Terms ⌄ | |
| Advertising | Sales Solutions | Mobile | Manage your account and privacy. |
| Small Business | Safety Center | | |

LinkedIn Corporation © 2019



AREAS OF FOCUS

## Practices

Corporate
Communications
Copyright Counseling & Litigation
Regulatory
Intellectual Property Litigation
IP Audits & Strategic Planning
Mergers & Acquisitions
Restaurant, Food & Beverage
Trademark Counseling, Prosecution & Litigation

Commercial Litigation
Consumer & Retail
Employment Law
Intellectual Property
Internet & Interactive Entertainment
Media & Entertainment
Middle East
Technology & Media
Travel, Leisure & Hospitality

---

"Working closely with a bilingual team of lawyers, I bring more than 13 years' experience in the Middle East market, powerfully advocating for clients in the region's telecom, technology, media and sports sectors."
—Osama Abu-Dehays

---

**Pillsbury Corporate partner Osama Abu-Dehays is known throughout the Middle East and North Africa for his commercial, technology, media and telecommunications law experience.**

Based in London, Osama represents broadcasters, football leagues and telecom/technology providers. He crafts licensing deals, litigates intellectual property disputes, and advises on regulatory and corporate

© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com

matters. Osama has drafted media and sports regulations, and has advised on numerous high-profile, politically sensitive civil and criminal cases. Before joining Pillsbury, he was a partner with a large UK law firm and worked as chief legal officer at Al Jazeera network and other major media groups.

## REPRESENTATIVE EXPERIENCE

- Advised the UAE's main professional soccer league in licensing its television rights, including the preparation and tender of all sponsorship and licensing rights associated with the league's matches and images.

- Represented Mohammed Zaidan, a top-tier professional soccer player, in his successful $4 million lawsuit against his club.

- Advised on one of the largest technology acquisitions in the Middle East and counseled various funds on Middle Eastern acquisitions in the hospitality, food and beverage, and technology sectors.

- Working on a Broadcasting and Telecommunication law draft for the State of Qatar.

- Reviewing the regulations governing broadcasting and online media in two different jurisdictions.

- Working with a number of telecom providers for the obtaining of mobile content from various sports content providers.

- Advising a number of online media providers on their privacy policy in the Kingdom of Saudi Arabia and the United Arab Emirates.

- Advising a major technology provider on its setup and on regulatory limitations in the Kingdom of Saudi Arabia.

- Carrying out a full due diligence of the current copyright and content policy for more than three Channels in the MENA region.

- Advised on the setting up of Al Jazeera Mobile platform, and preparation of all documentation and policies around this platform in more than 50 jurisdictions in North America, Asia, Africa and Europe.

- Preparing the corporate and holding structure of MBC Group, and later of Al Jazeera Media Network, resulting in a holding structure of over 89 news bureaus, and 20-plus subsidiaries.

- Working on one of the region's largest broadcasting acquisitions, including advising on all corporate matters and management of share structure, financial matrix, and taxation, employment and tender policies.

## PROFESSIONAL HIGHLIGHTS

© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com



Osama Abu-Dehays                                                                                    p. 3

- Frequently speaks at conferences and events, including the Symposium on Media Law in India and IBC Legal Leaders Middle East, on media and sports law topics.

- Worked on drafting numerous legislation instruments in the State of Qatar, including the newly enacted "Sports Club Regulation Law," the "Law Regulating Media Activities" and the "Flag and Emblem" regulation.

- Authored "Social Media & the Lawyer – Where to Draw the Line?" an article published in *The Oath* magazine in December 2014.

**Associations**

- International Bar Association

- Young International Arbitration Group

- International Media Committee

- Jordanian Bar Association

## EDUCATION

Postgraduate degree, Intellectual Property Law, World Intellectual Property Organization (WIPO)

LL.B., University of Kent

B. Com., Concordia International University

## ADMISSIONS

Law Society of England & Wales – Registered practicing Foreign Solicitor

Jordanian Bar Association

International Bar Association, 2007

## COURTS

All California District Courts

## CLERKSHIPS

© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com



Osama Abu-Dehays

p. 4

Clerk for Judge Cynthia Holcomb Hall, U.S. Tax Court

## LANGUAGES

Arabic

English

French



© 2019 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com



Our ref:   POL/1288344-2020
Your ref:

The Cube
199 Wharfside Street
Birmingham B1 1RN

DX: 720293 BIRMINGHAM 47
UK  0370 606 2555
Int  + 44 (0)121 329 6800
F   + 44 (0)121 616 1999
www.sra.org.uk

**PRIVATE & CONFIDENTIAL**
Ms S Shaykhoun

**Sent by email only to: shaykhoun@protonmail.com**

10 September 2020

Dear Ms Shaykhoun

I write further to our letter dated 25 August to now provide my response to your service complaint.

**Your report about Osama Abu Dehays of Pillsbury Winthrop Shaw Pitman LLP**

I am a Complaints Officer at the SRA and my role is to review complaints we receive regarding our service. I note you made your complaint following your receipt of Mrs Lewis's emails sent 6 and 12 August informing you of our decision to take no further action in respect of your report.

You submitted your service complaint on 18 August. On your complaint form you explain you are unhappy at the delay in responding to your report. You are also unhappy about our investigation of your report – you feel Mrs Lewis did not ask the questions of Mr Dehays that you wanted her to; and that our general approach was unsatisfactory. You say you would have expected us to *"dig deeper"* into the matter.

We are sorry you are dissatisfied with both our service and our decision.

**Service complaint**

<u>Our delay in responding to your report</u>

You say on your complaint form that you made your report to us on 20 July 2019 and then heard nothing substantial from us until May 2020, when Mrs Lewis contacted you.

From my review of our file I can see that Mrs Lewis did check internally to see if we had received any correspondence from you prior to your report made 10 March 2020. Our records show we received emails from you in August, October and November 2019, but these emails were not followed up by us at that time. We are very sorry for this.

The regulator of solicitors and law firms in England and Wales

We should have opened a POL file in August 2019. That we did not do so would seem to point to an error on our part for which we are sorry. This is not the customer experience we would wish you to have.

I can see from our file that once it had been allocated to Mrs Lewis, it received Mrs Lewis's prompt attention.

Our investigation of your report

I have reviewed the actions taken by Mrs Lewis in assessing your report. The actions show Mrs Lewis to have made appropriate enquiries both internally (of our Authorisation department) and externally (of Mr Dehays). I can see that Mrs Lewis also sought advice from her Manager. I also see Mrs Lewis explained in her 12 August email why she was unable to answer all the questions raised in your 6 August email.

With regard to your 6 August email I note you write, *"since this was my inquiry, I would like the answers to my questions"*. I think it helpful to clarify that it is for us, the regulator, to determine how we carry out our investigation of matters reported to us, rather than the maker of the report. For further information about our approach to the investigation of matters reported to us, you may find it helpful to refer to this link: www.sra.org.uk/consumers/problems/report-solicitor/investigating-concerns.

My above comments apply also to your expressed dissatisfaction with our general approach and to your feeling we should have 'dug deeper' into your matter.

Our decision not to investigate your report further

For the reasons set out above I would explain that our response remains unchanged and we will not be considering your report further at this time.

With regard to our decision not to take any further action you may find the following further information helpful.

Our role is to take action when we have information to show that a solicitor and/or firm has behaved unethically contrary to our rules of professional conduct. We are a risk-based regulator and this means we focus our work and spend most of our resources dealing with those firms and behaviour that pose the greatest risk to the public. It is not the case that every report will result in an investigation or that every investigation will result in our taking enforcement action.

Our approach to enforcement is set out in our enforcement strategy which is found at www.sra.org.uk/sra/strategy/sub-strategies/sra-enforcement-strategy.page. I would invite you to follow this link as a review of our enforcement strategy may assist your understanding of our decision to take no action in this instance.

I would draw your attention in particular to paragraph 2.1 of the strategy which explains our approach to enforcement. This explains that not every report will result in an investigation and that we focus our action on the most serious issues. Our regulatory approach is to act fairly, but proportionately, according to the severity of the wrongdoing and the risk posed to the public and the profession.

In your case, having carefully considered the information provided by you, Mr Dehays and internally, we do not consider your report requires further action by us.

**Conclusion**

Although I appreciate you may continue to be unhappy about the outcome of your report to us, I hope you feel your dissatisfaction with our service has been adequately addressed in this letter.

Should you not feel it has been, please refer to the paragraphs below for details of what to do next.

Yours sincerely

Heather Douglas
Complaints Officer
heather.douglas@sra.org.uk
Investigation and Supervision
**Solicitors Regulation Authority**
www.sra.org.uk

**If you remain dissatisfied**

If you are not happy with this response and still have concerns you can contact our central Corporate Complaints Team within 15 working days of the date of this letter. Please explain what you remain concerned about and what you would like to happen as a result of your complaint.

It is important to note that decisions we have made about your case cannot be changed through the complaints procedure. We can consider whether our procedures have been followed, whether your information has been properly considered and whether we have explained things clearly. For more information about our complaints procedure please contact our Corporate Complaints Team.

Corporate Complaints Team
Solicitors Regulation Authority
The Cube
199 Wharfside Street
Birmingham
B1 1RN

Email: complaintsteam@sra.org.uk

# POL/1288344-2020 service complaint

From    Heather Douglas <Heather.Douglas@sra.org.uk>

To      shaykhoun@protonmail.com

Date    Thursday, September 10th, 2020 at 9:07 AM


Dear Ms Shaykhoun


Please find attached my response to your service complaint for your kind attention.


Yours sincerely


Heather Douglas

Complaints Officer

heather.douglas@sra.org.uk


Investigation and Supervision

**Solicitors Regulation Authority**

www.sra.org.uk


For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.


**180.29 KB**   1 file attached

 POL-1288344-2020_SC1 reply Shaykhoun.pdf 180.29 KB

Private & Confidential

## MEMORANDUM

Date:        February 12, 2012

To:          Sheikh Ahmed Bin Jassim Al-Thani, Osama Abu Dehays

From:        Sonya Shaykhoun, Esq.

Subject:     Financial loss related to delayed visa

On July 12th, 2010, Maria Coombe (the recruitment agent hired by Al Jazeera) emailed me the job offer to join Al Jazeera as Legal Counsel ("Offer")(attached). On July 19th, 2010, Maria Coombe advised me that I could resign my job, which I did on the same day, and she confirmed this in an email to Osama et. al (see attached). On July 20th, 2010, having received contrary instructions from Al Jazeera, Maria wrote to me to renege her earlier instructions because of anticipated delays in getting the Qatari work permit. I would never have given up the financial security of my old job had I not got the confirmation from Maria to resign. My Qatari work permit ultimately came through on January 3oth, 2011, more than five months after the anticipated start date of August 29th, 2010. This Memorandum describes the sequence of events that cost me more than five months' salary and resulting in my being in serious financial debt due to waiting for my Qatari work visa.

Although I did not have a contractual relationship with Maria, I worked with her in good faith as a representative and agent of Al Jazeera. I was delighted to be joining Al Jazeera, the "Harvard" of global media companies. The Offer, which did not include caveats about the Qatari work visa, was conditioned only on my signed acceptance within seven days of the date of the Offer and on my providing my passport copy and my legalized university certificates, which I duly provided. I had been working in the GCC as a lawyer since 2004 and I had never heard of anyone being refused a work visa in any GCC country, including in Bahrain, where my work permit had been processed in three weeks back in 2004. I had no reason to worry about the work visa issue, Maria had not warned me and, as stated, the Offer was silent on this point. Consequently, I lost five months' salary and am now in serious financial debt as a result.

The sequence of events is set out below:

Private & Confidential

- July 12th, 2010: Maria Coombe emailed me the Offer letter as Legal Counsel with Al Jazeera;

- July 18th, 2010: I accepted the Offer via email to Maria Coombe (attached);

- July 19th, 2010: Maria called to tell me she had received the "go ahead for me to resign" from Osama and confirmed my start date of August 29th, 2010;

- July 19th, 2010: I resigned my job (see attached);

- July 19th, 2010: Maria confirmed our conversation about the resignation and the start date with an email to Osama et. al. (see attached, as above);

- July 20th, 2010: Maria called me in a panic to tell me not to resign as Osama had called her to tell her that the Al Jazeera HR Department had notified Osama that my Qatari work permit would take time to process. It was not possible for me to withdraw my resignation;

- July 20th, 2010: Osama emailed me about the new advice (see attached), which was contrary to Maria's advice the day before;

- January 30th, 2011: My Qatari work permit was issued.

- February 6th, 2011: My actual start date with Al Jazeera.

On February 2nd, 2011, Maria emailed me to ask me not mention my financial situation with Osama (see attached). My financial situation, directly related to the delayed visa and the bungled instructions I got in July 2010 to resign, had reached a critical point and I was forced to broach the subject with Osama. When I spoke to Osama, he told me to "let it go". At the time, I felt I had to let it go, I could not afford to make trouble, to not to pass my probation period and

Private & Confidential

to be out of a job and to be without means to pay my debts. Now, my financial situation is as acute as it was a year ago; I cannot let it go because the losses I suffered will impact my financial health for the next three years and I feel I am paying for a mistake I did not make.

When I accepted the job with Al Jazeera, I was earning BD3,700 per month, all my credit cards were paid off, I had money in the bank and I was current with my car loan payments and my rent. By the time I joined Al Jazeera, I had lost five months' salary, I had spent my savings, I had maxed out all my credit cards (approximately BD11,000), I was four months behind on my rent (BD2200), I was late with my car loan payments and I had to borrow money from friends and family. I received letters and calls from the banks and my landlord about my debts and I was in danger of being sued and being placed under a travel ban, preventing me from leaving Bahrain.

Once in Doha, I had to take a loan amounting to QAR350,000 and a credit card with a limit of QAR50,000 to try to mitigate the damage I suffered. I am now sinking under the debt that I have because I acted on Maria's instructions to resign from my job. It is a huge financial and emotional strain. Maria was Al Jazeera's representative and agent, I had no reason to believe that, in following her instructions in good faith, I would end up bankrupt six months later. I did nothing wrong. I was proactive in following up on my visa during this period. I wrote to both Osama and Maria on countless occasions to tell them of my financial embarrassment and to try to find alternative solutions (see attached emails). In the fifth month of my wait, Maria advised me to look for another job. It was a harrowing experience.

Although I did not make the mistake, I am paying dearly for the mistake made by Maria et al. I need Al Jazeera's assistance to rectify this mistake by putting me back in the position I would have been in had Maria not bungled the instructions.



Sonya Shaykhoun <shaykhoun@gmail.com>

# Logistics

3 messages

**Maria Coombe <Maria@footprintlegal.com>**

To: Sonya Shaykhoun <shaykhoun@gmail.com>

Wed, Feb 2, 2011 at
10:44 AM

Dear Sonya,

Sorry to have disturbed! I was just checking in to see that the logistics are all underway? I know that Nancy is on the case and hopefully flights etc. are being booked so that you can organise yourself accordingly. I just tried her direct dial but she didn't pick up, so I will send a quick email to see that everything is going smoothly her end.

In relation to financial assistance from Al Jazeera, my strong recommendation is for you to physically get to Doha and then for everything else to fall into place. I know that Osama and the rest of the team are going to do their utmost for the best arrival and transition for you and I know that interest free loans and advances etc. etc. have been and are being discussed. I think it best that we don't contact Osama or mention it until your arrival as the key is getting you working again.

I will let you know anything I hear this end. Has the visa arrival and finality of the move sunk in yet? It must be a great feeling after your patience...

Best wishes,

Maria

Maria Coombe

Director

Footprintlegal

www.footprintlegal.com


maria@footprintlegal.com

Direct        +971 4 448 7146

Mobile       +971 55 881 8435


This email is for the attention of the addressee only. If you are not the intended recipient, please return it to grazia@footprintlegal.com. The views expressed in this message are those of the individual and not necessarily those of Footprintlegal.

If you would like more information about Footprintlegal, please visit our website at www.footprintlegal.com. Footprint Consultancy Services JLT (licence no.JLT-65355) trading as Footprintlegal is registered and licensed as a freezone company under the rules and regulations of DMCCA. Level 29, Reef Tower, JLT Dubai, PO Box 115738, Dubai, UAE


**Sonya Shaykhoun <shaykhoun@gmail.com>**            Wed, Feb 2, 2011 at 10:50 AM

To: Mary Shakun <mary.shakun@gmail.com>

Hi Mom,
Do you think that Osama complained to her that I was being a pain about the SOS money?
Love,
Sonya
[Quoted text hidden]


**Sonya Shaykhoun <shaykhoun@gmail.com>**            Wed, Feb 2, 2011 at 11:29 AM

To: Maria Coombe <Maria@footprintlegal.com>

Dear Maria,

No worries about this morning.  I ought to have been up - I'm going to have to get used to getting up early now that the visa has finally come through.

I did speak with Nancy on Sunday morning and she was excited.  Nancy also told me that it will take about 10 days for HR to sort out logistics.

About financial assistance - noted.

Kind regards,

Sonya
[Quoted text hidden]

    **Sonya Shaykhoun <shaykhoun@gmail.com>**

## SOS money

1 message

**Sonya Shaykhoun <shaykhoun@gmail.com>**                 Tue, Feb 1, 2011 at
                                                          12:58 PM
To: Osama Abu Dehays <Dehayso@aljazeera.net>

Hi Osama,

I hope you are well and thriving.  I'm great now that the visa came through
(and as I mentioned to Nancy, I'm sure they know what I've had for
breakfast every day since August!).  I'm hugely relieved and very excited
about joining Al Jazeera at long last.

The thing is, and I hate to be pushy but I am in dire straights so necessity
forces me to be like this, I am on my last pennies (I think I have 200BD left)
and it's getting pretty serious with my credit card companies, etc. who are
giving me deadlines like 5 Feb.  Would it be possible to organize the SOS
money that Maria mentioned to me sooner rather than later?

Let me know what you can do in this regard.

Thank you.

Best regards,
Sonya

 **Gmail**
by Google

Sonya Shaykhoun <shaykhoun@gmail.com>

# Nancy

1 message

**Sonya Shaykhoun <shaykhoun@gmail.com>**                Tue, Jan 25, 2011 at
                                                                    2:03 PM

To: Maria Coombe <Maria.Coombe@footprintlegal.com>

Dear Maria,

Thanks for your email updating me about what Nancy and Osama said re
my visa.  I wonder if there's a chance that it could have gotten lost?

The sooner I get emergency money, the better - if I get into trouble with my
creditors here, there's a chance I could get a travel ban and not be able to
leave the island.

Speak soon.

Regards,
Sonya



Sonya Shaykhoun <shaykhoun@gmail.com>

## update
1 message

**Sonya Shaykhoun <shaykhoun@gmail.com>**                 Sun, Jan 23, 2011 at
                                                                    6:03 PM
To: Osama Abu Dehays <Dehayso@aljazeera.net>

Hello Osama,

I hope you are well.

I really hate to be a pest and I am normally much more low profile and
patient. I called Maria on Thursday afternoon after I had been summoned
to the bank to discuss my outstanding balance and where the relevant bank
manager threatened to start litigation against me (which would mean a
travel ban preventing me from leaving Bahrain as well as opening up a
whole can of messy worms for me). This is the last thing I need. I hope I
understood Maria correctly - she told me that you are personally chasing
my visa and that Al Jazeera is planning to give me some financial
assistance, both of which are really awesome on your / Al Jazeera'a part.
Vis-a-vis the financial assistance, I need it now because I'm "between the
wall and the sword" and it could get very ugly and messy for me (although
my mother has been teasing me saying that at least if I go to "debtor's
prison" it will be with a smile on my face as I have a job in the offing!)

On that note, I trust you to help me - I know this is all out of your control
and I hope you in Doha sooner rather than later.

Thank you.

All the very best,
Sonya

 **Gmail** by Google          Sonya Shaykhoun <shaykhoun@gmail.com>

# Osama

3 messages

**Sonya <shaykhoun@gmail.com>**                      Sun, Jan 16, 2011 at 5:08 PM

To: Maria Coombe <Maria.Coombe@footprintlegal.com>

Maria can you please let me know if you spoke to Osama and if so if you told him that I am in a major financial dilemma?  I called you twice and emailed you last week.  I only have bd500 left and no trust fund on top of being very late with all my payments.

Do I have to write to Osama myself to tell him my situation?

Please can you update me one way or another?

Thank you.
Sent from my iPhone

**maria.coombe@footprintlegal.com**                  Sun, Jan 16,
**<maria.coombe@footprintlegal.com>**                2011 at 5:36
                                                     PM

Reply-To: maria.coombe@footprintlegal.com
To: Sonya Shaykhoun <shaykhoun@gmail.com>

Hi Sonya,

I will try him again tomorrow - have been off sick. I'll drop him an email now and follow up with a call.  He is aware that things are difficult financially.  Nancy was due to get back to me last week but didn't, so I will chase her as well.

Maria
[Quoted text hidden]
Sent from my BlackBerryŽ smartphone from du

**Sonya Shaykhoun**                                  Sun, Jan 16, 2011 at 5:51
**<shaykhoun@gmail.com>**                             PM
To: maria.coombe@footprintlegal.com

Hi Maria,

Thanks for your email - I am sorry you are unwell and I hope you feel better soon.

Would you mind blind copying me on the email?  I am really in a bad state and I have no one to depend on for financial help.  I was trying to avoid getting into this situation by flagging that I only had enough to see me through December.

Who knew the Qatari visa would take 5 months?!

Thanks & best,
Sonya
[Quoted text hidden]

 **Gmail**
by Google

**Sonya Shaykhoun <shaykhoun@gmail.com>**

---

# My visa

8 messages

---

**Sonya <shaykhoun@gmail.com>**
To: Maria Coombe <Maria.Coombe@footprintlegal.com>

Sun, Jan 9, 2011 at 2:20 PM

Hi Maria,

Happy new year! I hope you had a fabulous time at home.

I am fine although reaching the limits of my finances. I wrote to Osama two weeks ago about my situation and he promised to sort something out by the end of the first week of January. I followed up with him on Thursday to no avail. I don't want to hassle the poor guy so I am asking you to do it for me. :)

Thanks, I wouldn't bother you but I am in a seriously tricky situation now although I have learnt a very valuable lesson truth be told.

Best,
Sonya

Sent from my iPhone

---

**Maria Coombe <Maria@footprintlegal.com>**
To: Sonya <shaykhoun@gmail.com>

Sun, Jan 9, 2011 at 3:43 PM

Hi Sonya,

A very Happy New Year to you as well! I will chase Osama on your behalf - leave it with me... I am so, so sorry that it has dragged out so. I'll be in touch...

Best wishes,

Maria


Maria Coombe
Director

---

Footprintlegal
www.footprintlegal.com

maria@footprintlegal.com
Direct        +971 4 448 7146
Mobile     +971 55 881 8435

This email is for the attention of the addressee only. If you are not the intended recipient, please return it to grazia@footprintlegal.com. The views expressed in this message are those of the individual and not necessarily those of Footprintlegal.
If you would like more information about Footprintlegal, please visit our website at www.footprintlegal.com. Footprint Consultancy Services JLT (licence no.JLT-65355) trading as Footprintlegal is registered and licensed as a freezone company under the rules and regulations of DMCCA. Level 29, Reef Tower, JLT Dubai, PO Box 115738, Dubai, UAE
[Quoted text hidden]

**Sonya <shaykhoun@gmail.com>**     **Sun, Jan 9, 2011 at 5:18 PM**
To: Maria Coombe <Maria@footprintlegal.com>

Thank you Maria...I am not upset just having a cash glitch now. I am happy for the rest and not having to wake up at the crack of dawn! ;)

Sent from my iPhone
[Quoted text hidden]

**Sonya Shaykhoun**     **Tue, Jan 11, 2011 at 11:08**
**<shaykhoun@gmail.com>**     **AM**
To: Maria Coombe <Maria@footprintlegal.com>

Hi Maria,

I hate to be a pest. I just wanted to tell you the level of seriousness of my cash flow glitch - I'm two months behind on my rent at my flat and I'm concerned that I will be evicted before I have a visa to go to Doha. My credit card payments and car loan payment are now going to be one month late and I am in an extremely vulnerable position cash-wise. I have never been in this situation in Bahrain and I am really concerned that I'll end up like one of those poor people we read about who got stuck in Dubai a few years ago because of their credit cards, etc. I've gone through my savings and now I'm maxed out in debt - this was not my position five months ago when most of my credit cards were paid off and I had money in the bank and I was

current in all my financial obligations. I am not only financially embarrassed now but I am mortified because I am in such a bad situation now.

I really hope that this does not drag on for much longer because I'll be homeless and bankrupt. I needed to tell you this so you understand the seriousness of my situation. Again, I was happy to have had the time off and the much-needed break, but had I known it could drag on for 5 months, I would have handled my money very differently and asked for a sign-on bonus or that they pay me from the proposed start date of August 29th 2010.

Do you think that Al Jazeera would pay a sign-on bonus given I was told I could resign back in August and now it's January and still now news about the start date? Moreover, once I start, I won't have any money - or barely any or credit availability.

I hope we can resolve this soon. I am not trying to be difficult - I think I have been very patient, but now I am in a serious danger zone that I hope you can help me to get out of.

Let me know what you can do.

Thank you and kind regards,
Sonya
[Quoted text hidden]

---

**Maria Coombe <Maria@footprintlegal.com>**                Tue, Jan 11, 2011 at
                                                                     6:05 PM
To: Sonya Shaykhoun <shaykhoun@gmail.com>

Hi Sonya,

Thank you for setting out the below... I have been in Abu Dhabi today, but between meetings sent an email to Osama and I will follow up with him by telephone tomorrow. I understand...

There is an opportunity with Injazat in Abu Dhabi - shall we have a chat about it tomorrow?

Kind regards,

Maria

Maria Coombe
Director

Footprintlegal
www.footprintlegal.com

maria@footprintlegal.com
Direct          +971 4 448 7146
Mobile          +971 55 881 8435

This email is for the attention of the addressee only. If you are not the
intended recipient, please return it to grazia@footprintlegal.com. The views
expressed in this message are those of the individual and not necessarily
those of Footprintlegal.
If you would like more information about Footprintlegal, please visit our
website at www.footprintlegal.com. Footprint Consultancy Services JLT
(licence no.JLT-65355) trading as Footprintlegal is registered and licensed
as a freezone company under the rules and regulations of DMCCA. Level
29, Reef Tower, JLT Dubai, PO Box 115738, Dubai, UAE

------Original Message-----
From: Sonya Shaykhoun [mailto:shaykhoun@gmail.com]
Sent: Tuesday, January 11, 2011 12:09 PM
To: Maria Coombe
[Quoted text hidden]

**Sonya Shaykhoun <shaykhoun@gmail.com>Tue, Jan 11, 2011 at 6:12 PM**
To: Maria Coombe <Maria@footprintlegal.com>

Hi Maria,

Thanks for your email. I really appreciate it.

Osama told me a few weeks ago that if my visa was not sorted by the
end of the first week of January, then they would find an alternative
for me - whether I could be hired out of the Bahrain office or work
from home. In all honestly, I'd prefer to work at Al Jazeera and I'm
still excited about it and I don't want to lose the opportunity to
work at Al Jazeera, which has been a dream of mine since I was at
Orbit.

However, because I've lost now 5 months (the equivalent of about 20,000BD in salary), I'm stuck in a ever-widening hole.  So, my first choice is still AJSN.  If they could they could something (i.e. a sign-on bonus to help me hang in while I wait for the visa) it would make my life and the wait easier to handle.  I would even work from home.  Let's chat tomorrow in any event.

Thanks and have a wonderful evening.

Best,
Sonya
[Quoted text hidden]

maria.coombe@footprintlegal.com                          Tue, Jan 11,
<maria.coombe@footprintlegal.com>                        2011 at 6:36 PM
Reply-To: maria.coombe@footprintlegal.com
To: Sonya Shaykhoun <shaykhoun@gmail.com>

Hi there,

Let's definitely speak tomorrow.  11am your time, midday mine ok with you?

Best wishes,

Maria


Sent from my BlackBerry® smartphone from du
[Quoted text hidden]

Sonya Shaykhoun <shaykhoun@gmail.com>Tue, Jan 11, 2011 at 6:27 PM
To: maria.coombe@footprintlegal.com

Perfect, I'll talk to you tomorrow.

Best,
Sonya
[Quoted text hidden]

           Sonya Shaykhoun <shaykhoun@gmail.com>

# Hello from Bahrain

5 messages

**Sonya Shaykhoun <shaykhoun@gmail.com>**                 Sun, Dec 19, 2010 at
                                                                  7:44 PM
To: Osama Abu Dehays <Dehayso@aljazeera.net>

Hi Osama,

I hope this email finds you well and thriving.  I am fine and have been
enjoying my gardening leave.  I am feeling very rested very much looking
forward to starting work at Al Jazeera.

I am aware that Maria Coombe has been in touch with you about my two
proposals (i.e. working on a tourist visa in Doha or working from the
Bahrain office/home in Bahrain) regarding getting around the delay in the
visa issue.  I am touching base with you now so that we can discuss this
directly.  I do not want to make a nuisance of myself, however I did not
anticipate the visa taking quite this long and my funds will be dangerously
low very soon.  It would be a great relief if I could start working (even
remotely) by the beginning of January 2011 (or sooner) so that I can avoid
any financial discomfort/embarrassment.

I would appreciate anything you can do to assist me.  I look forward to
hearing from you.

Thank you.

Best regards,
Sonya

**Osama Abu Dehays <Dehayso@aljazeera.net>**                Tue, Dec 21, 2010 at
                                                                  3:03 PM
To: Sonya Shaykhoun <shaykhoun@gmail.com>

Dear Sonya,

Just to let you know, we are now trying to get this expedited through unconventional matters. The
decision was made that we will give this until the end of the first week of January, at which if the visa is
still not available, we will then think of an alternative arrangement for you.

So please, do hang in there, I have high hopes

Osama S. Abu-Dehays      LL.B., Bcomm.

**Director of Legal Affairs**


ALJAZEERA NETWORK

Tel: +974 4489 7447 | GSM: +974 3355 9868 | Fax: +974 4489 7270 | Email: | dehayso@aljazeera.net

Address: P.O. Box 23123, Doha, Qatar | Website: http://www.aljazeera.net

**From:** Sonya Shaykhoun [mailto:shaykhoun@gmail.com]
**Sent:** Sunday, December 19, 2010 7:44 PM
**To:** Osama Abu Dehays
**Subject:** Hello from Bahrain

[Quoted text hidden]

Notice: This email is intended only for the use of the individual or entity named above and may contain information that is confidential and privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it.

**Sonya Shaykhoun <shaykhoun@gmail.com>**                    Tue, Dec 21, 2010 at
                                                                 3:17 PM
To: Osama Abu Dehays <Dehayso@aljazeera.net>

Dear Osama,

Thanks for the update - I appreciate the efforts that are being made on my behalf, I really do.  I'll bear with you while this is sorted out, as requested.

In the meantime, wishing you a very happy New Year and looking forward

to seeing you in 2011!

Best regards,
Sonya
[Quoted text hidden]

---

**Sonya Shaykhoun <shaykhoun@gmail.com>**        **Thu, Jan 6, 2011 at 10:37 AM**

To: Osama Abu Dehays <Dehayso@aljazeera.net>

Dear Osama,

Happy New Year!  I hope that 2011 is treating you well so far.  I am fine.

I am writing to follow up on the below email and to see what the next steps
are.

I look forward to hearing from you.

With kind regards,
Sonya

On Tue, Dec 21, 2010 at 3:03 PM, Osama Abu Dehays
<Dehayso@aljazeera.net> wrote:
[Quoted text hidden]

---

**Sonya Shaykhoun <shaykhoun@gmail.com>**        **Mon, Jan 17, 2011 at 9:12 AM**

To: Osama Abu Dehays <Dehayso@aljazeera.net>

Dear Osama,

I hope this email finds you well.  I am fine for the most part.

I have recently been in touch with Maria Coombe at Footprint Legal to
explain to her that I am in a serious financial situation now.  I am not sure if
she explained to you just how serious it is.  I am on my last BD500 and am
late on all my payments for my credit cards, car loan and rent by 1- 2 (going
on 3) months.  Back in August, I had paid off nearly all of my credit cards, I
had savings and was current in all my financial obligations when Footprint
told me it was OK to resign and gave me an anticipated start date of 29
August 2010.  Having gone from nearly BD4000 per month to nothing for
five months has been difficult dand is now a huge strain.  I am not quite sure
what to do - I don't have family to rely on as my mother is on a fixed income

(and I typically have been helping her and other family members which is why my savings was not bigger than it was).

I don't want to make a nuisance of myself and I know the visa is out of your control. However, I'm quickly floating up a river without a paddle and it would be great if an alternative could be found quickly so that I can avoid falling off the waterfall (i.e., eviction from my flat and totally ruining my credit in Bahrain).

Thanks and best,
Sonya

On Tue, Dec 21, 2010 at 3:03 PM, Osama Abu Dehays <Dehayso@aljazeera.net> wrote:
[Quoted text hidden]

Case 1:24-cv-09978-ALC    Document 78-7    Filed 04/10/26    Page 34 of 91

**Sonya Shaykhoun <shaykhoun@gmail.com>**    Tue, Nov 23, 2010 at 12:28 PM

To: Maria Coombe <Maria.Coombe@footprintlegal.com>

Hi Maria,

Thanks that's good to know - the way people were talking about it, it made it sound very tricky to leave Doha.

I'm feeling fine, thanks, just taking advantage of the last of my free time!

Have a great rest of your week and weekend - speak next week!

Best regards,
Sonya
[Quoted text hidden]

**Sonya Shaykhoun <shaykhoun@gmail.com>**    Mon, Nov 29, 2010 at 1:21 PM

To: Maria Coombe <Maria.Coombe@footprintlegal.com>

Hi Maria,

Will this week be the week?  I hope so as I'm getting low on funds, now, although I'm still enjoying my time off.

Hope all is well.  Let me know the moment you hear from Al Jazeera.

Best regards,
Sonya
[Quoted text hidden]

**Maria Coombe <Maria.Coombe@footprintlegal.com>**    Tue, Nov 30, 2010 at 2:57 PM

To: Sonya Shaykhoun <shaykhoun@gmail.com>

Hi Sonya,

I chased both Osama and Nancy, and Osama is sending a high level letter to push things along.  He is going to keep me updated and so I will naturally be in touch as soon as I hear anything.  I just tried to call to update you and so the missed call is from me.

Kind regards,



Gmail
by Google

Sonya Shaykhoun <shaykhoun@gmail.com>

# RE: SUSPECT: Re: Fw: المستندات المطلوبة

1 message

**Osama Abu Dehays <Dehayso@aljazeera.net>**

Tue, Jul 20, 2010 at 8:40 PM

To: Sonya Shaykhoun <shaykhoun@gmail.com>

Perfect, thanks Sonya.

I will await news on the certificates, and looking forward to have you join our team

Osama S. Abu-Dehays    LL.B., Bcomm.

**Director of Legal Affairs**


شبكة الجزيرة
ALJAZEERA NETWORK

Tel: +974 489 7447 | GSM: +974 355 9868 | Fax: +974 489 7270 | Email: | dehayso@aljazeera.net

Address: P.O. Box 23123, Doha, Qatar | Website: http://www.aljazeera.net

**From:** Sonya Shaykhoun [mailto:shaykhoun@gmail.com]
**Sent:** Tuesday, July 20, 2010 10:33 AM
**To:** Osama Abu Dehays
**Subject:** SUSPECT: Re: Fw: المستندات المطلوبة

Dear Osama,

Good morning.  Thank you for your email - I am absolutely delighted that I got the job and I am very much looking forward to working with you and your team at Al Jazeera! I feel like I got into Harvard.

Regarding the documents, no problem. I believe Maria mentioned to you that I had all three university certificates sent to the Qatari Embassy in London to be fully legalised and I expect to receive them back this week. I will forward them to you and HR as soon as I get them.

The answers to the other questions are as follows for your information - Maria emailed me this morning also with these questions so I can send them to her and let her pass them on to HR.

My home address in New York is:

825 West End Avenue,

Apt. 11C,

New York, NY 10025

USA

I am single (divorced) and I have no children.

Although I am currently in Bahrain on my Irish passport as it makes travelling in the region a lot easier than if I were to travel on my American passport, I have used my American passport, too. In prefer to continue to use my Irish passport because it is less restrictive than the American one. I forwarded Maria the copy of my Irish passport yesterday. (I have an Egyptian birth certificate, too, although this was by virtue of having an Egyptian father as I was born in NY - I do not have an Egyptian passport or identity card).

About my resignation, too late! I already resigned yesterday once you confirmed the offer. It is not a big deal - I would welcome having a bit more time off to rest and to prepare for the new challenge at Al Jazeera. I would

be shocked if my visa application were to be rejected, but you never know. I'll cross that bridge if I come to it.

Again, thank you so much for offering me this job - I am so excited about working with you, Dr. Mahdi and your team.

Have a great week and let me know if you need anything else from me.

All the best,

Sonya

2010/7/20 Osama Abu Dehays <Dehayso@aljazeera.net>

Dear sonya,

Congratulations on accepting the offer, and thanks for sending the same back to us.

I received this from HR today, and was hoping to forward this to you as early as possible. As you can see below, the guys are requesting some documents in order to get your visa issued, and they are also stating that this may take anytime from 1 to 2 months, however, they are also recommending as a safety measure for you not to change your status (I.e. Resign your current post) until your visa is issued.

I would leave this up to you, as they are right in a way, that a lot of times, a visa stands between a candidate and a job in qatar, I personally did not take that caution when I came here because I wanted to take a long period off between the two jobs, and my notice period didn't allow it, so you will need to make that decision. In all cases, it is extremely important that you supply them with the below asap.

**From:** Abdul Majeed Alakkathody
**To:** Osama Abu Dehays
**Cc:** Ahmad Hassan Ghiyathi
**Sent:** Tue Jul 20 07:38:31 2010
**Subject:** المستندات المطلوبة

السيد/ أسامة ابودهيس      المحترم

مدير إدارة الشؤون القانونية والعقود

تحية طيبة ،،

**GMail**
by Google

Sonya Shaykhoun <shaykhoun@gmail.com>

# Fw: المستندات المطلوبة

3 messages

**Osama Abu Dehays <Dehayso@aljazeera.net>**                 Tue, Jul 20, 2010 at
                                                                          7:49 AM
To: "shaykhoun@gmail.com" <shaykhoun@gmail.com>

Dear sonya,

Congratulations on accepting the offer, and thanks for sending the same
back to us.

I received this from HR today, and was hoping to forward this to you as
early as possible. As you can see below, the guys are requesting some
documents in order to get your visa issued, and they are also stating that
this may take anytime from 1 to 2 months, however, they are also
recommending as a safety measure for you not to change your status (I.e.
Resign your current post) until your visa is issued.

I would leave this up to you, as they are right in a way, that a lot of times, a
visa stands between a candidate and a job in qatar, I personally did not
take that caution when I came here because I wanted to take a long period
off between the two jobs, and my notice period didn't allow it, so you will
need to make that decision. In all cases, it is extremely important that you
supply them with the below asap.

**From:** Abdul Majeed Alakkathody
**To:** Osama Abu Dehays
**Cc:** Ahmad Hassan Ghiyathi
**Sent:** Tue Jul 20 07:38:31 2010
**Subject:** المستندات المطلوبة

السيد/ أسامة ابودهيس    المحترم

مدير إدارة الشؤون القانونية والعقود

تحية طيبة ،،

نود الإحاطة بأنه تم استلام موافقة السيدة/ سونيا شيخون Â على عرض العمل الخاص بها

أولاً سيتم طلب تأشيرة العمل لها ,وبالنسبة للمستندات المطلوب موافاتنا بها لاستخراج التأشيرة وهي :

آخر مؤهل علمي مصدق من سفارة دولة قطر .

الحالة الإجتماعية ( متزوج أم أعزب ) .

العنوان في موطن الأصل .

الجنسية السابقة إن وجدت .

وقد يستغرق صدور تأشيرة العمل مابين شهر إلى شهرين تقريبا ، ولحين إصدار التأشيرة أرجو إبقاء وضعها كما هو عليه إلى أن نبلغكم بصدور تأشيرة العمل, وبعد ذلك سيتم التنسيق معها بشأن القدوم للعمل في الدوحة .

وشكراً،،،

**Abdul Majeed Alakkathody**

Senior HR Specialist

HR Planning & Recruitment

**Al Jazeera Network**

Phone   (+974) 489 7232 | Fax   (+974) 489 7337



Sonya Shaykhoun <shaykhoun@gmail.com>

# SONYA SHAYKHOUN

7 messages

**Maria Coombe <Maria.Coombe@footprintlegal.com>**      Mon, Jul 19, 2010
                                                          at 10:37 AM

To: Osama Abu Dehays <Dehayso@aljazeera.net>, Ahmad Hassan Ghiyathi
<ghyathia@aljazeera.net>, Abdul Majeed Alakkathody
<alakkathodya@aljazeera.net>, Mesallam Al Rashdi
<rashdim@aljazeera.net>
Cc: Sonya Shaykhoun <shaykhoun@gmail.com>, Gary Youssef
<Gary.Youssef@footprintlegal.com>

Dear All,

I have confirmed August 29th 2010 as Sonya's start date and she will resign her position at Charles
Russell accordingly.  Her notarised certificates are due to arrive at the end of this week / beginning of next
and Sonya will forward them to you upon receipt.  I copy her into this email so that you can liaise directly
with her regarding next steps for her visa and travel arrangements etc.

Please do let me know if there is anything else that I can do at this stage.

Kind regards,

Maria

Maria Coombe

Director

Footprintlegal

www.footprintlegal.com

maria.coombe@footprintlegal.com

Direct          +971 4 448 7146

Mobile          +971 55 881 8435

This email is for the attention of the addressee only. If you are not the intended recipient, please return it to grazia.mazzurana@footprintlegal.com. The views expressed in this message are those of the individual and not necessarily those of Footprintlegal.

If you would like more information about Footprintlegal, please visit our website at www.footprintlegal.com. Footprint Consultancy Services JLT (licence no.JLT-65355) trading as Footprintlegal is registered and licensed as a freezone company under the rules and regulations of DMCCA. Level 29, Reef Tower, JLT Dubai, PO Box 115738, Dubai, UAE

**Sonya Shaykhoun <shaykhoun@gmail.com>**          **Wed, Jul 21, 2010 at 2:59 PM**

To: Osama Abu Dehays <Dehayso@aljazeera.net>, ghyathia@aljazeera.net, alakkathodya@aljazeera.net, rashdim@aljazeera.net
Cc: Gary Youssef <Gary.Youssef@footprintlegal.com>, Maria Coombe <Maria.Coombe@footprintlegal.com>

Dear All,

Thank you again for extending the job offer to work in Al Jazeera's legal department with Osama and his team.  I am very honored and very excited.

By now, you should have the information you requested yesterday vis-a-vis my nationalities, my address in my domicile (NY) and my marital status.

Just to let you know, my university certificates are with the Qatari Embassy in London now and the Consular Section is taking care of the entire legalisation process for me. I understand the papers will be ready by the end of the London week (Friday) and I should have them by Saturday/Sunday.  At which point, I will courier them to Mesallem directly and wait for further instructions/information regarding my visa, etc.

I am looking forward to seeing you all soon and to joining the Al Jazeera team.

Thank you again, Maria, for facilitating this.

With best regards,
Sonya
[Quoted text hidden]

**Sonya Shaykhoun <shaykhoun@gmail.com>**          Mon, Jul 26, 2010 at
                                                              9:27 AM

To: Osama Abu Dehays <Dehayso@aljazeera.net>, ghyathia@aljazeera.net,
alakkathodya@aljazeera.net, rashdim@aljazeera.net
Cc: Gary Youssef <Gary.Youssef@footprintlegal.com>, Maria Coombe
<Maria.Coombe@footprintlegal.com>

Dear All,

I am happy to report that I received my fully legalised university certificates
from the Qatar Embassy in London this morning.  I will send them by FedEx
to Mesallem this afternoon.

Kind regards,
Sonya

[Quoted text hidden]

---

**Maria Coombe**                                    Mon, Jul 26, 2010 at
**<Maria.Coombe@footprintlegal.com>**                         9:29 AM
To: Sonya Shaykhoun <shaykhoun@gmail.com>

Good stuff!  One more step...!

I'm leaving tomorrow but will give you a call on Sunday when I get back.

Take care,

Maria

**From:** Sonya Shaykhoun [mailto:shaykhoun@gmail.com]
**Sent:** Monday, July 26, 2010 10:28 AM
**To:** Osama Abu Dehays; ghyathia@aljazeera.net; alakkathodya@aljazeera.net; rashdim@aljazeera.net
**Cc:** Gary Youssef; Maria Coombe
**Subject:** Re: SONYA SHAYKHOUN

[Quoted text hidden]

---

**Sonya Shaykhoun <shaykhoun@gmail.com>**          Mon, Jul 26, 2010 at

9:32 AM

To: Maria Coombe <Maria.Coombe@footprintlegal.com>

Oh my goodness, isn't someone on the ball the morning?! LOL!

I'm so relieved and excited and it's all working out so well - did I tell you
another friend of mine is moving to Qatar to work with QTel and we're flat-
sharing and she's getting a fantastic rate by Qatari standards because of
the QTel connection.

I wish you well, Maria, in the upcoming week.

All the best,
Sonya

[Quoted text hidden]

Maria Coombe <Maria.Coombe@footprintlegal.com>        Thu, Aug 26,
                                                       2010 at 8:31 PM
To: Sonya Shaykhoun <shaykhoun@gmail.com>, Osama Abu Dehays
<Dehayso@aljazeera.net>, ghyathia@aljazeera.net,
alakkathodya@aljazeera.net, rashdim@aljazeera.net

Dear All,

I hope that all is well? I am conscious that obtaining visas etc. may take a little longer during the
summer months and was wondering whether we had an update as to the status of Sonya's? I suspect
that you will have more of a steer after Eid, but if there is any information that you need, please do let
us know.

Kind regards,

Maria

Maria Coombe

Director

Footprintlegal

www.footprintlegal.com

maria.coombe@footprintlegal.com

Direct          +971 4 448 7146

Mobile          +971 55 881 8435

This email is for the attention of the addressee only. If you are not the intended recipient, please return it to grazia.mazzurana@ footprintlegal.com. The views expressed in this message are those of the individual and not necessarily those of Footprintlegal.

If you would like more information about Footprintlegal, please visit our website at www.footprintlegal.com. Footprint Consultancy Services JLT (licence no.JLT-65355) trading as Footprintlegal is registered and licensed as a freezone company under the rules and regulations of DMCCA. Level 29, Reef Tower, JLT Dubai, PO Box 115738, Dubai, UAE

**From:** Sonya Shaykhoun [mailto:shaykhoun@gmail.com]
**Sent:** 26 July 2010 07:28
**To:** Osama Abu Dehays; ghyathia@aljazeera.net; alakkathodya@aljazeera.net; rashdim@aljazeera.net
**Cc:** Gary Youssef; Maria Coombe
**Subject:** Re: SONYA SHAYKHOUN

Dear All,

[Quoted text hidden]

**Sonya Shaykhoun <shaykhoun@gmail.com>**          Thu, Jan 12, 2012 at 11:58 PM

To: Mary Shakun <mary.shakun@gmail.com>, mary shaykhoun <mshakun@me.com>

[Quoted text hidden]



Sonya Shaykhoun <shaykhoun@gmail.com>

# Resignation

**Sonya Shaykhoun <Sonya.Shaykhoun@charlesrussell.co.uk>**

To: Clive Hopewell <Clive.Hopewell@charlesrussell.co.uk>
Cc: Elaine Emmington <Elaine.Emmington@charlesrussell.co.uk>, Andrew Sharpe <Andrew.Sharpe@charlesrussell.co.uk>, Muriel Murray <Muriel.Murray@charlesrussell.co.uk>

Mon, Jul 19, 2010 at
9:42 AM

Dear Clive,

I called you on your London extension although I think it is still too early there. I would have preferred to tell you this over the phone or in person.

I am writing to inform you that I have decided to leave Charles Russell and to give you the requisite 30 days' notice in writing as my employment contract requires. Accordingly, my last day at Charles Russell will be Wednesday 18 August 2010.

Thank you.

Kind regards,
Sonya


**Sonya Shaykhoun | Attorney (Member, New York Bar)**
**for and on behalf of Charles Russell LLP**

PO Box 31249, Floor 31, Bahrain World Trade Centre, West Tower, Isa Al Kabeer Avenue, Manama
(T) +973 17 133 208
(F) +973 17 133 201


www.charlesrussell.co.uk

*Please note our working week is Sunday to Thursday. (GMT +03:00)*
Please consider the environment. Do you really need to print this email?

---

This is an email from Charles Russell LLP. The contents of this email are confidential to the ordinary user of the email address to which it is was addressed. No-one else may place any reliance upon it, or copy or forward all or any of it in any form. If you receive this email in error, please accept our apology. We should be obliged if you would telephone our postmaster on +44 (0)20 7203 5000 or email postmaster@charlesrussell.co.uk.

Charles Russell LLP is a limited liability partnership registered in England and Wales, registered number OC311850, and is regulated by the Solicitors Regulation Authority. Any reference to a partner in relation to Charles Russell LLP is to a member of Charles Russell LLP or an employee with equivalent standing and qualifications. A list of members and of non-members who are described as partners, is available for inspection at the registered office, 5 Fleet Place, London EC4M 7RD.

Main telephone number: +44 (0)20 7203 5000 Website: http://www.charlesrussell.co.uk

 Sonya Shaykhoun <shaykhoun@gmail.com>

## My Irish passport copy

1 message

**Sonya Shaykhoun <shaykhoun@gmail.com>**    Sun, Jul 18, 2010 at 3:33 PM

To: Maria Coombe <Maria.Coombe@footprintlegal.com>

Dear Maria,

Please find attached a valid copy of my Irish passport as required by the Al Jazeera offer letter.

With kind regards,
Sonya

📎 **Scan001.PDF**
109K

*Iarrann Aire Gnóthaí Eachtracha na hÉireann ar gach n-aon lena mbaineann ligean dá shealbhóir seo, saoránach d'Éirinn, gabháil ar aghaidh gan bhac gan chosc agus gach cúnamh agus caomhnú is gá a thabhairt don sealbhóir.*

*The Minister for Foreign Affairs of Ireland requests all whom it may concern to allow the bearer, a citizen of Ireland, to pass freely and without hindrance and to afford the bearer all necessary assistance and protection.*

AN tAONTAS EORPACH
EUROPEAN UNION
UNIÓN EUROPEA
DEN EUROPÆISKE UNION
EUROPÄISCHE UNION
ΕΥΡΩΠΑΪΚΗ ΕΝΩΣΗ
UNION EUROPEENNE
UNIONE EUROPEA
EUROPESE UNIE
UNIÃO EUROPEIA
EUROOPAN UNIONI
EUROPEISKA UNIONEN

ÉIRE
IRELAND
IRLANDA
IRLAND
ΙΡΛΑΝΔΙΑ
IRLANDE
IERLAND
IRLANTI

PAS   PASSPORT
PASAPORTE REISEPASS ΔΙΑΒΑΤΗΡΙΟ PASSEPORT
PASSAPORTO PASPOORT PASSAPORTE PASSI PASS

W 042596

Sloinni/Surname/Nom (1)

SHAYKHOUN

Réamhainne (nacha)/Forename(s)/Prénom(s) (2)

SONYA H.

Náisiúntacht/Nationality/Nationalité (3) | Dáta breithe/Date of birth/Date de naissance (4)

Éireannach  Irish | 12 Mé/JUNE 1972

Gnéas/Sex/Sexe (5) | Áit bhreithe/Place of birth/Lieu de naissance (6)

F. | S.A.M — U.S.A.

Dáta eisiúna/Date of issue/
Date de délivrance (7)

05 EAN./JAN.
2001

As feidhm/Date of expiry/
Date d'expiration (8)

05 EAN./JAN.
2011

Údarás/Authority/Autorité (9)

Síniú an tsealbhóra/Signature of holder/Signature du titulaire (10)

Sonya Shaykh



(1) Apellido/Efternavn/Name/Επώνυμο/Cognome/Naam/Apelido/
Sukunimi/Efternamn

(2) Nombre/Fornavn/Vorname/Όνομα/Nome/Voornaam/Nome/
Etunimi/Förnamn

(3) Nacionalidad/Nationalitet/Staatsangehörigkeit/Ιθαγένεια/
Cittadinanza/Nationaliteit/Nacionalidade/Kansalaisuus/Nationalitet

(4) Fecha de nacimiento/Fødselsdato/Geburtsdatum/Ημερομηνία γεννήσεως/
Data di nascita/Geboortedatum/Data de nascimento/Syntymäaika/
Födelsetid

(5) Sexo/Køn/Geschlecht/Φύλο/Sesso/Geslacht/Sexo/Sukupuoli/Kön

(6) Lugar de nacimiento/Fødested/Geburtsort/Τόπος γεννήσεως/
Luogo di nascita/Geboorteplaats/Lugar de nascimento/
Syntymäpaikka/Födelseort

(7) Fecha de expedición/Udstedelsesdato/Ausstellungsdatum/
Ημερομηνία εκδόσεως/Data di rilascio/Datum van afgifte/Data
de Emissão/Myöntämispäivä/Utfärdat den

(8) Fecha de caducidad/Gyldigt indtil/Gültig bis/Λήγει στις/
Data di scadenza/Geldig tot/Cessação de validade/Viimeinen
voimassaolopäivä/Giltigt t.o.m.

(9) Autoridad/Pasudstedende myndighed/Behörde/Αρχή/Autorità/
Instantie/Autoridade/Viranomainen/Myndighet

(10) Firma del titular/Indehaverens underskrift/Unterschrift des
Passinhabers/Υπογραφή του κατόχου/Firma del titolare/
Handtekening houder/Assinatura do titular/Haltijan
nimikirjoitus/Passinnehavarens namnteckning

(11) Hijos/Børn/Kinder/Παιδιά/Figli/Kinderen/Filhos/Lapset/Barn

24 | 2



RESIDENCE PERMIT    رقم السريان   0408350

National ID.    720142946
Passport No.    W042596
Nationality.    IRISH REPUBLIC
RP Kind&Type:    972452 - WORK
RP Issue Date:    11/May/2010
RP Expiry Date:    16/Aug/2012
Occupation:

SONYA H. SHAYKHOUN



**Sonya Shaykhoun <shaykhoun@gmail.com>**

# Signed Letter of Offer and Acceptance

3 messages

**Sonya Shaykhoun <shaykhoun@gmail.com>**    Sun, Jul 18, 2010 at
                                               3:31 PM
To: Maria Coombe <Maria.Coombe@footprintlegal.com>

Dear Maria,

I am delighted to accept the offer from the Al Jazeera Network and my signed acceptance is attached to this email.

I would like to confirm that my university certificates are currently with the Qatari Consulate in London, where they are being notarised accordingly. I will forward them to you or to Mesallem Al-Rashdi at Al Jazeera once I receive them as per your instructions.

Additionally, I would like to reiterate that, although my current residence permit in Bahrain is registered under my Irish passport, this is so purely because there had been a chance that I would have to go to Iran for work and travelling on my American passport would have made this impossible. My domicile is actually New York and not Ireland as the offer letter stipulates.

The offer letter stipulates that I should send a valid copy of my passport. I will resend this under separate cover.

Thank you so very much for facilitating this exciting new chapter in my career! I'm very much looking forward to starting soon and to meeting you in person before the end of the year to thank you in person.

Best wishes,
Sonya

📎 **Scan001.PDF**
   30K

**Maria Coombe <Maria.Coombe@footprintlegal.com>**    Mon, Jul 19,
                                                       2010 at 7:42 AM
To: Sonya Shaykhoun <shaykhoun@gmail.com>

Good Morning Sonya,

Congratulations once again! I wanted to confirm that this has been sent to Al Jazeera (both to Osama and to the HR team) and I am waiting for them to confirm receipt and that they are happy for you to go ahead and resign your position at Charles Russell. I have suggested August 29th 2010 as your start date and will let you know Osama's thoughts. I also forwarded your passport, mentioned the domicile being NY and let them know where you are at with the certificates, so for the moment, everything is in their camp. I'll give you a call later today as soon as Osama confirms that you can resign.

It has been an absolute pleasure working with you and I look forward to meeting you in person when I come to Doha at the end of the year! Congratulations once again!

Best wishes,

Maria

Maria Coombe

Director

Footprintlegal

www.footprintlegal.com

maria.coombe@footprintlegal.com

Direct          +971 4 448 7146

Mobile        +971 55 881 8435

This email is for the attention of the addressee only. If you are not the intended recipient, please return it to grazia.mazzurana@ footprintlegal.com. The views expressed in this message are those of the individual and not necessarily those of Footprintlegal.

If you would like more information about Footprintlegal, please visit our website at www.footprintlegal.com. Footprint Consultancy Services JLT (licence no.JLT-65355) trading as Footprintlegal is registered and licensed as a freezone company under the rules and regulations of DMCCA. Level 29, Reef Tower, JLT Dubai, PO Box 115738, Dubai, UAE

**From:** Sonya Shaykhoun [mailto:shaykhoun@gmail.com]
**Sent:** Sunday, July 18, 2010 4:32 PM
**To:** Maria Coombe
**Subject:** Signed Letter of Offer and Acceptance

[Quoted text hidden]

**Sonya Shaykhoun <shaykhoun@gmail.com>**          Wed, Jan 19, 2011 at
                                                              4:05 PM
To: Maria Coombe <Maria.Coombe@footprintlegal.com>

Maria,
Please see the below email in which you confirmed that you were waiting
for the go-ahead from Al Jazeera - you called me up on the 20th of July and
told me that it was OK to resign.
Sonya

[Quoted text hidden]

**Maria Coombe**                                   **Wed, Jul 14, 2010 at**
**&lt;Maria.Coombe@footprintlegal.com&gt;**                      **1:08 PM**
To: Sonya Shaykhoun &lt;shaykhoun@gmail.com&gt;

You're welcome!  Start date wise, it's always "tomorrow is better than yesterday!".  When would best
suit you?

Maria

From: Sonya Shaykhoun [mailto:shaykhoun@gmail.com]
Sent: Wednesday, July 14, 2010 2:06 PM

[Quoted text hidden]

[Quoted text hidden]

**Sonya Shaykhoun &lt;shaykhoun@gmail.com&gt;**        **Wed, Jul 14, 2010 at**
                                                     **1:11 PM**
To: Maria Coombe &lt;Maria.Coombe@footprintlegal.com&gt;

:)

I have to give thirty days' notice.  So, say I sign this offer by Sunday the
18th of July, I'd give in my notice then bringing us to the 17th of August.  I
suppose the 29th of August would be ideal as I'd have time to organise
myself and get some R&R before I start this new challenge (and as I
wouldn't be taking leave for the first 6 months) but I could do the 22nd, too.
What do you think is best?

[Quoted text hidden]

**Maria Coombe &lt;Maria.Coombe@footprintlegal.com&gt;**    **Wed, Jul 14, 2010**
                                                           **at 1:16 PM**
To: Sonya Shaykhoun &lt;shaykhoun@gmail.com&gt;

I suggest that we say exactly that to them, that way we're showing flexibility but also showing
commitment to throwing yourself into the new role by taking some time out first.  Does that sound fair
to you?

From: Sonya Shaykhoun [mailto:shaykhoun@gmail.com]

 **Gmail** by Google                 Sonya Shaykhoun <shaykhoun@gmail.com>

# Al Jazeera

1 message

**Maria Coombe <Maria.Coombe@footprintlegal.com>**          Mon, Jul 12, 2010
                                                              at 10:59 AM

To: Sonya Shaykhoun <shaykhoun@gmail.com>

Dear Sonya,

They say that good things happen to those who wait... Congratulations! Al Jazeera are making you an offer! I attach details, please let me know once you have had the chance to look over it.

I hope that this is the news that you were hoping for!

Best wishes,

Maria

Maria Coombe

Director

Footprintlegal

www.footprintlegal.com

maria.coombe@footprintlegal.com

Direct        +971 4 448 7146

Mobile        +971 55 881 8435

This email is for the attention of the addressee only. If you are not the intended recipient, please return it to grazia.mazzurana@footprintlegal.com. The views expressed in this message are those of the individual and not necessarily those of Footprintlegal.

If you would like more information about Footprintlegal, please visit our website at www.footprintlegal.com. Footprint Consultancy Services JLT (licence no.JLT-65355) trading as Footprintlegal is registered and licensed as a freezone company under the rules and regulations of DMCCA. Level 29, Reef Tower, JLT Dubai, PO Box 115738, Dubai, UAE

**Sonya.pdf**
512K



**ALJAZEERA** NETWORK

ص.ب ٢٣١٢٣ الدوحة، قطر
هاتف ٤٨٩٧٤٢٩ ٩٧٤+
فاكس ٤٨٩٧٣٣٧ ٩٧٤+
HR@aljazeera.net
www.aljazeera.net

P.O. Box 23123 DOHA, QATAR
TEL. +974 4897429
FAX +974 4897337
HR@aljazeera.net
www.aljazeera.net

Date:  12-Jul-10                          Ref:  JSN/LA/      /2010

**Ms. Sonya Shaykhoun**

We are pleased to extend you a conditional employment offer according to the following benefits and terms:

| | |
|---|---|
| Job Title | : Legal Counsel |
| Monthly Basic Salary | : (22,500 Q.R) Twenty-two thousand & Five Hundred Qatari Riyals. |
| Monthly Housing Allowance | : Single (12,000 Q.R)    Married (14,000 Q.R) According to HR Personnel Policy |
| Furniture Allowance | : (45,000 Q.R) Only after successfully passing probationary period. |
| Probation Period | : Six Months. |
| Airline Tickets | : (Economy Class, From & Ireland): On annual leave for the employee, spouse and three children under the age of 18 years, and on the arrival of the family after completing the probation period. |
| Annual Leave | : (30) Working days per year. |
| Education | : The Net Work will participate in school fees in the State of Qatar for Three children until the age of 18 years as following.<br>    -From first grade till sixth grade amount of        (15,000 Q.R),<br>    -From seventh grade till Twelfth grade mount of    (20,000 Q.R), |
| Medical Treatment | : The Network shall take care of all the fees regarding the issuing and renewal of the Health Insurance cards. Also will take care of medical treatments expenses of the employee, spouse and children under the age of 18 years in a selected governmental and private Hospital proved by the network. |

- During the probation period, both parties may terminate the contract of employment without notice and without any legal or financial obligations on their part.
- This offer shall not be binding on Al Jazeera Satellite Network (JSN) unless a contract of employment is signed by you and all employment procedures have been completed.
- If you are in agreement with all the terms specified above, you are kindly requested to sign below and e-mail the signed copy with a valid copy of your passport and the university degree (notarized by the embassy of the State of Qatar) within one week of the date above.
- Any delay in receiving this offer may result in its cancellation.

We look forward to having you join our team in Doha soon.

Best Regards,

For: Al-Jazeera Network

Mesallam Mubarak Al-Rosha
Manager, HR Planning & Recruitment Department

☐ Accept              ☐ Reject

                        Signature: _____

AM

Our ref:   POL/1288344-2020
Your ref:

**Solicitors Regulation Authority**

The Cube
199 Wharfside Street
Birmingham B1 1RN

DX: 720293 BIRMINGHAM 47
UK   0370 606 2555
Int  + 44 (0)121 329 6800
F    + 44 (0)121 616 1999
www.sra.org.uk

**PRIVATE & CONFIDENTIAL**
Ms S Shaykhoun

**Sent by email only to: shaykhoun@protonmail.com**

10 September 2020

Dear Ms Shaykhoun

I write further to our letter dated 25 August to now provide my response to your service complaint.

**Your report about Osama Abu Dehays of Pillsbury Winthrop Shaw Pitman LLP**

I am a Complaints Officer at the SRA and my role is to review complaints we receive regarding our service. I note you made your complaint following your receipt of Mrs Lewis's emails sent 6 and 12 August informing you of our decision to take no further action in respect of your report.

You submitted your service complaint on 18 August. On your complaint form you explain you are unhappy at the delay in responding to your report. You are also unhappy about our investigation of your report – you feel Mrs Lewis did not ask the questions of Mr Dehays that you wanted her to; and that our general approach was unsatisfactory. You say you would have expected us to *"dig deeper"* into the matter.

We are sorry you are dissatisfied with both our service and our decision.

**Service complaint**

Our delay in responding to your report

You say on your complaint form that you made your report to us on 20 July 2019 and then heard nothing substantial from us until May 2020, when Mrs Lewis contacted you.

From my review of our file I can see that Mrs Lewis did check internally to see if we had received any correspondence from you prior to your report made 10 March 2020. Our records show we received emails from you in August, October and November 2019, but these emails were not followed up by us at that time. We are very sorry for this.

We should have opened a POL file in August 2019. That we did not do so would seem to point to an error on our part for which we are sorry. This is not the customer experience we would wish you to have.

I can see from our file that once it had been allocated to Mrs Lewis, it received Mrs Lewis's prompt attention.

<u>Our investigation of your report</u>

I have reviewed the actions taken by Mrs Lewis in assessing your report. The actions show Mrs Lewis to have made appropriate enquiries both internally (of our Authorisation department) and externally (of Mr Dehays). I can see that Mrs Lewis also sought advice from her Manager. I also see Mrs Lewis explained in her 12 August email why she was unable to answer all the questions raised in your 6 August email.

With regard to your 6 August email I note you write, *"since this was my inquiry, I would like the answers to my questions"*. I think it helpful to clarify that it is for us, the regulator, to determine how we carry out our investigation of matters reported to us, rather than the maker of the report. For further information about our approach to the investigation of matters    reported    to    us,    you    may    find    it    helpful    to    refer    to    this    link: www.sra.org.uk/consumers/problems/report-solicitor/investigating-concerns.

My above comments apply also to your expressed dissatisfaction with our general approach and to your feeling we should have 'dug deeper' into your matter.

<u>Our decision not to investigate your report further</u>

For the reasons set out above I would explain that our response remains unchanged and we will not be considering your report further at this time.

With regard to our decision not to take any further action you may find the following further information helpful.

Our role is to take action when we have information to show that a solicitor and/or firm has behaved unethically contrary to our rules of professional conduct. We are a risk-based regulator and this means we focus our work and spend most of our resources dealing with those firms and behaviour that pose the greatest risk to the public. It is not the case that every report will result in an investigation or that every investigation will result in our taking enforcement action.

Our approach to enforcement is set out in our enforcement strategy which is found at www.sra.org.uk/sra/strategy/sub-strategies/sra-enforcement-strategy.page. I would invite you to follow this link as a review of our enforcement strategy may assist your understanding of our decision to take no action in this instance.

I would draw your attention in particular to paragraph 2.1 of the strategy which explains our approach to enforcement. This explains that not every report will result in an investigation and that we focus our action on the most serious issues. Our regulatory approach is to act fairly, but proportionately, according to the severity of the wrongdoing and the risk posed to the public and the profession.

In your case, having carefully considered the information provided by you, Mr Dehays and internally, we do not consider your report requires further action by us.

**Conclusion**

Although I appreciate you may continue to be unhappy about the outcome of your report to us, I hope you feel your dissatisfaction with our service has been adequately addressed in this letter.

Should you not feel it has been, please refer to the paragraphs below for details of what to do next.

Yours sincerely

Heather Douglas
Complaints Officer
heather.douglas@sra.org.uk
Investigation and Supervision
**Solicitors Regulation Authority**
www.sra.org.uk

**If you remain dissatisfied**

If you are not happy with this response and still have concerns you can contact our central Corporate Complaints Team within 15 working days of the date of this letter. Please explain what you remain concerned about and what you would like to happen as a result of your complaint.

It is important to note that decisions we have made about your case cannot be changed through the complaints procedure. We can consider whether our procedures have been followed, whether your information has been properly considered and whether we have explained things clearly. For more information about our complaints procedure please contact our Corporate Complaints Team.

Corporate Complaints Team
Solicitors Regulation Authority
The Cube
199 Wharfside Street
Birmingham
B1 1RN

Email: complaintsteam@sra.org.uk

**From:** **Sonya Shaykhoun** shaykhoun@protonmail.com
**Subject:** Re: POL/1288344-2020 service complaint
**Date:** September 10, 2020 at 1:17 PM
**To:** Heather Douglas Heather.Douglas@sra.org.uk

Dear Heather Douglas,

I am in receipt of your extraordinary letter. I am not surprised, however, since Rochelle Lewis spent more than a year tackling an investigation that would have been solved with a few emails to the Jordanian Bar Association.

The failure of the SRA at this point has caused me to seriously question the integrity of the SRA's investigation process. I am a New York-qualified lawyer in good standing who has held extremely responsible positions in global companies. I have provided information that has been vetted by other lawyers in the Middle East and could easily be confirmed by doing a little bit extra work and asking a few pertinent questions. The fact that your agency refuses to do that, despite how clearly I outlined the fact that Osama Abu Dehays could not be a licensed Jordanian lawyer, speaks to ineptitude at best and corruption at worst. Your handling of this matter is *de minimus* at best.

I wish to inform you that I have referred this matter to Action Fraud, such is the level of my concern and my conviction that Osama Abu Dehays is a fraud. The SRA is enabling a fraud to carry on the illegal practice of law by failing to do its job properly. Please tell me, what is the point of the SRA if it is so ineffective?

I will of course be escalating this matter to the next echelon in the SRA and the Legal Ombudsman. You may, one day, be sorry that you did not dig a little deeper because the truth is literally a few questions and official emails away. And when the truth finally comes out, you, Ms. Lewis and the SRA will look more foolish than they do now.

Regards,
Sonya Shaykhoun, Esq., LL.M.

Tel: +1-929-408-4531

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, September 10, 2020 9:07 AM, Heather Douglas <Heather.Douglas@sra.org.uk> wrote:

Dear Ms Shaykhoun

Please find attached my response to your service complaint for your kind attention.

Yours sincerely

Heather Douglas

Complaints Officer

heather.douglas@sra.org.uk

Investigation and Supervision
**Solicitors Regulation Authority**

www.sra.org.uk

For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

**From:** **Heather Douglas** Heather.Douglas@sra.org.uk
**Subject:** POL/1288344-2020 service complaint
**Date:** September 10, 2020 at 9:07 AM
**To:** shaykhoun@protonmail.com

Dear Ms Shaykhoun

Please find attached my response to your service complaint for your kind attention.

Yours sincerely

Heather Douglas
Complaints Officer
heather.douglas@sra.org.uk

Investigation and Supervision
**Solicitors Regulation Authority**
www.sra.org.uk

For information on how we handle your personal data, see our privacy notice.
This email is intended for the addressee only. This includes any attachments. Its unauthorised use, further processing, storage or copying is not allowed. If you are not the intended recipient, please let the sender know and then destroy all copies.
Please note the sender is not authorised to conclude any contract on behalf of the Solicitors Regulation Authority by email.

POL-1288344-2020_SC1 reply
Shaykhoun.pdf

Shaykhoun v Daily Mail et al
1:2024cv09978

Third Amended Complaint
Filed April 8, 2026

# EXHIBIT U:
## *Post-Hoc Fix on JBA Website – Osama Abu Dehays Appears on Roster Retroactively*

9:31    73%

⌂    🔒 jba.org.jo/BarDirec    ⑤    ⋮



دليل المحامين

| الاسم الثاني | | الاسم الاول | اسامة |
|---|---|---|---|
| المدينة | عمان | الاسم الاخير | ابو دهيس |
| اسم الشركة | ⌄ | الحالة | غير مزاول |

بحث

اسامة سمر مصطفى ابو دهيس

الحالة : غير مزاول          المدينة : عمان

1

دمات النقابة          المركز الاعلامي          تطبيقات نظام تشريع

برنامج التشريع          « البيانات          « تحميل تطبيق الاندرويد

صندوق التقاعد          « التعميمات          « تحميل تطبيق الأيفون

التأمين الصحي          « قرارات المجلس

« البوم الصور

« الاخبار

« الاجتماعيات

Shaykhoun v Daily Mail et al
1:2024cv09978

Third Amended Complaint
Filed April 8, 2026

# EXHIBIT V:
## *Discrepancies about Osama Abu Dehay's purported "LL.M. in IP Law" – Oxford University offers an M.Sc. in IP Law (not an LL.M.) and a separate PGDip. In IP Law*



"Living in Oxford was one of the most intense experiences I've had. It was a place where every day I was challenged with learning new things, developing skills, meeting interesting and inspiring people and having profound conversations."

*Postgraduate student*

# Postgraduate study

Our postgraduate courses are world-renowned and serve students in a variety of legal fields. Courses are of a high academic standard and students are expected to analyse complex material, involve themselves in debate and self-lead their learning.

> Take a look at your options for funding

## Applications

All applications to Graduate degrees at Oxford are done through a central Graduate Admissions process. You will find information about courses, our people and background on this website. For conditions and to apply please see the Graduate Admissions website.

Why not also explore our Postgraduate Research Degrees?

 

# Our postgraduate taught courses

## Bachelor of Civil Law (BCL)

## Magister Juris (MJur)

## MSc in Criminology and Criminal Justice (full-time)

## MSc in Criminology and Criminal Justice (part-time)

## MSc in Intellectual Property (part-time)

The Oxford MSc in Intellectual Property is a postgraduate course for recently qualified lawyers who wish to specialise in intellectual property law.  It is a one-year, part-time course taught by senior practitioners and academics in the Oxford Law Faculty. The course builds on the foundations of the Postgraduate Diploma in Intellectual Property Law and Practice.

Find out more about the MSc in Intellectual Property

## MSc in International Human Rights Law (part-time)

## MSc in Law and Finance

## MSc in Taxation (part-time)

## Postgraduate Diploma in Intellectual Property Law and Practice (part-time)

## MSt in Legal Research

## Our postgraduate research degrees

DPhil in Law

DPhil in Criminology

Part-time DPhil in Criminology

DPhil in Socio-Legal Studies

MPhil in Law

MPhil in Socio-Legal Studies

# Graduate Life at Oxford

Students who make the best of Oxford join in the life of the city, their college and Faculty networks, events and seminars.



### Life as a taught graduate student FAQs



### Life as a research student FAQs



### Information for current students



### Research students



### Law Student Funding

On LinkedIn        On Instagram        On Youtube        On Bluesky        On Facebook

Study here              Find out about          Intranet                 Contact us

- Postgraduate courses    - Cookies on this site      - Information for current    The Faculty of Law,
- Undergraduate courses   - Our Accessibility            students                University of Oxford,
                            Statement             - Staff Intranet          St Cross Building,
                          - Vacancies                                      St Cross Road, Oxford OX1
                                                                           3UL
                                                                          Enquiries: See Contact us

Copyright University of Oxford    |    Privacy policy    |    Oxford login    |    Non-Oxford login

 



# Postgraduate Diploma in Intellectual Property Law and Practice

**On this page**

○ Overview

○ Teaching Accommodation and Spaces

○ Admissions

○ Fees

○ Residential Programme - Non Diploma Students

# Overview

The Oxford Diploma in IP Law and Practice is a postgraduate vocational course for people embarking on a career in IP law and practice.  It is a one-year, part-time course designed to give junior



If you wish to attend just the two-week residential programme rather than the full degree, please look under 'Non Degree Students' for more information.

The Diploma is an intellectually rigorous academic and professional development programme in an area of enormous national and international importance.  It will suit anyone seeking to build a career specialising as a lawyer in IP, whether or not they have previously studied IP.



It comprises a two-week residential programme in Oxford, and a series of weekend workshops held from October to June which are usually held at London law firms.  It is taught by a mix of practising and academic lawyers, and covers the full range of IP subjects (including Patents, Trade Marks, Unfair Competition and Passing Off, Trade Secrets, Designs, Copyright and Moral Rights) as well as key aspects of litigious and non-litigious IP practice and procedure.

The Diploma is unique in many respects. But two are particularly important, and these reflect the challenges of contemporary intellectual property law and practice.  First, the course is comprehensive in scope. Intellectual property law is increasingly complex, putting pressure on practitioners to specialise in narrow fields of the discipline. Yet, problems in practice rarely arise so neatly.  The Oxford Diploma offers coverage of all the substantive IP regimes.  And it treats the material in a variety of important contexts (domestic and international, litigation and transactional).  Second, it is both designed and taught in close collaboration between leading academics and practitioners.  The growing complexity of intellectual property law makes a fundamental appreciation of the underlying legal principles essential to top-level

practice. And the fast-changing commercial and technological environment in which intellectual property operates makes exposure to practice significant for any proper academic understanding of the subject-matter. The Oxford Diploma facilitates this essential interaction of law and practice through the close involvement of leading members of the legal profession in the design and teaching of the course. The result is a course in intellectual property law and practice that is second to none.

# Structure

Teaching is usually undertaken in Oxford and London in intensive periods, primarily during the two-week residential programme in Oxford and a series of Saturday workshops usually held in London between October to June. The residential programme provides students a unique Oxford experience, including college life and interaction with Oxford faculty, practitioners and fellow students.

The degree is not designed for distance learning but for people

Residential Programme

Weekend Workshops

2025-26 Diploma Timetable

Dates for 2026-27 to be confirmed

The residential programme is taught through a series of lectures over two weeks in

who will attend the residential programme and workshops in Oxford and London in person.

Oxford. The Residential Programme is held during the first two weeks of September. Materials taught in the residential programme are assessed via examination in June/July.

## Key Elements

The course is assessed through 5 coursework assignments between late September/October to May (Trade Marks, Patents 1, Patents 2, Copyright, Designs) and examination papers in June.

Teaching is mainly in lectures and interactive classes, and is structured to enable students to fit their studies around work and other commitments

A virtual learning environment provides students with access to

course materials
and research
resources

Participation in the
residential
programme and
workshops is
mandatory

# Teaching Accommodation and Spaces

The residential programme is held at one of Oxford's colleges.

As students of the Oxford Law Faculty, Diploma candidates will have access to the Law Bodleian Library. Candidates staying in College during the residential programme will also have access to College facilities. Weekend workshops will be held in law firms in London.

The PGDip is not available by distance learning. All students must attend the residential programme and workshops in Oxford and London.

Although there will be no requirement to reside in Oxford or London, students must be able to travel to either location on a monthly basis so they would need to be based within a comfortable travelling distance from both cities.

# Admissions

Applications for 2026-27 entry are now being accepted. However, please note that applications will not be assessed until after the application deadline; the precise date has yet to be confirmed but will fall within the period late May to early July.

For further details on the selection criteria and supporting documents, please refer to the university's Graduate Admissions website.

It is anticipated that candidates will be trainee or newly qualified solicitors or barristers but other professional qualifications and experience, in particular, admission as a patent or trade mark attorney, will also be considered.

Applications should be made via the University's online application form. There is an application fee of £75 per course application. Further details about how to pay this, and other information about filling in the form can be found in the University's Application Guide. Upon submission of your application, you should receive email confirmation from the University's Online Application System.

Please click on 'Apply' for more information and to Admiss... start your application process.

Apply

4/9/26, 4:06 PM

# Fees

The Diploma fee for 2026 entry is **£14,800** and covers: tuition; course materials; assessment and supervision; lunch and refreshments during the weekend workshops. It does not cover accommodation. However, we can arrange accommodation at the Residential Programme for you.  The cost is expected to be in the region of £2,500 for 12 nights accommodation, including breakfast. With lunch and dinner  Monday to Thursday  and a welcome gala dinner and drinks reception on the first evening. There is also a day rate available for those that do not wish to stay in the  accommodation, this is expected to be around £550.

# Residential Programme – Non Diploma Students

Every year, we offer a limited number of places on the Residential Programme part of the Diploma.

Applications for attendance at the Residential Programme only, must be made using a separate form.

The 2025 dates were: 31st August - 12th September 2025; the 2026-27 dates are yet to be confirmed.

The fee for attending the residential programme part of the programme for 2026-27 is not yet available, but in 2025 it was £4,999 which included tuition and access to online course materials. Accommodation, meals and refreshments were charged at approximately £2,500 for the 2 week period, in addition to the course fee.

# Governance

Postgraduate Diploma in
Intellectual Property        ⊕
Programme Director

Additional Oxford Faculty     ⊕
Members

A Selection of Workshop       ⊕
Tutors

Residential Programme         ⊕
tutors

Online Lecturers              ⊕

## Postgraduate Diploma in Intellectual Property Programme Administrator



# Related content

Oxford Intellectual Property Centre

MSc in Intellectual Property

PG Diploma Handbook 2025-6.docx

Residential School Application Form
(This form is for applications to the 2-week Residential School only.  If you are applying for the Diploma, please apply through the university's online application form)

On LinkedIn          On Instagram          On Youtube

On Bluesky           On Facebook

### Study here

- Postgraduate courses
- Undergraduate courses

### Find out about

- Cookies on this site
- Our Accessibility Statement
- Vacancies

### Intranet

- Information for current students
- Staff Intranet

### Contact us

The Faculty of Law, University of Oxford, St Cross Building, St Cross Road, Oxford OX1 3UL Enquiries: See Contact us



Copyright University of Oxford    |    Privacy policy    |

Oxford login    |    Non-Oxford login

Oxford Intellectual Property Research Centre



OIPRC

Postgraduate
Taught
Degrees

# MSc in Intellectual Property

**On this page**

The Oxford MSc in Intellectual Property is a new postgraduate course for recently qualified lawyers who wish to specialise in intellectual property law.  It is a one-year, part-time course taught by senior practitioners and academics in the Oxford Law Faculty.

The MSc in Intellectual Property builds on the foundations of the Postgraduate Diploma in Intellectual Property Law and Practice.  This new, one year programme provides a unique opportunity to reach a greater degree of theoretical content, exploring historical and

**See also**

Oxford
Intellectual
Property      →
Research
Centre

Postgraduate
Diploma in
Intellectual   →
Property Law
and Practice

comparative ways of approaching the study of intellectual property, driven by the research and expertise of Oxford academics. Teaching is undertaken in Oxford in intensive short periods and despite the part-time nature of the course, the degree has been designed to ensure that students may still enjoy the unique Oxford experience, including college life, small class sizes, tutorials and interaction with Oxford faculty and students.

Students select two taught courses from four optional modules, and the remaining part of the year is dedicated to writing a dissertation. This not only provides more in depth research training, encompassing perspectives drawn from the fields of copyright, design, patents and trade marks but also demands a higher level of critical engagement. Students will be encouraged to view individual issues in particular areas in the broader context of the relationship between the state and the market, and deep dive into the technical aspects of a subject and their relationship with broad policy issues.

Led by academics from the Law Faculty and the Oxford Intellectual Property Research Centre, the programme also draws on the assistance of eminent practitioners with a broad interest and wide knowledge of intellectual property law.

*"This*

*programme would provide an excellent opportunity for greater exposure to the theoretical and normative aspects of the field, which, in turn, would enrich and complement the more granular and problem-solving focus of the Diploma." Tanya Aplin, Professor of Intellectual Property Law, King's College London*

## Structure

The MSc will be available for part-time students only, with taught modules taking place in set weeks during Michaelmas and Hilary terms.  This schedule aims to accommodate both those engaged in full-time careers, or those taking a break with other duties and responsibilities, who wish to further their academic and professional development from a wide range of disciplinary backgrounds.

## Optional Modules for 2025-26 (students select two):

Students will join other postgraduate law students on the highly regarded BCL/MJur and MLF courses for these modules which are taught mainly in lectures and interactive classes. All courses will be supported by a virtual learning environment which will provide students with access to course materials and research resources, enabling contact with tutors and other students during periods away from Oxford.  Please note that attendance at each selected module is mandatory.

Incentivising innovation

Trade marks and brands

Incentivising Aesthetic
Progress

Comparative Copyright

Law and Technology

## Dissertation schedule:

Students will be assigned a
supervising tutor for dissertation
research.

> Michaelmas Term:
> Submission of dissertation
> proposal
>
> Hilary Term: Dissertation
> preparation and supervision
>
> Trinity Term: Submission of
> dissertation

**The degree is not designed for
distance learning but for people
who will attend the course in
Oxford in person.**

## Assessment

Module assessment is by final examination or two extended essays of 3,000 words.

A dissertation of up to 12,500 words.

*"The level of detail at the Diploma level was superb and built an excellent foundational knowledge across a wide breadth of subject matter. An MSc option would enable teaching and learning at a further granular level to build on these foundations and would be the perfect complimentary option for those students who have completed the Diploma." PGDip Alumnus*

# Student Experience

Students on the MSc in Intellectual Property will become a member of one of the participating Oxford colleges: St Peter's College, St Hilda's College or St Catherine's College.  As this is a part-time degree, students will not be eligible for long term college accommodation but arrangements will be made during the term time modules and colleges may be able to let out guest rooms during periods of research.

College membership offers students the opportunity to enrich their time at Oxford, through interaction with faculty and students from diverse academic backgrounds within a social and community environment.  Students on the MSc will also be eligible to attend conferences, seminars and lectures organised by the Faculty of Law and wider University, and will have access to University and college academic and sports facilities, including one of the

largest and most important open-access law libraries in Europe, the Bodleian Law Library.  In addition, whilst studying away from Oxford, remote access is provided to an extensive range of online databases, including Westlaw and LexisNexis.

# Pastoral and Welfare Support

College advisors offer pastoral and well being support for students and the Faculty is also available for guidance on a range of matters, either relating to a student's studies or by directing students to more focused resources elsewhere in the University.

The MSc programme has dedicated administrative support from where students can seek assistance throughout their studies, as well as advice on specific areas (for example, Disability Contacts or Harassment Advisors).  Students can also contact their Academic Supervisor and the Programme Director.

# Entry Criteria

## Academic Ability

Successful completion of the Oxford Diploma in Intellectual Property Law and Practice, or to be currently studying on the PGDip.

## Timing of transfer from the Diploma

Students will normally be expected to start the MSc within 4 years/12 terms of completing the PGDip.  In cases of a longer gap, students will be required to demonstrate continued and substantial documented work experience and engagement in legal or intellectual property practice in the period since studying for the Diploma.

## How to apply

Applications are now open for 2026 entry. Application deadline is 7 August  2026, 12:00 midday UK time for October 2026 entry. Please note that applications will not be considered before the deadline (so

applications submitted earlier in the admissions cycle will not be considered sooner)

Apply

In addition to completing the online form, applicants will be required to submit:

Details of three referees

A statement of up to 500 words that explains reasons for applying for the programme; future career intentions and the contribution the programme is expected to make to their career development.

English language proficiency at the University's higher level requirement.

## Contact us / Register your interest

Email us

Register your interest

Subscribe to this email list to receive updates about the course.

# Admissions

Application deadline 7 August 2026, 12:00 midday UK time for October 2026-27 entry.

# Fees

For information about fee rates, please refer to the University Admissions webpage here.

## Handbook

MSc in IP Handbook 2025-26.docx

# Governance

## MSc in Intellectual Property Director



## Additional Oxford Faculty Members ⊕

## Visiting Professors ⊕

## Course Administration ⊕

On LinkedIn        On Instagram        On Youtube

On Bluesky        On Facebook

**Study here**

- Postgraduate courses
- Undergraduate courses

**Find out about**

- Cookies on this site
- Our Accessibility Statement
- Vacancies

**Intranet**

- Information for current students
- Staff Intranet

**Contact us**

The Faculty of Law, University of Oxford, St Cross Building, St Cross Road, Oxford OX1 3UL Enquiries: See Contact us





Copyright University of Oxford    |    Privacy policy    |
Oxford login    |    Non-Oxford login