## SONYA SHAYKHOUN, ESQ.

825 West End Avenue, Apt. 11C, NY, NY 10025 • Cell: +1-929-408-4531 | +1-929-996-5662
Email: sonya@shaykhounlaw.com ● Website: https://shaykhounlaw.com
LinkedIn: https://www.linkedin.com/in/sonya-shaykhoun-esq-ll-m-2468002/

---

### INTERNATIONAL LEGAL COUNSEL | COMMERCIAL & IP STRATEGIST

Seasoned transactional attorney with 20+ years negotiating complex, high-value cross-border technology and commercial agreements for iconic and innovative global organizations – from pioneering multi-billion-dollar satellite infrastructure and in-flight connectivity deals (Inmarsat/Qatar Airways) to enterprise data processing agreements (AMD) and global licensing agreements with major studios and partners.

A commercially savvy lawyer and consummate commercial transactional New York Attorney whose legal career began in 2004 as a senior Technology Lawyer for a commercial satellite company in Bahrain. Built legal frameworks from the ground up in fast-moving, flat and hierarchical structures (Orbit Communications, Al Jazeera Media Network), cultivating a "zero-to-one" mindset that excels in frontier tech environments. Deep experience in drafting/reviewing/negotiating B2B and B2C agreements, strategic partnerships, IP/licensing, and revenue-focused contracts while removing friction from sales cycles and standardized high-volume workflows.

### CORE COMPETENCIES

- **Commercial Transaction Engineering:** Negotiating cross-border B2B and B2C agreements, strategic partnerships, and vendor contracts.

- **Frontier Tech IP & Licensing:** Decades of focus on satellite infrastructure, WIFI connectivity, new technology, and global IP portfolios.

- **Legal Operations:** Developing standardized contract libraries and streamlined workflows for startups and multinationals.

- **Regulatory Strategy:** Adept at grappling with and applying laws of specific jurisdictions to specific business problems in far-flung jurisdictions where client companies operated.

### PROFESSIONAL EXPERIENCE

**LAW OFFICES OF SONYA SHAYKHOUN, ESQ.** |New York, NY | Founder /Attorney | 05/2019 – Present

- **Transactional/IP Licensing matters.** Drafts and negotiates technology services, media placement, and data/IP licenses for global clients.

- **Data Privacy Agreements:** Provided specialized coverage for Advanced Micro Devices, Inc. (AMD), solely responsible for handling Data Processing Agreements (DPAs) for six months.

- **Strategic Advisory:** Advisor to the Chairman of Air Niugini (Papua New Guinea's flag carrier) on business-critical corporate matters; guided e-commerce and luxury brand on Middle East global expansion.

- **Legal Scaling:** Build comprehensive contract templates and policies for solopreneurs and corporations to facilitate and streamline business operations.

Sonya Shaykhoun, Esq. Resume

- **Emerging Industries:** Navigated complex regulatory and marketing agreements for cannabis sector between California and New York entities.

- **Legal Communications & Mentorship:** Lead **"The Commercially Savvy Lawyer Contract Negotiation and Drafting Bootcamp"** on Maven.com, training the next generation of attorneys and commercial businesspeople in high-stakes commercial drafting.

- **Complex Litigation & Investigations:** Lead counsel in NY Supreme Court and SDNY disputes; participate in high-level document reviews for FTC, anti-trust, and DOJ investigations.

**QATAR AIRWAYS |** Doha, Qatar | Senior Legal Specialist | 01/2017 – 04/2019

- **Space/Tech Transactions:** Negotiated and drafted a first-in-class multi-billion-dollar in-flight WIFI satellite connectivity agreement with Inmarsat.

- **Revenue Generation.** Drafted multi-million-dollar tri-party sponsorship agreements (Qatar Airways/Jet Blue/Barclays Center) and a multi-billion-dollar facilities agreement.

- **High-Volume Execution:** Managed up to 30 matters per day with a three-day turnaround, supporting departments from Duty Free to Technology and Insurance.

- **Compliance Department Support:** Provided specialist support to Chief Legal and Compliance Officer in developing Qatar Airways' award-winning[1] Corporate Compliance Program and data privacy policies.

**AL JAZEERA MEDIA NETWORK (AJMN) |** Doha, Qatar | Senior Legal Counsel (Promoted from Legal Counsel after one year) | 02/2011 – 12/2014

- **Licensing agreements, production agreements, talent agreements, and intellectual property matters and disputes.** Handled a wide variety of transactions and matters, including licensing agreements, production agreements, talent agreements, marketing/media agreements, satellite space capacity agreements, intellectual property matters and disputes (typically on a global basis).

- **Cross-Group International Support.** Provided legal and back-office operational support across the several AJMN group companies in Qatar and abroad, including BeIN Sports by providing support with sponsorship and talent agreements.

- **Global Bureau Management.** Oversaw a portfolio of 120+ international bureaus, managing regulatory tax, and employment compliance.

- **Outside Counsel Collaboration.** Worked closely with outside counsel (Dentons in London) to implement the global corporate restructuring project.

- **Content and IP Compliance.** Advised on global IP issues and reviewed articles, scripts, and films for compliance with OfCom (Al Jazeera English's regulator) prior to publication/broadcast.

---

[1] https://www.legal500.com/assets/pages/cc100/2018/middle-east-teams-18.html

Sonya Shaykhoun, Esq. Resume

- **HR Support and Disputes.** Negotiated non-contentious disputes with third parties; led internal investigations with HR, finance and other AJMN executives.

**CHARLES RUSSELL SPEECHLYS LLP** | Manama, Bahrain | Attorney | 04/2008 – 08/2010

- **Top-Tier Law Firm Experience:** Advised on a range of contract reviews governed by English, Bahraini, and New York laws respectively for various media, IT Outsourcing (vendor and client side), technology, insurance, and facility management companies in Bahrain and other Arabian Gulf countries.

- **Commercial and Regulatory Secondments.** Two six-month secondments: (i) the Telecommunications Regulatory Authority (TRA) in Bahrain; and (ii) Gulf Air's Contract Department to handle overspill.

- **Due Diligence and KYC.** Managed complex due diligence projects via digital "war rooms" and managed the KYC protocols for new clients.

**ORBIT COMMUNICATIONS COMPANY WLL (NOW OSN IN DUBAI)** | Manama, Bahrain | Senior Legal Counsel | 05/2004 – 02/2008

- **Global Corporate and Commercial Legal Counsel.** One of three lawyers supporting an expanding global pan-Arab pay satellite TV company operating in the Middle East, Europe, Australia, East Asia and the United States.

- **Technology and Media Legal Specialist.** Managed a broad range of Orbit's corporate, commercial, and regulatory matters with an emphasis on new technology which was the modus operandi of Orbit. Created templates from scratch and built template library.

- **Strategic Legal Support for Global Operations.** Worked closely on business-critical projects with stakeholders across the company (including the Rome, Dubai, Saudi, and Doha offices) and supported Noorsat (Orbit's sister company) with legal, corporate, and regulatory matters.

- **Multifaceted Legal Management in Media and Technology.** Supported the Marketing Department's digital campaigns, media buying agreements, sponsorship agreements, and barter agreements.

- **Media Contract Specialization.** Negotiated and drafted complex licensing and channel pass-through contracts for media and technology counterparts around the world, including Hollywood and British studios, SONY Middle East, Eutelsat, and media companies around Europe and Australia.

- **Global Trademark and Anti-Piracy Advisor.** Member of Orbit's Anti-Piracy team combating piracy globally; managed the extensive trademark portfolio with third-party trademark agents.

## EDUCATION & ADMISSIONS

- **Master of Laws (LL.M.)** | Corporate and Commercial Law, SOAS, University of London

- **Master of Laws (LL.M.)** | Corruption, Law, and Governance, University of Sussex and the Rule of Law and Anti-Corruption Center, Doha, Qatar

Sonya Shaykhoun, Esq. Resume

- **Space Law Certificate Course** | London Institute of Space Policy and Law

- **BA in Arabic and Law (JD Equivalent)** | SOAS, University of London

- **MA Honours Degree in English Language and Literature** | University of St. Andrews

**LANGUAGES**

- Proficient in English (native speaker), Arabic, and French with a smattering of Italian

**THOUGHT LEADERSHIP & INDUSTRY ENGAGEMENT**

- **Professional Newsletter**: Author of "*The Commercially Savvy Lawyer*", a LinkedIn and Substack newsletter focused on high-level contract negotiation and drafting strategy.

- **Space and Air Law:** Former Member of Air and Space Law Committee at the NYC Bar Association (2022-2023).

- **Urban Policy:** Former Member of NYC Affairs Committee at the NYC Bar Association (2022 – 2023).

- **Satellite Industry Authority:** Contributed extensively to specialist satellite industry magazines and presented a paper at the "Satellite Law Workshop" (Dubai).

- **Published Author:** Authored "*Confidentiality agreements in the Middle East*", ***Business in the Gulf (BIG)***, published November 2009.

- **Media Recognition:** Subject-matter authority quoted in ***Arabian Business*** and quoted in *The Guardian*'s sports page, ***The Fiver***, when Al Jazeera's satellite signal was jammed in the 2010 World Cup.