AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Sonya Shaykhoun, Esq. | ) ) ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. 1:2024cv09978 |
| v. | ) ) ) | |
| Daily Mail et. al. | ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

See Amended Rider attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue,
New York, NY 10025
Email: sonya@shaykhounlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 1 0 2026       _Tammi M. Hellwig_   _S. Coretto_

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:2024cv09978

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____                          _____
                                                          *Server's signature*

                                                 _____
                                                          *Printed name and title*



                                                 _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

1:2024cv09978-ALC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SONYA HASHIM SHAYKHOUN, ESQ.**

                    **Plaintiff,**

                                        Civil Action No.
                                        1: 24-cv-09978-ALC

v.                                      **THIRD AMENDED VERIFIED**
                                        **COMPLAINT**

**AL JAZEERA MEDIA NETWORK**            Date Filed: April 8, 2026

**PILLSBURY (CURRENT AND ALUMNI)**

DAVID T. DEKKER, ESQ.
EDWARD FLANDERS, ESQ.
EDWARD A. PERRON, ESQ.
OSAMA ABU DEHAYS
PILLSBURY WINTHROP SHAW PITTMAN LLP
DEBRA ERNI

**THE DAILY CALLER**

ETHAN BARTON
JOHN HAWLEY
LUKE ROSIAK
THE DAILY CALLER NEWS FOUNDATION ("DCNF")

**THE DAILY MAIL**

THE DAILY MAIL
DAILYMAIL.COM
DAILY MAIL AND GENERAL TRUST PLC ("DMGT"),
NOA HALFF
JONATHAN HARMSWORTH, 4th VISCOUNT ROTHERMERE

i

1:2024cv09978-ALC

**THE DAILY BEAST**

THE DAILY
BEAST COMPANY LLC ("TDB")
AMANDA J. MCDOUGALL (A/K/A AJ MCDOUGALL)
BEN SHERWOOD,
JOANNA COLES
IAC INC. ("IAC")
TRACY CONNOR
BARRY DILLER


**THE INDEPENDENT:**

BEVAN HURLEY
THE INDEPENDENT
GEORDIE GREIG
LOUISE THOMAS
RICHARD BEST


**THE LAW FIRMS AS AGENTS OF THE RICO**

BALLARD SPAHR LLP
THOMAS SULLIVAN, ESQ.
SAUMYA VAISHAMPAYAN, ESQ.


CAMERON STRACHER, ESQ.

DAVIS WRIGHT TREMAINE LLP
KATHERINE M. BOLGER
LINDSEY B. CHERNER


<u>**THIRD AMENDED VERIFIED COMPLAINT**</u>

ii

Shaykhoun v Daily Mail et. al.                    Amended Summons Rider
Civil Index No. 1:2024cv09978                     Third Amended Complaint


## AMENDED SUMMONS RIDER – APRIL 8, 2026

1.    **Al Jazeera Media Network**

Attn: Legal Affairs
Al Jazeera Media Network,
Qatar Radio and Television Corporation Complex,
Wadi Al Sail
PO Box 23123
Doha, Qatar
Email: legal@aljazeera.net
Tel: +944 448 7365


2.    **Pillsbury Winthrop Shaw Pittman LLP**

David T. Dekker, Esq.,
Firm Chair,
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NQ
Washington, DC 20036
Email: david.dekker@pillsburylaw.com
Tel: +1-202-663-9384


Edward Flanders. Esq.,
Partner,
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street,
New York, NY 10019
Email: edward.flanders@pillsburylaw.com
Tel: +1-212-858-1638

PILLSBURY (Continued)

Edward A. Perron, Esq.
Retired Partner
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street
36th Floor
Los Angeles, CA 90017
Email: Edward.perron@pillsburylaw.com
Tel:  +1-213-488-7352


Osama Abu Dehays
Managing Partner
Office 855, Tower 2
Globex Business Center
PO Box 14023
Doha, Qatar
Tel:: +974 4020 6655
Email:  osama.dehays@pillsburylaw.com


Pillsbury Winthrop Saw Pittman LLP (Headquarters)
31 West 52nd Street,
New York, NY 10019
Tel: +1-212-858-1000

Debra Erni
Partner, Holland & Knight
Leaf 27C
Tower 42
25 Old Broad Street
London, England EC2N 1HQ
Email: Debra.Erni@hklaw.com
Tel: +44.20.7071.9938

3.    **The Daily Caller**

Ethan Barton,
Editor,
Washington Free Beacon,
1600 K Street NW, STE 200
Washington, DC 20006
Email: barton@freebeacon.com
Tel: 202-465-8605

John Hawley
C/O The Daily Caller News Foundation
1775 Eye Street NW, Suite 1150
Washington, DC
Attn: Amber Duke, Editor in Chief (I do not have his email)
Tel: 757-675-6605

Luke Rosiak,
Reporter,
C/O The Daily Wire,
1831 12th Ave S, Unit 460, Nashville, TN 37203
Email: lrosiak@dailywire.com
Tel: 301-642-9637

The Daily Caller News Foundation
1775 Eye Street NW, Suite 1150
Washington, DC
Attn: Amber Duke, Editor in Chief
Email: amber@dailycaller.com
Tel: 202-506-2027

4.    **The Daily Mail**

Jonathan Harmsworth, 4th Viscount Rothermere
Chairman, Daily Mail and General Trust plc (DMGT)
Northcliffe House,
2 Derry Street,
London W8 5HY
England
United Kingdom
Email: Rothermere.office@dmgt.com
Tel:  +44 (0) 20 7938 6000

5.    **THE LAW FIRMS AS AGENTS OF THE RICO**

Ballard Spahr LLP
1675 Broadway, Fl. 19,
New York, NY 10019-5820
Attn: Marjorie J. Peerce,
Office Managing Attorney
Email: peercem@ballardspahr.com
Tel: 646-346-8039, 212-223-0200

Thomas B. Sullivan, Esq.
Partner,
Ballard Spahr LLP
1675 Broadway, Fl. 19,
New York, NY 10019-5820
Email: sullivant@ballardspahr.com
Tel: 212-850-6139

Saumya K. Vaishampayan, Esq.,
Associate,
Ballard Spahr LLP
1675 Broadway, Fl. 19,
New York, NY 100195820
Email: vaishampayans@ballardspahr.com
Tel: 646-346-8036

Page 4 of 5

Cameron Stracher, Esq.
Cameron Stracher, PLLC
113 Broadway, Suite 516
New York, NY 10010
Email: cam@stracherlaw.com
Tel: 646-992-3850


Davis Wright Termaine LLP
1251 Avenue of the Americas,
21st Floor,
New York, NY 10020-1104
Attn:
Email:
Tel:


Katherine M. Bolger, Esq.
Partner,
Davis Wright Termaine LLP
1251 Avenue of the Americas,
21st Floor,
New York, NY 10020-1104
Email: KateBolger@dwt.com
Tel: 212-402-4068


Lindsey B. Cherner, Esq.
Davis Wright Termaine LLP
1251 Avenue of the Americas,
21st Floor,
New York, NY 10020-1104
Email: LindseyCherner@dwt.com
Tel: 212-402-4093