1-2024cv099778

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**


**SONYA HASHIM SHAYKHOUN, ESQ.**

                    **Plaintiff,**

                              Civil Action No.
                              1: 24-cv-09978-ALC

v.

**AL JAZEERA MEDIA NETWORK**        Date Filed: April 12, 2026

**PILLSBURY (CURRENT AND ALUMNI)**

DAVID T. DEKKER, ESQ.
EDWARD FLANDERS, ESQ.
EDWARD A. PERRON, ESQ.
OSAMA ABU DEHAYS
PILLSBURY WINTHROP SHAW PITTMAN LLP
DEBRA ERNI


**THE DAILY CALLER**

ETHAN BARTON
JOHN HAWLEY
LUKE ROSIAK
THE DAILY CALLER NEWS FOUNDATION ("DCNF")


**THE DAILY MAIL**

THE DAILY MAIL
DAILYMAIL.COM
DAILY MAIL AND GENERAL TRUST PLC ("DMGT"),
NOA HALFF
JONATHAN HARMSWORTH, 4th VISCOUNT ROTHERMERE

1-2024cv099778

**THE DAILY BEAST**

THE DAILY
BEAST COMPANY LLC ("TDB")
AMANDA J. MCDOUGALL (A/K/A AJ MCDOUGALL)
BEN SHERWOOD,
JOANNA COLES
IAC INC. ("IAC")
TRACY CONNOR
BARRY DILLER


**THE INDEPENDENT:**

BEVAN HURLEY
THE INDEPENDENT
GEORDIE GREIG
LOUISE THOMAS
RICHARD BEST


**THE LAW FIRMS AS AGENTS OF THE RICO**

BALLARD SPAHR LLP
THOMAS SULLIVAN, ESQ.
SAUMYA VAISHAMPAYAN, ESQ.


CAMERON STRACHER, ESQ.

DAVIS WRIGHT TREMAINE LLP
KATHERINE M. BOLGER
LINDSEY B. CHERNER

1-2024cv099778

April 12, 2026

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

**RE: Clerical Correction to Certificate of Compliance 1:2024cv09978 Third Amended Complaint Filed April 8, 2026**

Dear Judge Carter:

I write to respectfully submit this clerical correction regarding the **Third Amended Verified Complaint (TAC)** filed on April 12, 2026.

Due to a typographical error, the **Certificate of Compliance** on page 28 of the Filing incorrectly listed a word count of **6,066 words**. This count was based on a previous draft of the pleading.

The final word count of the **TAC**, including the necessary forensic additions to the **Parties** and **Verification** sections, is **7,009 words**. This remains well within the accepted parameters for complex amended pleadings in this District.

I have already notified the **Pro Se Intake Unit** via email regarding this discrepancy. I am filing this letter to ensure the official docket reflects the correct certification and to maintain the forensic integrity of the record.

1-2024cv099778

Respectfully Submitted,

/s/ Sonya Shaykhoun, Esq.
Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue,
New York, NY 10025
Email: sonya@shaykhounlaw.com
Tel: 929-996-5662 | 929-408-4531
Plaintiff / Attorney Pro Se