1-2024cv099778

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**


**SONYA HASHIM SHAYKHOUN, ESQ.**

                **Plaintiff,**

                                  **Civil Action No.**
                                  **1: 24-cv-09978-ALC**

**v.**                                 **PLAINTIFF'S SUPPLEMENTAL**
                                  **CERTIFICATE OF COMPLIANCE**


**AL JAZEERA MEDIA NETWORK**         **Date Filed: April 12, 2026**

**PILLSBURY (CURRENT AND ALUMNI)**

DAVID T. DEKKER, ESQ.
EDWARD FLANDERS, ESQ.
EDWARD A. PERRON, ESQ.
OSAMA ABU DEHAYS
PILLSBURY WINTHROP SHAW PITTMAN LLP
DEBRA ERNI


**THE DAILY CALLER**

ETHAN BARTON
JOHN HAWLEY
LUKE ROSIAK
THE DAILY CALLER NEWS FOUNDATION ("DCNF")


**THE DAILY MAIL**

THE DAILY MAIL
DAILYMAIL.COM
DAILY MAIL AND GENERAL TRUST PLC ("DMGT"),
NOA HALFF
JONATHAN HARMSWORTH, 4th VISCOUNT ROTHERMERE

1-2024cv099778

**THE DAILY BEAST**

THE DAILY
BEAST COMPANY LLC ("TDB")
AMANDA J. MCDOUGALL (A/K/A AJ MCDOUGALL)
BEN SHERWOOD,
JOANNA COLES
IAC INC. ("IAC")
TRACY CONNOR
BARRY DILLER


**THE INDEPENDENT:**

BEVAN HURLEY
THE INDEPENDENT
GEORDIE GREIG
LOUISE THOMAS
RICHARD BEST


**THE LAW FIRMS AS AGENTS OF THE RICO**

BALLARD SPAHR LLP
THOMAS SULLIVAN, ESQ.
SAUMYA VAISHAMPAYAN, ESQ.


CAMERON STRACHER, ESQ.

DAVIS WRIGHT TREMAINE LLP
KATHERINE M. BOLGER
LINDSEY B. CHERNER


## PLAINTIFF'S SUPPLEMENTAL CERTITIFICATE OF COMPLIANCE

1-2024cv099778

Pursuant to Local Civil Rule 7.1 and the Individual Practices of Judge Andrew L. Carter, Jr., Plaintiff Sonya Hashim Shaykhoun, Esq. hereby submits this **Supplemental Certificate of Compliance** to correct a clerical word-count error in the **Third Amended Verified Complaint (TAC)** filed on April 12, 2026 (the "Filing"):

1. The **Certificate of Compliance** appended to the Filing inadvertently reflected a word count of **6,066 words**, which was based on a previous draft of the pleading.

2. Due to the addition of necessary forensic details in the **Parties** and **Verification** sections required to satisfy the Court's February 26, 2026, Order, the final word count of the **TAC** is **7,009 words**, exclusive of the parts exempted by the Court's rules.

3. This correction is submitted to ensure the accuracy of the record and demonstrates Plaintiff's continued compliance with the professional standards of this District.

Dated: April 12, 2026
New York, New York

> Respectfully Submitted,
>
> /s/ Sonya Shaykhoun, Esq.
> Sonya Shaykhoun, Esq.
> Law Offices of Sonya Shaykhoun, Esq.
> 825 West End Avenue,
> New York, NY 10025
> Email: sonya@shaykhounlaw.com
> Tel: 929-996-5662 | 929-408-4531
> Plaintiff/Attorney Pro Se

1-2024cv099778