**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

SONYA SHAYKHOUN,

                           Plaintiff,

           -against-

THE DAILY MAIL, et al.,

                     Defendants.

-------------------------------------------------------- x

                                    **1:24-cv-09978 (ALC)**

                                    **<u>ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's Third Amended Complaint ("TAC"). *See* ECF No. 78. On April 12, 2026, Plaintiff filed a letter informing the Court that the original TAC included the wrong word count and that the correct word count is 7.009 words. *See* ECF No. 83. On April 16, 2026, Defendants each filed a letter with the Court opposing what they deem Plaintiff's request for leave to file a fourth version of the TAC. *See* ECF Nos. 85-87. Defendants also noted that despite being granted leave to file a TAC as to the 1978 and declaratory relief claims, Plaintiff's TAC goes far beyond that, including multiple new claims and naming a new defendant. *See id*.

      The Court hereby accepts the TAC at ECF No. 78 at the operative complaint and notes that the Court will deem the word count listed in Plaintiff's letter at ECF No. 83 as the correct word count for the TAC. This ruling is without prejudice to the arguments raised in Defendants' oppositions which may be renewed on a motion to dismiss.

      Defendants are **GRANTED** leave to file motions to dismiss the TAC. Unless the parties jointly submit an alternative, the Court sets the following briefing schedule:

      Defendants' opening briefs due by **May 12, 2026**

      Plaintiff's opposition due by **June 16, 2026**

Defendants' replies due by **June 30, 2026**

**SO ORDERED.**

**Dated:**    **April 21, 2026**
          **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**