LLP

- - - - - - - - - - - - - - - - - - - -

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

April 28, 2026

*By Electronic Filing*

Hon. Andrew L. Carter Jr.
U.S. District Court, Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:    *Shaykhoun v. The Daily Mail et al.*, No. 24 Civ. 9978 (ALC) (S.D.N.Y.)

Dear Judge Carter:

We represent Defendants The Daily Mail, Dailymail.com, Daily Mail and General Trust PLC, and Noa Halff (collectively, the "Daily Mail Defendants") in the above-captioned matter.  We write on behalf of the Daily Mail Defendants and, with the consent of their counsel, on behalf of co-Defendants The Daily Beast Company LLC, AJ McDougall, Ben Sherwood, Joanna Coles, IAC Inc., Tracy Connor, Barry Diller, Independent Digital News and Media Limited (sued incorrectly herein as "The Independent"), Bevan Hurley, Geordie Greig, Louise Thomas, and Richard Best[1] in response to Plaintiff Sonya Shaykhoun's April 23, 2026 letter regarding her request to "clarify" the operative version of her third amended complaint ("TAC"), by replacing it with the version attached to her April 21, 2026 letter.  *See* Dkt. 89.  The defendants listed above would consent to this request, with the understanding that, (1) consistent with the Court's prior order, the acceptance of this new version of the TAC is "without prejudice to the arguments raised in Defendants' [prior] oppositions which may be renewed on a motion to dismiss," Dkt. 88, and (2) this is the final version of the TAC.

Respectfully submitted,
*/s/ Thomas B. Sullivan*

cc:    Plaintiff; all counsel of record (via ECF)

---

[1] The TAC also names Jonathan Harmsworth, the Daily Mail Defendants' attorneys, Cameron Stracher, and counsel for the Daily Beast Defendants as defendants.  These newly named parties have not yet been served.

April 28, 2026
New York, NY

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE