1:2024cv09978ALC



Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue,
New York, NY 10025
Email: sonya@shaykhounlaw.com
Tel: +1-(929) 408-4531 | +1-(929) 996-5662

April 29, 2026

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *Shaykhoun v. Daily Mail et. al.* Case No. 1:24-cv-09978 (ALC) – Letter Requesting Leave to File Letter Motion for Alternate Service, Expedited Discovery, and Court-Supervised Discovery**

Dear Judge Carter:

I write as the Plaintiff in this matter to respectfully request permission to file a Letter Motion for: (i) alternate service via Email and ECF for all parties; and (ii) that you take over the management of discovery, including expedited discovery, in this case going forward. I attach a "Proposed Letter Motion" for your consideration (Exhibit A).

My request is rooted in various factors:

1:2024cv09978-ALC

i.   **Impracticability & Cost:** The recent pivot in the Third Amended Complaint ("TAC") was a forensic necessity to align the causes of action with the global patterns of the Enterprise from 2019 to present has transpired from 2019 to date. Consequently, the TAC is substantial in volume and additional Defendants across three jurisdictions: the United States, the United Kingdom, and Qatar. As such, the cost of sending a sizeable TAC like the one I necessarily prepared is prohibitive on my limited budget. I have already prepared the initial eight service bundles – a heroic undertaking conducted from my home using two personal printers and the assistance of my 81-year-old mother. However, this family-supported effort has reached the threshold of impracticability. To prevent against further delays, I respectfully request that the Court authorize Alternate Service via Email and ECF.

ii.  **Expedited Discovery & Forensic Urgency:** Given the caustic nature of my allegations, the billions at stake, and the digital sophistication of these Defendants, it is imperative to move with clinical speed to obtain and preserve evidence. Now that I have reverse engineered the problem and targeted the source of the targeted smear campaign, I must act to prevent further forensic spoilation. As a sole practitioner and a Plaintiff Pro Se, I recognize that a request from this Court carries a sovereign weight that my own cannot. It is therefore more appropriate for this Court to liaise with judicial counterparts in England, Jordan, and Qatar. Requests issued from your chambers will be met with the respect and compliance that the Rule of Law demands, rather than the skepticism and inexplicable delays the Defendants have used against me.

To this end, I have already initiated formal disclosures to the Attorneys General of England and Wales, Jordan, and Qatar (attached as Composite Exhibit C). These disclosures provide the "math" regarding Osama's Jordanian licensure and the Al-Jaber litigation in Doha. Court-led discovery is the only surgical method to integrate these international records – including the real-time digital assaults recently scrutinized in the Volokh Reports – into a streamlined forensic audit.

iii. **Court-Supervised Discovery:** While I am a highly capable transactional attorney with over 20 years' experience managing complex international matters, I have never litigated a multipronged, transnational RICO and Section 1983 action, much less one of this magnitude. I do not have staff to support this effort, and I fear that my litigation inexperience would create friction in the discovery process and the ultimate outcome of this action. Your Honor possesses the seasoned judicial expertise, and the oversight authority required to manage the unique complexities of this case. Therefore, I respectfully request that the Court take active control of the

1:2024cv09978-ALC

discovery schedule to ensure that the foundational "math" – specifically the verification of Osama Abu Dehays' purported Jordanian licensure – is solved immediately. I attach a proposed "Comprehensive Order to Preserve Evidence" for your review and approval (Exhibit B). This intervention is necessary to protect the institutional integrity of this Court and to prevent the Defendants from manufacturing procedural objections to drag this case out for years to avoid judgment and to facilitate forensic spoilation.

iv.   **Expeditious Restoration of My Name:** I respectfully move the Court for an order facilitating the Expeditious Restoration of My Name. This coordinated market erasure - from August 3, 2019 (*The Daily Caller*) right up to April 11, 2026 (Eugene Volokh's blog on **Reason.com** and the troll-filled comments section) - constitutes an ongoing harm that cannot be fully remedied by future pecuniary damages alone. Beyond the digital sphere, the Defendants' campaign has resulted in profound professional and social ostracization. The manufactured narrative has successfully poisoned my personal and community networks, leading to the severance of long-standing associations as individuals fear the "reputational contagion" associated with my name. Such perception-based erasure is a clinical component of the Enterprise's strategy to isolate (and silence) the whistleblower. I am now 53 years old. This coordinated assault has persisted since I was 47 years old. I have spent six years since 2019 – the prime of my professional life – fighting a multi-pronged manufactured narrative (i.e., lies) whose sole objective was to protect Osama's faulty Jordanian licensure and Pillsbury's cover-up thereof. The law provides for pecuniary damages, but it cannot restore time. Therefore, I respectfully ask the Court: How much longer must this continue before the "math" of the truth is allowed to prevail?

Respectfully submitted,



Sonya Shaykhoun, Esq.
Plaintiff *Pro Se*

Encl:   Exhibit A – Proposed Letter Motion for Alternate Service, Expedited Discovery
&        Court-Supervised Discovery
         Exhibit B – Comprehensive Order to Preserve Evidence
         Exhibit C – Letters to the AGs of England and Wales, Jordan, and Qatar

CC:     Counsel for the Defense (ECF)

1:2024cv09978-ALC

# EXHIBIT A:
## *Proposed Letter Motion for Alternate Service, Expedited Discovery & Court-Supervised Discovery*

1:2024cv09978ALC



Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue,
New York, NY 10025
Email: sonya@shaykhounlaw.com
Tel: +1-(929) 408-4531 | +1-(929) 996-5662

April 29, 2026

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *Shaykhoun v. Daily Mail et. al.* Case No. 1:24-cv-09978 (ALC) – Letter Requesting Leave to File Letter Motion for Alternate Service, Expedited Discovery, and Court-Supervised Discovery**

Dear Judge Carter:

I write as the Plaintiff in this matter to respectfully request permission to file a Letter Motion for: (i) alternate service via Email and ECF for all parties; and (ii) that you take over the management of discovery, including expedited discovery, in this case going forward. I attach a "Proposed Letter Motion" for your consideration (Exhibit A).

My request is rooted in various factors:

1:2024cv09978-ALC

i. **Impracticability & Cost:** The recent pivot in the Third Amended Complaint ("TAC") was a forensic necessity to align the causes of action with the global patterns of the Enterprise from 2019 to present has transpired from 2019 to date. Consequently, the TAC is substantial in volume and additional Defendants across three jurisdictions: the United States, the United Kingdom, and Qatar. As such, the cost of sending a sizeable TAC like the one I necessarily prepared is prohibitive on my limited budget. I have already prepared the initial eight service bundles – a heroic undertaking conducted from my home using two personal printers and the assistance of my 81-year-old mother. However, this family-supported effort has reached the threshold of impracticability. To prevent against further delays, I respectfully request that the Court authorize Alternate Service via Email and ECF.

ii. **Expedited Discovery & Forensic Urgency:** Given the caustic nature of my allegations, the billions at stake, and the digital sophistication of these Defendants, it is imperative to move with clinical speed to obtain and preserve evidence. Now that I have reverse engineered the problem and targeted the source of the targeted smear campaign, I must act to prevent further forensic spoilation. As a sole practitioner and a Plaintiff Pro Se, I recognize that a request from this Court carries a sovereign weight that my own cannot. It is therefore more appropriate for this Court to liaise with judicial counterparts in England, Jordan, and Qatar. Requests issued from your chambers will be met with the respect and compliance that the Rule of Law demands, rather than the skepticism and inexplicable delays the Defendants have used against me.

To this end, I have already initiated formal disclosures to the Attorneys General of England and Wales, Jordan, and Qatar (attached as Composite Exhibit C). These disclosures provide the "math" regarding Osama's Jordanian licensure and the Al-Jaber litigation in Doha. Court-led discovery is the only surgical method to integrate these international records – including the real-time digital assaults recently scrutinized in the Volokh Reports – into a streamlined forensic audit.

iii. **Court-Supervised Discovery:** While I am a highly capable transactional attorney with over 20 years' experience managing complex international matters, I have never litigated a multipronged, transnational RICO and Section 1983 action, much less one of this magnitude. I do not have staff to support this effort, and I fear that my litigation inexperience would create friction in the discovery process and the ultimate outcome of this action. Your Honor possesses the seasoned judicial expertise, and the oversight authority required to manage the unique complexities of this case. Therefore, I respectfully request that the Court take active control of the

1:2024cv09978-ALC

discovery schedule to ensure that the foundational "math" – specifically the verification of Osama Abu Dehays' purported Jordanian licensure – is solved immediately. I attach a proposed "Comprehensive Order to Preserve Evidence" for your review and approval (Exhibit B). This intervention is necessary to protect the institutional integrity of this Court and to prevent the Defendants from manufacturing procedural objections to drag this case out for years to avoid judgment and to facilitate forensic spoilation.

iv. **Expeditious Restoration of My Name:** I respectfully move the Court for an order facilitating the Expeditious Restoration of My Name. This coordinated market erasure - from August 3, 2019 (*The Daily Caller*) right up to April 11, 2026 (Eugene Volokh's blog on **Reason.com** and the troll-filled comments section) - constitutes an ongoing harm that cannot be fully remedied by future pecuniary damages alone. Beyond the digital sphere, the Defendants' campaign has resulted in profound professional and social ostracization. The manufactured narrative has successfully poisoned my personal and community networks, leading to the severance of long-standing associations as individuals fear the "reputational contagion" associated with my name. Such perception-based erasure is a clinical component of the Enterprise's strategy to isolate (and silence) the whistleblower. I am now 53 years old. This coordinated assault has persisted since I was 47 years old. I have spent six years since 2019 – the prime of my professional life – fighting a multi-pronged manufactured narrative (i.e., lies) whose sole objective was to protect Osama's faulty Jordanian licensure and Pillsbury's cover-up thereof. The law provides for pecuniary damages, but it cannot restore time. Therefore, I respectfully ask the Court: How much longer must this continue before the "math" of the truth is allowed to prevail?

Respectfully submitted,



Sonya Shaykhoun, Esq.
Plaintiff *Pro Se*

Encl:  Exhibit A – Proposed Letter Motion for Alternate Service, Expedited Discovery
&      Court-Supervised Discovery
       Exhibit B – Comprehensive Order to Preserve Evidence
       Exhibit C – Letters to the AGs of England and Wales, Jordan, and Qatar

CC:    Counsel for the Defense (ECF)

1:2024cv09978-ALC

# EXHIBIT B:
## *Comprehensive Order to Preserve Evidence*

1:2024cv09978-ALC

**TO: ALL RICO DEFENDANTS, COUNSEL OF RECORD, AND IDENTIFIED THIRD-PArTY CUSTODIANS**

**LEGAL MANDATE: COMPREHENSIVE ORDER TO PRESERVE EVIDENCE**

**NOTICE IS HEREBY GIVEN** to all RICO Defendants and their agents, whose coordinated conduct is now the subject of a sovereign forensic audit, including but not limited to:

- Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury");

- Osama Abu Dehays ("Osama");

- the individual and corporate "Media Defendants" at (now or formerly):

  o *The Daily Beast;*

  o *The Daily Caller*;

  o the *Daily Mail*;

  o *The Independent*;

    And their respective counsel, the first three of whom have also been named as RICO Defendants in this action, at Ballard Spahr LLP, Davis Wright Tremaine LLP ("DWT"), Cameron Stracher, Esq., and Charles Glasser, Esq.

**FURTHER NOTICE IS EXTENDED** to the following Third-Party Custodians identified as essential to the forensic record of this action: **X Corp (Twitter)** and **Professor Eugene Volokh (The Volokh Conspiracy).**

Pursuant to the Court's inherent authority and the **Federal Rules of Civil Procedure**, all named RICO Defendants and Identified Third Party Custodians are hereby mandated to maintain a forensic freeze on all data, Electronically Stored Information (ESI), corporate and personal financial records, metadata, and internal and/or external communications related to the coordinated market erasure of the Plaintiff detailed herein. Because counsel (except for Charles Glasser, Esq.) are now named as RICO Defendants, all "work product" and internal firm communications related to the orchestration of the market erasure and the suppression of Osama's Jordanian licensure are subject to this forensic mandate. Defendants are hereby mandated by the Federal Rules of Civil Procedure to preserve the following:

1.    **Internal Firm & Enterprise Coordination:** All communications (Email, Slack, WhatsApp, Text, Signal, WhatsApp, and Billing Narratives) within and

1:2024cv09978-ALC

between Pillsbury's Government Law & Strategies department, Osama Abu Dehays and the other RICO Defendants. This includes all "strategic briefings" regarding Plaintiff, her March 2020 emails to the Pillsbury Partners (Debra Erni, Edward Flanders, Edward Perron and David Dekker) about Osama Abu Dehays' Jordanian licensure void, any digital discussion by said Pillsbury Partners about Osama's Jordanian license, and the Pillsbury and Defendants' counsel regarding the orchestration of the smear campaign since July 2019 commencing with *The Daily Caller* Defendants up to the April 11, 2026, Volokh Blog and comments.

2.   **Media-Legal Nexus:** All records between Thomas B. Sullivan, Saumya Vaishampayan, Esq., the *Daily Mail* Defendants, and the Enterprise regarding coordination with Eugene Volokh in **March/April 2026**.

3.   *Ex Parte* **Communications:** All records of communications between the RICO Defendants, including but not limited to, **Pillsbury/Osama,** and any judicial staff regarding "shadow" attempts to influence the record of the **2002 Licensure Void**.

4.   **Coordination with External Agents (Hackers, Private Investigators, and Researchers):** All RICO Defendants are mandated to maintain a Forensic Freeze on all communications and financial records involving external "researchers," private investigators, and digital forensic "specialists." This specifically includes:

   - **John Hawley:** All communications, instructions, and data transfers involving John Hawley regarding Osama Abu Dehays' Jordanian licensure void, the Plaintiff, and any attempts to access private digital accounts or to facilitate "shadow" monitoring of the Plaintiff's communications.

   - **Investigative "Wood":** All records of engagement with private investigation firms or "research" boutiques intended to facilitate the Market Erasure or to "dig up dirt" to color the judicial and regulatory record.

   - **Financial Math:** All records of payments, "success fees," or untraceable "expenses" paid to John Hawley or any investigative agent used to facilitate the Reputational Contagion.

   - **Pillsbury's Government Law & Strategies Coordination:** All records of the Government Law & Strategies department utilizing these external agents to coordinate with international bodies such as the SRA or the Jordanian Bar Association.

1:2024cv09978-ALC

5.   **Financial Data:** All records of payments, invoices, and retainers between **Pillsbury/Osama** and any media entity, academic (including Eugene Volokh), or Defense Counsel to effect/perpetuate the smear campaign.

6.   **Third-Party Media & Academic Coordination (X, Volokh, et al.)** You are mandated to preserve all communications, metadata, and instructions provided to, or received from, the aforementioned third-party platforms. This includes:

   - **Digital Fingerprints:** All IP Addresses, MAC Addresses, recovery emails, and administrative logs for commenters and "troll" accounts following the May 17, 2023 "Tweet" on X, the comments under the Media Defendants' Articles, and the **April 11, 2026**, publication of the smear narrative.

   - **Coordinated Amplification:** All records of "bot" activity, paid amplification, or "Shadow" instructions used to ensure these comments remained visible to professional and community peers during the above referenced timeframes.

   - **Instructional Wood:** All records of "pitching," briefing, or providing "Shadow" documents to **Professor Eugene Volokh** or media editors intended to facilitate the **market erasure**.

   - **Financial Links:** All records of payments, "expenses," or inducements paid to third parties to provide an "academic shadow" for Osama's **Jordanian licensure void**.

   - **Internal Logs:** All communications between **Pillsbury, DWT, Ballard Spahr, and** Cameron Stracher, Esq. regarding the monitoring or "seeding" of these comments to facilitate the Plaintiff's social ostracization.

7.   **Regulatory Interference & SRA Disclosures:** RICO Defendants are mandated to preserve all forensic records, formal or informal, among and between Pillsbury, Pillsbury's Government Law & Strategies practitioners and regulatory bodies, including the SRA, the Jordanian Bar Associations (including administrative staff perpetuating Osama's Jordanian licensure void), RICO Defendants are mandated to preserve a complete forensic record of all communications, formal or informal, with the **Solicitors Regulation Authority (SRA)** of England and Wales. This includes:

   - **Shadow Reports:** Any "manufactured" narratives or disclosures sent to the SRA intended to bias regulatory audits or to suppress the forensic reality of the Osama's 2002 Jordanian licensure void.

1:2024cv09978-ALC

- **Third-Party Inducements:** Records of any coordination with SRA investigators or "shadow operators" intended to stall the verification of **Osama's purported Jordanian Bar No. 11840**.

- **Internal Work Product:** All internal law firm communications (including but not limited to Pillsbury, Ballard Spahr, Cameron Stracher, Esq., DWT) discussing the strategic "framing" of the Plaintiff to regulatory bodies in London.

8. **Explicit Blacklisting & Professional Erasure Logs.** All RICO Defendants are mandated to maintain a forensic freeze on any records, lists, databases, or "Shadow Registries" where the Plaintiff's name has been explicitly flagged for exclusion. This includes:

- **"Do Not Hire" & Conflict Registries:** All internal Pillsbury, DWT, and Ballard Spahr records where the Plaintiff is listed as "Blacklisted," "Restricted," or otherwise flagged to prevent professional engagement or association.

- **Media & Academic "Kill Lists":** All communications between the Media Defendants, the Defendants' Counsel – in particular Thomas Sullivan, Esq. and Saumya Vaishampayan, Esq. - and Professor Eugene Volokh regarding the deliberate exclusion of the Plaintiff's side of the Jordanian Licensure narrative, or instructions to ignore evidence of the 2002 Licensure Void on **The Volokh Conspiracy** blog posts in March/April 2026.

- **Regulatory "Warning" Communications:** Any informal or "extrajudicial" outreach to the SRA, JBA, or New York Bar authorities intended to place the Plaintiff on a "Shadow Blacklist" to prevent the restoration of her name.

- **Vendor & Subcontractor** Bans: All instructions to third-party researchers, investigators (including John Hawley), and digital platforms to "blacklist" or de-platform the Plaintiff's professional accounts.

9. **Omnibus Catch-All Preservation Mandate:** This mandate applies to all forms of information, whether stored electronically, on paper, or in any other tangible or intangible medium. **"Preservation"** is defined as the absolute duty to take every reasonable step to prevent the partial or full destruction, alteration, deletion, overwriting, shredding, or encryption of any record that is even potentially relevant to the claims of market erasure or the Jordanian licensure void.

This omnibus mandate specifically includes:

1:2024cv09978-ALC

- **Device Neutrality:** All data residing on personal cell phones, private email accounts, home computers, and cloud-based applications (including Slack, WhatsApp, Signal, and Telegram) utilized by any RICO Defendant or agent to coordinate the "shadow" narrative.

- **Automatic Deletion Protocols:** All Defendants are mandated to suspend all "auto-delete" or "ephemeral messaging" functions immediately across all systems used for firm or enterprise business.

- **Metadata Integrity:** The duty to preserve extends to the underlying **Metadata** (e.g., system logs, file headers, and edit histories). Production of "flat" PDFs or redacted hard copies that strip this metadata will be viewed as a prima facie act of **Forensic Spoliation**.

- **Successor & Agent Liability:** This mandate is binding upon all employees, contractors, "researchers" (including **John Hawley**), and third-party vendors. Any act of deletion by an agent shall be legally imputed to the **RICO Defendant** who retained them.

### SPOLIATION & CRIMINAL OBSTRUCTION WARNING:

**NOTICE IS HEREBY GIVEN** that the "math" of this case has shifted to a **forensic audit** of potential criminal obstruction of justice. Pursuant to the Court's inherent authority and the Federal Rules of Civil Procedure, any failure to produce the records mandated herein - or any "shadow" deletions, hi-tech alterations, or forensic scrub of metadata following this notice - will be referred for immediate investigation to the U.S. Attorney for the Southern District of New York and the Attorney General of the Hashemite Kingdom of Jordan or such other authority as this Court deems necessary to protect the Institutional Integrity of these proceedings and the Rule of Law.

The duty to preserve is Absolute and Transnational. The Enterprise is warned that the "Shadows" of international borders will not shield any party from the consequences of Forensic Spoliation.

1:2024cv09978-ALC

SO ORDERED:

_____

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

DATED: _____, 2026
            New York, New York

1:2024cv09978-ALC

# COMPOSITE EXHIBIT C:

*Letters to the AGs of England & Wales, Jordan, and Qatar*



## SHAYKHOUN LAW
### NEW YORK PRACTICE

Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue,
New York, NY 10025

April 29, 2026

**VIA EMAIL: correspondence@attorneygeneral.gov.uk**
**VIA HAND DELIVERY: British Consulate-General New York**

**The Rt. Hon Lord Hermer KC**
Attorney General for England and Wales
102 Petty France
London, SW1H 9GL

**Re: Formal Sovereign Disclosure of Regulatory Capture (SRA) and Criminal Breach of Data Privacy (UK GDPR) by Associated Newspapers Ltd (The Daily Mail); Facilitation of Cross-Border Licensure Fraud and Coordinated Market Erasure Campaign; Case No. 1:2024-cv-09978-ALC (SDNY)**

Dear Attorney General:

I am Sonya Hashim Shaykhoun, a New York attorney (Reg #4633293) and dual Irish American citizen. I write to request a Sovereign Audit into a continuum of fraud involving the **Solicitors Regulation Authority (SRA)** and **Associated**

**Newspapers Ltd (The Daily Mail)**, which has facilitated a global **RICO Enterprise** aimed at silencing my exposure of multi-jurisdictional licensure fraud.

**1. Regulatory Failure and Licensure Fraud** Between 2019 and 2020, the SRA failed to investigate documented evidence of licensure fraud involving **Osama Abu Dehays ("Osama")**, then a Corporate Partner at **Pillsbury Winthrop Shaw Pittman** in London. Despite explicit details explaining the mathematical impossibility of Osama's purported Jordanian Credentials and formal warnings regarding Osama's lack of legitimate Jordanian licensure - a prerequisite for his MENA Practice leadership - the SRA and Pillsbury's leadership remained clinically silent. I notified Pillsbury's leadership, including Debra Erni, the then Managing Partner of Pillsbury in London, and the SRA that Osama having bypassed Jordan and going straight to Dubai after graduating from the University of Kent at Canterbury in 2002 meant that it was impossible for Osama to have got his Jordanian law license in 2002, the year they purport he got it. The Jordanian Bar Association ("JBA") is very strict about admission to graduates with a common law LLB (which Osama has), requiring a bridging course enabling him to train in a Napoleonic/Civil/Sharia hybrid system of the Hashemite Kingdom of Jordan (six-12 months), a two-year training contract in Jordan (not in Dubai), a thesis and corresponding *viva*, and a bar examination. Osama is also a Registered foreign lawyer (SRA ID 519582) in England and Wales despite the mathematical impossibility of his Jordanian "license." This regulatory capture allowed the fraud to migrate to Doha, where Osama now serves as Pillsbury's Managing Partner.

**2. Criminal Breach of UK GDPR (The Daily Mail)** On May 19, 2023, the *Daily Mail* published a coordinated "Market Erasure" article designed to destroy my professional standing and intimidate me into silence regarding the Pillsbury/Osama fraud. In furtherance of this Enterprise, the *Daily Mail* published my specific residential house number and street - which also serves as my law office - facilitating the criminal doxxing of a licensed officer of the court.

This conduct constitutes a terminal breach of the **UK GDPR**:
- **Article 5(1)(a) (Lawfulness & Fairness):** The processing of my residential data was executed with actual malice to facilitate a professional "take-down," lacking any fair or lawful justification.

- **Article 5(1)(c) (Data Minimisation):** The publication of my specific residential street number was entirely unnecessary for the reporting, serving only to facilitate physical and professional risk.

only to facilitate physical and professional risk.

- **Article 6 (Lawful Basis):** The *Daily Mail* possessed no legitimate interest in exposing my residence; their interest was subversive and coordinated with the Pillsbury Enterprise.

**3. The Rule of Law Mandate** In your March 2026 speech, you stated that your office would provide "certainty and safety in the law". The SRA's refusal to audit a global firm's licensure fraud and the *Daily Mail's* use of personal data as a weapon of market erasure are direct assaults on that safety. As a proponent of the Rule of Law and an attorney holding an LL.M. in Corruption, Law and Governance, I have the utmost respect for the integrity of the judicial process. My commitment to these principles is the foundation of my conduct before the Honorable Andrew L. Carter, Jr. in the SDNY. However, the Rule of Law cannot survive when global firms use regulatory voids and criminal data breaches to execute market erasure against those who expose fraud. I report these breaches not merely as a litigant, but as a specialist in the mechanics of institutional integrity.

I am currently litigating these claims in the **SDNY (Case No. 1:2024-cv-09978-ALC)**. I request that your office initiate a formal investigation into the SRA's regulatory failure and the *Daily Mail's* criminal statutory breaches to restore the Sovereign Integrity of the legal profession in England and Wales.

Respectfully submitted,

*SAS*

Sonya Shaykhoun, Esq.

CC:   The Honorable Andrew L. Carter Jr. (via ECF)
      The Chief Executive, Solicitors Regulation Authority (SRA)
      The Legal Ombudsman (UK)
      The General Counsel, Associated Newspapers Ltd (The Daily Mail)



**SHAYKHOUN LAW**
NEW YORK PRACTICE

Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
New York, NY 10025
United States of America
Email: sonya@shaykhounlaw.com
Tel: +1-929-408-4531, +1 929-996-5662

April 29, 2026

**VIA HAND DELIVERY:**
**Consulate General of Jordan, New York**

**VIA EMAIL: info@moj.gov.jo**

**His Excellency, the Attorney General of the Hashemite Kingdom of Jordan**
Palace of Justice
Amman, Jordan

**Re: URGENT SOVEREIGN DISCLOSURE AND REQUEST FOR REGISTRY VERIFICATION; Case No. 1:2024-cv-09978-ALC (Southern District of New York); Fraudulent Representation of Jordanian Legal Credentials by Osama Abu Dehays.**

Your Excellency:

I am Sonya Hashim Shaykhoun, a New York attorney (Reg #4633293) currently litigating a multi-billion-dollar RICO enterprise in the United States District Court for the Southern District of New York. I write to request an urgent **Sovereign Audit** and verification of the legal credentials of **Osama Abu Dehays ("Osama")**, a Jordanian national currently operating as the Managing Partner of Pillsbury Winthrop Shaw Pittman in Doha, Qatar.

**1. The Licensure Void (2002–Present)**
Forensic evidence suggests that Osama has represented himself to international law firms and the Law Society of England and Wales and the United States Judiciary as a licensed Jordanian Advocate, apparently having become a Jordanian lawyer in 2002 (the same year he graduated from the University of Kent at Canterbury in England, a common law jurisdiction). **Osama purports to have Jordanian Law License Bar number is 11840 (2002).** However, a preliminary audit of the rules of the Jordanian Bar Association ("JBA") indicates a sovereign void in his credentials. Specifically, it appears Osama bypassed the mandatory "bridging course" he required as an LLB graduate from a common law jurisdiction to train in the Napoleonic/Civil/Sharia hybrid of the Hashemite Kingdom of Jordan, the two-year training contract (apprenticeship), the thesis, *viva* and the bar examination required under Article 6 of the Jordanian Bar Association Law. And yet, Osama is advising major global and sovereign clients (including writing legislation) based on a Jordanian law license that he could not have obtained based on the rules of the JBA.

**2. Breach of Residency Mandate (Article 7)**
Furthermore, Osama has resided between London and the GCC for over 15 years. Under Article 7(4) of the Bar Association Law, a practicing lawyer must maintain actual and permanent residency in the Kingdom. By maintaining an "Active" status (if any) while managing a foreign firm in Doha, Osama is in terminal breach of the **Sovereign Integrity** of the Jordanian Bar.

**3. URGENT CALL TO ACTION (Deadline: June 1, 2026)**
The Defendants in the New York litigation intend to file motions on May 12, 2026, relying on the "Shadow" of Osama's purported legal status. As the Plaintiff, my opposition brief is due on June 16, 2026. To prevent a fraud on the United States Court, I respectfully request that your office provide a certified statement regarding:

1. The exact date (if any) Osama was admitted to the Register of Practicing

Lawyers.

2. Verification of his completion of the mandatory Training Contract.

3. His current status (Practicing vs. Non-Practicing) in light of his foreign residency.

I maintain the utmost respect for the United States District Court for the Southern District of New York and the Honorable Andrew L. Carter Jr., who presides over this matter. Any evidence or certification provide by your office will be formally submitted to the Court to ensure the sovereign accuracy of the record. My objective is to ensure that no party manipulates the process to present unverified Jordanian credentials to mislead a United States Federal Judge or to facilitate a fraud upon the Court.

### 4. Institutional Impact

The use of a "fake" Jordanian license to facilitate a global RICO Enterprise devalues the sovereign aura of every legitimate Jordanian lawyer practicing abroad. I request your immediate intervention to ensure that the "math" of Jordanian law is not abused and by those mercenaries seeking to evade professional accountability.

Respectfully submitted,

Sonya Shaykhoun, Esq.

CC:   The Honorable Judge Andrew L. Carter, Jr. (ECF)
      Minister of Justice, Jordan, Dr. Bassam Samir Al-Talhouni
      The Jordanian Bar Association (President's Office)
      The U.S. Embassy in Amman (Legal Attaché)
      Pillsbury Winthrop Shaw Pittman LLP (Doha Office)



Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue,
New York, NY 10025
United States of America
Email: sonya@shaykhounlaw.com
Tel: +1-929-408-4531, +1-929-996-5662

April 29, 2026

**VIA HAND DELIVERY: Consulate General of the State of Qatar, New York
VIA EMAIL: info@moj.gov.qa**

**His Excellency Dr. Issa bin Saad Al Jafali Al Nuaimi**
Attorney General of the State of Qatar
Public Prosecution Headquarters
Doha, Qatar

**Re: URGENT SOVEREIGN REQUEST FOR JUDICIAL RECORDS; Verification of Discovery and Licensure Fraud; Case No. 1:2024-cv-09978-ALC (Southern District of New York); Regarding Osama Abu Dehays and the Al-Jaber Litigation.**

Your Excellency:

I am Sonya Hashim Shaykhoun, a New York attorney (Reg #4633293). I currently

represent myself in high-stakes litigation before the United States District Court for the Southern District of New York (1:2024-cv-09978-ALC) involving an alleged global RICO Enterprise and demonstrated professional market erasure which targeted me because I know the truth about Osama's purported Jordanian law license (Bar No. 11840, 2002), which appears to be a mathematical impossibility. Despite my standing as a New York attorney, this market erasure – orchestrated to silence my exposure of that mathematical impossibility – has been professionally devastating, which was the objective.

I write to respectfully request your Excellency's intervention to provide certified copies of specific judicial records currently held within the State of Qatar that are vital to the sovereign integrity of my New York case. This is my second missive to you, the first being an email that I sent on April 12, 2026, via the Rule of Law and Anti-Corruption Center (ROLACC) in Doha, where I also graduated with an LL.M. in Corruption, Law and Governance (2018) with the first cohort.

**1. The Al-Jaber Forensic Records**
The Defendants in my New York case, including Pillsbury Winthrop Shaw Pittman and its Doha Managing Partner, Osama Abu Dehays ("Osama"), have used the "shadow" of Qatari legal system to perpetrate a fraud on the Qatari, Jordanian, American, and English and Welsh justice systems by holding Osama out as a licensed Jordanian lawyer, which is a mathematical impossibility as I detailed in my April 12 email. The JBA requirements (Chapter 7 of Law No. (11) of 1972 and its amendments) are clear: they mandate a two-year training contract in Jordan; the thesis and viva; and the final examination, none of which align with Osama's timeline. Consquently, I would be grateful if you could provide me with the production of all filings, witness statements, and orders from the Qatari litigation, translated into English, involving **Yousef Al-Jaber** as they pertain to Osama's lack of a Jordanian law license. As Yousef Al-Jaber physically travelled to Amman, Jordan to study the JBA records and told me that Osama is not listed on the JBA records, Yousef Al Jaber's lawsuit – or the relevant excerpts thereof – would provide powerful evidence to support the theory a transnational criminal organization sponsored a market erasure against me to protect the lie of Osama's Jordanian law license. These records contain the "math" required to prove the coordinated fraud and professional sabotage executed against me and my practice. As lawyers, we must prioritize the Rule of Law over what is inconvenient and not politick. I am a real lawyer who has been damaged badly by bad actors trying to protect a very dangerous and ugly lie.

## 2. Licensure and Regulatory Verification

Pillsbury Winthrop Shaw and Pittman LLP and Osama Abu Dehays, who operates as a Managing Partner in Doha, represent Osama as a licensed legal professional. However, my audit reveals a clear sovereign void in his foundational Jordanian credentials, which underpins his authorization to practice law in England and in the GCC. I request that your office verify whether Osama has maintained the requisite sovereign approvals from the Qatari Ministry of Justice to practice as a foreign lawyer in Qatar, given the suspected absence of a valid underlying license from his home jurisdiction.

## 3. URGENT CALL TO ACTION (Deadline: May 12, 2026)

The Honorable Judge Carter has set a schedule for the parties' submission of brief. The Defendants intend to submit motions to the United States Court on **May 12, 2026**. My response is due on June 16, 2026. Without the **Al-Jaber** records, the "Phalanx" will continue to "puke" on the truth. I request that these records be produced or certified to me by June 1, 2026, so that I may present them to the United States District Judge, the Honorable Andrew L. Carter Jr., to ensure that the State of Qatar is not being used as a shield for international racketeering.

## 4. Commitment to Sovereign Cooperation

As a practitioner who spent over 15 years in the GCC managing multi-billion-dollar transactions, I respect the high standards of the Qatari Judiciary. I respectfully ask for your assistance to ensure that these standards are not devalued by individuals seeking to evade forensic accountability in the United States. In seeking these records, I act with profound respect for the Honorable Andrew L. Carter Jr. and the Rule of Law, recognizing Qatar's leadership in the global campaign against institutional corruption. I am confident your office will ensure the Doha legal market is not abused to hide licensure fraud.

Respectfully submitted,

Sonya Shaykhoun, Esq.

CC:    The Honorable Andrew L. Carter Jr. (Via ECF)
        Counsel for Defendants (via ECF)

Page 3 of 3