

Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue
New York, NY 10025

May 4, 2026

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 1007

**Re: *Shaykhoun v. The Daily Mail, et al.*, No. 1:24-cv-09978-ALC (S.D.N.Y.)
SECOND SUPPLEMENTAL LETTER MOTION REGARDING NEW
PREDICATES AND ONGOING SPOILATION**

**Dear Judge Carter:**

I am the Plaintiff Pro Se. I respectfully submit this Second Supplemental Letter Motion to apprise the Court of an escalating pattern of forensic scrubbing, professional blacklisting, and international flight by the Defendants.

## 1.  Sovereign Outreach to Qatar and Subsequent "Exodus"

Since my April 12, 2026, formal alerts to the current and former Attorneys General of Qatar to the fraudulent credentials of Osama Abu Dehays ("Osama") and the institutional fraud perpetrated by Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") within that jurisdiction (Exhibit A), the Pillsbury Doha office appears to have undergone an ostensible panic-driven dissolution. I did not screenshot the makeup of the original staff members, but if memory serves correctly, the Doha office was relatively robustly staffed with on-the-ground lawyers. Now, since that outreach, Pillsbury's Doha office has entered a phase of radical reshuffling with apparently no on-the-ground staff and two partners in D.C. and London. In the wake of the apparent exodus of legal staff, a new individual, Zeid Zoumot (Exhibit B), a Jordanian lawyer who completed his training contract in accordance with the rules of the Jordanian Bar Association, has suddenly appeared on the scene. Zoumot, despite apparently having gotten a prestigious new job at a big American law firm in Doha, has yet to update his LinkedIn page accordingly and is still listed as being anchored in Jordan. Zoumot's sudden arrival after the April 8, 2026, submission of the Third Amended Complaint ("TAC") is curious and raises several questions about Zoumot's function in Pillsbury's thinning Doha office, now seemingly populated by absent lawyers. Zoumot signifies a radical personnel pivot from legal practice to forensic custodianship, raising the question of whether he is a handler managing the exodus of compromised staff or merely a corporate shell installed to facilitate the spoliation of evidence and conceal Pillsbury's decade+ of institutional fraud in hiring Osama, whose Jordanian law license is a mathematical impossibility. These rapid personnel shifts coincide precisely with my unmasking of the Jordanian forgery, i.e., Osama's Jordanian law license, in the TAC and in my missives to the former and current AGs of Qatar.

## 2.  Documented Professional Blacklisting

I would like to reintroduce the "Hate Mail" (Exhibit C) that I received in the immediate aftermath of the May 2023 Articles in The Daily Beast, the Daily Mail, and The Independent. This Hate Mail appeared on LinkedIn, X, and in my work email. These "Do Not Hire" directives on LinkedIn and smears on X constitute wire fraud (18 U.S.C. § 1343) and tortious interference (not a cause of action), demonstrating a specific intent to "other" me and permanently destroy my standing within the New York State Bar.

### 3.  Formal Preservation Notice and Ongoing Spoilation

In response to the apparent radical personnel changes within the Pillsbury Doha office and website, I have served a Formal Preservation Notice (Exhibit D) upon all Defendants via ECF. This notice serves as a Spoilation Warning under FCRP 37(e). Further deletion of data or alteration of digital presence by Defendants and their agents now constitutes a willful violation of federal preservation duties.

### 4.  Updated Forensic Timeline

I attach an Updated Extended Chronology ("Update") (Exhibit E). The new rows are:

| Row | Description |
| --- | --- |
| Row 14 | Osama joins Pillsbury in 2014 |
| Row 15 | Pillsbury registers Osama as a corporate partner in the March 2025 FARA |
| Row 18 | John Hawley confirmed his investigator claimed Osama's license is a "very good forgery" |
| Row 43 | My April 12, 2026, emails to the former and current AGs of Qatar about Osama's problematic Jordanian licensure |
| Row 50 | Sharon Schneier, Managing Partner of Davis Wright Tremaine LLP grills Mary Shakun, the 81-year-old process server |
| Row 51 | Pillsbury Doha office undergoes radical personnel changes |

This Update includes the John Hawley admission regarding the "very good forgery" of Osama's law license which Hawley communicated to me in the period between March 2019 and August 2019 over the phone and the jarring "pivot" by *The Daily Caller* which saw them launch a derisory "Karen"-adjacent smear campaign despite having knowledge of Osama's – and consequently Pillsbury's underlying fraud.

### 5.  Intimidation of Process Server during Service

I note the unnecessarily aggressive posture adopted by the Defendants during the effectuation of service. Specifically, the Managing Partner of DWT subjected my 81-year-old mother, who acted as my process server, to an unauthorized and intimidating "grilling" regarding the litigation. This conduct, detailed in the attached Declaration of Mary Shakun (Exhibit F), constitutes an attempt at witness intimidation (18 U.S.C. § 1512) and reflects the institutional bad faith permeating the Defense's response to these proceedings.

## 6. Coordination as Evidence of a Unified RICO Enterprise

Finally, I note that those Defendants who have appeared on ECF continue to act as a unified, non-independent strategy characteristic of an association-in-fact enterprise. While Pillsbury Doha undergoes an apparently radical shake-up and potential dissolution, the Media Defendants maintain a synchronized reliance on the "Karen" smear, obtusely ignoring the glaring RICO patterns and serious fraud alleged in the TAC, and the "rinse and repeat" smear cycles against me – potentially even contributing to that smear by mocking me on an incognito basis in the comments under the April 11, 2026 Volokh blog post. This "lockstep" coordination evinces a coordinated command structure necessary to sustain the decade-long racketeering pattern.

## Conclusion

Defendants' response to the commencement of this action – characterized by a near disappearance of the Pillsbury Doha office, the potential "scrubbing" of digital records, and the intimidation of process servers – demonstrates a profound disregard for the judicial process and a transparent attempt to evade accountability for the underlying RICO predicates. I also provide this Second Supplemental Letter Motion to ensure that the Court remains apprised of these developments as the record is established. I remain ready to proceed and will seek appropriate sanctions should the apparent spoilation be proven.

Respectfully Submitted,

Sonya Shaykhoun, Esq.

Encls. Exhibit A –  April 12, 2026, Emails to former and current AGs of Qatar
       Exhibit B –  Zeid Zoumot's LinkedIn as of May 1, 2026
       Exhibit C –  Hate Mail received immediately after the May 2003 articles
       Exhibit D –  Preservation Notice to Defendants
       Exhibit E –  Updated Extended Chronology
       Exhibit F –  Declaration of Mary Shakun