1:2024-cv-09978-ALC

Second Supplemental Letter Motion
May 4, 2026

# EXHIBIT A:
# April 12, 2026, Emails to AGs of Qatar

 Outlook

---

Re: ATTN: H.E. Dr. AG Al MARRI - Actual Notice of Commencement of Action – Shaykhoun v. The Daily Mail et al. (Case No. 1:24-cv-09978-ALC)

---

From Sonya Shaykhoun <sonya@shaykhounlaw.com>

Date Sun 4/12/2026 2:14 AM

To     info@rolacc.qa <info@rolacc.qa>

▌ 2 attachments (856 KB)

1-2024cv09978ALC ThirdAmendedComplaint 040826.pdf; Shaykhoun v Daily Mail et al 1-2024cv09978 TAC 041126 FINAL AMENDED.pdf;

VIA ELECTRONIC TRANSMISSION

Private & Confidential

To: His Excellency Dr. Ali Bin Fetais Al Marri

President of the Board of Trustees, Rule of Law and Anti-Corruption Center (ROLACC) Doha, Qatar

RE: FORENSIC BRIEFING / ACTUAL NOTICE OF RICO FILING: SHAYKHOUN

V. AJMN ET AL. (1:24-CV-09978-ALC)

Your Excellency:

- Building upon our prior correspondence, I write to you as a **New York-licensed attorney** and a graduate of your LL.M. in Corruption, Law and **Governance** program (2016-2018) to provide the final **Corrected Verified Third Amended Complaint (TAC)** filed in the Southern District of New York

- The **TAC** and accompanying **Exhibits** provide a sworn evidentiary record of a **multi-year Forensic Continuum** involving Honest Services Fraud (18 U.S.C. § 1346) and a $Trillion extraction from Al Jazeera Media Network (AJMN)

- Strategic Alignment with Qatar National Vision: As the founder of ROLACC and the International Anti-Corruption Excellence Award, your legacy is inextricably linked to the successful recovery of sovereign assets. This litigation provides the functional evidence required to prove that Qatar's anti-corruption mandates are active and
- enforceable against the **TCO**

  Forensic Alert – High-Level Judicial Visibility: The global legal community is now focused on this matter. **Reason.com**, a primary journal of record for the American judiciary, published a strike on this case on March 2, 2026—just 96 hours after the Federal Court's Order. This visibility provides a unique window for **ROLACC** to demonstrate its global leadership in forensic auditing and asset recovery.

  **Flight Risk and Witness Corroboration**: I have formally requested that the Attorney General implement a Travel Ban and Asset Freeze for Osama Abu Dehays, who poses a significant flight risk. I also reiterate the availability of **Yousef Al-Jaber** (AJMN

Senior Legal Counsel) to corroborate the **Licensure Deficit** and the **Oxford Fabrication.**

* The full case record and **Verified TAC** (filed April 8, 2026) are available via **Pacer** (Case No. 1:24-cv-09978).

Respectfully Submitted,

/s/ Sonya H. Shaykhoun, Esq.

Sonya Shaykhoun, Esq.

---

Sonya Shaykhoun
LawOfficesofSonyaShaykhoun, Esq., Founder/Attorney



+1-929-996-5662/+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

---

**From:** Sonya Shaykhoun <sonya@shaykhounlaw.com>
**Sent:** Friday, April 10, 2026 5:42 AM
**To:** info@rolacc.qa <info@rolacc.qa>
**Subject:** ATTN: H.E. Dr. AG Al MARRI - Actual Notice of Commencement of Action – Shaykhoun v. The Daily Mail et al. (Case No. 1:24-cv-09978-ALC)

**VIA ELECTRONIC TRANSMISSION AND U.S. FIRST CLASS MAIL**

**Private & Confidential**

To: His Excellency the Attorney General of the State of Qatar Chairman of the Board of Trustees, Rule of Law and Anti-Corruption Center (ROLACC) Doha, Qatar

Your Excellency:

Pursuant to the principles of the Rule of Law and the training I received through the LL.M. in Corruption, Law and Governance at ROLACC (2016-2018), I hereby provide you with Actual Notice of the filing of the Verified Third Amended Complaint (TAC) in the United States District Court for the Southern District of New York.

The TAC and the accompanying Exhibits provide a sworn evidentiary record of a 15-year Forensic Continuum involving:

1. Honest Services Fraud (18 U.S.C. § 1346) and the Licensure Deficit of operatives within the AJMN structure.

2. The $Trillion extraction from Al Jazeera Media Network.

3. The Witness Neutralization protocols executed by a RICO Association-in-Fact following the discovery of the original licensure fraud in 2011.

As the Chairman of an institution dedicated to anti-corruption, you are formally placed on notice of these findings. The full case record and the Verified TAC (filed April 8, 2026) are available for your review at the following federal court link:

The filing is still being processed in the SDNY and will be available on Pacer by early next week. In the interests of expedience, please find the link here:

📁 THIRD AMENDED COMPLAINT 1 2024 cv 09978 Complaint and Exhibits FILING COPY 04082026

The Civil Case Index No. Is 1:2024cv09978 and the name of the case is *Shaykhoun v. Daily Mail et. Al.* You can find it in Pacer (although, as stated, the SDNY is in the progress of uploading the Third Amended Complaint and Exhibits.)

The case focuses on the allegedly fraudulent legal credentials of Osama Abu Dehays, who is currently the Managing Partner of Pillsbury in Doha and was the Chief Legal Officer of Al Jazeera Media Network from 2009 to 2012. We overlapped from 2011 to 2012 when he was terminated. You might consider speaking with the Yousef Al Jaber, who is the Senior Legal Counsel at AJMN right now who previously sued AJMN, Osama Abu Dehays and the Chairman because they hired a Jordanian national instead of a Qatari. Yousef Al Jaber confided in me that he physically traveled to Jordan to check Osama's credentials and discovered that Osama was not on the roster but was using the credentials of another Osama Abu Dehays who was born 40 years earlier. Yousef's numbers are: T. +974 44897170 M. +974 55007807 and his email at Al Jazeera is: jabery@aljazeera.net.

In light of the high stakes of my lawsuit in NY, I would consider putting a travel ban on Osama Abu Dehays and potentially freezing his assets. I am reporting this fraud to protect sovereign assets and requesting a travel ban to preserve evidence for the SDNY.

A formal hard copy of the Verified TAC and all Exhibits will be served via U.S. First Class Mail to the ROLACC headquarters by COB Monday April 13.

Respectfully submitted,

*/s/ Sonya Shaykhoun*

Sonya Hashim Shaykhoun, Esq.

LL.M., Corruption, Law and Governance (Sussex/ROLACC)(2016-18)

Plaintiff *Pro Se*

---

Sonya Shaykhoun

Law Offices of Sonya Shaykhoun, Esq., Founder/Attorney



+1-929-996-5662/+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com

 Outlook

---

FORMAL INVITATION TO JOIN AS PLAINTIFF / ACTUAL NOTICE OF RICO FILING –
SHAYKHOUN V. AJMN ET AL. (1:24-CV-09978-ALC)

---

From Sonya Shaykhoun <sonya@shaykhounlaw.com>
Date Sun 4/12/2026 2:08 AM
To    info@rolacc.qa <info@rolacc.qa>

▌ 2 attachments (856 KB)
Shaykhoun v Daily Mail et al 1-2024cv09978 TAC 041126 FINAL AMENDED.pdf; 1-2024cv09978ALC
ThirdAmendedComplaint 040826.pdf;

**VIA ELECTRONIC TRANSMISSION**

**Private & Confidential**

His Excellency Dr. Issa bin Saad Al Jafali Al Nuaimi
Attorney General of the State of Qatar,
Ministry of Justice,
Doha, Qatar

**RE: FORMAL INVITATION TO JOIN AS PLAINTIFF / ACTUAL NOTICE OF RICO
FILING – SHAYKHOUN V. AJMN ET AL. (1:24-CV-09978-ALC)**

**Your Excellency:**

- I write to you as a **New York-licensed attorney** and a graduate of the **LL.M. in
  Corruption, Law and Governance** at **ROLACC** (2016-2018) to formally present
  the **Verified Third Amended Complaint (TAC)** filed in the **United States
  District Court for the Southern District of New York**. I worked in Doha for
  eight years, from 2011 to 2019. I was part of high-level internal investigations at Al
  Jazeera after Osama Abu Dehays was terminated from Al Jazeera in 2012.

- The **TAC** and accompanying **Exhibits** provide a sworn evidentiary record of a **multi-
  year Forensic Continuum** involving **Honest Services Fraud (18 U.S.C. §
  1346)** and a **$Trillion extraction** from **Al Jazeera Media Network (AJMN)**

- **Forensic Alert – High-Level Judicial Visibility**: The global legal community is
  now focused on this litigation. **Reason.com**, regarded as a primary journal of record
  for the American judiciary, published an article on the importance of this case (see:
  https://reason.com/volokh/2026/04/11/follow-up-to-reproducing-controversial-
  tweet-in-news-story-fair-use-post/).

- **Invitation for Joinder:** I formally invite the **State of Qatar** to join this action as a
  **Plaintiff** to recover sovereign assets and address the **Licensure Deficit** of **Osama**

**Abu Dehays**, who currently serves as the Managing Partner of **Pillsbury** in Doha.

- **Forensic Alert – Flight Risk**: Given the gravity of the **RICO** allegations and the mathematical impossibility of his 2002 Jordanian licensure, **Osama Abu Dehays** poses a significant flight risk . I respectfully request that your office consider a **Travel Ban** and an immediate **Asset Freeze** to preserve evidence for the **Southern District of New York**

- **Corroborating Witness**: I direct your attention to **Yousef Al-Jaber** (Senior Legal Counsel, AJMN), who previously investigated the **Jordanian Bar Association (JBA)** roster and identified the licensure discrepancy . Yousef Al-Jaber may be reached at **+974 44897170 / +974 55007807** or **jabery@aljazeera.net**. Yousef Al-Jaber filed a case against Al Jazeera Media Network, the Chairman of Al Jazeera Media Network, and Osama Abu Dehays sometime before 2011 based on - in part - Osama's lack of a real Jordanian law license. I worked with Yousef Al-Jaber at Al Jazeera from 2011 to 2014.

- **Strategic Alignment with Qatar National Vision**: The State of Qatar has positioned itself as the global capital of anti-corruption through the establishment of **ROLACC** and the **International Anti-Corruption Excellence Award**. This litigation provides a critical opportunity for the Sovereign to demonstrate that these institutions are not merely symbolic but are functional tools for asset recovery. Joining this action allows Qatar to lead a high-profile forensic audit in a **United States Federal Court**, proving to the international community that the Sovereign will not tolerate the use of its agencies to facilitate a **$Trillion extraction** or the shielding of unlicensed operatives like **Osama Abu Dehays** .

- I attach the updated complaint and the initial submission that includes all the Exhibits in this email for your information and perusal.

Respectfully submitted,

Sonya H. Shaykhoun, Esq.

---

Sonya Shaykhoun
LawOfficesofSonyaShaykhoun, Esq., Founder/Attorney



+1-929-996-5662/+1-929-408-4531
825 West End Ave
New York, NY 10025-5349
https://shaykhounlaw.com