1:2024-cv-09978-ALC

# EXHIBIT B:
# Zeid Zoumot – NewJordanian Lawyer in Pillsbury Doha office as of May 1, 2026



## Zeid Zoumot · 2nd

 Estithmar Holding

Legal Counsel I Strategic M&A | Contract Lawyer | 6+ yrs PQE | Oil&Gas, RealEstate | FMCG

Amman, Amman, Jordan·Contact info

500+ connections

 Mohammed, Mohamed and 44 other mutual connections

**⊕ Connect**   ✦ Message   ⋯

---

## Highlights

 **2 mutual groups**
You and Zeid are both in LAW jobs - Networking for LEGAL PROFESSIONALS - Legal jobs - Legal Careers - Lawyers - Barristers and International Arbitration

Messaging   ⋯



500+ connections

DIA Aldin, Rawarand44other mutual connections

**Connect**  **Message**  ...

## Highlights



**2 mutual groups**
You and Zeid are both in LAW jobs - Networking for LEGAL PROFESSIONALS - Legal jobs - Legal Careers - Lawyers - Barristers and International Arbitration

## About

The law is a dynamic field, and my passion lies in navigating its complexities to deliver impactful solutions for my clients. Over the past 6+ years, I've honed my skills in a diverse range of legal settings, from private practice to in-house counsel at a multinational corporation. This journey has equipped me with a deep understanding of Mergers & Acquisitions (M&A), contract negotiation, and the intricacies of ...va mrioures ...



💎 **Topskills**
Mergers & Acquisitions (M&A) • Due Diligence • Joint Ventures • Contract Law • Labor     →
and Employment Law

## Activity                                                                    ⊕ Follow

2,113 followers

Zeid Zoumotcommented on a post•8mo

Congratulations!



Messaging    ...  ☑  ⌃

         

 **Zeid Zoumot**
LegalCounsel I Strategic M&A | Contract Lawyer | 6+ yrs PQE | Oil & Gas, ...   Message  Connect

 ← **Experience**

Senior Legal Counsel
 Estithmar Holding · Full-time
Feb 2025 - Jun 2025 · 5 mos
On-site

 Legal Counsel
AlMajal · Full-time
Nov 2023 - Feb 2025 · 1 yr 4 mos
Amman, Jordan · On-site

-Provide high-impact legal counsel to senior management on diverse legal matters across the oil and gas sector.
-Lead deal execution by drafting, negotiating, and finalizing complex agreements for M&A, private equity, procurement, leases, JVs, and more.
-Manage litigation strategically, overseeing claim assessment, dispute resolution, and external counsel to achieve cost-effective outcomes.
-Partner with business leaders to develop transaction strategies, mitigate oil & gas sector risks, and ensure timely legal documentation.
-Leverage transactional & restructuring expertise to advise on a wide range of transactions, from complex M&A to streamlined agreements, across various jurisdictions.

🛡 Legal Advice, Legal Counseling and +2 skills

 Coca-Cola CCI
Full-time · 2yrs3mos
Amman, Jordan
Legal Counsel
Jun 2023 - Dec 2023 · 7 mos
On-site

 Messaging

pillsbury

# Lawyers

Withlawyersinoffices across the Americas, Europe, Asia, Africa and the Middle East, Pillsburyrepresentsthe industry leaders of today and tomorrow.

| A | B | C | | E | F | G | | | J | K | |
| O | | Q | | S | T | | V | W | X | Y | Z |

All Positions

All Practices

Doha

All Languages

All Admissions

All Law Schools

Search Lawyers and Other Professionals...

Clear All

Search

# Showing 4 Lawyers and Other Professionals for "Doha"

## 4 LAWYERS AND OTHER PROFESSIONALS FOUND



Osama Abu-Dehays

Partner

Corporate

Doha
London

Email
T: +974.4020.8255
vCard



Nadia Barazi

Partner

Corporate

London
Doha

Email
T: +44.20.7847.9619
vCard



Waleed Nassar

Partner

Litigation

Washington, DC
Doha

Email
T: +1.202.663.8188
vCard

---



Zeid Zoumot
Middle East Associate

Corporate
Doha

Email
T: +974.4020.8355
vCard

BACK TO TOP

Home >

Legal Notices & Policies
Attorney Advertising
Secure Remote Access
Slavery and Human Trafficking Statement

© 2001–2026 Pillsbury Winthrop Shaw Pittman LLP