# EXHIBIT C:
# Hate Mail Post May 2023 Articles



**The Commercially Savvy Lawyer** ✔ 🔒 @SonyaShaykhoun · Jan 11  ···
I learned the hard way what @BillAckman is learning now - that you cannot trust the press, no matter what they tell you to your face.

In 2019, a man in DC found me on LinkedIn and made great efforts to get to know me professionally. I had had a rough go of it in Qatar and it had
Show more

← **Post**   ♻    ♡ 8    ⬚ 1K    🔖 ⬆

This Post was deleted by the Post author. Learn more

**The Commercially Savvy Lawyer** ✔ 🔒   ···
@SonyaShaykhoun

The problem - as I found out in Unlicensed Vendor-Gate - and as Bill Ackman is finding out now - and as you seem to have found out yourself - is that journalism is now weaponized.

Journalists don't give a shit how they destroy your good name, your prospects, what your side of the story is - it's like weaponization has replaced ethics.

It's horrible.

6:52 PM · Jan 11, 2024 · **77** Views

📊 View post engagements

💬 1    ♻    ♡ 1    🔖    ⬆

Post your reply    **Reply**

**sandwiches** @dread_numen · Jan 12   ···
i think you're actually just a gigantic asshole and people called you out on it

┌─────────────────────────────────────┐
│ 📰   independent.co.uk              │
│      NYC lawyer roasted on Twitter for reporting illegal foc │
│      Sonya Shaykhoun told The Independent she stood │
│      by her viral tweet and would continue to raise ... │
└─────────────────────────────────────┘

💬 1    ♻    ♡    ⬚ 27    🔖 ⬆

**The Commercially Savvy Lawyer** ✔ 🔒 @SonyaShaykhoun · Jan 12   ···
Get thee behind me, Satan.

💬    ♻    ♡    ⬚ 27    🔖 ⬆





# Notifications

All | Verified | Mentions



❤️ **PeterPaulMary** and 3 others liked your Tweet

This genius thinks that asking a vendor trying to sell you some food is against free speech.

No wonder we have problems in NYC.

It's full of dummies.

**Julie Unruly** @jdgejulieunruly · 31s
Replying to @SonyaShaykhoun
DO IT!

**Julie Unruly** @jdgejulieunruly · 1m
Replying to @jdgejulieunruly and @SonyaShaykhoun
moreover, the NY Bar does not like radical christian terrorists harassing street vendors. your actions reflect poorly on your standing as a member of the profession. if they can disbar rudy giukiani, who was the mayor and the US Atty for SDNY, they can disbar you. watch it.

❤️ **NYC Citizen** liked your Tweet

They love to hate me...I'm actively ignoring these people and they're obsessed with me.

Insisting on their treacherous Communism, they only have hate in their hearts

But they love me in a weird obsessive kind of way

Do I need an injunction?





**in** Help

LinkedIn ▾    How can we help?

---

**Sonya Shaykhoun, Esq., LL.M.**    16 seconds ago

Email: sonya@shaykhounlaw.com

loop_back: I have already downloaded a copy of my LinkedIn account data using the link above

Type of personal data you are requesting.: I need copies of all exchanges between me and another LinkedIn user named David Kalinski. These exchanges happened on discussions around Israel. David Kalinski (whom I blocked and who has since blocked me) called me "sharmuta" (it means "Bitch" in Arabic) and then he started hurling links at me from articles in The Independent UK and The Daily Beast and Daily Mail UK - I intend to sue these publications and to show the damage of the articles I need copies of the exchanges between David Kalinski and me.

He said stuff like, "You are universally disliked" and mocked me. He repeatedly tried to use this article to make me look bad.

As you know, there is no defamation case without proof of damage and I need the exchanges (which I reported immediately because he upset me before I realized how important they would be to my lawsuit).

Location of personal data you are requesting.: All messages directed at or about me by David Kalinski in the last 60 days.

He is "David Kalinski" and resides in Brooklyn.

This is what I could find on Google about his LI profile (as I said, I am blocked): "Creator - Chef Di Cucina /La Gourmet & Origin X Coffee. Brooklyn, New York, United States. 1K followers 500+ connections. Join now. Join to view profile. About. I have over 20 years of experience..."

---

**Linked** in    Contact us    Start chat

English (English) ▾

LinkedIn Corporation © 2024    About    Transparency Center    Privacy and Terms ▾

 Outlook

---

**Sonya**

---

**From** Helena Sloane <hellsloane89@yahoo.com>
**Date** Tue 5/23/2023 4:21 PM
**To** Sonya Shaykhoun <sonya@shaykhounlaw.com>

Fuck off and die, you evil cunt







## Tweet

**Sonya Shaykhoun, Esq.** ✓ @SonyaShaykhoun · 13m

I stand by my story and my opinions. I am not a coward or a hypocrite. So thanks for the advice, but as a lawyer, you should have seen what was wrong with that scenario.

The rules set us free.

💬 7    🔁 1    ♡    📊 254    ⬆️

**Andrew Fleischman** @ASFleischman · 8m

Ok. And maybe you're totally right and she had to have a permit and had to show you the permit. But I don't know what name you called her. And I don't know how you approached her. And I can't be 100% sure that you were following the law when you did.

### Amy Cooper Faces Charges After Calling Police on Black Bird-Watcher

Ms. Cooper was captured on video calling the police after Christian Cooper asked her to keep her dog on a leash in Central Park.

💬 1    🔁    ♡ 9    📊 49    ⬆️

**Andrew Fleischman** @ASFleischman · 3m

Sometimes, people who are very successful and who have been treated with a lot of grace find that grace withdrawn. And suddenly, people start enforcing rules you didn't even know you were breaking.

💬 1    🔁    ♡ 2    📊 12    ⬆️

**Sonya Shaykhoun, Esq.** ✓
@SonyaShaykhoun

How do you know about my life story and how much grace I have experienced? Are you threatening me, Andrew? Because if you are, we can take it up with the Bar.

### Relevant people

**Sonya Shaykhoun, Esq.** ✓
@SonyaShaykhoun

Transactional/TMT/satellite NY lawyer w/ 19 years' intn'l exp. Born & raised @NYC, educated @Britain, worked @Bahrain @Qatar. @Maven instructor. NO DATING DMs.

**Andrew Fleischman**    Follow
@ASFleischman

I work on behalf of the wrongfully or unfairly convicted. I also try cases. Partner at Sessions & Fleischman. SF-justice.com post.news/asfleischman

### Listen live in Spaces

🍁 OG Horses Kisses🇨🇦❄️🌷🌷🌿 is listening

NCI OTTAWA ONT 🇨🇦 DAY 2 #NCI #nationalcitizensinquiry    +36

🟡 Bybit ✓ is hosting

TURBOS Finance    +17

Haitham the third ⬛⬛⬛⬛⬛⬛⬛ is speaking

خاصة للاصدقاء    +8

### What's happening

NBA · Last night
Heat at Celtic