1:2024-cv-09978-ALC

Second Supplemental Letter Motion
May 4, 2026

# EXHIBIT D:
# Preservation Notices to Defendants and Counsel



Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue
New York, NY 10025

May 4, 2026

**VIA ECF**

**TO: ALL DEFENDANTS AND COUNSEL OF RECORD**

**Re:** ***Shaykhoun v. The Daily Mail, et al.*, No. 1:24-cv-09978 (S.D.N.Y.) FORMAL NOTICE OF LITIGATION HOLD AND PRESERVATION OF EVIDENCE**

**Dear Defendants and Counsel:**

This letter serves as a formal demand for the preservation of all documents, data, and tangible things potentially relevant to the above-captioned matter.

You are hereby directed to take immediate action to prevent the destruction, alteration, or deletion of all evidence—whether in paper or electronic form—related to the allegations in the Third Amended Complaint, including but not limited to the "RICO" predicates and the "Karen" smear campaign.

**I. SCOPE OF PRESERVATION**
The preservation obligation includes, but is not limited to:

1. **Personnel Records:** All records relating to Osama Abu Dehays, including

hiring due diligence, verification of law licenses, and internal communications regarding his professional credentials.

2. **Digital Presence:** All versions of firm websites (including the Doha office pages), social media profiles, and bio pages as they existed from 2014 to the present. You are specifically directed to cease all "forensic scrubbing" or removal of public-facing data related to the Doha office.

3. **Communications:** All emails, internal memos, Slack messages, and encrypted messaging data (e.g., WhatsApp, Signal) between Defendants regarding the Plaintiff and the investigation/publication of the "Karen" smear.

4. **FARA Filings:** All drafts and internal communications related to registrations filed under the Foreign Agents Registration Act involving any Defendant or Principal.

## II. SUSPENSION OF AUTOMATED DELETION

You must immediately suspend any automated "document retention" or "auto-delete" policies that would otherwise result in the destruction of relevant electronic data.

## III. SPOLIATION WARNING

Failure to comply with this notice will result in the Plaintiff seeking Spoliation Sanctions under Federal Rule of Civil Procedure 37(e), including but not limited to adverse inference instructions, striking of pleadings, and monetary penalties.

Be advised that the Plaintiff has already documented recent "scrubbing" activities. Any further disappearance of data will be brought to the immediate attention of Judge Andrew L. Carter Jr. as evidence of a "Continuing Racketeering Activity."

Sincerely,

*/s/ Sonya Hashim Shaykhoun*

Sonya Shaykhoun, Esq.
*Plaintiff Pro Se*