1:2024-cv-09978-ALC

Second Supplemental Letter Motion
May 4, 2026

# EXHIBIT F:
# Declaration ofMary Shakun

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


*SONYA SHAYKHOUN, ESQ.,*
                    Plaintiff,

v.                                          Case No. 1:24-cv-09978 (ALC)


THE DAILYMAIL, etal.,*
                    Defendants.
------------------------------------------------------------------------x
*DECLARATION OF MARY SHAKUN*
------------------------------------------------------------------------x
I, MARYSHAKUN, declareunderpenaltyofperjurypursuantto28 U.S.C. § 1746 as follows:

1. I amovertheageof18andIamnotapartytotheabove-captioned action.

2. OnApril29,2026,atapproximately3:25PM,Ivisitedtheoffices of Davis Wright Tremaine LLP, locatedat1251AvenueoftheAmericas,NewYork,NY10020,for the purpose of serving legal process (SummonsandThirdAmendedComplaint)uponSharonSchneier, the Managing Partner of Davis WrightTremaine LLP.

3. Uponarrival,Imetthemalereceptionistwhocalled DavisWright Tremaine, LLP. (I did not get his name).HecalledDavisWrightTremaine,LLPtoalertthemthat"there was a lady in the lobby to serve papers."WhileIwaswaitingforsomeonetocomedowntocollect the papers, the phone rang - it was SharonSchneiertotalktome.TheReceptionisttoldmeitwasSharon Schneier, Managing Partner of DavisWrightTremainetospeakwithme.SheaskedmewhoIwas, what kind of papers I had, if I knewthecontent.IrespondedtellingherthatKateBolgerandLindsey Cherner would be familiar with the caseandsheshouldaskthem.Ihungupthephone.Approximately 5 to 7 mins later Suzanne Alenick,Esq.,LeadAttorney,ManagingClerk'sOfficearrivedinthe lobby, and I was able to serve the papers.

4. DuringthisencounterwithSharonSchneier,Iwassubjectedto a series of questions regarding my identity,thespellingofmyname,mypurposeforbeingatthefirm, and whom I represented.

5. I foundthenatureandtoneofthisquestioningtobeintimidating and interrogatory. As a person performingastandardlegaltask,Ifeltthatthis"grilling"wasintended to intimidate me and obstruct the straightforward deliveryoflegaldocuments.

6.Despitethisatmosphereofintimidation,Isuccessfullydelivered the documents to Ms. Alenick as authorized agent for the Plaintiff, Sonya Shaykhoun, Esq.

IdeclareunderpenaltyofperjuryunderthelawsoftheUnitedStates of America that the foregoing is true andcorrect.

Executed on: May 4, 2026
New York, New York

/s/ Mary Shakun

Mary Shakun,
825 West End Ave.
New York, NY 10025