UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SONYA SHAYKHOUN, ESQ.

       Plaintiff,

                                 Civil Action No.
                                 1: 24-cv-09978-ALC

                                 AFFIRMATION OF SERVICE

v.

THEDAILYMAIL ET AL.
                                 Date Filed: May 3, 2026

       Defendants.

----------------------------------------------------------------x

AFFIRMATION OF SERVICE

SONYA SHAYKHOUN, an attorney admitted to practice in the courts of the State of New York and the Southern District of New York, affirms the following to be true under the penalty of perjury:

1. I am the Plaintiff *Pro Se* in the above-captioned matter.

2. At 1:45 PM on April 29, 2026, service of the Summons and Third Amended Complaint was effectuated at Ballard Spahr LLP, 1675 Broadway, New York, NY 10019. The documents were delivered to Lisa Appel, who identified herself as being authorized to accept service on behalf of Marjorie J. Peerce, Esq., Managing Partner at Defendant Ballard Spahr LLP. Said service was performed by Mary Shakun, a person over the age of 18 and not a party to this action.

1

3. The individual served, Lisa Appel, is described as follows:

     a. Sex: Female;

     b. Color of Skin: White;

     c. Color of Hair: Black;

     d. Approximate Age: 45-ish;

     e. Approximate Height: 5'6"; and

     f. Approximate Weight: 150 lbs.

4. I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 3, 2026
    New York, NY

               */s/ Sonya Shaykhoun,Esq.*
               Sonya Shaykhoun, Esq.
               Law Offices of Sonya Shaykhoun, Esq.
               825 West End Avenue,
               New York, NY 10025
               Email: sonya@shaykhounlaw.com
               Tel: 929-996-5662 | 929-408-4531