**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SONYA HASHIM SHAYKHOUN, ESQ.,

                    Plaintiff,

-against-

AL JAZEERA MEDIA NETWORK, et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 24 Civ. 9978 (ALC)

ECF Case

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Jacquelyn N. Schell, undersigned counsel with Ballard Spahr LLP, hereby enters her appearance as counsel in this civil action on behalf of Defendants Ballard Spahr LLP, Thomas Sullivan, Esq., and Saumya Vaishampayan, Esq.  Any and all further correspondence directed to these defendants regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated:  May 6, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**

By:   */s/ Jacquelyn N. Schell*
    Jacquelyn N. Schell
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (646) 346-8048
Fax: (212) 223-1942
schellj@ballardspahr.com

*Attorneys for Defendants Ballard Spahr LLP,*
*Thomas Sullivan, Esq., and Saumya*
*Vaishampayan, Esq.*