1:2024-cv-09978-ALC

Notice of Correction
May 7, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

**SONYA SHAYKHOUN, ESQ.**

      **Plaintiff,**

                                  **Civil Action No.**
                                  **1: 24-cv-09978-ALC**

**v.**                                      **NOTICE**

**THE DAILY MAIL ET AL.**             **Date Filed: May 7, 2026**

      **Defendants.**

--------------------------------------------------------------x

**PLAINTIFF'S NOTICE OF CORRECTION REGARDING EXHIBIT A TO**
**THE APRIL 29, 2026, FILING**

Plaintiff Sonya Shaykhoun respectfully submits this Notice to correct a clerical error in the filing submitted on April 29, 2026 (ECF No. 92).

1.     **The Error:** Due to a clerical oversight, the document uploaded as Exhibit A (*Proposed Letter Motion for Alternate Service, Expedited Discovery & Court-Supervised Discovery*) was a duplicate of the primary letter seeking leave to file the Letter Motion.

2.     The Correction: Plaintiff hereby submits the correct document intended for Exhibit A – the *Proposed Letter Motion for Alternate Service, Expedited Discovery & Court-Supervised Discovery* – which is attached hereto as Corrected Exhibit A.

3.   **The Purpose:** This filing ensures the integrity of the forensic record and provides the Court with the correct April 29 draft Letter-Motion requesting Alternate Service, Expedited Discovery & Court Supervised Discovery.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 7, 2026
        New York, NY

*/s/ Sonya Shaykhoun, Esq.*
Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue,
New York, NY 10025
Email: sonya@shaykhounlaw.com
Tel: 929-996-5662 | 929-408-4531

2