1:2024-cv-09978-ALC

Notice of Supplemental Evidence
May 6, 2026

# EXHIBIT A:
# THOMAS SULLIVAN, ESQ.'S OUTREACH REGARDING VISCOUNT ROTHERMERE'S WAIVER OF SERVICE (APRIL 14, 2026)



Service on Viscount Rothermere    Summarize

Sullivan, Thomas B.<SullivanT@ballardspahr.com>

To: ⊗ Sonya Shaykhoun                                    Tue 4/14/2026 12:31 PM

Cc: Vaishampayan, Saumya <vaishampayans@ballardspahr.com>

Dear Ms. Shaykhoun,

We represent Viscount Rothermere in connection with your newly asserted claims against him.  Viscount Rothermere would be willing to waive formal service of the summons if you request him to do so under Rule 4, and provide us with waiver form (https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-1.pdf) which we will execute and return to you.

**THOMAS B. SULLIVAN**
He/Him/His

**O** 212.850.6139 | **F** 212.223.1942 | VCARD
sullivant@ballardspahr.com
New York, NY

**www.ballardspahr.com** | **LinkedIn**

Reply        Reply all        Forward