1:2024-cv-09978-ALC

Notice of Supplemental Evidence
May 6, 2026

# EXHIBIT B: JACQUELINE N. SCHELL, ESQ.'S OUTREACH REGARDING VISCOUNT ROTHERMERE'S WAIVER OF SERVICE (APRIL 27, 2026)

 Outlook

---

**Shaykhoun v. The Daily Mail, et al., No. 1:24-cv-09978-ALC (SDNY)**

---

**From** Schell, Jacquelyn N. <SchellJ@ballardspahr.com>
**Date** Mon 4/27/2026 10:10 PM
**To** Sonya Shaykhoun <sonya@shaykhounlaw.com>

Good evening, Ms. Shaykhoun,

I will be representing Ballard Spahr, Mr. Sullivan, and Ms. Vaishampayan in the above-referenced lawsuit.   I am writing to offer to accept service of the amended summons and the operative Third Amended Complaint (Dkt. 78) on their behalf pursuant to the waiver of service provisions of Fed. R. Civ. P. 4(d).

If you will send a Rule 4 waiver of service (link, for convenience), I'll be happy to sign and return it.

Apologies if you are receiving this email twice – I sent it a minute ago with the complaint attached, and it was rejected due to file size.

Thank you,
Jacquelyn



**Jacquelyn N. Schell**
She/Her/Hers

**O** 646.346.8048 | VCARD
schellj@ballardspahr.com
New York, NY

**www.ballardspahr.com | LinkedIn**