UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONYA HASHIM SHAYKHOUN, ESQ.,

          Plaintiff,

v.

AL JAZEERA MEDIA NETWORK, et al.,

          Defendants.

Civil Action No. 1:24-cv-09978-ALC

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for Defendants Davis Wright Tremaine LLP, Katherine M. Bolger, Esq., and Lindsey B. Cherner, Esq. (collectively the "DWT Defendants") in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated: May 7, 2026

          Respectfully submitted,

          DAVIS WRIGHT TREMAINE LLP

          By: */s/ Lindsey B. Cherner*
              Lindsey B. Cherner

          (N.Y. Bar No. 5571534)
          1251 Avenue of the Americas, 42nd Floor
          New York, New York 10020
          Telephone:    (212) 402-4093
          Facsimile:    (212) 489-8340

          *Attorney for the DWT Defendants*