UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                   :

SONYA SHAYKHOUN, ESQ.         :

                                   :

          *Plaintiff*,         :  Case No. 1:24-CV-9978-ALC

v.                             :

                                   :  **NOTICE OF APPEARANCE**

THE DAILY MAIL, DAILYMAIL.COM,  :
DAILY MAIL AND GENERAL TRUST PLC  :
("DMGT"), NOA HALFF, THE DAILY BEAST:
COMPANY LLC ("TDB"), AMANDA J.  :
MCDOUGALL (A/K/A AK MCDOUGALL),  :
BEN SHERWOOD, JOANNA COLES, IAC  :
INC. ("IAC"), TRACY CONNOR, BARRY  :
DILLER, BEVAN HURLEY, THE
INDEPENDENT, GEORGIE GREIG, LOUISE
THOMAS, RICHARD BEST

         *Defendants*.
------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

Please enter the appearance of Sara Tesoriero as counsel of record in this case for

Defendants Cameron Stracher, Esq. and Cameron Stracher, PLLC (incorrectly sued herein as

"The Law Firm . . . Cameron Stracher, Esq.").  I certify that I am admitted to practice in, and a

member of good standing of, this Court.

Dated: May 8, 2026        Respectfully submitted,
      New York, NY

                           */s/ Sara C. Tesoriero*
                           Sara C. Tesoriero
                           CAMERON STRACHER, PLLC
                           1133 Broadway, Suite 516
                           New York, NY 10010
                           Tel:   (646) 992-3850
                           Fax:   (646) 992-4241
                           Email: sara@stracherlaw.com

                           *Attorney for The Independent Defendants, Cameron Stracher, PLLC, and Cameron Stracher*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026 , a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was filed with the Court through the ECF-CM electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.


_/s/  Sara C. Tesoriero_____
Sara C. Tesoriero