UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                       :

SONYA SHAYKHOUN, ESQ.              :
                                         :

          *Plaintiff*,         :  Case No. 1:24-CV-9978-ALC
v.                                :
                                 :  **NOTICE OF APPEARANCE**

THE DAILY MAIL, DAILYMAIL.COM,   :
DAILY MAIL AND GENERAL TRUST PLC  :
("DMGT"), NOA HALFF, THE DAILY BEAST:
COMPANY LLC ("TDB"), AMANDA J.    :
MCDOUGALL (A/K/A AK MCDOUGALL),  :
BEN SHERWOOD, JOANNA COLES, IAC  :
INC. ("IAC"), TRACY CONNOR, BARRY  :
DILLER, BEVAN HURLEY, THE       :
INDEPENDENT, GEORGIE GREIG, LOUISE :
THOMAS, RICHARD BEST          :
                                 :
          *Defendants*.      :
------------------------------------------------------------ X

To the Clerk of this Court and all parties of record:

Please enter the appearance of Cameron Stracher as counsel of record in this case for

Defendants Cameron Stracher, Esq. and Cameron Stracher, PLLC (incorrectly sued herein as

"The Law Firm . . . Cameron Stracher, Esq.").  I certify that I am admitted to practice in, and a

member of good standing of, this Court.

Dated: May 8, 2026          Respectfully submitted,
      New York, NY

                              */s/ Cameron Stracher*
                              Cameron Stracher
                              CAMERON STRACHER, PLLC
                              1133 Broadway, Suite 516
                              New York, NY 10010
                              Tel:   (646) 992-3850
                              Fax:   (646) 992-4241
                              Email: cam@stracherlaw.com

                              *Attorney for The Independent Defendants, Cameron*
                              *Stracher, PLLC, and Cameron Stracher*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026 , a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was filed with the Court through the ECF-CM electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

_/s/  Cameron Stracher_____
Cameron Stracher