1:2024-cv-09978-ALC

Notice of Supplemental Evidence
May 11, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

**SONYA SHAYKHOUN, ESQ.**

        **Plaintiff,**

                                **Civil Action No.**
                                **1: 24-cv-09978-ALC**

**v.**                                   **NOTICE**

**THE DAILY MAIL ET AL.**          **Date Filed: May 11, 2026**

        **Defendants.**

------------------------------------------------------------x

### PLAINTIFF'S NOTICE TO THE COURT REGARDING COURTESY COPIES (SUPPLEMENTAL EVIDENCE OF ACTUAL NOTICE VIA EMAIL ON APRIL 9, 12, & 13, 2026)

Pursuant to the Court's inherent power to manage its docket and in the interest of transparency, the Plaintiff, appearing *pro se* as a New York-licensed attorney, hereby submits this **Chronology of Actual Notice** to establish the forensic record establishing that the domestic and foreign Defendants possess Actual Notice of this action. The Daily Caller Defendants are actively participating in its defense, despite service not having been perfected.

| CHRONOLOGY OF ACTUAL NOTICE | | | | |
|---|---|---|---|---|
| No. | DATE | RECIPIENTS & EMAIL ADDRESS/ES | SUBJECT/ TOPIC | EXHIBIT/ ECF DOCKET |
| 1. | 04/09/26 | **Al Jazeera Media Network:** <br><br> Yousef Al Jaber, Senior Legal Counsel, Al Jazeera Media Network, Doha, Qatar <br><br> Email: jabery@aljazeera.net | Courtesy Copy – Service of Process | Exhibit A |
| 2. | 04/09/26 & 04/13/26[1] | **Pillsbury Winthrop Shaw Pittman LLP Defendants:** <br><br> Edward Flanders, Esq. (Managing Partner, Pillsbury New York City – HQ). <br><br> David Dekker, Esq. (Firmwide Chair, Pillsbury Washington D.C.). <br><br> Osama Abu Dehays, (Managing Partner, Pillsbury Doha, Qatar). <br><br> Debra Erni, (Former Managing Parter of Pillsbury London, now corporate partner at Holland & Knight, London, England). <br><br> Edward Perron (Former Firmwide Chair of Pillsbury, now retired Partner). <br><br> **Emails:** | Re: SERVICE OF PROCESS: Shaykhoun v. The Daily Caller et al. (1:24-cv-09978-ALC) | Exhibit B |

---

[1] On April 13, 2026, Pliaintiff sent an updated TAC to all Defendants under an email that was meant for ALC Chambers, but through a clerical error, omitted the ALC email address. Nonetheless, all Defendants received the email. Plaintiff is a solo practitioner performing the work of an entire litigation department without support. Defendants, on the other hand, have vast administrative support services, Plaintiff has prioritized the forensic integrity of the evidence over the aesthetics of the filing but strives to self-correct every time she errs.

| | | | | |
|---|---|---|---|---|
| | | Edward.flanders@pillsburylaw.com; David.dekker@pillsburylaw.com; Osama.dehays@pillsburylaw.com; Debra.Erni@hklaw;                and, edward.perron@pillsburylaw.com. | | |
| 3. | 04/09/26 & 04/13/26 | **The Daily Caller Defendants:**<br><br>Luke Rosiak (The journalist who wrote the August 3, 2019 "take-down" in The Daily Caller, now with The Daily Wire)<br><br>Ethan Barton (The Editor-in-Chief of The Daily Caller in 2019).<br><br>Elijah Moorman, CEO, The Daily Caller.<br><br>**Emails:**<br><br>lrosiak@dailywire.com; barton@freebeacon.com; and. elijah@dailycaller.com. | Re: SERVICE OF PROCESS: Shaykhoun v. The        Daily Caller  et  al. (1:24-cv-09978-ALC) | Exhibit C |
| 4. | 04/09/26 & 04/13/26 | **Davis Wright Tremaine (DWT) Defendants & Counsel for The Daily Beast Defendants:**<br><br>Katherine M. Bolger, Esq.; Lindsey B. Cherber, Esq.; Jaime   Drodz,   Esq.   (Firmwide Managing Partner, DWT); Sharon Schneier, Esq.<br><br>**Emails:**<br><br>katebolger@dwt.com; lindseycherner@dwt.com; jaimedrozd@dwt.com; and, sharonschneier@dwt.com. | Re: SERVICE OF PROCESS: Shaykhoun v. The        Daily Caller  et  al. (1:24-cv-09978-ALC) | Exhibit D |

| 5. | 04/09/26 & 04/13/26 | **Cameron Stracher, Esq., Defendant & Counsel for Independent Defendants:**<br><br>**Emails:**<br><br>cam@stracherlaw.com; and, sara@stracherlaw.com. | Re: SERVICE OF PROCESS: Shaykhoun v. The Daily Caller et al. (1:24-cv-09978-ALC) | Exhibit E |
|---|---|---|---|---|
| 6. | 04/09/26 & 04/13/26 | **Ballard Spahr Defendants & Counsel for Daily Mail Defendants:**<br><br>Thomas B. Sullivan, Esq. (Partner); Saumya Vaishampayan, Esq. (Associate); Marjorie Peerce, Esq. (Managing Attorney, Ballard Spahr, New York office).<br><br>**Emails:**<br><br>sullivant@ballardspahr.com; vaishampayans@ballardspahr.com; peercem@ballardspahr.com. | Re: SERVICE OF PROCESS: Shaykhoun v. The Daily Caller et al. (1:24-cv-09978-ALC) | Exhibit F |
| 7. | 04/12/26 | **AL Jazeera Media Network (AJMN), Doha, Qatar**<br><br>AJMN Legal Department<br><br>Email: legal@aljazeera.net | Re: SERVICE OF PROCESS: Shaykhoun v. The Daily Caller et al. (1:24-cv-09978-ALC) | Exhibit G |
| 8. | 04/14/26 | **Viscount Rothermere:**<br><br>Thomas Sullivan, Esq. emailed Plaintiff to offer a waiver of formal service under Rule 4 (proving the Viscount had actual notice). | Re: Service of Viscount Rothermere | Exhibit H |

| 9. | 04/21/26 | **The Daily Caller News Foundation**<br><br>Charles Glasser, Jr., Esq. emailed Plaintiff about The Daily Caller | "Please call me w/r/t Daily Caller" | Exhibit I |
|---|---|---|---|---|
| 10. | 04/27/26 | **Viscount Rothermere:**<br><br>Jacquelyn N. Schell, Esq. of Ballard Spahr, emailed Plaintiff to offer waiver of service (Rule 4) in respect of Viscount Rothermere. | Shaykhoun v. The Daily Mail, et al., No. 1:24-cv-09978-ALC (SDNY) | Exhibit J |
| 11. | 02/29/26 | **Actual Service:**<br><br>Plaintiff effected physical service to the following NYC-based Defendants:<br>• Edward Flanders, Esq.<br>• Pillsbury Winthrop Shaw Pittman, LLp<br>• Davis Wright Tremaine, LLP<br>• Katherine M. Bolger, Esq.<br>• Lindsey B. Cherner, Esq.<br>• Ballard Spahr, LLP<br>• Thomas Sullivan, Esq.<br>• Saumya Vaishampayan, Esq.<br><br>Service to Cameron Stracher, Esq. failed as he was not in the office and no one was in the office to receive service. | Shaykhoun v. The Daily Mail, et al., No. 1:24-cv-09978-ALC (SDNY) | ECF Dct. 99 - 104 |
| 12. | 05/04/26 | **The Daily Caller, The Daily Caller News Foundation**<br><br>Jay Wolman, Esq., entered his appearance on behalf of The Daily Caller and The Daily Caller News Foundation. | ECF Notification: Activity in Case 1:24-cv-09978-ALC Shaykhoun v. The Daily Mail et al Notice of Appearance | Exhibit K |

## II. STATEMENT OF FORENSIC INTEGRITY

1.    **Direct Communication:**  Each communication listed above was successfully transmitted to the verified professional email nodes of the respective counsel or corporate headquarters.

2.    **RICO Association-in-Fact Enterprise:** Plaintiff alleges that Defendants operate as a coordinated RICO Association-in-Fact Enterprise (the "Enterprise") under 18 U.S.C. § 1961(4), functioning as a continuing unit with the common purpose of concealing licensure fraud and executing the "Doxing Protocol." Under established RICO doctrine, Actual Notice provided to the "Control Node" (Pillsbury) and the "Operational Nodes" (the Media Defendants and their respective Counsel) constitutes Actual Notice to the Enterprise as a whole. Because the Enterprise is defined by the "Relationships among those associated" and a "Shared Logic" of concealment, the individual Defendants cannot claim procedural ignorance while their co-conspirators and legal agents are actively "in the room." The Chronology of Actual Notice provided herein demonstrates that the Enterprise principals – including the Pillsbury Defendants, *The Daily Caller* Defendants, and Al Jazeera Defendants – were successfully transmitted materials to their verified professional email addresses. Within a hub-and-spoke Association-in-Fact, the proof of Actual Notice to the agents responsible for the "Manner and Means" of the racketeering activity is functionally and legally sufficient to satisfy the requirements of Due Process and Rule 4.

3.    **Absence of Response:** As at the time of submission on May 11, 2026, despite the documented receipt of the underlying claims, the following Defendants have

failed to enter a Notice of Appearance or otherwise engage with the Court's docket: The Pillsbury Defendants; Defendants Luke Rosiak, Ethan Barton, and John Hawley who are among The Daily Caller Defendants; and, Al Jazeera Media Network.

4.    **Substance over Form:** Any administrative friction in the Plaintiff's delivery of these notices – including minor routing errors – was promptly self-corrected and does not negate the Actual Notice provided to the Defendants' principals and agents.

## III. CONCLUSION

Under Rule 4(f)(3), the Court has broad discretion to authorize alternate service when a party has actual notice. The Defendants' direct engagement with Plaintiff proves that the "dignity" of formal international treaties is being used here solely as a tool for spoiliation and delay. Plaintiff respectfully requests the Court grant her pending Motion for Alternate Service immediately, as the Defendants are already "in the room."

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  May 11, 2026
       New York, NY

/s/ Sonya Shaykhoun,Esq.
Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue,
New York, NY 10025
Email: sonya@shaykhounlaw.com
Tel: 929-996-5662 | 929-408-4531