1:2024-04478-ALC                                        May 11, 2026

# EXHIBIT I: EMAIL FROM CHARLES GLASSER, JR., ESQ., ABOUT THE DAILY CALLER, APRIL 21, 2026, EMAIL TO PLAITNIFF OFFERING A WAIVER OF FORMAL SERVICE

 Outlook

---

**Please call me w/r/t Daily Caller**

---

**From** Charles Glasser <charlesglasseresq@gmail.com>

**Date** Tue 4/21/2026 12:06 PM

**To**    Sonya Shaykhoun <sonya@shaykhounlaw.com>

Ms. Shaykhoun:

I'm outside counsel for The Daily Caller News Foundation. Could you be so kind as to give me a call? I'm at 973-666-6270.

Charles Glasser, Jr., Esq.