**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

SONYA HASHIM SHAYKHOUN, ESQ.,                :

                                                                          :    No. 24 Civ. 9978 (ALC)

                    Plaintiff,                                   :

                                                                          :    ECF Case

-against-                                                        :

                                                                          :    **NOTICE OF APPEARANCE**

AL JAZEERA MEDIA NETWORK, DAVID T.       :
DEKKER, ESQ., EDWARD FLANDERS, ESQ.,       :
EDWARD A. PERRON, ESQ., OSAMA ABU           :
DEHAYS, PILLSBURY WINTHROP SHAW            :
PITTMAN LLP, DEBRA ERNI, ETHAN BARTON,    :
JOHN HAWLEY, LUKE ROSIAK, THE DAILY       :
CALLER NEWS FOUNDATION, THE DAILY         :
MAIL, DAILYMAIL.COM, DAILY MAIL AND       :
GENERAL TRUST PLC, NOA HALFF,                  :
JOHNATHAN HARMSWORTH, THE DAILY          :
BEAST COMPANY LLC, AMANDA J.                   :
MCDOUGALL, BEN SHERWOOD, JOANNA           :
COLES, IAC INC., TRACY CONNOR, BARRY       :
DILLER, BEVAN HURLEY, THE INDEPENDENT,  :
GEORDIE GREIG, LOUISE THOMAS, RICHARD    :
BEST, BALLARD SPAHR LLP, THOMAS              :
SULLIVAN, ESQ., SAUMYA VAISHAMPAYAN,    :
ESQ., CAMERON STRACHER, ESQ., DAVIS         :
WRIGHT TREMAINE LLP, KATHERINE M.          :
BOLGER, LINDSEY B. CHERNER,                      :

                                                                          :

                    Defendants.                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

To the Clerk of this Court and all parties of record:

     **PLEASE TAKE NOTICE,** Thomas B. Sullivan, undersigned counsel with Ballard

Spahr LLP, hereby enters his appearance as counsel in this civil action on behalf of Defendant

Jonathan Harmsworth.  Any and all further correspondence directed to this individual regarding

this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated: May 12, 2026             Respectfully submitted,

**BALLARD SPAHR LLP**

By:   */s/ Thomas B. Sullivan*
    Thomas B. Sullivan
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6139
Fax: (212) 223-1942
sullivant@ballardspahr.com

*Attorneys for Defendants The Daily Mail, Dailymail.com, Daily Mail and General Trust PLC, Noa Halff and Jonathan Harmsworth*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all parties of record in the case.

*/s/ Thomas B. Sullivan*
Thomas B. Sullivan