**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

SONYA HASHIM SHAYKHOUN, ESQ.,

                        Plaintiff,

       -against-

AL JAZEERA MEDIA NETWORK, DAVID T.
DEKKER, ESQ., EDWARD FLANDERS, ESQ.,
EDWARD A. PERRON, ESQ., OSAMA ABU
DEHAYS, PILLSBURY WINTHROP SHAW
PITTMAN LLP, DEBRA ERNI, ETHAN BARTON,
JOHN HAWLEY, LUKE ROSIAK, THE DAILY
CALLER NEWS FOUNDATION, THE DAILY
MAIL, DAILYMAIL.COM, DAILY MAIL AND
GENERAL TRUST PLC, NOA HALFF,
JOHNATHAN HARMSWORTH, THE DAILY
BEAST COMPANY LLC, AMANDA J.
MCDOUGALL, BEN SHERWOOD, JOANNA
COLES, IAC INC., TRACY CONNOR, BARRY
DILLER, BEVAN HURLEY, THE INDEPENDENT,
GEORDIE GREIG, LOUISE THOMAS, RICHARD
BEST, BALLARD SPAHR LLP, THOMAS
SULLIVAN, ESQ., SAUMYA VAISHAMPAYAN,
ESQ., CAMERON STRACHER, ESQ., DAVIS
WRIGHT TREMAINE LLP, KATHERINE M.
BOLGER, LINDSEY B. CHERNER,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

No. 24 Civ. 9978 (ALC)

ECF Case

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE,** Saumya K. Vaishampayan, undersigned counsel with

Ballard Spahr LLP, hereby enters her appearance as counsel in this civil action on behalf of

Defendant Jonathan Harmsworth.  Any and all further correspondence directed to this individual

regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated: May 12, 2026                          Respectfully submitted,

                                   **BALLARD SPAHR LLP**

                                   By:   */s/ Saumya K. Vaishampayan*
                                      Saumya K. Vaishampayan
                                   1675 Broadway, 19th Floor
                                   New York, NY 10019
                                   Tel: (646) 346-8036
                                   Fax: (212) 223-1942
                                   vaishampayans@ballardspahr.com

                                   *Attorneys for Defendants The Daily Mail,*
                                   *Dailymail.com, Daily Mail and General*
                                   *Trust PLC, Noa Halff and Jonathan*
                                   *Harmsworth*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all parties of record in the case.

*/s/ Saumya K. Vaishampayan*
Saumya K. Vaishampayan