**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

SONYA HASHIM SHAYKHOUN, ESQ.,

                                 Plaintiff,

        -against-

AL JAZEERA MEDIA NETWORK, DAVID T.
DEKKER, ESQ., EDWARD FLANDERS, ESQ.,
EDWARD A. PERRON, ESQ., OSAMA ABU
DEHAYS, PILLSBURY WINTHROP SHAW
PITTMAN LLP, DEBRA ERNI, ETHAN BARTON,
JOHN HAWLEY, LUKE ROSIAK, THE DAILY
CALLER NEWS FOUNDATION, THE DAILY
MAIL, DAILYMAIL.COM, DAILY MAIL AND
GENERAL TRUST PLC, NOA HALFF,
JOHNATHAN HARMSWORTH, THE DAILY
BEAST COMPANY LLC, AMANDA J.
MCDOUGALL, BEN SHERWOOD, JOANNA
COLES, IAC INC., TRACY CONNOR, BARRY
DILLER, BEVAN HURLEY, THE INDEPENDENT,
GEORDIE GREIG, LOUISE THOMAS, RICHARD
BEST, BALLARD SPAHR LLP, THOMAS
SULLIVAN, ESQ., SAUMYA VAISHAMPAYAN,
ESQ., CAMERON STRACHER, ESQ., DAVIS
WRIGHT TREMAINE LLP, KATHERINE M.
BOLGER, LINDSEY B. CHERNER,

                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

No. 24 Civ. 9978 (ALC)

ECF Case

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated

May 12, 2025, Declaration of Thomas B. Sullivan dated May 12, 2026 and accompanying

exhibits, all prior pleadings and proceedings hereto, and any other arguments or materials that

the Court may consider before this motion is taken under submission by this Court, Defendants

The Daily Mail, Dailymail.com, Daily Mail and General Trust PLC, Noa Halff and Jonathan

Harmsworth (the "Daily Mail Defendants") and Defendants Ballard Spahr LLP, Thomas Sullivan, Esq. and Saumya Vaishampayan, Esq. (the "Ballard Spahr Defendants") hereby respectfully move this Court, before the Honorable Andrew L. Carter Jr., United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order dismissing the Third Amended Complaint in this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as the Court may deem just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated April 21, 2026, Plaintiff's answering papers must be filed by June 16, 2026, and reply papers must be filed by June 30, 2026.

Dated: May 12, 2026                              Respectfully submitted,

**BALLARD SPAHR LLP**

By:   */s/ Thomas B. Sullivan*
Thomas B. Sullivan
Saumya K. Vaishampayan
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6139
Fax: (212) 223-1942
sullivant@ballardspahr.com
vaishampayans@ballardspahr.com

*Attorneys for Daily Mail Defendants*

Jacquelyn N. Schell
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942
schellj@ballardspahr.com

*Attorneys for Ballard Spahr Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all parties of record in the case.

_/s/ Thomas B. Sullivan_
Thomas B. Sullivan