**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

SONYA HASHIM SHAYKHOUN, ESQ.,

                                Plaintiff,

          -against-

AL JAZEERA MEDIA NETWORK, DAVID T. DEKKER, ESQ., EDWARD FLANDERS, ESQ., EDWARD A. PERRON, ESQ., OSAMA ABU DEHAYS, PILLSBURY WINTHROP SHAW PITTMAN LLP, DEBRA ERNI, ETHAN BARTON, JOHN HAWLEY, LUKE ROSIAK, THE DAILY CALLER NEWS FOUNDATION, THE DAILY MAIL, DAILYMAIL.COM, DAILY MAIL AND GENERAL TRUST PLC, NOA HALFF, JOHNATHAN HARMSWORTH, THE DAILY BEAST COMPANY LLC, AMANDA J. MCDOUGALL, BEN SHERWOOD, JOANNA COLES, IAC INC., TRACY CONNOR, BARRY DILLER, BEVAN HURLEY, THE INDEPENDENT, GEORDIE GREIG, LOUISE THOMAS, RICHARD BEST, BALLARD SPAHR LLP, THOMAS SULLIVAN, ESQ., SAUMYA VAISHAMPAYAN, ESQ., CAMERON STRACHER, ESQ., DAVIS WRIGHT TREMAINE LLP, KATHERINE M. BOLGER, LINDSEY B. CHERNER,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

No. 24 Civ. 9978 (ALC)

ECF Case

**DECLARATION OF THOMAS B. SULLIVAN IN SUPPORT OF DAILY MAIL DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

THOMAS B. SULLIVAN, pursuant to 28 U.S.C. § 1746, states as follows:

1.      I am a partner with the law firm of Ballard Spahr LLP, counsel for Defendants The Daily Mail, Dailymail.com, Daily Mail and General Trust PLC, Noa Halff and Jonathan Harmsworth (collectively, "Daily Mail Defendants"). I have personal knowledge of the matters stated herein. I submit this declaration in support of the Motion to Dismiss the Third Amended

Complaint filed by the Daily Mail Defendants along with Defendants Ballard Sphar LLP,

Thomas Sullivan, Esq., and Saumya Vaishampayan, Esq.

2.      Annexed hereto as **Exhibit A** is a true and correct copy of the Affirmation in

Support of Notice to Waive Court Costs, Fees, and Expenses, NYSCEF Doc. No. 70, which was

filed by Plaintiff in *Shaykhoun v. The Daily Mail*, No. 100558/2024 (Sup. Ct. N.Y. Cnty.) (the

"State Court Action").

3.      Annexed hereto as **Exhibit B** is a true and correct copy of the Decision + Order

on Motion, NYSCEF Doc. No. 77, which was issued by Justice James d'Auguste in the State

Court Action on April 10, 2026.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: May 12, 2026
New York, New York


                              */s/  Thomas B. Sullivan*
                              Thomas B. Sullivan

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all parties of record in the case.

/s/ *Thomas B. Sullivan*
Thomas B. Sullivan