# Exhibit B

FILED: NEW YORK COUNTY CLERK 04/10/2026 01:17 PM
NYSCEF DOC. NO. 77

INDEX NO. 100558/2024
RECEIVED NYSCEF: 04/10/2026

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

**PRESENT:**    **Hon. James E. d'Auguste**                          **PART 55**

*Justice*

-------------------------------------------------------------------------------X

SONYA SHAYKHOUN,

|  |  |
|---|---|
| **INDEX NO.** | 100558/2024 |
| **MOTION DATE** | 10/19/2025 |
| **MOTION SEQ. NO.** | 007 |

Plaintiff,

- v -

THE DAILY MAIL, DAILYMAIL.COM, DAILY MAIL AND
GENERAL TRUST PLC, NOA HALFF, THE DAILY BEAST
COMPANY LLC, AJ MCDOUGALL, BEN SHERWOOD,
JOANNA COLES, INTERACTIVECORP, BARRY DILLER,

**DECISION + ORDER ON MOTION**

Defendants.

-------------------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 007) 69, 70, 71, 72, 73
were read on this motion to/for                                 FEE WAIVER                                 .

Plaintiff's motion for an order pursuant to CPLR 1101 directing the clerk to waive fees

associated with filing a motion for sanctions is denied.

Inherent in granting an order to waive fees is a finding that the movant's anticipated

claim for relief has potential merit, as courts have routinely held that a gatekeeping analysis to

protect the public fisc from frivolous litigation is constitutionally permissible. *See, e.g., Bonez v.*

*McGinnis*, 305 A.D2d 814, 815 (3d Dept. 2003 (collecting authorities and finding that CPLR

Art. 11 is constitutional).  Functionally, the Court finds that the standard in considering an

application to waive fees for a motion is equivalent to the standard in considering a proposed

order to show cause "the court must look…at the relief requested and the authority of the person

seeking such relief to do so, and then ascertain if under the set of facts most favorable to the

movant the relief could be granted." *Zarate v. A&E Tiebout Realty LLC*, 79 Misc. 3d 1207(A),

*1 (Civ. Ct., Bronx Co. 2023) (quotation and citation omitted).

FILED: NEW YORK COUNTY CLERK 04/10/2026 01:17 PM
NYSCEF DOC. NO. 77

INDEX NO. 100558/2024
RECEIVED NYSCEF: 04/10/2026

Movant's papers offer no facial basis to grant the relief sought.  Movant – who while appearing self-represented in this action, is an attorney and thus not subject to the grace normally afforded pro se litigants – seeks leave to file a fee-free motion for sanctions against defendants apparently in connection to defendants' motion for anti-SLAPP remedies that were denied without prejudice in Motion Seq. No. 005.[1]  (Decision and Order, NYCSFE Doc. No. 68).  However, particularly given that defendants' motion was denied without prejudice, there is no basis upon which to find that defendants' motion practice was frivolous now.  Furthermore, given the well-known and high burden necessary in this Department to award sanctions for frivolous conduct, plaintiff's proposed sanctions motion is itself ill-founded.

Accordingly, it is

ORDERED that plaintiff's motion to waive fees is denied.

This constitutes the Decision and Order of the Court.

| **4/10/2026** | | | | | |
|---|---|---|---|---|---|
| **DATE** | | | | **James d'Auguste, J.S.C.** | |
| CHECK ONE: | X | CASE DISPOSED | | NON-FINAL DISPOSITION | |
| | | GRANTED | X  DENIED | GRANTED IN PART | OTHER |
| APPLICATION: | | SETTLE ORDER | | SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | REFERENCE |

---

[1] While representing herself, plaintiff is reminded that a lawyer's role is to serve as counselor as much as advocate, and a client's insistence in commencing a case does not excuse a lawyer from following the long-known principal that Elihu Root espoused long ago that "about half of the practice of a decent lawyer is telling would-be clients that they are damned fools and should stop."  *McCandless v. Great Atlantic & Pacific Tea Co.*, 697 F.2d 198, 201-202 (7th Cir. 1983).

**100558/2024  SHAYKHOUN, SONYA vs. THE DAILY MAIL**
**Motion No.  007**

Page 2 of 2