UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                                                      :
SONYA SHAYKHOUN, ESQ.,                                :
                                                      :
                                    Plaintiff,        :    Case No. 1:24-CV-9978-ALC
v.                                                    :
                                                      :    **NOTICE OF MOTION**
THE DAILY MAIL, DAILYMAIL.COM,                        :
DAILY MAIL AND GENERAL TRUST PLC ("DMGT"), :
NOA HALFF, THE DAILY BEAST COMPANY LLC                :
("TDB"), AMANDA J. MCDOUGALL (A/K/A AK                :
MCDOUGALL), BEN SHERWOOD, JOANNA COLES,               :
IAC INC. ("IAC"), TRACY CONNOR, BARRY DILLER, :
BEVAN HURLEY, THE INDEPENDENT, GEORGIE               :
GREIG, LOUISE THOMAS, RICHARD BEST                    :
                                                      :
                                    Defendants.       :
------------------------------------------------------------------------ x

   PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(b)(6), and upon the

accompanying Memorandum of Law and accompanying exhibit, the Third Amended Complaint

and exhibits attached thereto, and all the pleadings and papers previously filed herein, defendants

Independent Digital News and Media Limited (sued incorrectly herein as "The Independent"),

Bevan Hurley, Geordie Greig (sued incorrectly herein as "Georgie Greig"), Louise Thomas, and

Richard Best (collectively, "The Independent Defendants"), and Cameron Stracher  and

Cameron Stracher, PLLC (sued incorrectly herein as "The Law Firm…Cameron Stracher,

Esq.,") (collectively, the "Stracher Defendants") respectfully move this court, before The

Honorable Andrew L. Carter, Jr., United States District Judge, at the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, NY 10007, for an order dismissing Plaintiff's

Third Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6),

and for such other relief as the Court may deem just and proper.

Please be advised that, pursuant to the Court's Order at ECF No. 88, opposition papers, if any, must be electronically filed on or before June 16, 2026.

Dated:   May 12, 2026

Respectfully submitted,

/s/ *Cameron Stracher*
Cameron Stracher
Sara C. Tesoriero
CAMERON STRACHER, PLLC
1133 Broadway, Suite 516
New York, NY 10010
Tel: 646.992.3850
Fax: 646.992.4241
cam@stracherlaw.com
sara@stracherlaw.com

*Attorneys for The Independent Defendants and Stracher Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2026, I caused a true copy of the foregoing to be served on all counsel of record via ECF.

/s/ *Sara C. Tesoriero*
Sara C. Tesoriero, Esq.