**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

SONYA SHAYKHOUN, ESQ.,

           Plaintiff,

v.

AL JAZEERA MEDIA NETWORK, et al.,

           Defendants.

Civil Action No. 1:24-cv-09978-ALC

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law, Declaration of Katherine M. Bolger dated May 12, 2026, and all of the prior pleadings and proceedings hereto, Defendants The Daily Beast Company LLC, AJ McDougall, Ben Sherwood, Joanna Coles, IAC Inc., Tracy Connor, and Barry Diller (collectively the "DB Defendants") and Defendants Davis Wright Tremaine LLP, Katherine M. Bolger, Esq., and Lindsey B. Cherner, Esq. (collectively the "DWT Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Andrew L. Carter Jr., United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order dismissing the Third Amended Complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), for the DB and DWT Defendants' attorneys' fees and costs pursuant to 17 U.S.C. § 505, N.Y. Civil Rights Law § 70-a, and 28 U.S.C. § 1927, and for such other and further relief as the Court may deem just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order dated April 21, 2026, Plaintiff's Opposition must be filed by June 16, 2026, and the DB and DWT Defendants' Reply must be filed by June 30, 2026.

Dated: May 12, 2026
   New York, New York

         Respectfully submitted,

         DAVIS WRIGHT TREMAINE LLP

         Katherine M. Bolger
         Lindsey B. Cherner
         DAVIS WRIGHT TREMAINE LLP
         1251 Avenue of the Americas, 42nd Floor
         New York, New York 10020
         Telephone: (212) 489-8230
         Facsimile: (212) 489-8340
         katebolger@dwt.com
         lindseycherner@dwt.com

         *Attorneys for the DB and DWT Defendants*