**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SONYA SHAYKHOUN, ESQ.,

Plaintiff,

v.

AL JAZEERA MEDIA NETWORK, et al.,

Defendants.

Civil Action No. 1:24-cv-09978-ALC

**DECLARATION OF KATHERINE M. BOLGER IN SUPPORT OF THE DB AND DWT**
**DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

I, Katherine M. Bolger, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, attorneys for The Daily Beast Company LLC, AJ McDougall, Ben Sherwood, Joanna Coles, IAC Inc., Tracy Connor, and Barry Diller (collectively the "DB Defendants") and Davis Wright Tremaine LLP, Katherine M. Bolger, Esq., and Lindsey B. Cherner, Esq. (collectively the "DWT Defendants") in the above-captioned matter.

2. I submit this declaration to provide some relevant factual background relevant to the DB and DWT Defendants' motion to dismiss Plaintiff's Third Amended Complaint.

3. *The Daily Beast* is a leading online media company that publishes news and analysis through its website, www.thedailybeast.com. Defendant AJ McDougall is a former reporter at *The Daily Beast*; in May 2023, she was *The Daily Beast*'s breaking news reporter. Defendant Ben Sherwood is *The Daily Beast*'s Publisher and Chief Executive Officer. Defendant Joanna Coles is *The Daily Beast*'s Chief Creative and Content Officer. Defendant Tracy Connor

is *The Daily Beast*'s former Editor-in-Chief.  Defendant IAC Inc. is a partial owner of *The Daily Beast*.  Defendant Barry Diller is the Chairman and Senior Executive of IAC.

4.       Davis Wright Tremaine LLP ("DWT") is a nationally recognized media law firm that has served as outside counsel for the DB Defendants in all state and federal court proceedings brought against them by Plaintiff.  I am a partner in DWT's media practice with over 24 years of media litigation experience and have served as lead counsel in both the state and federal actions. Lindsey B. Cherner, Esq., a senior associate in DWT's media practice for five years, has also served as counsel in both the state and federal actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2026
New York, New York

*/s/ Katherine M. Bolger*
Katherine M. Bolger

2