# Ballard Spahr
LLP

- - - - - - - - - - - - - - - - - - - -

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

Jacquelyn Schell
Tel: 646.446.8048
Fax: 212.223.1942
schellj@ballardspahr.com

May 18, 2026

*By Electronic Filing*

Hon. Andrew L. Carter Jr.
U.S. District Court, Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:  *Shaykhoun v. The Daily Mail et al.*, No. 24 Civ. 9978 (ALC) (S.D.N.Y.)

Dear Judge Carter:

We represent Defendants The Daily Mail, Dailymail.com, Daily Mail and General Trust PLC, Noa Halff, and Jonathan Harmsworth (collectively, the "Daily Mail Defendants") and Ballard Spahr LLP, Thomas Sullivan, and Saumya Vaishampayan (collectively, the "Ballard Spahr Defendants") in the above-captioned matter. We write on behalf of the Daily Mail Defendants, Ballard Spahr Defendants, and, with the consent of their counsel, on behalf of co-Defendants The Daily Beast Company LLC, AJ McDougall, Ben Sherwood, Joanna Coles, IAC Inc., Tracy Connor, Barry Diller, Independent Digital News and Media Limited (sued incorrectly herein as "The Independent"), Bevan Hurley, Geordie Greig, Louise Thomas, Richard Best, Davis Wright Tremaine LLP, Katherine M. Bolger, Lindsey B. Cherner, Cameron Stracher, PLLC, and Cameron Stracher (collectively, "Defendants"). We write in response to Plaintiff Sonya Shaykhoun's May 18, 2026 letter, which requests permission to file (1) a consolidated opposition of no more than 40 pages in response to the various defendants' dismissal motions and (2) an accompanying RICO Case Statement. Dkt. 129. Defendants do not oppose Plaintiff's request to file a single opposition brief of no more than 40 pages. However, this Court should reject Plaintiff's separate request to belatedly file a RICO Case Statement.

Since first filing her Third Amended Complaint ("TAC") on April 8, 2026, Plaintiff has repeatedly filed new iterations of this document. On April 23, 2026, Plaintiff submitted a letter asking this Court to accept a "Perfected" version of the TAC as the operative pleading. Defendants[1] consented to this request on the understanding that, as suggested by

---

[1] At the time, not all Defendants had been served.

Hon. Andrew L. Carter Jr.
May 18, 2026
Page 2

the word "Perfected," this was the final version of the TAC.  *See* Dkt. 90.  The Court so-ordered this request on April 28, 2026.  *See* Dkt. 91.  The Perfected TAC is the subject of Defendants' pending motions to dismiss.

In her letter, Plaintiff requests leave to file a supplemental RICO Case Statement "systematically chart[ing] the precise operational mechanics, funding nodes, and continuous timeline of the Enterprise." *See* Dkt. 129 at 2.  Plaintiff should not be allowed to again belatedly supplement her pleadings, particularly now that briefing is underway. "Defendants are entitled to have a single complaint they can move against, rather than contending with a moving target." *Newsome v. Gutierrez*, 2025 WL 4693968, at *1 (S.D.N.Y. May 6, 2025). Moreover, "it is axiomatic that the Complaint cannot be amended by the briefs in opposition to a motion to dismiss." *O'Brien v. Nat'l Prop. Analysts Partners,* 719 F. Supp. 222, 229 (S.D.N.Y. 1989).  If Plaintiff wished to include additional information about the alleged enterprise or other allegations relevant to her RICO claim, she should have done so in the Perfected TAC.  To allow her to further supplement the TAC now would be highly prejudicial to Defendants.  They should not be required to respond to brand new allegations in the limited space and time permitted for a reply.

For these reasons, the Defendants respectfully request that the Court deny Plaintiff's motion for leave to file a RICO Case Statement.

Respectfully submitted,

*/s/ Thomas Sullivan*

Thomas Sullivan

*/s/ Jacquelyn Schell*

Jacquelyn Schell

cc:    Plaintiff; all counsel of record (via ECF)