**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                  :
**SONYA SHAYKHOUN,**              :
                  :
             **Plaintiff,**  :     **1:24-cv-09978 (ALC)**
                  :
      **-against-**        :     **ORDER**
                  :
**THE DAILY MAIL, et al.,**     :
                  :
           **Defendants.**  :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On May 17, 2026, Plaintiff filed a letter motion seeking leave (i) to file a single, consolidated Omnibus Opposition Brief responding to all Defendants not to exceed 40 pages, and (ii) to concurrently submit an accompanying RICO Case Statement as a clarifying evidentiary appendix. *See* ECF No. 129. Letters were thereafter filed in response to this request from Defendnats in this action. *See* ECF Nos. 130, 131. The Court hereby **GRANTS** Plaintiff leave to file a single, consolidated opposition brief in response to Defendants' motions to dismiss, **not to exceed 40 pages.** Further, the Court **DENIES** Plaintiff's request to submit an accompanying RICO Case Statement, as Plaintiff has already been given the chance to file a Perfected Third Amended Complaint which included, in part, RICO claims that exceed the scope of the limited leave this Court granted Plaintiff to amend. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 129.

**SO ORDERED.**

Dated:    **May 20, 2026**
           **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**