**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

**SONYA SHAYKHOUN,**

                                   **Plaintiff,**

          -against-

**THE DAILY MAIL, et al.,**

                                   **Defendants.**

-------------------------------------------------------- x

**1:24-cv-09978 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On May 3, 2026, Plaintiff filed a supplemental letter motion requesting the Court permit

alternate service via electronic email for Defendant Cameron Stracher, Esq. *See* ECF No. 93. Mr.

Stracher is ordered to respond, indicating his position on service and this request.

**SO ORDERED.**

**Dated:    May 20, 2026**
          **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**