AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| SONYA HAKIM SHAYKHOUN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-09978 |
| AL JAZEERA MEDIA NETWORK, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PILLSBURY WINTHROP SHAW PITTMAN LLP AND EDWARD FLANDERS                     .


Date:     05/19/2026

/s/ Matthew D. Stockwell
*Attorney's signature*

Matthew D. Stockwell 4382081
*Printed name and bar number*

31 West 52 Street, New York, NY 10019


*Address*

matthew.stockwell@pillsburylaw.com
*E-mail address*

(212) 858-1000
*Telephone number*

(212) 881-9493
*FAX number*