ADMITTED IN:
NEW YORK
CONNECTICUT



LAW OFFICES OF
# CAMERON STRACHER
MEDIA AND ENTERTAINMENT LAW
**1133 BROADWAY, SUITE 516**
**NEW YORK, NY 10010**
————————
**(646) 992-3850**
**CAM@STRACHERLAW.COM**

WWW.STRACHERLAW.COM

May 20, 2026

**Via Electronic Filing**

Hon. Andrew L. Carter Jr.
U.S. District Court, Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

> **Re:** **_Shaykhoun v. The Daily Mail et al._, No. 24 Civ. 9978 (ALC) (S.D.N.Y.)**

Dear Judge Carter:

Cameron Stracher and Cameron Stracher, PLLC (sued incorrectly herein as "The Law Firm…Cameron Stracher, Esq.") (collectively, the "Cameron Stracher Defendants") hereby consent to service of Plaintiff's Third Amended Complaint by electronic email.[1]

Respectfully,

Cameron Stracher

cc:    Plaintiff and all other defendants (via ECF)

---

[1] As the Cameron Stracher Defendants have represented, they were willing to accept service by email if Plaintiff had provided the Rule 4(d) form, (ECF 95), and have already joined in The Independent Defendants' motion to dismiss.  (ECF 123 & 124).

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, I caused a true copy of the foregoing to be served on all counsel of record via ECF.


/s/ *Cameron Stracher*
Cameron Stracher, Esq.