

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street  |  New York, NY 10019-6131  |  tel 212.858.1075

Matthew Stockwell
Tel: +1.212.858.1075
Matthew.stockwell@pillsburylaw.com

May 20, 2026

*By Electronic Filing and E-mail*

The Honorable Andrew L. Carter Jr., U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Shaykhoun v. The Daily Mail et al.*, No. 24 Civ. 9978 (ALC) (S.D.N.Y.)

Dear Judge Carter:

We represent Defendants Pillsbury Winthrop Shaw Pittman LLP and Edward Flanders (the "Pillsbury Defendants") in the above-captioned matter. The Pillsbury Defendants respectfully request a pre-motion conference pursuant to Section 2 of this Court's Individual Practices in connection with its anticipated motion to dismiss Plaintiff Sonya Shaykhoun's Third Amended Complaint ("TAC").

Specifically, the Pillsbury Defendants intend to move to dismiss the TAC pursuant to Rule 12(b)(6) because the pleading exceeds the limited scope of leave to amend previously granted by the Court and otherwise fails to plausibly allege any actionable claim against the Pillsbury Defendants. The TAC further relies on conclusory and implausible allegations of conspiracy and fails to allege facts establishing state action or the elements of a civil RICO conspiracy.

The Pillsbury Defendants respectfully submit that a pre-motion conference may streamline the issues for motion practice and potentially narrow or resolve deficiencies in the pleadings before full briefing. Further, pursuant Section 2 of the Court's Individual Practices, the Pillsbury Defendants understand that this request stays the deadline to answer or otherwise respond to the TAC pending the conference and any further order of the Court.

The Honorable Andrew L. Carter Jr., U.S.D.J.
May 20, 2026
Page 2


Thank you for your consideration in this matter.


Respectfully submitted,

Matthew D. Stockwell


cc: All counsel of record and plaintiff (via ECF)

www.pillsburylaw.com