**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

SONYA SHAYKHOUN,

                                   **Plaintiff,**

                **-against-**

THE DAILY MAIL, et al.,

                           **Defendants.**

----------------------------------------------------------- x

      **1:24-cv-09978 (ALC)**

      **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On May 3, 2026, Plaintiff filed a supplemental letter motion requesting the Court permit alternate service via electronic email for Defendant Cameron Stracher, Esq. *See* ECF No. 93. On May 20, 2026, the Court ordered Mr. Stracher to respond, indicating his position on service and this request. *See* ECF No. 133. On May 20, 2026, Mr. Stratcher filed his response, indicating his consent for Cameron Stracher and Cameron Stracher, PLLC to be served Plaintiff's Third Amended Complaint by electronic email. *See* ECF No. 135. As such, Plaintiff's request is **GRANTED**. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 93.

**SO ORDERED.**

**Dated:**    **May 29, 2026**
          **New York, New York**

                                                 **ANDREW L. CARTER, JR.**
                                           **United States District Judge**