**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

SONYA SHAYKHOUN,

                             **Plaintiff,**

          **-against-**

THE DAILY MAIL, et al.,

                       **Defendants.**

---------------------------------------------------------- x

**1:24-cv-09978 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On May 20, 2026, … *See* ECF No. 136. The Court hereby **DENIES** the Pillsbury

Defendants' request and sets the following briefing schedule:

Pillsbury Defendants Motion to Dismiss        **due by June 16, 2026**

Plaintiff's Opposition        **due by June 30, 2026**

Pillsbury Defendants Reply        **due by July 10, 2026**

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 136.

**SO ORDERED.**

**Dated:**   **May 29, 2026**
           **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                              **United States District Judge**