**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x


**SONYA SHAYKHOUN, ESQ.**

      **Plaintiff,**

                                     **Civil Action No.**
                                     **1: 24-cv-09978-ALC**

**v.**                                       **AFFIRMATION OF SERVICE**

**THE DAILY MAIL ET AL.**          **Date Filed: June 26, 2026**

      **Defendants.**

------------------------------------------------------------x

## AFFIRMATION OF SERVICE

SONYA SHAYKHOUN, an attorney admitted to practice in the courts of the State of New York and the Southern District of New York, affirms the following to be true under the penalty of perjury:

1. I am the Plaintiff in the above-captioned matter.

2. At 10:14 AM on June 5, 2026, I served Defendant Cameron Stracher, Esq. the Summons and Third Amended Complaint—pursuant to the Court's grant of leave in this regard at Docket 138—via email at the following email address: cam@stracherlaw.com.

3. I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Date:  June 26, 2026
        New York, NY

*/s/ Sonya Shaykhoun,Esq.*
Sonya Shaykhoun, Esq.
Law Offices of Sonya Shaykhoun, Esq.
825 West End Avenue,
New York, NY 10025
Email: sonya@shaykhounlaw.com
Tel: 929-996-5662 | 929-408-4531