UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

SONYA SHAYKHOUN, ESQ.,                          :     Civil Action No. 1:24-cv-09978-ALC

                Plaintiff,              :

       -against-                                :              **ORDER  GRANTING**

THE DAILY MAIL, et al.,                         :              **MOTION FOR ADMISSION**

            Defendants.              :                   *PRO HAC VICE*

                        :

--------------------------------------------------------------x

The motion of Marc J. Randazza for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the Bars of the states of Arizona, California, Florida, Massachusetts, and Nevada, and that his contact information is as follows:

    Marc J. Randazza, Esq.
    RANDAZZA LEGAL GROUP, PLLC
    30 Western Avenue
    Gloucester, Massachusetts 01930
    Tel:  888-887-1776
    Fax: 305-437-7662
    Email: ecf@randazza.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants, The Daily Caller and The Daily Caller News Foundation, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

July 6, 2026

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE