

**SHAYKHOUN LAW**
NEW YORK PRACTICE

Law Offices of Sonya Shaykhoun, Esq.
P.O. Box 142,
New York, NY 10025

July 13, 2026

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**Re: 1:24-cv-099780-ALC – *Shaykhoun v. The Daily Caller et al*—Request for Leave to Administratively Clarify Exhibit J (Updated Extended Chronology)**

Dear Judge Carter:

I, the Plaintiff, respectfully request leave to substitute the version of Exhibit J (Updated Extended Chronology) currently on the docket at Docket 77 with the original submission of the Third Amended Complaint ("TAC") with the attached Updated Extended Chronology which I submitted at Docket 97.

This Court possesses the inherent authority to manage its docket and ensure the orderly progression of litigation. *Landis v. North American Co Same v. American Water Works Electric Co*, 299 U.S. 248, 254 (1936). My request to substitute Exhibit J is not a request to amend the pleadings in violation of Docket 91, but an exercise in judicial economy. By providing a more precise forensic map of the existing allegations, I am to assist the Court in its review of the complex racketeering predicates already alleged in the TAC, thereby reducing the administrative burden of parsing the voluminous record.

The version filed at Docket 97 was prepared prior to the full briefing of Defendants' Motions to Dismiss. The proposed clarification provides a more precise temporal mapping of the Enterprise's activities—specifically the "witness neutralization protocol" and the breakdown of why Osama Abu Dehays cannot be a Jordanian lawyer—as they appear within the four corners of the existing TAC. This clarification will significantly reduce the administrative friction for the Court in parsing the timeline of these complex claims.

I appreciate the Court's time and attention to this matter.

Respectfully submitted,

/s/ Sonya Shaykhoun, Esq.

Sonya Shaykhoun, Esq.